UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:24-cv-02657-JDE                                             Date: 03/27/2025

Title   Eric Hayde v. Arcadia Consumer Healthcare Inc.

Present:  The Honorable:   John D. Early, United States Magistrate Judge

|                |                          |
|----------------|--------------------------|
| Amber Rodriguez | CS 03/27/25 |
| Deputy Clerk | Court Reporter / Recorder |

**Attorneys Present for Plaintiff(s):**
Thiago Merlini Coelho (telephonic)
Jennifer M. Leinbach (telephonic)

**Attorneys Present for Defendants():**
Jacob Michael Harper

**Proceedings**:  Hearing re Defendant's Motion to Dismiss [14] and Motion to Strike [15]


        Case Called. Appearances made. Counsel argue. Court takes Motions [Dkt. 14, 15] under submission. Parties directed to confer regarding whether any leave to amend granted following a ruling on the Motion to Dismiss may include leave for Plaintiff to add or substitute a new plaintiff or plaintiffs, with Plaintiff agreeing that any time for Defendant to respond to any amended complaint may be extended to 21 days from 14 days. Written order on the Motions to be issued.

|                      |      |
|----------------------|------|
|                      | :20  |
| **Initials of Preparer** | aro  |