DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
Daniel Imakyure (SBN 356869)
  *danielimakyure@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,<br><br>                              Defendant. | Case No. 8:24-cv-02657-JDE<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES AND DOCUMENTS**<br><br>Assigned to the Hon. John D. Early<br><br>Dept.:          Courtroom 6A<br>Date:          October 30, 2025<br>Time:          10:00 a.m.<br><br>Discovery Cutoff: September 25, 2026<br>Pretrial Conf.:   February 18, 2027<br>Trial Date:      March 2, 2027 |

NOTICE OF MOTION TO COMPEL
SUPPLEMENTAL RESPONSES AND DOCUMENTS

# <u>NOTICE OF MOTION AND MOTION</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 30, 2025, at 10:00 a.m. in Courtroom 6A of the United States District Court, Central District of California, located at 411 W. Fourth St., Santa Ana, California 92701, Defendant Arcadia Consumer Healthcare Inc. (Arcadia) will and hereby does move for an order compelling further responses and documents to Arcadia's Requests for Production attached to Amended Notices of Plaintiffs Eric Hayde's and Megan Wheeler's (Plaintiffs) Depositions.

In accordance with Local Rule 37-1, counsel for Arcadia met and conferred with Plaintiffs' counsel in good faith to settle Arcadia's discovery dispute, but were unable to resolve the issues in contention.  In accordance with Local Rule 37-2, Arcadia hereby submits the attached Joint Stipulation, which describes every outstanding discovery issue in dispute, each party's contentions and points and authorities with respect to all outstanding issues in dispute, and how each party proposed to resolve the issues in dispute.  The Joint Stipulation also contains a brief introductory statement from each party.

Dated:  October 3, 2025

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper
Peter K. Bae
Daniel Imakyure

By:  */s/ Jacob M. Harper*
     Jacob M. Harper

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

1

NOTICE OF MOTION TO COMPEL
SUPPLEMENTAL RESPONSES AND DOCUMENTS