Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
*and the Putative Classes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,<br><br>Defendant. | Case No.: 8:24-cv-02657-JDE<br><br>**DECLARATION OF CHUMAHAN BOWEN IN SUPPORT OF JOINT STIPULATION PURSUANT TO LOCAL RULE 37 REGARDING PLAINTIFFS' RESPONSES**<br><br>Assigned to the Hon. John D. Early<br><br>Dept.:  Courtroom 6A<br>Date:  October 23, 2025<br>Time:  10:00 a.m.<br><br>Discovery Cutoff: September 25, 2026<br>Pretrial Conf:  February 18, 2027<br>Trial Date:  March 2, 2027 |

DECLARATION OF CHUMAHAN BOWEN IN SUPPORT OF PLAINTIFFS' RESPONSES

### <u>DECLARATION OF CHUMAHAN BOWEN</u>

I, Chumahan Bowen, declare and state as follows:

1. I am an attorney with Wilshire Law Firm, Counsel for Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs") in this matter. I make this declaration in support of the Joint Stipulation Pursuant to Local Rule 37 Regarding Plaintiffs' Responses. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. On June 27, 2025, Defendant personally served amended deposition notices for Plaintiff Eric Hayde for July 30, 2025, and Plaintiff Megan Wheeler for July 31, 2025, and attached Requests for Production to each notice.

3. On July 17, 2025, Plaintiffs served written objections to the noticed dates, advised that those dates were unavailable due to prior commitments, and invited coordination of new dates. (See Declaration of Peter Bae (Bae Decl.) ¶ 3, Ex. B.)

4. On August 15, 2025, Defendant sent a Local Rule 37-1 letter proposing a September 9–12 window for depositions. On August 25, 2025, I, as Counsel for Plaintiffs, attended a Local Rule 37-1 conference with Counsel for Arcadia, Peter K. Bae, regarding Plaintiffs' alleged nonappearances at depositions and failure to produce documents. At the conferral, the parties agreed Plaintiffs would provide a written response to the letter, and no deadline was set by either side. That same day Plaintiffs sent a confirming email, and Defendant did not object. **Attached as Exhibit 1** is a true and correct copy of the email correspondence I sent on August 25, 2025 to counsel for Defendant.

5. During the meet and confer process Plaintiffs offered October availability for both depositions and proposed discussing reasonable categories of documents for advance production. Defendant did not serve renewed deposition notices.

1

DECLARATION OF CHUMAHAN BOWEN IN SUPPORT OF PLAINTIFFS' RESPONSES

6.      On September 25, 2025, Plaintiffs sent their written response to Defendant's Local Rule 37-1 letter, reiterated October availability, proposed targeted document categories, and suggested entry of the Court's model protective order to expedite production. Defendant did not respond and still did not renotice the depositions. **Attached as Exhibit 2** is a true and correct copy of the September 25, 2025 letter from my colleague, Plaintiffs' counsel Thiago M. Coelho, to Defendant. I was copied on this letter, and the exhibit reflects the same version I received.

7.      Plaintiffs requested on multiple occasions that Defendant stipulate to the Court's model protective order. Plaintiffs first asked on July 16, 2025. Plaintiffs asked again on September 29, 2025, and requested a response by October 1, 2025 at 3:00 p.m. Defendant did not respond.

8.      The Scheduling Order sets a fact discovery cutoff of September 25, 2026, and provides for phased discovery, with class certification discovery preceding merits discovery. The Order directs the parties to resolve disputes collaboratively.

9.      Plaintiffs remain ready to sit for depositions on mutually agreeable dates and to produce targeted, non-privileged materials in a measured sequence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 2, 2025 at Los Angeles, California.

 _/s/ Chumahan Bowen_
Chumahan Bowen

DECLARATION OF CHUMAHAN BOWEN IN SUPPORT OF PLAINTIFFS' RESPONSES