DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
Daniel Imakyure (SBN 356869)
  *danielimakyure@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation, <br><br> Defendant. | Case No. 8:24-cv-02657-JDE <br><br> **DISCOVERY MATTER** <br><br> **NOTICE OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S MOTION TO COMPEL PLAINTIFFS' DEPOSITIONS, SUPPLEMENTAL RESPONSES, AND DOCUMENTS** <br><br> Assigned to the Hon. John D. Early <br><br> Dept.:  Courtroom 6A <br> Date:  December 11, 2025 <br> Time:  10:00 a.m. <br><br> Discovery Cutoff: September 25, 2026 <br> Pretrial Conf.:  February 18, 2027 <br> Trial Date:  March 2, 2027 |

NOTICE OF MOTION TO COMPEL PLAINTIFF'S DEPOSITIONS,
SUPPLEMENTAL RESPONSES, AND DOCUMENTS

## <u>NOTICE OF MOTION AND MOTION</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 11, 2025, at 10:00 a.m. in Courtroom 6A of the United States District Court, Central District of California, located at 411 W. Fourth St., Santa Ana, California 92701, Defendant Arcadia Consumer Healthcare Inc. (Arcadia) will and hereby does move for an order compelling Plaintiffs Eric Hayde's and Megan Wheeler's (together, Plaintiffs) (collectively with Arcadia, the Parties) depositions, supplemental responses, and documents responsive to Arcadia's Requests for Production attached to Further Amended Notices of Plaintiffs' Depositions.  In addition, Arcadia will and hereby does move for terminating, evidentiary, and monetary sanctions under Federal Rule of Civil Procedure 37, based on Plaintiffs' failure to appear for duly-noticed depositions, without moving to quash or for a protective order; refusal to cooperate in efforts to schedule depositions; failure to produce documents based on meritless objections, which they refused to withdraw; commitment to searching for, or producing, certain records and supplementing written discovery responses, but never doing so; and failure to produce a privilege log.

In accordance with Local Rule 37-1, counsel for Arcadia met and conferred with Plaintiffs' counsel in person to settle Arcadia's discovery dispute, but were unable to resolve the issues in contention.  In accordance with Local Rule 37-2, Arcadia hereby submits the attached Joint Stipulation, which describes every outstanding discovery issue in dispute, each party's contentions and points and authorities with respect to all outstanding issues in dispute, and how each party proposed to resolve the issues in dispute.  Arcadia also submits the attached Declaration of Peter K. Bae, which sets forth Arcadia's compliance with Local Rule 37, including details of the Parties' in-person conferral at Plaintiffs' counsel's Beverly Hills office.  The Joint Stipulation also contains an introductory statement from each party.

1

NOTICE OF MOTION TO COMPEL PLAINTIFF'S DEPOSITIONS,
SUPPLEMENTAL RESPONSES, AND DOCUMENTS

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

Dated:  November 20, 2025

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper
Peter K. Bae
Daniel Imakyure

By: */s/ Jacob M. Harper*
      Jacob M. Harper

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

NOTICE OF MOTION TO COMPEL PLAINTIFF'S DEPOSITIONS,
SUPPLEMENTAL RESPONSES, AND DOCUMENTS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899