DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
Daniel Imakyure (SBN 356869)
  *danielimakyure@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:24-cv-02657-JDE<br><br>**SUPPLEMENTAL DECLARATION OF PETER K. BAE IN SUPPORT OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S MOTION TO COMPEL PLAINTIFFS' DEPOSITIONS, SUPPLEMENTAL RESPONSES, AND DOCUMENTS**<br><br>Assigned to the Hon. John D. Early<br><br>Dept.:        Courtroom 6A<br>Date:        December 11, 2025<br>Time:        10:00 a.m.<br><br>Discovery Cutoff: September 25, 2026<br>Pretrial Conf:  February 18, 2027<br>Trial Date:    March 2, 2027 |

SUPPLEMENTAL DECLARATION OF PETER K. BAE
IN SUPPORT OF ARCADIA'S MOTION TO COMPEL

## DECLARATION OF PETER K. BAE

I, Peter K. Bae, declare and state as follows:

1.      I am an associate with the law firm of Davis Wright Tremaine LLP, counsel for defendant Arcadia Consumer Healthcare (Arcadia) in this matter.  I make this supplemental declaration in support of Arcadia's Motion to Compel Plaintiffs Eric Hayde's and Megan Wheeler's (together, Plaintiffs) Depositions, Supplemental Responses, and Documents.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.      Attached as **Exhibit L** is a true and correct copy of Plaintiffs' documents Bates stamped MW00003 and PLFS00001–45, and "Plaintiffs' Privilege Log," which my office received on November 20, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of November, 2025, at Los Angeles, California.

/s/ Peter K. Bae
Peter K. Bae

2
SUPPLEMENTAL DECLARATION OF PETER K. BAE
IN SUPPORT OF ARCADIA'S MOTION TO COMPEL

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899