UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    8:24-cv-02657-JDE                                              Date: December 11, 2025

Title    Eric Hayde v. Arcadia Consumer Healthcare Inc.

Present: The Honorable:    John D. Early, United States Magistrate Judge

| Amber Rodriguez | CS 12/11/25 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Attorneys Present for Plaintiff:**          **Attorneys Present for Defendant:**
Thiago M. Coelho                                  Jacob M. Harper
                                                          Kihyun Peter Bae

**Proceedings**:  Hearing and Ruling on Defendant's Motion to Compel Plaintiffs' Depositions, to Produce Documents, and for Sanctions (Dkt. 48, "Motion")

Case called. Counsel make appearances. Counsel are heard on the Motion. For the reasons stated on the record and herein, the Motion (Dkt. 48) is granted in part and denied in part as follows.

o   Plaintiff Eric Hayde is ORDERED to personally appear for his deposition on January 27, 2026, at 9:00 a.m., at the office in Los Angeles of counsel for Defendant.
o   Plaintiff Meghan Wheeler is ORDERED to personally appear for her deposition on January 30, 2026, at 9:00 a.m., at the office in Los Angeles of counsel for Defendant.
o   The Motion to Compel further production of request nos. 11 and 13 (limited to "documents reflecting the terms or conditions of any current parole, probation, or supervised release) directed to Plaintiff Hayde is GRANTED as limited above.
o   The Motion to Compel further production of request no. 1 (limited to "documents sufficient to show proof that Plaintiff Wheeler purchased the product at issue in the case," subject to redaction of private financial information, directed to Plaintiff Wheeler is GRANTED as limited above.
o   For the documents ordered produced herein, Plaintiffs are ORDERED to produce all nonprivileged responsive documents in their respective possession, custody, or control, if any, at least seven (7) days before such Plaintiff's deposition, ordered above.
o   In all other respects, including requests for sanctions, the Motion is DENIED.

| CV-90 (03/15) | Civil Minutes – General | Page **1** of **2** |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    8:24-cv-02657-JDE                                              Date: December 11, 2025

Title      Eric Hayde v. Arcadia Consumer Healthcare Inc.

For the requests for production as to which the Motion is granted as limited above, the Court finds such requests seek relevant information, are stated with reasonable particularity, and are proportional to the needs of the case and finds Plaintiffs have not met their burden to support their objections and, as such, such objections are overruled. For the requests for production as to which the Motion is denied, the Court finds such requests are not proportional to the needs of the case based on the current record. The rulings herein relate only to the discovery at issue in the Motion and are without prejudice to discovery being propounded in the future based on new facts.

**IT IS SO ORDERED.**

|  | 1:10 |
|---|---|
| **Initials of Deputy Clerk** | ARO |