**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation, <br><br> Defendant. | Case No.: 8:24-cv-02657-JDE <br><br> **ORDER GRANTING FIRST STIPULATION TO MODIFY SCHEDULING ORDER** <br><br> Hon. John D. Early <br><br> [Note Changes by the Court] |

Having considered the Stipulation of Plaintiffs Eric Hayde and Megan Wheeler and Defendant Arcadia Consumer Healthcare Inc. to Modify Scheduling Order and good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation (Dkt. 56) is GRANTED in part.
2. Except for date changes, all other provisions of the prior Scheduling Order remain in effect. No further extensions are likely to be granted.
3. The Court hereby enters a modified scheduling as follows:

| Event | New Date |
| --- | --- |
| Trial (5-10 day estimate) | June 2, 2027 at 9:00 a.m. |
| Final Pretrial Conference | May 21, 2027 at 10:00 a.m. |
| Dispositive Motion Hearing Cutoff | April 9, 2027 at 10:00 a.m. |
| Expert Discovery Cut-off | February 9, 2027 |
| Rebuttal Merits Expert Disclosure Cut-off | January 22, 2027 |
| Initial Merits Expert Disclosure Cut-off | January 8, 2027 |
| Fact Discovery Cut-off | December 28, 2026 |
| Class Cert. Hearing | August 13, 2026 |
| Class Cert. Reply Cut-off | July 16, 2026 |
| Class Cert. Opposition Cut-off | June 26, 2026 |
| Class Cert. Motion Filing Cut-off | May 26, 2026 |
| Cert. Expert Discovery Cut-off | May 12, 2026 |
| Rebuttal Cert. Expert Disclosure Cut-off | April 29, 2026 |
| Initial Cert. Expert Disclosure Cut-off | April 15, 2026 |
| ADR Completion Deadline | July 30, 2026 |

**IT IS SO ORDERED.**

Dated:  January 14, 2026

_____
JOHN. D. EARLY
United States Magistrate Judge

2