Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,<br><br>Defendant. | Case No.: 8:24-cv-02657-JDE<br>**DISCOVERY MATTER**<br>**NOTICE OF MOTION OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S FURTHER RESPONSES AND PRODUCTION TO FIRST SET OF REQUESTS FOR PRODUCTION, TO COMPEL RULE 36-COMPLIANT RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION, AND FOR SANCTIONS**<br><br>Date:          February 19, 2026<br>Time:          10:00 a.m.<br>USDC Judge:   John D. Early<br>Courtroom:     6A<br><br>Complaint Filed:          12/06/2024<br>Class Discovery Cutoff:  05/12/2026<br>Fact Discovery Cutoff:   12/28/2026<br>Pretrial Conf.:          05/21/2027<br>Trial Date:             06/02/2027 |

NOTICE OF DISCOVERY MOTION

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 19, 2026, at 10:00 a.m. in Courtroom 6A, 6TH Floor of the United States District Court, Central District of California, Southern Division located at 411 West 4th Street, Santa Ana, CA 92701, Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs") will and hereby does move for an order compelling Defendant Arcadia Consumer Healthcare, Inc.'s ("Defendant") to serve amended Rule 36-compliant responses to Plaintiffs' First Set of Requests for Admission and to produce responsive, proportional, class-certification discovery in response to Plaintiffs' First Set of Requests for Production.

In addition, Plaintiffs hereby move for monetary sanctions under Federal Rule of Civil Procedure 37, based on Defendant's failure to appear at the noticed deposition, failure to supplement responses, and for Plaintiffs' attorneys' fees and costs for bringing this motion to compel.

In accordance with Local Rule 37-1 and this Court's Order, counsel for Plaintiffs met and conferred with Defendant's counsel in-person on October 24, 2025 and again on multiple occasions via Zoom and written correspondence to attempt to settle Plaintiffs' discovery dispute but were unable to resolve the issues in contention. In accordance with Local Rule 37-2, Plaintiff hereby submits the attached Joint Stipulation, which describes every outstanding discovery issue in dispute, each party's contentions and points and authorities with respect to all outstanding issues in dispute, and how each party proposed to resolve the issues in dispute.

Plaintiffs also concurrently submit the Declaration of Thiago Coelho, which sets forth Plaintiffs' compliance with Local Rule 37, including details of the Parties' conferrals. The Joint Stipulation also contains an introductory statement from each party.

NOTICE OF DISCOVERY MOTION

Dated:  January 29, 2026

Respectfully submitted,

**WILSHIRE LAW FIRM, PLC**

*/s/ Thiago Coelho*

Thiago M. Coelho
Lauren Lendzion
Chumahan B. Bowen
Jennifer M. Leinbach
*Attorneys for Plaintiffs and the
Putative Classes*

NOTICE OF DISCOVERY MOTION