# Exhibit "A"

2/3/26, 3:33 PM · RE: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation) - Jennifer Leinbach, Esq. - Outlook

Case 8:24-cv-02657-JDE    Document 63-2    Filed 02/03/26    Page 2 of 10    Page ID #:2015

 **Outlook**

---

## RE: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation)

---

**From**  Bae, Peter <PeterBae@dwt.com>

**Date**  Thu 1/29/2026 2:50 PM

**To**  Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>; Virginia Tomlinson <virginia.tomlinson@wilshirelawfirm.com>

**Cc**  Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Sanders, Shari <ShariSanders@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>

---

🔗 1 attachment (2 MB)

260123_JNT Stip RFA-RFP Set One.pdf;

Counsel,

As we previously stated, please do not alter the color coding in the stipulation, which I am re-attaching here.  We object to plaintiffs altering the color in the stipulation.

**Peter Bae**

**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com

**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

**DWT.COM**

---

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Thursday, January 29, 2026 2:21 PM
**To:** Harper, Jacob <JHarper@dwt.com>; Bae, Peter <PeterBae@dwt.com>; Virginia Tomlinson <virginia.tomlinson@wilshirelawfirm.com>
**Cc:** Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Sanders, Shari <ShariSanders@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** Re: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation)

---

**[EXTERNAL]**

Counsel:  the LR requires presenting documents in such a way that they are capable of producing copies legible to printing in black or dark blue ink.  Your highlighting does not meet that requirement (and, in fact, would require the court to use a color printer). See attached example. Please confirm that Plaintiffs have your consent to remove the color highlighting by 2:30 p.m. PT (1/29/26). Yes or No. Thank you.

All pleadings, motions, affidavits, declarations, briefs, points and authorities, and other documents, including all exhibits thereto (hereinafter collectively referred to as "documents"), presented for filing or lodging with the Clerk shall be typewritten or printed, or prepared by a photocopying or other duplicating process that will produce clear and permanent copies equally legible to printing, in black or dark blue ink.

2/3/26, 3:33 PM    RE: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation) - Jennifer Leinbach, Esq. - Outlook

Case 8:24-cv-02657-JDE   Document 63-2   Filed 02/03/26   Page 3 of 10   Page ID #:2016

**Jennifer Leinbach, Esq.**
**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487

Toll Free: (800) 926-9799 | FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

www.wilshirelawfirm.com







Scan or click here for my contact







**Rate my services:** How was your overall experience with me?

⭐⭐⭐⭐⭐

This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

---

**From:** Harper, Jacob <JHarper@dwt.com>
**Sent:** Thursday, January 29, 2026 1:13 PM
**To:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>; Bae, Peter <PeterBae@dwt.com>; Virginia Tomlinson <virginia.tomlinson@wilshirelawfirm.com>
**Cc:** Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Sanders, Shari <ShariSanders@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** RE: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation)

Counsel:   The highlighting does not affect whether the text is in black ink.

**Jacob Harper**

**Partner,** Davis Wright Tremaine LLP

---

**P** 213.633.6863   **E** jharper@dwt.com

**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

**DWT.COM**

---

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Thursday, January 29, 2026 1:10 PM
**To:** Bae, Peter <PeterBae@dwt.com>; Virginia Tomlinson <virginia.tomlinson@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Sanders, Shari <ShariSanders@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** Re: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation)

[EXTERNAL]

---

Counsel,

Thank you for sending the executed PDFs of the joint stipulation and Mr. Bae's signed declaration.

Before filing, we need to address a Local Rules compliance issue. The current filing copy of the joint stipulation includes color highlighting and color-coding in Defendant's sections. C.D. Cal. L.R. 11-3.1 requires that documents presented for filing be typewritten in "black or dark blue ink." Because the highlighting is not black or dark blue, it creates a risk that the Clerk may reject the filing or issue a deficiency notice for noncompliance, which would prejudice Plaintiffs.

Accordingly, Plaintiffs request Arcadia's consent to remove the highlighting from Defendant's portions before filing.

Please confirm by 2:30 p.m. PT today that Arcadia agrees to removal of the highlighting so we can file a Local Rules–compliant copy.



**Jennifer Leinbach, Esq.**

**Senior Attorney**

2/3/26, 3:33 PM
RE: Zayde v. Arcadia Consumer Healthcare Inc. // Plaintiffs' MTC (Joint Stipulation) - Jennifer Leinbach, Esq. - Outlook

Case 8:24-cv-02657-JDE    Document 63-2    Filed 02/03/26    Page 5 of 10    Page ID #:2018

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487

Toll Free: (800) 926-9799 | FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

www.wilshirelawfirm.com





Scan or click here for my contact

  

**Rate my services:** How was your overall experience with me?



This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

**From:** Bae, Peter <PeterBae@dwt.com>
**Sent:** Friday, January 23, 2026 4:00 PM
**To:** Virginia Tomlinson <virginia.tomlinson@wilshirelawfirm.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Sanders, Shari <ShariSanders@dwt.com>; Chumahan Bowen's Team <ChumahanBowensTeam@wilshirelawfirm.com>; Lauren Lendzion, Esq. <lauren.lendzion@wilshirelawfirm.com>
**Subject:** RE: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation)

Thanks Virginia.  Sending back final signed PDFs of the stipulation and my declaration.  Please do not alter the color coding in the stipulation, which was in the portion we initially sent back.  Please also file the attached copy of my declaration, which has my actual signature.  I made no other changes.

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

**DWT.COM**

**From:** Virginia Tomlinson <virginia.tomlinson@wilshirelawfirm.com>
**Sent:** Thursday, January 22, 2026 5:23 PM
**To:** Bae, Peter <PeterBae@dwt.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Sanders, Shari <ShariSanders@dwt.com>; Chumahan Bowen's Team <ChumahanBowensTeam@wilshirelawfirm.com>; Lauren Lendzion, Esq. <lauren.lendzion@wilshirelawfirm.com>
**Subject:** RE: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation)

[EXTERNAL]

Hi Peter:

Attached is the formatted joint stipulation for you to sign and return the joint stipulation for filing.

2/3/26, 3:33 PM RE: Hayden v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation) - Jennifer Leinbach, Esq. - Outlook

Case 8:24-cv-02657-JDE    Document 63-2    Filed 02/03/26    Page 7 of 10    Page ID #:2020

**Virginia Tomlinson**

**Senior Paralegal**



Wilshire Law Firm, PLC |(213) 381-9988 Ext. 748

Toll Free: (800)         | FAX: (213) 381-9989
926-9799

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

www.wilshirelawfirm.com



*Not licensed or admitted to practice law*

  

**Rate my services:** How was your overall experience with me?



This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

**From:** Bae, Peter <PeterBae@dwt.com>
**Sent:** Wednesday, January 21, 2026 10:07 PM
**To:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Chumahan Bowen's Team <ChumahanBowensTeam@wilshirelawfirm.com>; Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>
**Subject:** RE: Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation)

Counsel,

Please find attached Arcadia's portion of the joint stipulation and supporting documents.

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

**DWT.COM**

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Wednesday, January 14, 2026 7:29 PM
**To:** Bae, Peter <PeterBae@dwt.com>; Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>
**Cc:** Chumahan Bowen's Team <ChumahanBowensTeam@wilshirelawfirm.com>
**Subject:** Hayde v. Arcadia Consumer Healthcare, Inc. // Plaintiffs' MTC (Joint Stipulation)

**[EXTERNAL]**

Please find Plaintiffs' MTC (joint stipulation) attached. Let us know if you have any difficulties opening the attachments.

Defendant did not begin rolling production today as represented on yesterday's meet and confer.

Thank you.

**Jennifer Leinbach, Esq.**

**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487

Toll Free: (800) 926-9799 | FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

www.wilshirelawfirm.com







Scan or click here for my contact

  

WE WALK SIDE-BY-SIDE WITH OUR CLIENTS IN THE PURSUIT OF JUSTICE

**Rate my services:** How was your overall experience with me?

2/3/26, 3:33 PM     RE: Lloyd v. Arcadia Consumer Healthcare, Inc. // Plaintiffs M170 Joint Stipulation // Jennifer Leinbach, Esq. - Outlook

Case 8:24-cv-02657-JDE Document 63-2 Filed 02/03/26 Page 10 of 10 Page ID #:2023



This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.