# EXHIBIT 1

 Outlook

---

## RE: Hayde v. Arcadia - Apex Depositions

---

**From** Bae, Peter <PeterBae@dwt.com>

**Date** Tue 2/3/2026 4:34 PM

**To** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>; Thiago Coelho's Team <ThiagoCoelhosTeam@wilshirelawfirm.com>

**Cc** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>

Counsel,

Thiago represented last week, and we confirmed in writing, that Plaintiffs will provide more time on the noticed individual depositions.  We ask again that you please confirm you are taking the depositions of the Arcadia apex officers off calendar and pushing them to a later date that allows full conferral and resolution by normal motion for protective order procedures under LR 37-1 if necessary.

To that end, please provide your availability to confer in person on plaintiffs' (1) five apex deposition notices and (2) purported Rule 30(b)(6) deposition notice after 1pm on Thursday (February 5) or Friday (February 6).  In the alternative, please provide your availability to confer on these issues in person after 1pm next Wednesday (February 11) or Thursday (February 12).  We are not available tomorrow.

Thanks.

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
**DWT.COM**

---

**From:** Harper, Jacob <JHarper@dwt.com>
**Sent:** Friday, January 30, 2026 6:11 PM
**To:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>; Bae, Peter <PeterBae@dwt.com>
**Cc:** Imakyure, Daniel <DanielImakyure@dwt.com>; Thiago Coelho's Team <ThiagoCoelhosTeam@wilshirelawfirm.com>
**Subject:** Re: Hayde v. Arcadia - Apex Depositions

We will get back to you on a time to meet.   In the meantime, please confirm you are taking the depositions of the Arcadia apex officers off calendar and pushed to a later date that allows full conferral and resolution by normal motion for protective order procedures if necessary, as Thiago represented you would do today.

**Jacob Harper**
**Partner |** Davis Wright Tremaine LLP
**P** 213.633.6863  **E** jharper@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Friday, January 30, 2026 5:53:06 PM
**To:** Bae, Peter <PeterBae@dwt.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Thiago Coelho's Team
<ThiagoCoelhosTeam@wilshirelawfirm.com>
**Subject:** Re: Hayde v. Arcadia - Apex Depositions

## [EXTERNAL]

Please provide your availability to meet on Wednesday,  February 4 at 3 p.m. PT or after.

**Jennifer Leinbach, Esq.**
**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487

Toll Free: (800) 926-9799 | FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

www.wilshirelawfirm.com







Scan or click here for my contact







**Rate my services:** How was your overall experience with me?

⭐⭐⭐⭐⭐

This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They
are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or
believe you received this email in error, please notify the sender and then delete it.

**From:** Bae, Peter <PeterBae@dwt.com>
**Sent:** Friday, January 30, 2026 4:45 PM
**To:** Thiago Coelho, Esq. <thiago.coelho@wilshirelawfirm.com>; Jennifer Leinbach, Esq.
<jennifer.leinbach@wilshirelawfirm.com>; Chumahan Bowen, Esq. <chumahan.bowen@wilshirelawfirm.com>;
Chumahan Bowen's Team <ChumahanBowensTeam@wilshirelawfirm.com>; Lauren Lendzion, Esq.
<lauren.lendzion@wilshirelawfirm.com>

**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Virginia Tomlinson
<virginia.tomlinson@wilshirelawfirm.com>
**Subject:** RE: Hayde v. Arcadia - Apex Depositions

Thiago,

Thanks for confirming that Jennifer will contact us to give us more time to confer on plaintiffs'
apex deposition notices to Arcadia.

In reliance on that statement, Arcadia will not seek ex parte relief at this time so that the parties
can confer about the propriety of the apex deposition notices in the normal course.

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
**DWT.COM**

**From:** Thiago Coelho, Esq. <thiago.coelho@wilshirelawfirm.com>
**Sent:** Friday, January 30, 2026 4:30 PM
**To:** Bae, Peter <PeterBae@dwt.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>;
Chumahan Bowen, Esq. <chumahan.bowen@wilshirelawfirm.com>; Chumahan Bowen's Team
<ChumahanBowensTeam@wilshirelawfirm.com>; Lauren Lendzion, Esq. <lauren.lendzion@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Virginia Tomlinson
<virginia.tomlinson@wilshirelawfirm.com>
**Subject:** RE: Hayde v. Arcadia - Apex Depositions

[EXTERNAL]

Peter,

As I mentioned during the deposition today, Jennifer will get back to you on this request.



**Thiago Coelho, Esq.**
**Partner**

Wilshire Law Firm, PLC | (213) 381-9988 Ext.229

FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

www.wilshirelawfirm.com





Scan or click here for my contact

## WE WALK SIDE-BY-SIDE WITH OUR CLIENTS IN THE PURSUIT OF JUSTICE

  

This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

---

**From:** Bae, Peter <PeterBae@dwt.com>
**Sent:** Thursday, January 29, 2026 4:51 PM
**To:** Thiago Coelho, Esq. <thiago.coelho@wilshirelawfirm.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>; Chumahan Bowen, Esq. <chumahan.bowen@wilshirelawfirm.com>; Chumahan Bowen's Team <chumahanbowensteam@wilshirelawfirm.com>; Lauren Lendzion, Esq. <lauren.lendzion@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Virginia Tomlinson <virginia.tomlinson@wilshirelawfirm.com>
**Subject:** Hayde v. Arcadia - Apex Depositions

Counsel,

We are in receipt of the attached five deposition notices, which are harassing and violate the Federal Rules.  For starters, these notices improperly seek depositions of Arcadia's apex employees, without (1) regard to whether the proposed deponents have "unique first-hand, non-repetitive knowledge of the facts at issue in the case," and (2) "exhaust[ion of] other less intrusive discovery methods."  *Ent. Studios Networks, Inc. v. McDonald's USA, LLC*, 2025 WL 1090394, at *7–8 (C.D. Cal. Apr. 9, 2025) ("Courts recognize that depositions of high-level executives create a tremendous potential for abuse or harassment…. Thus, protective orders under Rule 26(c) have been used to protect an entity when it faces, such as Non-Parties face here, the deposition of an executive officer, also known as an apex deposition.").  Further, the parties are currently negotiating topics for a Rule 30(b)(6) deposition, during which Arcadia has already offered to put forth deponents on several topics, and plaintiffs' tactics violate their obligations to engage in good faith discovery and (again) the Court's directive to cooperate in good faith.  Plaintiffs have no grounds to justify these improper notices.

We request plaintiffs withdraw these notices by the end of the day.  Should plaintiffs not cooperate with our request, we will seek necessary and appropriate relief, including sanctions under Rule 37.  Given your short notice of five depositions, we request to confer on these notices tomorrow, while plaintiffs' counsel is in person at our Los Angeles office.  Thanks.



**Peter Bae**
**Associate |** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

DWT.COM   in