# EXHIBIT 2

 **Outlook**

---

## RE: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

---

**From** Bae, Peter <PeterBae@dwt.com>

**Date** Thu 2/5/2026 11:03 AM

**To** Thiago Coelho, Esq. <thiago.coelho@wilshirelawfirm.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>

**Cc** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>

Counsel:

See you at 2pm today at your Beverly Hills office.

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
**DWT.COM**

---

**From:** Bae, Peter
**Sent:** Thursday, February 5, 2026 10:10 AM
**To:** 'Thiago Coelho, Esq.' <thiago.coelho@wilshirelawfirm.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** RE: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

Does 2pm today work?

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
**DWT.COM**

---

**From:** Thiago Coelho, Esq. <thiago.coelho@wilshirelawfirm.com>
**Sent:** Thursday, February 5, 2026 10:02 AM
**To:** Bae, Peter <PeterBae@dwt.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** RE: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

[EXTERNAL]

Hi Peter,

Tomorrow won't work. If you can come today at any time, I will move things around to make myself available to meet with you as long as needed.



**Thiago Coelho, Esq.**
**Partner**

Wilshire Law Firm, PLC | (213) 381-9988 Ext.229

FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

www.wilshirelawfirm.com





Scan or click here for my contact

WE WALK SIDE-BY-SIDE WITH OUR CLIENTS IN THE PURSUIT OF JUSTICE





This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

**From:** Bae, Peter <PeterBae@dwt.com>
**Sent:** Thursday, February 5, 2026 9:41 AM
**To:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** RE: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

Counsel,

Are you available to confer tomorrow (Friday) after 1pm at your Beverly Hills office?

Again, we ask that you withdraw or take the individual depositions off calendar prior to the conference, so that the parties can have a productive conferral in the normal course, or Arcadia will have to proceed ex parte.

No to the reporter.

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
**DWT.COM**

---

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Wednesday, February 4, 2026 2:54 PM
**To:** Bae, Peter <PeterBae@dwt.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina
<LinaPearmain@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** Re: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

---

**[EXTERNAL]**

Counsel,

If you want to reschedule the depositions, please be prepared at tomorrow's 2 p.m. meet and
confer to provide new dates that work for your clients, including the 30(b)(6) witness(es).
You've had enough time to gather workable dates.  No more delay.

You need to meet with us under LR 37-1 by Monday on the 30(b)(6), otherwise we will file our
MTC on the 30(b)(6) deposition date(s) and topics in accordance with LR 37-2.4(a).

Given the number of instances you've misrepresented Plaintiffs' counsels' statements, we
believe it is in both parties' best interest to have a court reporter present at the meet and
confers.  I do not understand how having an officer of the court transcribe the parties' positions
in writing would make the meeting unproductive. That does not make sense.

**Jennifer Leinbach, Esq.**
**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487
Toll Free: (800) 926-9799 | FAX: (213) 381-9989
660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017
www.wilshirelawfirm.com





Scan or click here for my contact





**WE WALK SIDE-BY-SIDE WITH OUR CLIENTS IN THE PURSUIT OF JUSTICE**

**Rate my services:** How was your overall experience with me?



This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

---

**From:** Bae, Peter <PeterBae@dwt.com>
**Sent:** Wednesday, February 4, 2026 1:23 PM
**To:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** RE: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

Counsel,

**Before we schedule the conferral, please confirm by 3pm today that you are withdrawing or taking the depositions of the Arcadia apex officers off calendar and pushing them to later dates that allow full conferral and resolution by normal motion for protective order procedures.** This is the third time we are asking you to confirm, and we still have not received a response. Arcadia will have to proceed with ex parte practice if you do not confirm, as you have not advised how long you will push out the depositions, nor confirmed that the parties will have sufficient time to operate under L.R. 37.

We respectfully decline the reporter, which would turn a routine meet and confer into an unproductive exercise. We just want to reach agreement.

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

---

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

DWT.COM

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Wednesday, February 4, 2026 10:43 AM
**To:** Bae, Peter <PeterBae@dwt.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** Re: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

**[EXTERNAL]**

Peter,

Are you available to meet and confer tomorrow (2/5) at our Beverly Hills office at 2 pm?

Plaintiffs also request that Defendant agree to allow a court reporter to transcribe the meeting.

Please let me know your availability as soon as possible.

Thanks.



**Jennifer Leinbach, Esq.**

**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487

Toll Free: (800) 926-9799 | FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

[www.wilshirelawfirm.com](http://www.wilshirelawfirm.com)





Scan or click here for my contact

  

**Rate my services:** How was your overall experience with me?



This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They

are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or

believe you received this email in error, please notify the sender and then delete it.

---

**From:** Bae, Peter <[PeterBae@dwt.com](mailto:PeterBae@dwt.com)>
**Sent:** Tuesday, February 3, 2026 8:29 PM
**To:** Jennifer Leinbach, Esq. <[jennifer.leinbach@wilshirelawfirm.com](mailto:jennifer.leinbach@wilshirelawfirm.com)>
**Cc:** Harper, Jacob <[JHarper@dwt.com](mailto:JHarper@dwt.com)>; Imakyure, Daniel <[DanielImakyure@dwt.com](mailto:DanielImakyure@dwt.com)>; Pearmain, Lina
<[LinaPearmain@dwt.com](mailto:LinaPearmain@dwt.com)>; Consumer Litigation <[ConsumerLitigation@wilshirelawfirm.com](mailto:ConsumerLitigation@wilshirelawfirm.com)>
**Subject:** RE: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

Jennifer,


I gave you a call earlier to discuss the individual deposition notices and conferral.  Asked your receptionist to tell you to call or email me back.  Thanks.



**Peter Bae**

**Associate,** Davis Wright Tremaine LLP

---

**P** 213.633.8626  **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071


**DWT.COM**

---

**From:** Harper, Jacob <JHarper@dwt.com>
**Sent:** Tuesday, February 3, 2026 5:27 PM
**To:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>; Bae, Peter <PeterBae@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Pearmain, Lina <LinaPearmain@dwt.com>
**Cc:** Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** Re: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C


Jennifer:   Peter just sent you an email on this.



**Jacob Harper**

**Partner |** Davis Wright Tremaine LLP


**P** 213.633.6863  **E** jharper@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

---

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Tuesday, February 3, 2026 5:20:53 PM

**To:** Harper, Jacob <[JHarper@dwt.com](mailto:JHarper@dwt.com)>; Bae, Peter <[PeterBae@dwt.com](mailto:PeterBae@dwt.com)>; Imakyure, Daniel <[DanielImakyure@dwt.com](mailto:DanielImakyure@dwt.com)>; Pearmain, Lina <[LinaPearmain@dwt.com](mailto:LinaPearmain@dwt.com)>
**Cc:** Consumer Litigation <[ConsumerLitigation@wilshirelawfirm.com](mailto:ConsumerLitigation@wilshirelawfirm.com)>
**Subject:** Re: Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

**[EXTERNAL]**

Following up on meet and confer availability.  Thanks.

**Jennifer Leinbach, Esq.**

**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487

Toll Free: (800) 926-9799 | FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

[www.wilshirelawfirm.com](http://www.wilshirelawfirm.com)





Scan or click here for my contact

**WE WALK SIDE-BY-SIDE WITH OUR CLIENTS IN THE PURSUIT OF JUSTICE**





<u>**Rate my services:**</u> How was your overall experience with me?



This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

---

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Wednesday, January 28, 2026 3:53 PM
**To:** Harper, Jacob <jharper@dwt.com>; Bae, Peter <peterbae@dwt.com>; Imakyure, Daniel <danielimakyure@dwt.com>; linapearmain@dwt.com <linapearmain@dwt.com>
**Cc:** Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** Hayde et al v. Arcadia Consumer Healthcare, Inc.// Letter under LR 37-1 Requesting M&C

Counsel:

Please find Plaintiffs' request to meet and confer under LR 37-1 in the attached letter.

Let us know if you have any difficulties opening the attachment.



**Jennifer Leinbach, Esq.**

**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487

Toll Free: (800) 926-9799 | FAX: (213) 381-9989

660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017

www.wilshirelawfirm.com





Scan or click here for my contact





**Rate my services:** How was your overall experience with me?



This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.