Suzanne H. Segal
United States Magistrate Judge (Ret.)
Signature Resolution
633 W. 5th Street, Suite 1000
Los Angeles, CA 90071
JudgeSegal@SignatureResolution.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF

CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE, et al., | Case No.: 8:24-cv-02657-JDE |
| Plaintiffs, | |
| vs. | SPECIAL MASTER AFFIDAVIT |
| ARCADIA CONSUMER HEALTHCARE, INC., | |
| Defendant. | |

On February 27, 2026, United States Magistrate Judge John D. Early issued an order tentatively appointing Judge Suzanne H. Segal (Ret.) as a Special Master pursuant to Federal Rule of Civil Procedure 53. The rule requires that Judge Segal shall file an affidavit under Federal Rule of Civil Procedure 53(b)(3)(A).

Judge Segal has reviewed the pleadings and the docket. Judge Segal has determined, pursuant to Rule 53(a)(2), that she does not have a relationship to

SPECIAL MASTER AFFIDAVIT

the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. Section 455.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 3, 2026

DocuSigned by:

*Hon. Suzanne Segal (Ret.)*

2B730185DE71450...

Hon. Suzanne H. Segal (Ret.)

2

SPECIAL MASTER AFFIDAVIT