# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,<br><br>Defendant. | Case No.: 8:24-cv-02657-JDE<br><br>**ORDER GRANTING SECOND STIPULATION TO MODIFY SCHEDULING ORDER, IN PART**<br><br>Hon. John D. Early<br><br>Complaint filed:  December 6, 2024<br>Pretrial Conf:  May 21, 2027<br>Trial Date:  June 2, 2027 |

Having considered Plaintiffs Eric Hayde and Megan Wheeler (Plaintiffs) and Defendant Arcadia Consumer Healthcare Inc.'s (Arcadia) (together, the parties), Second Stipulation to Modify Scheduling Order and good cause appearing, in part, IT IS HEREBY ORDERED that:

1. The Stipulation (Dkt. 72) is granted in part.

2. The Court hereby enters a modified scheduling order as follows:

| Event | New Date |
|---|---|
| Trial (5-10 day estimate of parties) | June 2, 2027 at 9:00 a.m. (unchanged) |
| Final Pretrial Conference | May 21, 2027 at 10:00 a.m. (unchanged) |
| Dispositive Motion Hearing Cutoff | April 9, 2027 at 10:00 a.m. (unchanged) |
| Expert Discovery Cut-off | February 9, 2027 (unchanged) |
| Rebuttal Merits Expert Disclosure Cut-off | January 22, 2027 (unchanged) |
| Initial Merits Expert Disclosure Cut-off | January 8, 2027 (unchanged) |
| Fact Discovery Cut-off | December 28, 2026 (unchanged) |
| Class Cert. Hearing | September 10, 2026 |
| Class Cert. Reply Cut-off | August 20, 2026 |
| Class Cert. Opposition Cut-off | August 6, 2026 |
| Class Cert. Motion Filing Cut-off | July 9, 2026 |
| Cert. Expert Discovery Cut-off | June 25, 2026 |
| Rebuttal Cert. Expert Disclosure Cut-off | June 11, 2026 |
| Initial Cert. Expert Disclosure Cut-off | May 28, 2026 |
| ADR Completion Deadline | August 28, 2026 |

The parties are advised that further extensions of dates or deadlines in this case are unlikely to be granted. The parties should proceed accordingly.

IT IS SO ORDERED.

Dated:  April 10, 2026

JOHN D. EARLY
United States Magistrate Judge