Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren M. Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiffs and the Proposed Class*

Jacob M. Harper (SBN 259463)
jacobharper@dwt.com
Peter K. Bae (SBN 329158)
peterbae@dwt.com
Daniel Imakyure (SBN 356869)
danielimakyure@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899
*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation, <br><br> Defendant. | Case No.: 8:24-cv-02657-JDE <br><br> **THIRD STIPULATION TO MODIFY SCHEDULING ORDER** <br><br> Hon. John D. Early <br><br> Complaint filed: December 6, 2024 <br> Pretrial Conf: May 21, 2027 <br> Trial Date: June 2, 2027 |

STIPULATION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 16-9 and 16-14, Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs") and Defendant Arcadia Consumer Healthcare Inc. ("Arcadia") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Third Stipulation to Modify the Scheduling Order.

WHEREAS, on July 10, 2025, this Court entered a Scheduling Order (ECF No. 41);

WHEREAS, on January 14, 2026, the Court entered its Order Granting First Stipulation to Modify Scheduling Order (ECF No. 57);

WHEREAS, on April 10, 2026, the Court entered its Order Granting Second Stipulation to Modify Scheduling Order, In Part (ECF No. 73), setting, among other deadlines, the current class certification expert and briefing deadlines;

WHEREAS, the Court's April 10, 2026 Order advised the Parties that further extensions of dates or deadlines in this case are unlikely to be granted, and the Parties therefore submit this targeted request based on good cause arising after entry of that Order;

WHEREAS, on March 27, 2026, the Special Master ordered Arcadia to produce documents responsive to certain of Plaintiffs' document requests;

WHEREAS, on May 1, 2026, Arcadia produced approximately 24,000 documents pursuant to the Special Master's March 27 Order;

WHEREAS, Plaintiffs' class certification experts need sufficient time to review, analyze, and incorporate the voluminous production into their opening reports, which must be served under the current Scheduling Order no later than May 28, 2026;

WHEREAS, executive depositions and corporate-witness depositions are scheduled to proceed in part after the current Initial Class Certification Expert Disclosure Cut-off, including the rescheduled deposition of Arcadia's Chief

1

STIPULATION TO MODIFY SCHEDULING ORDER

Customer Officer Chris Martinovic on June 1, 2026, and Arcadia's Rule 30(b)(6) deposition, which is noticed for June 9, 2026;

WHEREAS, Plaintiffs believe that these depositions will elicit corporate testimony relevant to class certification, including testimony concerning Arcadia's labeling, marketing, sales, sales data, refund or money-back guarantee practices, consumer complaints, substantiation, formulation, and other company-wide information;

WHEREAS, it is Plaintiffs' position that absent a modification of the schedule, Plaintiffs' class certification experts would be required to serve opening reports before having access to material corporate testimony, thereby depriving Plaintiffs' experts of corporate testimony necessary to complete their analyses and increasing the likelihood of unnecessary supplementation, expert discovery disputes, and motion practice;

WHEREAS, the Parties conferred about Plaintiffs' requested scheduling modification, and Arcadia agreed to enter a stipulation for such modification;

WHEREAS, the Parties agree that the requested modification is limited to class-certification-related expert and briefing deadlines and does not seek to continue the trial date, final pretrial conference, dispositive motion hearing cutoff, fact discovery cutoff, merits expert deadlines, or any other case deadlines not expressly listed below;

WHEREAS, the Parties agree that good cause exists to modify the certification-related deadlines in the Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to Court approval, that the Scheduling Order be modified as set forth below:

2

STIPULATION TO MODIFY SCHEDULING ORDER

| Event | Current Date | Proposed New Date |
|---|---|---|
| Initial Class Certification Expert Disclosure Cut-off | May 28, 2026 | July 9, 2026 |
| Rebuttal Class Certification Expert Disclosure Cut-off | June 11, 2026 | July 23, 2026 |
| Class Certification Expert Discovery Cut-off | June 25, 2026 | August 13, 2026 |
| Class Certification Motion Filing Cut-off | July 9, 2026 | August 20, 2026 |
| Class Certification Opposition Cut-off | August 6, 2026 | September 17, 2026 |
| Class Certification Reply Cut-off | August 20, 2026 | October 1, 2026 |
| Class Certification Hearing | September 10, 2026 | October 29, 2026, or as set by the Court |

All other dates and provisions in the Scheduling Order, as modified, shall remain unchanged.

This Stipulation is made without waiver of, and without prejudice to, any Party's claims, defenses, objections, arguments regarding class certification, evidentiary objections, expert challenges, or any other rights in this action.

**IT IS SO STIPULATED.**

Dated:  May 15, 2026

Respectfully submitted,

*/s/ Thiago Coelho*

Thiago M. Coelho
Jennifer Leinbach
**WILSHIRE LAW FIRM, PLC**
*Attorneys for Plaintiffs and the Proposed Class*

//

STIPULATION TO MODIFY SCHEDULING ORDER

Dated:  May 15, 2026

Respectfully submitted,

/s/ Peter K. Bae

Jacob M. Harper
Peter K. Bae
Daniel Imakyure
**DAVIS   WRIGHT   TREMAINE LLP**
*Attorneys   for   Defendant   Arcadia Consumer Healthcare Inc.*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(2) all signatories listed above on behalf of whom the filing is submitted concur in the filing's content and have authorized this filing.

Dated:  May 15, 2026

Respectfully submitted,

/s/ Thiago Coelho

Thiago Coelho
**WILSHIRE LAW FIRM, PLC**
*Attorneys   for   Plaintiffs   and   the Proposed Class*

STIPULATION TO MODIFY SCHEDULING ORDER