**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation, <br><br> Defendant. | Case No.: 8:24-cv-02657-JDE <br><br> **ORDER GRANTING THIRD STIPULATION TO MODIFY SCHEDULING ORDER, IN PART** <br><br> Complaint filed: December 6, 2024 <br> Pretrial Conf: May 21, 2027 <br> Trial Date: June 2, 2027 |

Having considered Plaintiffs Eric Hayde and Megan Wheeler (Plaintiffs) and Defendant Arcadia Consumer Healthcare Inc.'s (Arcadia) (together, the parties), Third Stipulation to Modify Scheduling Order and good cause appearing, in part, IT IS HEREBY ORDERED that:

1. The Stipulation (Dkt. 74) is granted in part.

2. The Court hereby enters a modified scheduling order as follows:

| Event | New Date |
|---|---|
| Trial (5-10 day estimate of parties) | June 2, 2027 at 9:00 a.m. (unchanged) |
| Final Pretrial Conference | May 21, 2027 at 10:00 a.m. (unchanged) |
| Dispositive Motion Hearing Cutoff | April 9, 2027 at 10:00 a.m. (unchanged) |
| Expert Discovery Cut-off | February 9, 2027 (unchanged) |
| Rebuttal Merits Expert Disclosure Cut-off | January 22, 2027 (unchanged) |
| Initial Merits Expert Disclosure Cut-off | January 8, 2027 (unchanged) |
| Fact Discovery Cut-off | December 28, 2026 (unchanged) |
| Class Cert. Hearing | October 8, 2026 |
| Class Cert. Reply Cut-off | September 14, 2026 |
| Class Cert. Opposition Cut-off | August 31, 2026 |
| Class Cert. Motion Filing Cut-off | August 3, 2026 |
| Cert. Expert Discovery Cut-off | July 27, 2026 |
| Rebuttal Cert. Expert Disclosure Cut-off | July 13, 2026 |
| Initial Cert. Expert Disclosure Cut-off | June 29, 2026 |
| ADR Completion Deadline | August 28, 2026 (unchanged) |

The parties are again advised that further extensions of dates or deadlines in this case are unlikely to be granted, including extensions of merits discovery cutoff dates. The parties should proceed accordingly.

IT IS SO ORDERED.

Dated:  May 18, 2026

JOHN D. EARLY
United States Magistrate Judge