Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren M. Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiffs and the Proposed Class*

Jacob M. Harper (SBN 259463)
jacobharper@dwt.com
Peter K. Bae (SBN 329158)
peterbae@dwt.com
Daniel Imakyure (SBN 356869)
danielimakyure@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899
*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,<br>                Defendant. | Case No.: 8:24-cv-02657-JDE<br><br>**FOURTH STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Hon. John D. Early<br><br>Complaint filed: December 6, 2024<br>Pretrial Conf:    May 21, 2027<br>Trial Date:      June 2, 2027 |

STIPULATION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 16-9 and 16-14, Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs") and Defendant Arcadia Consumer Healthcare Inc. ("Arcadia") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Fourth Stipulation to Modify the Scheduling Order.  As explained below, the Special Master agrees substantial good cause exists to make a modest extension of class certification-related expert deadlines to allow for a reschedule of Arcadia's Rule 30(b)(6) deposition.

WHEREAS, on July 10, 2025, this Court entered its Scheduling Order (ECF No. 41);

WHEREAS, on January 14, 2026, the Court entered its Order Granting First Stipulation to Modify Scheduling Order (ECF No. 57);

WHEREAS, on April 10, 2026, the Court entered its Order Granting Second Stipulation to Modify Scheduling Order, In Part (ECF No. 73);

WHEREAS, on May 18, 2026, the Court entered its Order Granting Third Stipulation to Modify Scheduling Order, In Part (ECF No. 75), setting, among other deadlines, the current class certification expert deadlines;

WHEREAS, the Court's May 18, 2026 Order advised the Parties that further extensions of dates or deadlines in this case are unlikely to be granted, including extensions of merits discovery cutoff dates, and the Parties therefore submit this targeted request based on substantial good cause arising after entry of that Order;

WHEREAS, the Parties—*and the Special Master, as noted below*—believe good cause exists to modify solely the dates for the Rule 30(b)(6) deposition and class certification expert disclosures and discovery (which modifications will *not* affect any other case deadlines, including class certification filing or hearing cut-offs), and the good cause exists for the following reasons:

1

STIPULATION TO MODIFY SCHEDULING ORDER

- Arcadia's Rule 30(b)(6) deposition is currently set for June 16, 2026, for fifteen Topics of Examination requiring preparation and involvement of multiple Arcadia personnel, including its executives

- Arcadia's primary witness has multiple travel, business, and personal conflicts that has hindered its ability to schedule, coordinate, and complete preparation, and the extent of the interruption in preparation and attendance was not apparent to Arcadia or its counsel previously. This includes extensive business travel this week (June 9–11), a previously unforeseen emergency surgery for the witness's mother scheduled for the end of this week (June 12), and business travel to Philadelphia the day before and during the scheduled deposition (June 15–16). As a result, both Arcadia, its personnel, and its counsel personnel are finding they are unable to complete their preparation given these items, a problem compounded by the advent of the surgery and the number of individuals required to coordinate;

- To address the deposition scheduling and preparation issues, the Parties agree to move Arcadia's Rule 30(b)(6) deposition tentatively to June 23, 2026, (or another date that is mutually agreeable to Plaintiffs and Defendant); however, doing so will severely condense the amount of time necessary to finalize expert disclosures, which are currently set for a June 29 exchange. The parties agree the following schedule will allow for adequate preparation of expert and rebuttal disclosures while also allowing for the current class certification and other hearings to remain;
  - o Class Certification Expert Disclosures: From Monday, June 29 to **Friday, July 10**;
  - o Rebuttal Class Certification Expert Disclosures: From Monday, July 13 to **Monday, July 20**;

2

STIPULATION TO MODIFY SCHEDULING ORDER

- o Class Expert Discovery Cut-Off: From Monday, July 27 to **Wednesday, July 29**.

- With this schedule, Parties will have adequate time to prepare for experts while accommodating a mutually agreeable Rule 30(b)(6) schedule. But if the expert disclosures are not moved, the Parties will not be able to prepare fully for the expert disclosure, and as a result, Plaintiffs are not able to agree to move the 30(b)(6) deposition to the proposed date yet.

- The Parties have consulted with the Special Master, who has reviewed the proposal and agrees substantial good cause exists to change the Rule 30(b)(6) and class expert deadlines; and

- The Parties agree that the requested modification is limited to class certification-related expert deadlines and does not seek to continue the class-certification briefing deadlines, trial date, final pretrial conference, dispositive motion hearing cutoff, fact discovery cutoff, merits expert deadlines, or any other case deadlines not expressly listed below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to Court approval, that the Scheduling Order be modified as set forth below:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Initial Class Certification Expert Disclosure Cut-off | June 29, 2026 | July 10, 2026 |
| Rebuttal Class Certification Expert Disclosure Cut-off | July 13, 2026 | July 20, 2026 |
| Class Certification Expert Discovery Cut-off | July 27, 2026 | July 29, 2026 |

3

STIPULATION TO MODIFY SCHEDULING ORDER

All other dates and provisions in the Scheduling Order, as modified, shall remain unchanged.

This Stipulation is made without waiver of, and without prejudice to, any Party's claims, defenses, objections, arguments regarding class certification, evidentiary objections, expert challenges, or any other rights in this action.

**IT IS SO STIPULATED.**

Dated:  June 9, 2026

Respectfully submitted,

*/s/ Thiago M. Coelho*

Thiago M. Coelho
Jennifer Leinbach
WILSHIRE LAW FIRM, PLC
*Attorneys for Plaintiffs and the Proposed Class*

Dated:  June 9, 2026

Respectfully submitted,

*/s/ Jacob M. Harper*

Jacob M. Harper
Peter K. Bae
Daniel Imakyure
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*

4

STIPULATION TO MODIFY SCHEDULING ORDER

## <u>SIGNATURE ATTESTATION</u>

Pursuant to Local Rule 5-4.3.4(2) all signatories listed above on behalf of whom the filing is submitted concur in the filing's content and have authorized this filing.

Dated:  June 9, 2026                                    Respectfully submitted,

 */s/ Jacob M. Harper*

Jacob M. Harper
DAVIS WRIGHT TREMAINE LLP
*Attorneys   for   Defendant   Arcadia Consumer Healthcare Inc.*

STIPULATION TO MODIFY SCHEDULING ORDER