

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

|  |  |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,<br>                    Defendant. | Case No.: 8:24-cv-02657-JDE<br><br>**ORDER GRANTING FOURTH STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Hon. John D. Early<br><br>Complaint filed:  December 6, 2024<br>Pretrial Conf:      May 21, 2027<br>Trial Date:          June 2, 2027 |

Having considered the Fourth Stipulation to Modify Scheduling Order filed by Plaintiffs Eric Hayde and Megan Wheeler (together, Plaintiffs) and Defendant Arcadia Consumer Healthcare Inc. (Arcadia), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation (Dkt. 82) is GRANTED. The Court hereby enters a modified scheduling order as follows:

ORDER

| Event | Current Date | Proposed New Date |
|---|---|---|
| Initial Class Certification Expert Disclosure Cut-off | June 29, 2026 | July 10, 2026 |
| Rebuttal Class Certification Expert Disclosure Cut-off | July 13, 2026 | July 20, 2026 |
| Class Certification Expert Discovery Cut-off | July 27, 2026 | July 29, 2026 |

In addition, the deposition of the Rule 30(b)(6) witness for Arcadia shall tentatively take place on June 23, 2026 (or another date that is mutually agreeable to Plaintiffs and Arcadia).

All other dates and provisions in the Scheduling Order, as modified, shall remain unchanged. The Court relies on the parties' representation in the Stipulation that the foregoing modification will not alter (or result in a future request to alter) any other date or deadline set in the operative Scheduling Order.

**IT IS SO ORDERED.**

Dated: June 10, 2026

_____

JOHN D. EARLY
United States Magistrate Judge

2
ORDER