Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren M. Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiffs and the Proposed Class*

Jacob M. Harper (SBN 259463)
jacobharper@dwt.com
Peter K. Bae (SBN 329158)
peterbae@dwt.com
Daniel Imakyure (SBN 356869)
danielimakyure@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899
*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   vs.<br><br>ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,<br>             Defendant. | Case No.: 8:24-cv-02657-JDE<br><br>**FIFTH STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Hon. John D. Early<br><br>Complaint filed: December 6, 2024<br>Pretrial Conf: May 21, 2027<br>Trial Date: June 2, 2027 |

STIPULATION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 16-9 and 16-14, Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs") and Defendant Arcadia Consumer Healthcare Inc. ("Arcadia") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Fifth Stipulation to Modify the Scheduling Order.  As explained below, the Parties presented their proposed extension of the class certification expert discovery cut-off and class certification motion briefing deadlines to the Special Master, who believes it is both a reasonable and modest modification of the schedule to allow the parties to take expert depositions and brief class certification.

WHEREAS, on July 10, 2025, this Court entered its Scheduling Order (ECF No. 41);

WHEREAS, on January 14, 2026, the Court entered its Order Granting First Stipulation to Modify Scheduling Order (ECF No. 57);

WHEREAS, on April 10, 2026, the Court entered its Order Granting Second Stipulation to Modify Scheduling Order, In Part (ECF No. 73);

WHEREAS, on May 18, 2026, the Court entered its Order Granting Third Stipulation to Modify Scheduling Order, In Part (ECF No. 75);

WHEREAS, on June 10, 2026, the Court entered its Order Granting Fourth Stipulation to Modify Scheduling Order (ECF No. 83), setting the current class certification expert deadlines;

WHEREAS, the Parties believe good cause exists to modify solely the class certification expert discovery cut-off and class certification motion briefing deadlines (which modifications will *not* affect any other case deadlines, including the class certification hearing), and the good cause exists for the following reasons:

- On July 10, 2026, Plaintiffs served Initial Expert Disclosures and Reports disclosing their four expert witnesses within Rule 26(a)(2)(B)—Rhonda Harper, Dr. Ernan Haruvy, Dr. David Bell, and Dr. Matthew Bogyo;

1

STIPULATION TO MODIFY SCHEDULING ORDER

- On July 20, 2026, Arcadia served Rebuttal Expert Disclosures and Reports, disclosing its three retained experts within Rule 26(a)(2)(B)— Dr. Keith A. Botner, Dr. Chen Song, and Dr. Eva R. Parker;

- The Parties intend to take depositions of all seven experts and have reached out to their respective experts for deposition availability. Under the current case schedule, the Parties would need to schedule depositions for seven total experts within seven business days (or nine calendar days) between the July 20 Rebuttal Class Certification Expert Disclosure Cut-off and the July 29 Class Certification Expert Discovery Cut-off.  Given this compressed timeline, Plaintiffs and Arcadia are finding they are unable to complete expert depositions under the current case schedule, a problem compounded by the number of experts, many of whom are unavailable for depositions before July 29;

- Considering the foregoing, the Parties agree that the following schedule will allow for deposition scheduling of experts and for briefing class certification while also allowing the current class certification hearing (and subsequent deadlines) to remain:

  - Class Cert. Expert Discovery Cut-Off:  From Wednesday, July 29, 2026 to **Friday, August 14, 2026**.
  - Class Cert. Motion Filing Cut-off:  From Monday, August 3, 2026, to **Monday, August 17, 2026**.
  - Class Cert. Opposition Cut-off:  From Monday, August 31, 2026, to **Monday, September 14, 2026**.
  - Class Cert. Reply Cut-off:  From Monday, September 14, 2026, to **Monday, September 28, 2026**.

- The Parties have consulted with the Special Master, who has reviewed the proposal and agrees that the Parties' modest extension of the class

2

STIPULATION TO MODIFY SCHEDULING ORDER

certification expert discovery cut-off and class certification motion briefing deadlines is reasonable and makes sense; and

- The Parties agree that the requested modification is limited to the class certification expert discovery cut-off and class certification briefing deadlines, and do not seek to continue the class certification motion hearing, trial date, final pretrial conference, dispositive motion hearing cutoff, fact discovery cutoff, merits expert deadlines, or any other case deadlines not expressly listed below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to Court approval, that the Scheduling Order be modified as set forth below:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Class Cert. Expert Discovery Cut-off | July 29, 2026 | August 14, 2026 |
| Class Cert. Motion Filing Cut-off | August 3, 2026 | August 17, 2026 |
| Class Cert. Opposition Cut-off | August 31, 2026 | September 14, 2026 |
| Class Cert. Reply Cut-off | September 14, 2026 | September 28, 2026 |

All other dates and provisions in the Scheduling Order, as modified, shall remain unchanged.

This Stipulation is made without waiver of, and without prejudice to, any Party's claims, defenses, objections, arguments regarding class certification, evidentiary objections, expert challenges, or any other rights in this action.

**IT IS SO STIPULATED.**

Dated:  July 23, 2026                    Respectfully submitted,

                                         */s/ Jennifer Leinbach*
                                         Thiago M. Coelho
                                         Jennifer Leinbach

3
STIPULATION TO MODIFY SCHEDULING ORDER

WILSHIRE LAW FIRM, PLC
*Attorneys for Plaintiffs and the Proposed Class*

Dated:  July 23, 2026

Respectfully submitted,

*/s/ Peter K. Bae*

Jacob M. Harper
Peter K. Bae
Daniel Imakyure
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*

4

STIPULATION TO MODIFY SCHEDULING ORDER

## <u>SIGNATURE ATTESTATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2) all signatories listed above on behalf of whom the filing is submitted concur in the filing's content and have authorized this filing.

Dated:  July 23, 2026

Respectfully submitted,

*/s/ Peter K. Bae*

Peter K. Bae
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*

STIPULATION TO MODIFY SCHEDULING ORDER