DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
Daniel Imakyure (SBN 356869)
*danielimakyure@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

**DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S NOTICE OF RELATED CIVIL CASES (L.R. 83-1.3.1)**

Assigned to the Hon. John D. Early

Discovery Cutoff: December 28, 2026
Pretrial Conf.: May 21, 2027
Trial Date: June 2, 2027

Pursuant to Local Rule 83-1.3.1, defendant Arcadia Consumer Healthcare Inc. (Arcadia) hereby gives notice of a related civil case brought by counsel for plaintiffs Eric Hayde and Megan Wheeler (Plaintiffs), which was recently transferred to the United States District Court for the Central District of California pursuant to the first-to-file rule based on the overlapping parties, facts, and issues in this case: *Gerald White et al. v. Arcadia Consumer Healthcare Inc.*, Case No. 2:26-cv-07207-HDV-DWR (C.D. Cal. 2026), originally filed as Case No. 2:26-cv-14082-AMC (S.D. Fla. 2026) (*White*). *White* has been assigned to the Honorable Hernan D. Vera (presiding) and Daniel S. Roberts (referral). Arcadia respectfully submits that *White* should be related to this case (*Hayde*), and transferred to this Court. In accordance with L.R. 83-1.3.1, Arcadia provides the following brief factual statement that explains how *Hayde* and *White* (a) arise from the same or closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; (c) or for other reasons would entail substantial duplication of labor if heard by different judges:

***Relation to White.*** *White* was transferred to this district under the first-to-file rule, based on the pendency of this earlier-filed action, *Hayde*. (*White*, ECF No. 19 (Order Granting Arcadia's Mot. to Transfer Venue) at 1.) *White* is one of six materially identical lawsuits Plaintiffs' counsel, Wilshire Law Firm, has filed around the country.[1] As explained further below, Wilshire originally filed *White* in the United States District Court for the Southern District of Florida, asserting the same labeling theory and similar claims against Arcadia based on its Fungi-Nail antifungal products, on behalf of overlapping putative nationwide classes of consumers who purchased the Fungi-Nail product. Arcadia moved to transfer *White*

[1] *Daniel Duffey v. Arcadia Consumer Healthcare Inc.*, No. 5:25-cv-00652 (E.D.N.C. 2025) (stayed pending final disposition of *Hayde*); *Kathrein v. Arcadia Consumer Healthcare Inc.*, No. 3:26-cv-50217 (N.D. Ill. 2026); *Pisula v. Arcadia Consumer Healthcare Inc.*, No. 1:26-cv-00574 (S.D. Ohio 2026); *Fox v. Arcadia Consumer Healthcare Inc.*, No. 1:26-cv-06232 (S.D.N.Y. 2026).



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

to the Central District of California under the first-to-file rule, based on the pendency of *Hayde*, explaining that allowing these "duplicative cases to proceed simultaneously in [different courts] would needlessly expend judicial resources and potentially subject the parties … to inconsistent rulings" as well as impose "unnecessary burdens on Arcadia and third-party witnesses." (*White*, ECF No. 19 at 2.). The transferor court, "[u]pon full review, and after careful evaluation of the factors governing transfer of venue under the … first-to-file rule, … as well as for convenience and in the interest of justice under 28 U.S.C. §§ 1404(a)," granted Arcadia's Motion on June 25, 2026. (*Id*. at 1.) As that court recognized: "Where two actions involving overlapping issues and parties are pending in two federal courts, there is a strong presumption across the federal circuits that favors the forum of the first-filed suit under the first-filed rule." (*Id*.)

***Similar Questions.*** *Hayde* and *White* do not merely call for determination of substantially related or similar questions of law and fact—these cases are materially identical. L.R. 83-1.3.1(b). Both *Hayde* and *White* turn on whether front-label statements (e.g., "Fungi-Nail" and "kills fungus") may mislead reasonable consumers about its usage and efficacy, in spite of disclaimers and text on other parts of the label. (*Compare Hayde*, ECF No. 35 (Second Am. Compl. (SAC)) *with White*, ECF No. 7 (First Am. Compl. (FAC)).) Both cases assert similar claims seeking the same types of relief based on the same alleged labeling conduct. (*Compare Hayde* SAC ¶¶ 28–82 *with White* FAC ¶¶ 16–167.) Both complaints also raise the same question regarding whether a reasonable consumer would understand disclaimers and qualifiers on the product label. (*Compare, e.g., with Hayde* SAC ¶¶ 5–6, 16–17 *with White* FAC ¶¶ 21, 31, 40.) Plaintiffs in both cases, which are all represented by the same Wilshire firm, allege membership in overlapping nationwide and statewide classes concerning the same product purchases. (*Compare Hayde* SAC ¶ 20 *with White* FAC ¶ 8.) And the common questions of fact identified in the two complaints are not just similar, but often verbatim



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

duplicates. As just one example, both complaints allege the labeling created the impression that the product would "kill" nail fungus because "the front label reads in white capitalized font against a bright red background 'Kills Fungus.'" (*Compare Hayde* SAC ¶ 15 *with White* FAC ¶ 27.) Even the description of plaintiffs' conduct in *Hayde* is repeated nearly word-for-word in *White*: "Plaintiff … regularly applied the product to his toenails from the date of purchase, with no improvement to his nail fungus." (*Compare Hayde* SAC ¶¶ 8–9 *with White* FAC ¶¶ 1–2.)

***Promotes Efficiency.*** Permitting *White* to proceed independently would result in obvious inefficiencies—preventing duplicative discovery, parallel motion practice on issues briefed issues in *Hayde*, and the risk of inconsistent rulings on both class certification and the merits. L.R. 83-1.3.1(c). As Arcadia explained to the *White* Court, Wilshire had filed at that time four—now six—overlapping class actions now pending in four federal districts, all brought by the same plaintiffs' firm, targeting the same product, advancing the same legal theories, and proposing overlapping consumer classes. (*White*, ECF No. 17 (Arcadia's Mot. to Transfer Venue) at 14.) After investing time and resources to obtain research and expertise on the questions of law, factual theories, and claims in this action, the *White* Court ultimately granted Arcadia's Motion to Transfer Venue to the Central District of California. *White* has not yet proceeded past the pleadings, while in this action, the parties and Court (including Special Master Hon. Suzanne Segal) have already resolved a motion to dismiss, discovery disputes, and expert discovery disputes, and the parties are preparing to brief class certification. Relation of this case will therefore avoid "substantial duplication of labor" and the risk of inconsistent holdings in ruling on related or substantially similar issues.

Arcadia thus respectfully requests that *White* be related to this case, and transferred to this Court.



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

Dated: August 14, 2026

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper
Peter K. Bae
Daniel Imakyure

By: /s/ Peter K. Bae
Peter K. Bae

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899