REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 6

Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
*and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 8:24-cv-02657-JDE<br><br>**EXPERT REPORT OF DR. MATTHEW BOGYO, Ph.D.**<br><br>***[CONFIDENTIAL]*** |

# TABLE OF CONTENTS


I. ASSIGNMENT AND SUMMARY OF OPINION .......... 1
II. QUALIFICATIONS .......... 2
III. METHODOLOGY .......... 2
IV. EXPERT ANALYSIS .......... 7
A. Limitations and Biophysical Barriers in Over-the-Counter Tolnaftate Therapy .......... 7
B. Biochemical Mechanism and Antifungal Spectrum of Tolnaftate .......... 8
Table 1: Tolnaftate Pharmacological and Physicochemical Characteristics .......... 9
C. Biophysical Architecture of the Human Nail as a Therapeutic Barrier .......... 10
Table 2: Comparative Biophysical Characteristics: Stratum Corneum vs. Nail Plate .......... 11
D. Clinical Efficacy Analysis: Tinea Pedis vs. Onychomycosis .......... 12
Table 3: Comparative Clinical Efficacy in Onychomycosis .......... 13
E. The Role of Fungal Persisters: Biofilms and Arthroconidia .......... 15
F. FDA Monograph Limits and U.S. Fungi-Nail Front-Label Claims .......... 16
Table 4: FDA Monograph v. U.S. Fungi-Nail Front-Label Claims .......... 17
V. CONCLUSION .......... 18
APPENDIX A: WORKS CITED .......... 19
APPENDIX B: CASE MATERIALS CONSIDERED .......... 22
APPENDIX C: CURRICULUM VITAE AND PUBLICATIONS .......... 23
APPENDIX D: PRIOR TESTIMONY IN THE LAST FOUR YEARS .......... 24

## I. ASSIGNMENT AND SUMMARY OF OPINION

I am a Professor of Pathology and of Microbiology and Immunology and Chemical and Systems Biology at Stanford University. I have been retained by Plaintiffs' counsel to evaluate, from a pharmacology, microbiology, and transungual-delivery perspective, whether Arcadia's United States Fungi-Nail products containing 1% tolnaftate, as formulated and used by consumers, have been shown to deliver therapeutically effective concentrations of tolnaftate to an infected nail plate, nail bed or nail matrix sufficient to treat onychomycosis.

Onychomycosis is a chronic fungal infection of the nail unit in which the organisms are commonly located within and/or beneath the nail plate, including the nail bed and sometimes the matrix. Standard OTC 1% tolnaftate formulations are not expected to achieve therapeutically effective concentrations at those sites because the nail plate is a dense, hydrophilic keratin matrix that substantially limits permeation of moderately sized, highly lipophilic, and very poorly water-soluble molecules such as tolnaftate.

[redacted]

[redacted]

## II. QUALIFICATIONS

My curriculum vitae, including a list of publications authored in the previous ten years, are attached as Appendix C. I summarize some aspects of my qualifications and background below.

I received a B.S. degree in Chemistry from Bates College and a Ph.D. in Biological Chemistry and Biochemistry from Massachusetts Institute of Technology. After completing my Ph.D., I served as a Postdoctoral Fellow at Harvard Medical School (1997–1998). I then held a Faculty Fellow position at the University of California, San Francisco (1998–2001). I served as a Group Leader and Head of Chemical Proteomics at Celera Genomics (2001–2003). I joined Stanford University as an Assistant Professor (2003–2009), became an Associate Professor (2009–2013), and have been a Professor (2013–present). My research uses chemical, biochemical, and cell biological methods to study protease function in human disease, including the design and synthesis of chemical probes.

I am compensated for my time and services in connection with this matter at an hourly rate of $750, plus reimbursement of reasonable out-of-pocket expenses. My compensation is not contingent upon the substance of my opinions or the outcome of this litigation.

## III. METHODOLOGY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## IV. EXPERT ANALYSIS

### A. Limitations and Biophysical Barriers in Over-the-Counter Tolnaftate Therapy

The clinical management of onychomycosis, a chronic fungal infection of the nail unit involving the nail plate, bed, and matrix, represents a significant challenge in dermatological practice. Tolnaftate is a synthetic thiocarbamate with antifungal activity against dermatophytes when adequate concentrations contact the organism.

[redacted]

The prevalence of onychomycosis is estimated to affect approximately 10% of the United States population, with incidence rates increasing significantly among the elderly and immunocompromised cohorts.[1] Dermatophytes, specifically *Trichophyton rubrum* and *Trichophyton mentagrophytes*, are the primary etiologic agents, accounting for roughly 90% of toenail infections.[1] Patients often present with symptoms including nail thickening (onychauxis), discoloration (dyschromia), subungual hyperkeratosis, and onycholysis.[1] While oral therapies such as terbinafine and itraconazole offer higher cure rates, their use is frequently limited by potential systemic adverse effects, including hepatotoxicity and significant drug-drug interactions, leading many patients to seek topical alternatives.[2] However, the

transition from superficial cutaneous application to transungual delivery necessitates a fundamental shift in pharmacokinetic strategy, a shift that 1% tolnaftate OTC formulations have not been shown to overcome for nail-unit infection.[3]

### B. Biochemical Mechanism and Antifungal Spectrum of Tolnaftate

Tolnaftate was first discovered in 1962 and has since been utilized extensively for its ability to treat various superficial fungal infections.[4] Chemically designated as O-naphthalen-2-yl N-methyl-N-(3-methylphenyl) carbamothioate, the molecule has a molecular weight of 307.41 g/mol and a high lipophilicity profile.[4] Its primary mechanism of action involves the inhibition of fungal squalene epoxidase, a microsomal enzyme essential for the biosynthetic pathway of ergosterol.[5]

Ergosterol serves as a vital component of the fungal cell membrane, ensuring structural integrity and regulating the activity of membrane-bound enzymes. By inhibiting squalene epoxidation, tolnaftate induces a two-fold toxic effect on the fungal cell: first, the depletion of ergosterol leads to increased membrane permeability and loss of cytoplasmic contents; second, the intracellular accumulation of squalene, a lipid precursor, reaches toxic concentrations that further compromise the cell.[5] This mechanism is similar to that of allylamines like terbinafine, although the two classes are chemically distinct.[5]

**Table 1: Tolnaftate Pharmacological and Physicochemical Characteristics**

| **Pharmacological Characteristic** | **Detail** |
|---|---|
| Chemical Class | Synthetic Thiocarbamate [4] |
| Molecular Formula | C19H17NOS |
| Molecular Weight | 307.41 g/mol [4] |
| Log P (Octanol-Water Partition) | 5.5 [4] |
| Aqueous Solubility | 0.00054 mg/mL [6] |
| Target Enzyme | Squalene Epoxidase [5] |
| Mechanism Category | Sterol Biosynthesis Inhibitor [5] |

The antifungal spectrum of tolnaftate is primarily focused on dermatophytes, including *Trichophyton*, *Microsporum*, and *Epidermophyton* species.[5] While it demonstrates potent activity against these organisms in tinea pedis, its efficacy against *Candida albicans* and other yeasts is significantly lower.[5] Biochemical studies suggest that while tolnaftate can inhibit squalene epoxidase in broken *C. albicans* cells, it is much less effective against whole yeast cells, likely due to a significant barrier to penetration in the yeast cell wall.[5] This inherent limitation in the drug's spectrum becomes relevant in complex nail infections where yeast and non-dermatophyte molds may coexist with dermatophytes.[1]

### C. Biophysical Architecture of the Human Nail as a Therapeutic Barrier

The failure of topical tolnaftate in treating onychomycosis is deeply rooted in the biophysical properties of the nail plate. Unlike the stratum corneum of the skin, which is characterized by a lipid-rich matrix, the nail plate is a highly disulfide-linked, laminated keratin structure.[3] This structure is designed for physical protection and resistance to chemical ingress, making it one of the most difficult biological membranes to penetrate.[7]

The nail plate is organized into three distinct layers: the dorsal, intermediate, and ventral layers. The dorsal layer, although only a few cell layers thick, is composed of dense, overlapping corneocytes that represent the primary barrier to drug entry.[3] The intermediate layer is the thickest and contains keratin fibers arranged in a parallel fashion, while the ventral layer is the thinnest and connects the nail plate to the nail bed.[3] In patients with onychomycosis, the nail unit undergoes significant structural changes. The nail plate often thickens dramatically, sometimes exceeding 2 mm, while its density and tensile strength decrease.[8] Scanning electron microscopy has revealed that invading fungi break down the intercellular matrix, creating a more porous but ultimately thicker and more complex barrier.[8]

**Table 2: Comparative Biophysical Characteristics: Stratum Corneum vs. Nail Plate**

| Parameter | Stratum Corneum (Skin) | Nail Plate |
|---|---|---|
| Primary Composition | Lipids & Corneocytes | Hard Keratin |
| Lipid Content | 10–15% | 0.1–1% |
| Water Content | 25% | 7–12% (up to 30% when hydrated) |
| Diffusion Behavior | Lipophilic | Hydrophilic Gel-like |
| Thickness | 10–40 µm | 500–1000 µm (up to 2000 µm in disease) |
| Dominant Permeation Pathway | Intercellular Lipid Path | Trans-cellular Keratin Path |

The nail plate behaves pharmacokinetically as a hydrophilic gel membrane.[3] Consequently, the penetration of drugs is highly dependent on their water solubility and molecular size.[3] Tolnaftate, with its extreme lipophilicity (log P of 5.5) and very low aqueous solubility (0.00054 mg/mL), is fundamentally mismatched with the transport requirements of the nail plate.[6] Molecules that are highly lipophilic tend to partition poorly into the hydrophilic keratin matrix, instead sequestering in the superficial dorsal layers or the surrounding skin.[7]

Furthermore, the affinity of the drug for keratin proteins plays a critical role in its bioavailability within the nail unit. Drugs that bind tightly to keratin are effectively removed from the concentration gradient, preventing them from

diffusing into the deeper ventral layers and the underlying nail bed where the fungal infection is concentrated.[9] Newer prescription topicals, such as efinaconazole, have been specifically developed with low keratin affinity to circumvent this issue.[9] Tolnaftate's high lipophilicity suggests a high potential for non-specific binding within the hydrophobic domains of the keratinized tissue, further hindering its therapeutic reach.[4]

**D. Clinical Efficacy Analysis: Tinea Pedis vs. Onychomycosis**

The clinical effectiveness of tolnaftate is highly dependent on the site of infection. In meta-analyses of placebo-controlled trials for fungal skin infections (tinea pedis), tolnaftate consistently demonstrates efficacy, with a pooled risk ratio (RR) for treatment failure of approximately 0.19 to 0.46.[10] These results indicate that tolnaftate is a potent agent when the fungus resides in the superficial, lipid-accessible layers of the skin.[5]

Available comparative evidence and nail-delivery principles indicate that standard OTC tolnaftate products are not expected to cure established nail-unit infection, particularly when compared with prescription topicals that were specifically developed and tested for transungual delivery and with oral therapies that reach the nail unit systemically.

**Table 3: Comparative Clinical Efficacy in Onychomycosis**

| **Treatment Modality** | **Active Ingredient** | **Complete Cure Rate** | **Primary Delivery Pathway** |
|---|---|---|---|
| [redacted] | | | |
| Prescription Topical | Ciclopirox 8% | 5.5–8.5% [11] | Transungual (Lacquer) |
| Prescription Topical | Tavaborole 5% | 6.5–9.1% [11] | Transungual (Solution) |
| Prescription Topical | Efinaconazole 10% | 15.2–17.8% [11] | Transungual or Subungual |
| Oral Systemic | Terbinafine | 35–55% [11] | Systemic hematogenous delivery to nail bed or matrix |

The absence of reliable clinical data showing that standard 1% tolnaftate cures onychomycosis is important. Most clinical studies of tolnaftate concern tinea pedis and other superficial skin fungal infections, not established nail-unit infection.

A head-to-head ex vivo comparison using human cadaver toenails is consistent with this delivery-limitation analysis. The study reported greater transungual penetration and antifungal activity for prescription nail-directed products such as efinaconazole and tavaborole than for tested OTC products containing tolnaftate or undecylenic acid. I rely on that evidence as comparative support for the delivery problem, while recognizing that ex vivo results are not a substitute for product-specific clinical testing of Arcadia's finished formulations. Because skin and nail are materially different biological barriers, efficacy for skin fungus does not constitute evidence that the same active ingredient and vehicle will reach and eradicate fungus within or beneath the nail plate.[12]

[redacted]

[redacted]

[redacted]

### E. The Role of Fungal Persisters: Biofilms and Arthroconidia

A deeper reason for the lack of efficacy in topical treatments involves the defensive mechanisms of the fungi themselves. Onychomycosis is not merely a collection of active hyphae; it often involves the formation of complex fungal biofilms and the production of dormant, highly resistant spores known as arthroconidia.[8]

Scanning electron microscopy of toenail plates from patients with onychomycosis has revealed numerous fungal hyphae and spores embedded within an extracellular biofilm matrix.[8] These biofilms shield the microorganisms from the host's immune response and from antifungal treatments.[8] Furthermore, *Trichophyton rubrum* can produce arthroconidia in vivo, whereas standard in-vitro susceptibility testing generally evaluates microconidia or hyphae.[13] In one in-vitro study, arthroconidia from the tested *T. rubrum* isolates had higher minimum inhibitory concentrations—and thus were less susceptible—than microconidia to fluconazole, griseofulvin, and itraconazole.[13] While terbinafine appears to maintain its MIC against these structures, the concentrations required to eliminate dormant-phase spores may be as much as 1,000 times higher than those used for the active growth phase.[8]

Given the already poor expected penetration of tolnaftate through the nail plate in standard OTC vehicles, those formulations are not expected to achieve sustained concentrations sufficient to eradicate biofilms and dormant fungal forms at the site of infection. This fungal dormancy contributes to treatment resistance and recurrence in clinical practice.[1]

**F. FDA Monograph Limits and U.S. Fungi-Nail Front-Label Claims**

I also reviewed FDA OTC Monograph M005 for topical antifungal drug products. M005 permits 1% tolnaftate as an OTC topical antifungal active ingredient and permits labeling claims only within defined monograph indications: treatment or cure of most athlete's foot, jock itch, and ringworm; selected symptom-relief language; and, for tolnaftate, prevention of most athlete's foot with daily use. M005 also states that other truthful and nonmisleading statements may be used only if they describe the indications for use established in M005.50(b).[14]

Those limitations are important because M005 requires directions stating that the product is not effective on the scalp or nails, and FDA's non-monograph conditions document separately identifies topical antifungal products labeled with claims or directions for use on the nails as non-monograph conditions.[14] [15] Thus, the monograph does not supply a basis for a consumer-facing nail-fungus efficacy claim for an OTC 1% tolnaftate product.

[redacted]

[redacted]

[redacted]

## V. CONCLUSION

The documented lack of efficacy of over-the-counter tolnaftate for onychomycosis is the result of a fundamental barrier-molecule mismatch. While tolnaftate remains an agent for soft-tissue infections, its physicochemical profile, specifically its high lipophilicity, low aqueous solubility, and high keratin binding, renders it largely incompatible with the transungual delivery requirements of the human nail plate.[3]

[redacted]

Executed on July 10, 2026, at Standford, California.

Matthew Bogyo, Ph.D.

# APPENDIX A: WORKS CITED

1. Leung AKC, Lam JM, Leong KF, Hon KL, Barankin B, Leung AAM, Wong AHC. Onychomycosis: an updated review. Recent Pat Inflamm Allergy Drug Discov. 2020;14(1):32–45. doi:10.2174/1872213X13666191026090713.

2. Yousefian F, Smythe C, Han H, Elewski BE, Nestor M. Treatment options for onychomycosis: efficacy, side effects, adherence, financial considerations, and ethics. J Clin Aesthet Dermatol. 2024;17(3):24–33.

3. Aslam R, Hussain T, Yousaf A, Ghori MU, Khan IU, Rizvi SAA, Shahzad Y. Onychomycosis: current understanding and strategies for enhancing drug delivery into human nail tissue. *Curr Drug Res Rev.* 2021;13(1):25–35. doi:10.2174/2589977512666200731171505. Accessed July 9, 2026.

4. Hashimoto Y, Noguchi T, Kitagawa H, Ohta G. Toxicologic and pharmacologic properties of tolnaftate, an antitrichophyton agent. Toxicol Appl Pharmacol. 1966;8(3):380–385. doi:10.1016/0041-008X(66)90048-2.

5. Barrett-Bee KJ, Lane AC, Turner RW. The mode of antifungal action of tolnaftate. J Med Vet Mycol. 1986;24(2):155–160. doi:10.1080/02681218680000221.

6. Wang K, Zhang W, Ren Y, Li T, Lin S, Xu F, et al. Solubility determination, correlation, solvent effect and thermodynamic properties of tolnaftate in ten mono-solvents and binary solvent systems from 283.15 K to 328.15 K. *J Chem Thermodyn.* 2025;205:107468. doi:10.1016/j.jct.2025.107468.

7. Kreutz T, de Matos SP, Koester LS. Recent patents on permeation enhancers for drug delivery through nails. Recent Pat Drug Deliv Formul. 2019;13(3):203–218. doi:10.2174/1872211313666191030155837.

8. Ultrastructural Study of Onychomycotic Nail Plate - JMI - The Journal of Mycology and Infection, accessed July 9, 2026, https://e-jmi.org/archive/detail/179?is_paper=y

9. Tachibana H, Kumagai N, Tatsumi Y. Fungicidal activity in the

presence of keratin as an important factor contributing to in vivo efficacy: a comparison of efinaconazole, tavaborole, and ciclopirox. J Fungi (Basel). 2017;3(4):58. doi:10.3390/jof3040058.

10. Crawford F, Hollis S. Topical treatments for fungal infections of the skin and nails of the foot. Cochrane Database Syst Rev. 2007;(3):CD001434. doi:10.1002/14651858.CD001434.pub2.

11. Matsuda Y, Sugiura K, Hashimoto T, Ueda A, Konno Y, Tatsumi Y. Efficacy coefficients determined using nail permeability and antifungal activity in keratin-containing media are useful for predicting clinical efficacies of topical drugs for onychomycosis. PLoS One. 2016;11(7):e0159661. doi:10.1371/journal.pone.0159661.

12. Elabbasi A, Kadry A, Joseph W, Elewski B, Ghannoum M. Transungual penetration and antifungal activity of prescription and over-the-counter topical antifungals: ex vivo comparison. Dermatol Ther (Heidelb). 2024;14(9):2495–2507. doi:10.1007/s13555-024-01237-6.

13. Yazdanparast SA, Barton RC. Arthroconidia production in Trichophyton rubrum and a new ex vivo model of onychomycosis. J Med Microbiol. 2006;55(Pt 11):1577–1581. doi:10.1099/jmm.0.46474-0.; Coelho LM, Aquino-Ferreira R, Maffei CML, Martinez-Rossi NM. In vitro antifungal drug susceptibilities of dermatophytes microconidia and arthroconidia. J Antimicrob Chemother. 2008;62(4):758–761. doi:10.1093/jac/dkn245.

14. U.S. Food and Drug Administration, OTC Monograph M005: Topical Antifungal Drug Products for Over-the-Counter Human Use, Final Administrative Order OTC000017, published December 16, 2021, accessed July 9, 2026, https://www.accessdata.fda.gov/drugsatfda_docs/omuf/monographs/OTC%20Monograph_M005-Topical%20Antifungal%20drug%20products%20for%20OTC%20Human%20Use%2012.16.2021.pdf

15. U.S. Food and Drug Administration, Non-Monograph Conditions NM900: Drug Products Containing Certain Active Ingredients Offered Over-the-Counter for Certain Uses, published September 24, 2021, accessed July 9, 2026, https://www.accessdata.fda.gov/drugsatfda_docs/omuf/monographs/NonMonographConditions_NM900-DrugProductsContainingCertainActiveIngredientsOfferedOTC09242021.pdf

## APPENDIX B: CASE MATERIALS CONSIDERED

[redacted]

https://funginail.com/ (review of packaging and ingredient list)

[redacted]

# APPENDIX C: CURRICULUM VITAE AND PUBLICATIONS

# Matthew Bogyo

Department of Pathology
Stanford Medical School
300 Pasteur Drive
Stanford, CA 94305

(650) 725-4132 (office)
mbogyo@stanford.edu

## EDUCATION

**Massachusetts Institute of Technology**, Cambridge, MA
Ph.D. in Biological Chemistry- Department of Chemistry, September 1997
Advisor: Dr. Hidde Ploegh

**Bates College**, Lewiston, ME
Bachelor of Science in Chemistry, May 1993
Advisor: Dr. Tom Wenzel

## PROFESSIONAL AND ADVISORY POSITIONS

**Positions and Employment**

| | |
|---|---|
| 1991-93 | Council on Undergraduate Research AIURP Fellow- Bates College, Lewiston, ME |
| 1993-97 | Graduate Student- Massachusetts Institute of Technology, Cambridge, MA. |
| 1997-98 | Post-Doctoral Fellow- Harvard Medical School, Boston, MA |
| 1998-01 | UCSF Faculty Fellow- University of California, San Francisco, San Francisco, CA. |
| 2001-03 | Group Leader, Head of Chemical Proteomics- Celera Genomics, South San Francisco, CA. |
| 2001-03 | Adjunct Faculty Member – UCSF Department of Pharmaceutical Chemistry |
| 2003-09 | Assistant Professor - Department of Pathology, Stanford University. |
| 2004-09 | Assistant Professor - Department of Microbiology and Immunology, Stanford University. |
| 2005-09 | Assistant Professor by courtesy–Department of Chemical and Systems Biology,Stanford University |
| 2009-13 | Associate Professor - Department of Pathology, Stanford University. |
| 2009-13 | Associate Professor - Department of Microbiology and Immunology, Stanford University. |
| 2009-13 | Associate Professor by courtesy–Department of Chemical and Systems Bio. ,Stanford University |
| 2013- | Professor - Department of Pathology, Stanford University. |
| 2013- | Professor - Department of Microbiology and Immunology, Stanford University. |
| 2013- | Professor by courtesy –Department of Chemical and Systems Biology, Stanford University |

**Other Experience and Professional Memberships**

| | |
|---|---|
| 2000-01 | Scientific Consultant- Rigel Pharmaceuticals, South San Francisco, CA. |
| 2000-01 | Scientific Consultant- Axys Pharmaceuticals, South San Francisco, CA. |
| 2003-06 | Scientific Consultant- Celera, South San Francisco, CA. |
| 2003-10 | Scientific Consultant- Proteolix, South San Francisco, CA. |
| 2011-13 | Scientific Consultant – Calithera Biosciences, South San Francisco, CA |
| 2017-21 | Scientific Consultant – Cortexyme, South San Francisco, CA |
| 2016- | Scientific Consultant – Vergent Biosciences |
| 2018-21 | Scientific Advisory Board – Cortexyme, Inc. |
| 2010- | Scientific Advisory Board – Benchfly |
| 2008- | Co-Founder and Member, Board of Directors – Akrotome Imaging Inc. |
| 2017-21 | Co-Founder and Head of Scientific Advisory Board – Facile Therapeutics |
| 2011-15 | Academic Editor – *PLoS One* |
| 2015- | Section Editor – *PLoS One* |
| 2002-12 | Editorial Board Member – *Biochemical Journal.* |
| 2002- | Editorial Board Member – *Chemistry and Biology.* |
| 2002- | Editorial Board Member – *Molecular & Cellular Proteomics.* |
| 2005-09 | Council Member – International Proteolysis Society |
| 2005-07 | Secretary - International Proteolysis Society |
| 2007-09 | President - International Proteolysis Society |

| | |
|---|---|
| 2005-16 | Faculty Member, Faculty of 1000 |
| 2007-09 | Member, DARPA funded Defense Science Study Group |
| 2007 | Vice-Chair, Fifth International Proteolysis Society General Meeting, Petras, Greece |
| 2011 | Co-Organizer, Seventh International Proteolysis Society General Meeting, San Diego, CA |
| 2009 | Ad-Hoc Member – SBCB Study Section |
| 2011, 2012 | Ad-Hoc Member – DDR Study Section |
| 2012, 2014 | Ad-Hoc Member – EBIT study Section |
| 2015 | Ad-Hoc Member – MSFE study Section |
| 2016- 2022 | Standing Member – SBCA Study Section |
| 2013, 2015 | Member of NCI Site Visit External Review Panel |
| 2009 | NIH Peer Review – ARRA Challenge Grants |
| 2000- | Member, American Chemical Society |
| 2003- | Member of the American Society of Microbiologists |
| 2014 | Organizer – Keystone Meeting – "The Chemistry and Biology of Cell Death" - Santa Fe,NM |
| 2014 | Elected member - American Association of University Pathologists – Pluto Club |
| 2016 | Co Chair – Imaging in 2020 Meeting – Jackson Hole, WI |
| 2016 | Vice-chair – Gordon Research Conference – "Proteolytic Enzymes and Their Inhibitors" |
| 2018 | Chair – Gordon Research Conference – "Proteolytic Enzymes and Their Inhibitors" |

## AWARDS AND FELLOWSHIPS

| | |
|---|---|
| **1991** | Recipient of pre-doctoral fellowship from Council on Undergraduate Research |
| **1992** | American Institute of Chemists award for outstanding performance in chemistry |
| **1992** | American Chemical Society-Division of Polymer Chemistry award for organic synthesis |
| **1995** | Recipient of MIT-Japan Science and Technology Prize |
| **2003** | Recipient of Stanford University Terman Fellowship |
| **2004** | Searle Scholar Award |
| **2005** | Burroughs Wellcome Fund – Investigators in Pathogenesis of Infectious Disease Award |
| **2008** | Strategic Program for Asthma Research – Early Excellence Award |
| **2012** | Invited to attend NAS Kavli Frontiers of Science Symposium |
| **2014** | Election to American Association of University Pathologists – Pluto Society |

## PUBLICATIONS

**1.** Wenzel, T.J., **Bogyo, M.**, and Lebeau, E., (1994) Lanthanide-cyclodextrin complexes as probes for elucidating optical purity by NMR spectroscopy. *Journal of the American Chemical Society*, 116, 4858-4865.

**2.** Wiertz, E. J. H. J., Jones, T. R., Sun, L., **Bogyo, M.**, Geuze, H. J., and Ploegh, H. L. (1996) The human cytomegalovirus US11 gene product dislocates MHC class I heavy chains from the endoplasmic reticulum to the cytosol. *Cell*, 84, 769-779.

**3.** Wiertz, E. J. H. J., Tortorella, D., **Bogyo, M.**, Yu, J., Mothes, W., Jones, T. R., Rapoport, T. A., and Ploegh, H. L. (1996) Sec61-mediated transfer of a membrane protein from the endoplasmic reticulum to the proteasome for destruction. *Nature*, 384, 432-438.

**4.** Jallepalli, P. and **Bogyo, M.** (1997) A degrading Business: the biology of proteolysis. *Trends in Cell Biology*, 7, 333-335.

**5.** **Bogyo, M.**, McMaster, J. S., Gaczynska, M., Tortorella, D., A.L. Goldberg and Ploegh, H. L. (1997) Covalent modification of the active site threonine of proteasomal β-subunits and the *Escherichia coli* homologue HslV by a new class of inhibitors. *Proceedings of the National Academy of Sciences USA*, **94**, 6629-6634.

**6.** **Bogyo, M.**, Gaczynska, M., Ploegh, H. L. (1997) Proteasome inhibitors and antigen presentation. *Biopolymers Peptide Science*. 47, 269-280.

**7.** Ruepp, A., Eckerskorn, C., **Bogyo, M.**, and Baumeister, W. (1998) Proteasome function is dispensable under normal but not under heat shock conditions in *Thermoplasma acidophilum*. *FEBS Lett.,* 425, 87-90.

**8.** Glas, R., **Bogyo, M**, McMaster, J. S., Gaczynska, M., Ploegh, H. L. (1998) A proteolytic system that compensates for loss of proteasome function. *Nature*, 392, 618-622.

**9.** **Bogyo, M.**, McMaster, J. S., Shin, S., Ploegh, H. L. (1998) Substrate binding and sequence selectivity of the proteasome revealed by active site directed affinity probes. *Chemistry and Biology*, **5**, 307-320.

**10.** **Bogyo, M**. and Ploegh, H. L. (1998) A protease draws first blood. *Nature*. 396, 625-27.

**11.** Selzer, P. M., Pingel, S., Hsieh, I., Ugele, B., Chan, V. J., Engel, J. C., **Bogyo, M.**, Russell, D. G., Sakanari, J. A., and McKerrow, J. H. (1999) Cysteine protease inhibitors as chemotherapy: Lessons from a parasite target. *Proceedings of the National Academy of Sciences, USA*, 96, 11015-11022.

**12.** Schmidtke, G., Holzhütter, **Bogyo, M.**, Kairies, N., Groll, M., de Giuli, R., Emch, S., and Groettrup, M. (1999) How an inhibitor of the HIV-1 protease modulates proteasome activity. *J. Biol. Chem.*, 274. 35734-35740.

**13.** **Bogyo, M.**, Verhelst, S., Bellingard-Dubouchaud, V., Tobe, S., and Greenbaum, D. (2000). Selective targeting of lysosomal cysteine proteases with radio-labeled substrate analogs. *Chemistry and Biology*. **7**, 27-38.

**14.** Caffrey, C.R., Mathieu, M.A., Gaffney, A.M., Salter, J.P., Sajid, M., Lucas, K.D., Franklin, C., **Bogyo, M.**, and McKerrow, J.H. (2000) Identification of a cDNA encoding an active asparaginyl endopeptidase of *Schistosoma mansoni* and its expression in *Pichia pastoris*. *FEBS Letters*. 466. 1-5.

**15.** Greenbaum, D. Medzihradszky, K.F. Burlingame, A. and **Bogyo, M.** (2000) Epoxide Electrophiles as Activity-Dependent Cysteine Protease Profiling and Discovery Tools. *Chemistry and Biology,* **7**, 569-581.

**16.** Wang, E., Kessler, B., Borodovsky, A., Cravatt, B., **Bogyo, M.**, Ploegh, H. L., and Glas, R., (2000) Integration of the ubiquitin-proteasome pathway with a cytosolic oligopeptidase activity*. Proceedings of the National Academy of Sciences, USA*, 97, 9990-9995.

**17.** Weihofen, A., Lemberg, M. K., Ploegh, H., **Bogyo, M**. and Martiglio, B. (2000) Release of signal peptide fragments into the cytosol requires intramembrane cleavage by a protease activity that is specifically blocked by a novel cysteine protease inhibitor. *J. Biol. Chem.,* 275, 30951-30956.

**18.** Li, J., Gao, J., Ortega, J., Nazif, T., Joss, L., **Bogyo, M.**, Steven, A., and Rechsteiner, M. (2001). Proteasome activation by 11S REG (PA28) homologs: lysine 188 substitutions convert the pattern of proteasome activation by REG $\gamma$ to that of REGs $\alpha$ and $\beta$. *EMBO J.*, 20, 3359-3369.

**19.** Nazif, T., and **Bogyo, M**. (2001) Global analysis of proteasomal substrate specificity using positional-scanning libraries of covalent inhibitors. *Proceeding of the National Academy of Sciences, USA*, 98, 2967-2972.

**20.** Baruch, A., Greenbaum, D., Levy E.T., Nielsen P.A., Gilula, N.B., Kumar, N.M., and **Bogyo, M.** (2001) Defining a link between gap junction communication, proteolysis, and cataract formation. *J. Biol. Chem.*, 276, 28999-29006.

**21.** Caffrey, C.R., Hansel, E., Lucas,K D., Brinen, L.S., Alvarez Hernandez, A., Cheng, J., Gwaltney, S.L.II, Roush, W.R., Stierhof, Y-D., **Bogyo, M.** , Steverding, D. and McKerrow, J.H. (2001) Active site mapping, biochemical properties and subcellular localization of rhodesain, the major cysteine protease of *Trypanosoma brucei* rhodesiense. *Molecular & Biochemical Parasitology*, 118, 61-73.

**22.** **Bogyo, M.**, and Wang, E.W.(2002) Proteasome Inhibitors: Complex tools for a Complex Enzyme. *Current Topics in Microbiology and Immunology*, 268, 185-208.

**23.** Mathieu, M.A., **Bogyo, M.**, Caffrey, C.R., Choe, Y., Lee, J., Chapman, H., Sajid, M., Craik, C.S., and McKerrow, J.H. (2002) Substrate specificity of schistosome versus human legumain determined by P1-P3 peptide libraries. *Molecular & Biochemical Parasitology,*121, 99-105.

**24.** Greenbaum, D.C., Baruch, A., Hayrapetian, L., Medzihradszky, K.F., Darula, Z., Burlingame, A., and **Bogyo, M.** (2002) Chemical approaches for functionally probing the proteome. *Mol. Cell. Proteomics*, 1, 60-68.

**25.** Groll, M., Nazif. T., Huber, R., and **Bogyo, M.** (2002) Probing structural determinants distal to the site of hydrolysis that control substrate specificity of the 20S proteasome. *Chemistry and Biology*, **9**, 655-662.

**26.** Greenbaum, D., Arnold, W., Lu, F., Hayrapetian, L., Baruch, A., Krumrine, J., Toba, S., Chehade, K., Bromme, D., Kuntz, I.D., and **Bogyo, M.** (2002) Small Molecule affinity fingerprinting: a tool for enzyme family sub-classification, target identification, and inhibitor design. *Chemistry and Biology*, 9, 1085-1094.

**27.** Greenbaum, D., Baruch, A., Grainger, M., Bozdech, Z., Medzihradszky, K., Engel, J., Holder, T., DeRisi, J., and **Bogyo, M.** (2002) A role for the cysteine protease falcipain 1 in host cell invasion by the malaria parasite, Plasmodium falciparum. *Science*, 298, 2002-2006.

**28.** Kessler, B., Hong, X., Petrovic, J., Borodovsky, A., Dantuma, N.P., **Bogyo, M.**, Overkleeft, H.S., Ploegh, H., and Glas, R. (2003) Pathways accessory to proteasomal proteolysis are less efficient in MHC class I antigen presentation. *J. Biol. Chem.* 278, 10013-21.

**29.** Mikolajczyk, J., Boatright, K.M., Stennicke, H.R., Nazif, T.M., Potempa, J., **Bogyo, M.**, and Salvesen, G.S. (2003) Sequencial autocatalytic processing activates the zymogen of the caspase homolog Arg-ginigipain. *J. Biol. Chem.* 278, 10458-64.

**30.** **Bogyo, M**. and Hurley, J. (2003) Proteomics and Genomics. *Current Opinions in Chemical Biology*. 7, 2-4.

**31.** Jeffery, D., and **Bogyo, M.** (2003) Chemical proteomics and applications to drug discovery. *Current Opinions in Biotechnology*. 14, 82-86.

**32.** Wang, C.C., Bozdech, Z., Liu, C., Harris, J., and **Bogyo, M**. (2003) Biochemical analysis of the *Tropanosoma brucei* proteasome. *J. Biol. Chem.* 278, 15800-8.

**33.** Rozman-Pungercar, J., Kopitar Jerala, N., **Bogyo, M.**,Turk, D., Vasiljeva, O., Stefe, I., Vandenabeele, P., Brömme, D., Puizdar, V., Fonovic, M., Trstenjak-Prebanda, M., Dolenc, I., Turk, V., and Turk, B. (2003) When reaction mechanism is more important than specificity: Inhibition of papain-like cysteine proteases and legumain by "caspase-specific" inhibitors. *Cell Death and Differentiation*, 10, 881-888.

**34.** Yasothornsrikul, S., Greenbaum, D., Medzihradszky, K., Toneff, T., Bundey, R., Miller, R., Schilling, B., Petermann, I., Dehnert, J., Logvinova, A., Goldsmith, P., Neveu, J., Lane, W., Gibson, G., Reinheckel, T., Peters, C., **Bogyo, M.***, and Hook, V. (2003) Cathepsin L in secretory vesicles functions as a prohormone-processing enzyme for production of the enkephalin peptide neurotransmitter. *Proceedings of the National Academy of Sciences, USA*, 100, 9590-9595. *Co-Senior Authors.

**35.** Sajid M., McKerrow J.H., Hansell E., Mathieu M.A., Lucas K.D., Hsieh I., Greenbaum D., **Bogyo M.**, Salter J.P., Lim K.C., Franklin C., Kim J.H., Caffrey C.R..(2003) Functional expression and characterization of Schistosoma mansoni cathepsin B and its trans-activation by an endogenous asparaginyl endopeptidase. *Mol. Biochem. Parasitol*., 131, 65-75.

**36.** Li, Z., Yasuda, Y., Li, W., **Bogyo, M**., Katz, N., Gordon, G., Fields, G.B., and Brömme, D. (2004) Regulation of collagenase activities of human cathepsins by glycosaminoglycans. *J Biol Chem*. 279, 5470-5479.

**37.** Baruch, A., Jeffery D., and **Bogyo, M.** (2004) Enzyme activity – it's all about image. *Trends in Cell Biology*. 14, 29-35.

**38.** Medzihradszky, K.F., Darula, Z., Perlson, E., Fainzilber, M., Chalkley, R.J., Ball, H., Greenbaum, D., **Bogyo, M.**, Tyson, D.R., Bradshaw, R.A., and Burlingame, A.L. (2004) O-Sulfonation of serine and threonine - mass spectrometric detection and characterization of a new posttranslational modification in diverse proteins throughout the eukaryotes. *Mol. Cell. Proteomics*. 3, 429-440.

**39.** Goulet, B., Baruch, A., Greenbaum, D., Moon, N.-S., Poirier, M., Erickson, A., **Bogyo, M.***, and Nepveu, A.* (2004) A role for the lysosomal cysteine protease cathepsin L in transcriptional regulation in the nucleus. *Molecular Cell*. 14, 207-219.

**40.** Joyce, J., Baruch, A., Chehade, K., Greenbaum, D., Meyer-Morse, N., Tsai, F-Y., Greenbaum, D., Hager, J., **Bogyo, M.***, and Hanahan, D.* (2004) Cathepsin cysteine proteases are effectors of invasive growth and angiogenesis during multistage tumorigenesis. *Cancer Cell*. 5, 443-453. *Co-Senior Authors.

**41.** Yasuda Y, Li Z, Greenbaum D, Bogyo M, Weber E, Bromme D. (2004) Cathepsin V: A novel and potent elastolytic activity expressed in activated macrophages. *J Biol Chem*. 279, 36761-36770.

**42.** Eksi,S., Czesny, B., Greenbaum, D.C., **Bogyo, M.**, and Williamson, K. (2004) Targeted disruption of Plasmodium falciparum cysteine protease, falcipain 1, reduces oocyst production, not erythrocytic stage growth. *Molecular Microbiology*. 53, 243-250.

**43.** **Bogyo, M.,** Baruch A., Jeffery, D.A., Greenbaum, D., Ovaa, H., Borodovsky, A., and Kessler, B. (2004) Applications of chemical probes of proteolytic activity. *Current Protocols in Protein Science*. Sep;Chapter 21:Unit 21.17

**44.** Van Der Hoorn RA, Leeuwenburgh MA, **Bogyo M**, Joosten MH, Peck SC. (2004) Activity profiling of papain-like cysteine proteases in plants.*Plant Physiol*. 135, 1170-1178.

**45.** Oleksy A, Golonka E, Banbula A, Szmyd G, Moon J, Kubica M, Greenbaum D, **Bogyo M**, Foster TJ, Travis J, Potempa J. (2004) Growth phase-dependent production of a cell wall-associated elastinolytic cysteine proteinase by Staphylococcus epidermidis. *Biol Chem*. 385, 525-535.

**46.** Hook V, Yasothornsrikul S, Greenbaum D, Medzihradszky KF, Troutner K, Toneff T, Bundey R, Logrinova A, Reinheckel T, Peters C, **Bogyo M**. (2004) Cathepsin L and Arg/Lys aminopeptidase: a distinct prohormone processing pathway for the biosynthesis of peptide neurotransmitters and hormones. *Biol Chem*. 385, 473-480.

**47.** Snipas SJ, Wildfang E, Nazif T, Christensen L, Boatright KM, **Bogyo M**, Stennicke HR, Salvesen GS. (2004) Characteristics of the caspase-like catalytic domain of human paracaspase. *Biol Chem*. 385, 1093-1098.

**48.** Berger, A.B., Vitorino, P.M., and **Bogyo, M**. (2004) Activity-based protein profiling: applications to biomarker discovery, *in vivo* imaging and drug discovery. *Am. J. of Pharmacogenomics*, 4, 371-381.

**49.** Borodovsky A, Ovaa H, Meester WJ, Venanzi ES, **Bogyo M**, Hekking BG, Ploegh HL, Kessler BM, Overkleeft HS. (2005) Small-molecule inhibitors and probes for ubiquitin- and ubiquitin-like-specific proteases. *ChemBioChem,* 6, 287-291.

**50.** Chehade, K.A.H., Baruch, A., Verhelst, S.H.L., and **Bogyo, M.** (2005) An improved preparation of the activity-based probe JPM-OEt and in situ applications. *Synthesis*, 2, 240-244.

**51.** Verhelst, S.H.L., and **Bogyo, M.** (2005) Chemical proteomics applied to target identification and drug discovery. *BioTechniques*, 38, 175-177.

**52.** Verhelst, S.H.L., and **Bogyo, M.** (2005) Solid Phase Synthesis of double headed epoxysuccinyl activity based probes for selective targeting of papain family cysteine proteases. *ChemBioChem*, 6, 824-827.

**53.** Phillips, C.I., and **Bogyo, M.** (2005) Proteomics meets microbiology: technical advances in the global mapping of protein expression and function. *Cellular Microbiology* 7(8) 1061-76.

**54.** Kato, D., Boatright, K.M., Berger, A.B., Nazif, T., Blum, G., Ryan, C., Chehade, K.A.H., Salvesen, G., and **Bogyo, M.** (2005) Activity based probes that target diverse cysteine protease families. *Nature Chemical Biology*. 1, 33-38.

**55.** Blum, G., Mullins, S.R., Keren, K., Fonovic, Jedeszko, C., Rice, M.J., Sloane, B.F., and **Bogyo, M.** (2005) Dynamic imaging of protease activity with fluorescently quenched activity-based probes. *Nature Chemical Biology*, 1, 203-209.

**56.** Hook V, Toneff T, **Bogyo M**, Greenbaum D, Medzihradszky KF, Neveu J, Lane W, Hook G, and Reisine T. (2005) Inhibition of cathepsin B reduces beta-amyloid production in regulated secretory vesicles of neuronal

chromaffin cells: evidence for cathepsin B as a candidate beta-secretase of Alzheimer's disease. *Biol. Chem.* 386, 931-940.

**57.** Kato, D., Verhelst, S.H.L., Sexton, K.B. and **Bogyo, M.** (2005) A General Solid Phase Method for the Preparation of Diverse Azapeptide Probes Directed Against Cysteine Proteases. *Organic Letters*, 7, 5649-5652.

**58.** **Bogyo M.** (2005) Screening for selective small molecule inhibitors of the proteasome using activity-based probes. *Methods Enzymol*. 399, 609-22.

**59.** Choe Y., Leonetti F., Greenbaum D.C., Lecaille F., **Bogyo M**., Bromme D., Ellman J.A., Craik C.S. (2006) Substrate profiling of cysteine proteases using a combinatorial peptide library identifies functionally unique specificities. *J Biol Chem.* 281, 12824-12832.

**60.** Verhelst, S.H.L., Witte, M.D., Arastu-KApur, S., Fonovic M., and **Bogyo, M**. (2006) Novel aza peptide inhibitors and active site probes of papain family cysteine proteases. *ChemBioChem*, 7, 943-950.

**61.** Yuan, F., Verhelst, S., Blum, G., Coussens, L., and **Bogyo, M**. (2006) A selective activity-based probe for the papain family cysteine protease dipeptidyl peptidase I/cathepsin C. *J. Am. Chem. Soc.* 128, 5616-5617.

**62.** Pan Z, Jeffery DA, Chehade K, Beltman J, Clark JM, Grothaus P, **Bogyo M**, Baruch A. (2006) Development of activity-based probes for trypsin-family serine proteases. *Bioorg. Med. Chem. Lett.* 16, 2882-2885.

**63.** **Bogyo M.** (2006) Metallo proteases see the light. *Nature Chem. Bio.* 2, 229-230.

**64.** Vasiljeva O, Papazoglou A, Kruger A, Brodoefel H, Korovin M, Deussing J, Augustin N, Nielsen BS, Almholt K, **Bogyo M**, Peters C, Reinheckel T. (2006) Tumor cell-derived and macrophage-derived cathepsin B promotes progression and lung metastasis of mammary cancer. *Cancer Research*, 66, 5242-5250.

**65.** Berger A.B., Witte M., Sadaghiani A.M., Sexton K.M.B., Denault J.B., Salvesen G.S., and **Bogyo, M.** (2006) Identification of early intermediates of caspase activation during intrinsic apoptosis using selective inhibitors and activity based probes. *Molecular Cell*, 23, 509-521.

**66.** Denault, J.B., Bekes M., Sexton K.M.B., Scott F.L., **Bogyo M.,** and Salvesen G.S. (2006) Conformational mobility in the activation of executioner caspases. *Molecular Cell*, 23, 523-533.

**67.** Pandey KC, Singh N, Arastu-Kapur S, Bogyo M, Rosenthal PJ. Falstatin, a cysteine protease inhibitor of Plasmodium falciparum, facilitates erythrocyte invasion. (2006) *PLoS Pathog*. Nov;2(11):e117.

**68.** Sadaghiani, M., Verhelst, S.H.L. and **Bogyo, M**. (2006) Solid phase methods for the preparation of epoxysuccinate-based inhibitors of cysteine proteases. *J. Comb. Chem.* 8, 802-804.

**69.** Berger, A.B., Sexton, K.B., and **Bogyo, M.** (2006) Commonly used caspase inhibitors designed based on substrate specificity profiles lack selectivity. *Cell Research*, 16, 961-963.

**70.** Sexton, K.B., Kato, D., Berger, A.B., Fonovic, M., Verhelst, S.H.L., and **Bogyo, M.** (2007) Specificity if aza-peptide electrophile activity based probes of caspases. *Cell Death and Differentiation*. 14, 727-732.

**71.** Sexton, K.B., Witte, M.D., Blum, G., and **Bogyo, M.** (2007) Design of cell permeable, fluorescent activity-based probes of the lysosomal cysteine protease asparaginyl endopeptidase (AEP)/legumain. *Bioorg. Med. Chem.* 17, 649-653.

**72.** Sadaghiani, A.M., Verhelst, S.H.L, and **Bogyo, M**. (2007) Tagging and detection strategies for activity-based proteomics. *Cur. Opin. Chem. Bio*. 11, 20-28.

**73.** Cuerrier, D., Moldoveanu, T., Campbell, R.L., Kelly, J., Yoruk, B., Verhelst, S.H., Greenbaum, D., **Bogyo, M.**, Davies, P.L. (2007) Development of calpain-specific inactivators by screening of positional-scanning epoxide libraries. *J Biol Chem*. 282, 9600- 9611.

**74.** Verhelst, S.H.L., Fonovic, M. and **Bogyo, M**. (2007) A mild Chemically Cleavable linker for proteomic applications *Agnew. Chem*. 46, 1284-1286.

**75.** Fonovic, M., and **Bogyo, M**. (2007) Activity based probes for proteases: applications Applications to Biomarker Discovery, Molecular Imaging and Drug Screening. *Cur, Pharm. Des.* 13, 253-261.

**76.** Teo CF, Zhou XW, **Bogyo, M**, Carruthers VB. (2007) Cysteine protease inhibitors block Toxoplasma gondii microneme secretion and cell invasion. *Antimicrob Agents Chemother.* 51, 679-88.

**77.** **Bogyo, M** and Cravatt BF. (2007) Genomics and proteomics From genes to function: advances in applications of chemical and systems biology.*Curr Opin Chem Biol*. 11, 1-3.

**78.** Sojka D, Hajdusek O, Dvorak J, Sajid M, Franta Z, Schneider EL, Craik CS, Vancova M, Buresova V, **Bogyo M**, Sexton KB, McKerrow JH, Caffrey CR, Kopacek P. (2007) IrAE - An asparaginyl endopeptidase (legumain) in the gut of the hard tick Ixodes ricinus. *Int J Parasitol*. 37, 713-724.

**79.** Sadaghiani, A.M.,.Verhelst, S.H.L., Gocheva, V., Hill, K., Majerova, E., Stinson, S. Joyce, J.A. and **Bogyo, M**. (2007) Design, Synthesis and Evaluation of *in vivo* Potency and Selectivity of Epoxysuccinyl-Based Inhibitors of Papain Family Cysteine Proteases. *Chem. Biol.* 14, 499-511.

**80.** Rose PP, **Bogyo M**, Moses AV, Fruh K. (2007) Insulin-like Growth Factor II Receptor-mediated intracellular Retention of Cathepsin B is essential for transformation of endothelial cells by Kaposi's sarcoma associated herpesvirus. *J. Virol.* 81, 8050-8062.

**81.** Burster T, Giffon T, Dahl ME, Bjorck P, **Bogyo M**, Weber E, Mahmood K, Lewis DB, Mellins ED. (2007) Influenza A virus elevates active cathepsin B in primary murine DC. *Int Immunol.*19, 645-55.

**82.** Bell-McGuinn, KM, Garfall, AL, **Bogyo, M**, Hanahan, D. and Joyce, JA. (2007) Inhibition of cysteine cathepsin protease activity enhances chemotherapy regimens by decreasing tumor growth and invasiveness in a mouse model of multistage cancer. *Cancer Res.* 67, 7378-7385.

**83.** Fonović, M., Verhelst, S.H.L., Sorum, M.T., and **Bogyo, M.** (2007) Proteomic evaluation of chemically cleavable activity based probes. *Mol. Cell. Proteomics* 6, 1761-1770.

**84.** Blum, G., von Degenfeld, G., Merchant, M.J., Blau, H.M., and **Bogyo, M**. (2007) Optical Imaging of Cysteine Protease Activity in Living Subjects Using Quenched Near Infrared Fluorescent Activity Based Probes (NIRF-qABPs). *Nat. Chem. Biol.* 3, 668-677.

**85.** Goulet B, Sansregret L, Leduy L, **Bogyo M**, Weber E, Chauhan SS, Nepveu A. (2007) Increased expression and activity of nuclear cathepsin L in cancer cells suggests a novel mechanism of cell transformation. *Mol Cancer Res.* 5, 899-907.

**86.** Ponder EL, **Bogyo M**. (2007) Ubiquitin-like modifiers and their deconjugating enzymes in medically important parasitic protozoa. *Eukaryot Cell*. 6, 1943-52.

**87.** Arastu-Kapur S., Ponder E.L., Fonovic U., Yeoh S., Yuan F., Fonovic, M., Grainger M., Phillips C.I., Powers J.C., and **Bogyo M**. (2008) A small molecule screen identifies proteases that regulate erythrocyte rupture by the human malaria parasite *Plasmodium falciparum Nature Chemical Biology*, 4, 203-213.

**88.** Paulick MG, **Bogyo M**. (2008) Application of activity-based probes to the study of enzymes involved in cancer progression. *Curr Opin Genet Dev.* 18, 97-106.

**89.** Yang Z, Fonović M, Verhelst SH, Blum G, **Bogyo M.** (2009) Evaluation of alpha,beta-unsaturated ketone-based probes for papain-family cysteine proteases. *Bioorg Med Chem*. 17, 1071-8

**90.** Schurigt U, Sevenich L, Vannier C, Gajda M, Schwinde A, Werner F, Stahl A, von Elverfeldt D, Becker AK, **Bogyo M**, Peters C, Reinheckel T. (2008) Trial of the cysteine cathepsin inhibitor JPM-OEt on early and advanced mammary cancer stages in the MMTV-PyMT-transgenic mouse model. *Biol Chem.* 389, 8, 1067-74.

**91.** Obermajer N, Svajger U, **Bogyo M**, Jeras M, Kos J. (2008) Maturation of dendritic cells depends on proteolytic cleavage by cathepsin X. *J Leukoc Biol.* 84, 1306-1315.

**92.** Jevnikar Z, Obermajer N, **Bogyo M**, Kos J. (2008) The role of cathepsin X in the migration and invasiveness of T lymphocytes. *J Cell Sci*. 121, 2652-61.

**93.** Lupardus PJ, Shen A, **Bogyo M**, Garcia KC.(2008) Small molecule-induced allosteric activation of the Vibrio cholerae RTX cysteine protease domain. *Science*. 322, 265-8.

**94.** Shen A, **Bogyo M**. (2008) Friend or foe? Turning a host defense protein into a pathogen's accomplice. *Chem Biol*. 15, 879-80.

**95.** Fonović M, **Bogyo M.** (2008) Activity-based probes as a tool for functional proteomic analysis of proteases. *Expert Rev Proteomics*. 5, 721-30.

**96.** Kaschani F, Verhelst SH, van Swieten PF, Verdoes M, Wong CS, Wang Z, Kaiser M, Overkleeft HS, **Bogyo M**, van der Hoorn RA. (2008) Minitags for small molecules: detecting targets of reactive small molecules in living plant tissues using 'click-chemistry' *Plant J*. 57, 373-385.

**97.** Pungercar JR, Caglic D, Sajid M, Dolinar M, Vasiljeva O, Pozgan U, Turk D, Bogyo M, Turk V, Turk B. (2009) Autocatalytic processing of procathepsin B is triggered by proenzyme activity. *FEBS J*. 276, 660-8.

**98.** Liz MA, Fleming CE, Nunes AF, Almeida MR, Mar FM, Choe Y, Craik CS, Powers JC, **Bogyo M**, Sousa MM. (2009) Substrate specificity of transthyretin: identification of natural substrates in the nervous system. *Biochem J*. 419, 467-474.

**99.** Edgington L, Berger AB, Blum G, Albrow VE, Lineberry N, **Bogyo M**. (2009) Imaging apoptosis *in vivo* using caspase-targeted activity based probes, *Nature Medicine*, 15, 967-973

**100.** Shen A. Lupardus PJ, Albrow VE, Guzzetta A, Powers JC, Garcia KC, **Bogyo M**. (2009) Mechanistic and structural insights into the proteolytic activation of *Vibrio cholerae* MARTX toxin. *Nat Chem Bio*, 24, 469-478.

**101.** Obermajer N, Jevnikar Z, Doljak B, Sadaghiani AM, **Bogyo M**, Kos J (2009) Cathepsin X-mediated beta2 integrin activation results in nanotube outgrowth. *Cell Mol Life Sci*. 66, 1126-34.

**102.** Cavallo-Medved D, Rudy D, Blum G, **Bogyo M**, Caglic D, Sloane BF. (2009) Live-cell imaging demonstrates extracellular matrix degradation in association with active cathepsin B in caveolae of endothelial cells during tube formation. *Exp Cell Res*. 315,1234-46.

**103.** Barbero S, Mielgo A, Torres V, Teitz T, Shields DJ, Mikolon D, **Bogyo M**, Barilà D, Lahti JM, Schlaepfer D, Stupack DG. (2009) Caspase-8 association with the focal adhesion complex promotes tumor cell migration and metastasis. *Cancer Res*. 69, 3755-63.

**104.** Beckham SA, Piedrafita D, Phillips CI, Samarawickrema N, Law RH, Smooker PM, Quinsey NS, Irving JA, Greenwood D, Verhelst SH, **Bogyo M**, Turk B, Coetzer TH, Wijeyewickrema LC, Spithill TW, Pike RN. (2009) A major cathepsin B protease from the liver fluke Fasciola hepatica has atypical active site features and a potential role in the digestive tract of newly excysted juvenile parasites. *Int J Biochem Cell Biol.* 41, 1601-12.

**105.** Chang SH, Kanasaki K, Gocheva V, Blum G, Harper J, Moses MA, Shih SC, Nagy JA, Joyce J, **Bogyo M**, Kalluri R, Dvorak HF. (2009) VEGF-A induces angiogenesis by perturbing the cathepsin-cysteine protease inhibitor balance in venules, causing basement membrane degradation and mother vessel formation. *Cancer Res*. 69, 4537-44.

**106.** Larson ET, Parussini F, Huynh MH, Giebel JD, Kelley AM, Zhang L, **Bogyo M**, Merritt EA, Carruthers VB. (2009) Toxoplasma gondii cathepsin l is the primary target of the invasion inhibitory compound LHVS. *J Biol Chem.* 284, 26839-50.

**107.** Puri AW, **Bogyo M**. (2009) Using Small Molecules To Dissect Mechanisms of Microbial Pathogenesis. *ACS Chem Biol.* 4, 603-16.

**108.** Lee JT, Chen DY, Yang Z, Ramos AD, Hsieh JJ, **Bogyo M**. (2009) Design, syntheses, and evaluation of Taspase1 inhibitors. *Bioorg Med Chem Lett*. 19, 5086-90.

**109.** Blum G, Weimer RM, Edgington LE, Adams W, **Bogyo M**. (2009) Comparative assessment of substrates and activity based probes as tools for non-invasive optical imaging of cysteine protease activity. *PLoS One* 4(7):e6374.

**110.** Zhang J, Fonovic M, Suyama K, **Bogyo M**, Scott MP. Rab35 controls actin bundling by recruiting fascin as an effector protein. (2009) *Science* 325, 1250-4.

**111.** Horn M, Nussbaumerová M, Sanda M, Kovárová Z, Srba J, Franta Z, Sojka D, **Bogyo M**, Caffrey CR, Kopácek P, Mares M. Hemoglobin digestion in blood-feeding ticks: mapping a multipeptidase pathway by functional proteomics. (2009) *Chem. Biol*. 16, 1053-63.

**112.** Shen A., Lupardus, P.J., Morell, M., Ponder, E.L., Sadaghiani, M., Garcia, K.C., **Bogyo, M**. (2009) Simplified, enhanced protein purification using an inducible, autoprocessing enzyme tag. *PLoS One* 4(12):e8119.

**113.** Ravindran S, Lodoen MB, Verhelst SH, **Bogyo M**, Boothroyd JC. (2009) 4-bromophenacyl bromide specifically inhibits rhoptry secretion during Toxoplasma invasion. *PLoS One*. 4(12):e8143.

**114.** Drag M, **Bogyo M**, Ellman JA, Salvesen GS. (2010) Aminopeptidase fingerprints, an integrated approach for identification of good substrates and optimal inhibitors. *J Biol Chem*. 2010 Jan 29;285(5):3310-8.

**115.** **Bogyo M**. (2010) Finding enzymes that are actively involved in cancer. Proc Natl Acad Sci U S A. 2010 Feb 9;107(6):2379-80.

**116.** Lee, J, and **Bogyo, M**. (2010) Development of near-infrared fluorophore (NIRF)-labeled activity-based probes for *in vivo* imaging of legumain. *ACS Chem. Bio*. 5(2):233-43.

**117.** Tedelind S, Poliakova K, Valeta A, Hunegnaw R, Yemanaberhan EL, Heldin NE, Kurebayashi J, Weber E, Kopitar-Jerala N, Turk B, **Bogyo M**, Brix K. (2010) Nuclear cysteine cathepsin variants in thyroid carcinoma cells. *Biol Chem.* 391(8):923-35.

**118.** Staudt ND, Aicher WK, Kalbacher H, Stevanovic S, Carmona AK, **Bogyo M**, Klein G. (2010) Cathepsin X is secreted by human osteoblasts, digests CXCL-12 and impairs adhesion of hematopoietic stem and progenitor cells to osteoblasts. *Haematologica*. 95, 1452-60.

**119.** Konjar S, Yin F, **Bogyo M**, Turk B, Kopitar-Jerala N. (2010) Increased nucleolar localization of SpiA3G in classically but not alternatively activated macrophages. *FEBS Lett*. 584(11):2201-6.

**120.** Deu E, Yang Z, Wang F, Klemba M, **Bogyo M**. (2010) Use of activity-based probes to develop high throughput screening assays that can be performed in complex cell extracts. *PLoS One*. 5(8). pii: e11985.

**121.** Deu E, Leyva M, Albrow VE, Rice MJ, Ellman JA, **Bogyo M**. (2010) Functional studies of *Plasmodium falciparum* dipeptidyl aminopeptidase I (DPAP1) using small molecule inhibitors and active site probe. *Chemistry and Biology*. 17, 808-19.

**122.** Wang F, Krai P, Deu E, Bibb B, Lauritzen C, Pedersen J, **Bogyo M**, Klemba M. (2010) Biochemical characterization of Plasmodium falciparum dipeptidyl aminopeptidase 1. *Mol Biochem Parasito*l. 175(1):10-20.

**123.** Puri AW, Lupardus, PJ, Deu E, Albrow VA, Garcia KC, **Bogyo M.*** and Shen A. (2010) Rational Design of Inhibitors and Activity-Based Probes Targeting Clostridium difficile Virulence Factor TcdB. *Chemistry and Biology* 17, 1201-2011. *Senior Author

**124.** Bowyer PW, Simon GM, Cravatt BF, **Bogyo M**. (2011) Global profiling of proteolysis during rupture of P. falciparum from the host erythrocyte. *Mol Cell Proteomics*. 10, M110.001636

**125.** Shen A., Lupardus, P.J., Puri, A.W., Albrow,V.E., Gersch, M.M., Garcia, K.C., and **Bogyo, M.** (2011) Defining an allosteric circuit in the cysteine protease domain of *Clostridium difficile* glucosylating toxins. *Nature Structure and Molecular Biology*. 6, 415-419.

**126.** Paulick, M and **Bogyo, M**. (2011) Development of Activity-Based Probes for Cathepsin X. *ACS Chem Biol.* 6, 563-572.

**127.** Mahajan SS, Deu E, Lauterwasser EM, Leyva MJ, Ellman JA, **Bogyo M***, Renslo AR. (2011) A fragmenting hybrid approach for targeted delivery of multiple therapeutic agents to the malaria parasite. *ChemMedChem*. 6, 415-419. *Co-senior Author.

**128.** Ewald SE, Engel A, Lee J, Wang M, **Bogyo M**, Barton GM. (2011) Nucleic acid recognition by Toll-like receptors is coupled to stepwise processing by cathepsins and asparagine endopeptidase. *J Exp Med.* 208, 643-51.

**129.** Boutté AM, Friedman DB, **Bogyo M**, Min Y, Yang L, Lin PC. (2011) Identification of a myeloid-derived suppressor cell cystatin-like protein that inhibits metastasis. *FASEB J*. 25, 2626-2637.

**130.** Ponder EL, Albrow VE, Leader BA, Békés M, Mikolajczyk j, Pečar Fonović U, Shen A, Drag M, Xiao J, Deu E, Campbell AJ, Powers JC, Salvesen GS, and **Bogyo M** (2011) Functional characterization of a SUMO deconjugating protease of *Plasmodium falciparum* using newly identified small molecule inhibitors. *Chemistry and Biology*, 18, 711-21.

**131.** Albrow VE, Ponder EL, Fasci D, Békés M, Deu E, Salvesen GS, and **Bogyo M**. (2011) Development of small molecule inhibitors and probes of human SUMO deconjugating proteases (SENPs). *Chemistry and Biology*, 18, 722-32.

**132.** Hall CI, Reese M, Weerapana E, Child MA, Bowyer PW, Albrow VE, Haraldsen JG, Phillips MR, Deu E, Ward GE, Cravatt BF, Boothroyd JC, and **Bogyo M.** (2011) A chemical genetic screen identifies Toxoplasma DJ-1 as a regulator of parasite secretion and invasion. *Proc. Natl. Acad. Sci. USA* 108, 10568-73.

**133.** Li H, Child MA, **Bogyo M**. (2011) Proteases as regulators of pathogenesis: Examples from the apicomplexa. *Biochim Biophys Acta*. 1824, 177-85.

**134.** Cattaruzza F, Lyo V, Jones E, Pham D, Hawkins J, Kirkwood K, Valdez-Morales E, Ibeakanma C, Vanner SJ, **Bogyo M**, Bunnett NW. (2011). Cathepsin S Is Activated During Colitis and Causes Visceral Hyperalgesia by a PAR(2)-Dependent Mechanism in Mice. *Gastroenterology*. 141, 1864-1874.

**135.** Kalińska M, Kantyka T, Greenbaum DC, Larsen KS, Władyka B, Jabaiah A, **Bogyo M**, Daugherty PS, Wysocka M, Jaros M, Lesner A, Rolka K, Schaschke N, Stennicke H, Dubin A, Potempa J, Dubin G. (2011) Substrate specificity of Staphylococcus aureus cysteine proteases - Staphopains A, B and C. *Biochimie*. 94, 318-27.

**136.** Mikhaylov G, Mikac U, Magaeva AA, Itin VI, Naiden EP, Psakhye I, Babes L, Reinheckel T, Peters C, Zeiser R, **Bogyo M**, Turk V, Psakhye SG, Turk B, Vasiljeva O. (2011) Ferri-liposomes as an MRI-visible drug-delivery system for targeting tumours and their microenvironment. *Nature Nanotechnology*. 6, 594-602.

**137.** Tedelind S, Jordans S, Resemann H, Blum G, **Bogyo M**, Führer D, Brix K. (2011) Cathepsin B trafficking in thyroid carcinoma cells. *Thyroid Res*. Aug 3;4 Suppl 1:S2.

**138.** Li J, Hsu HC, Yang P, Wu Q, Li H, Edgington LE, **Bogyo M**, Kimberly RP, Mountz JD. (2011) Treatment of arthritis by macrophage depletion and immunomodulation: Testing an apoptosis-mediated therapy in a humanized death receptor mouse model. *Arthritis Rheum*. 64, 1098-109.

**139.** Ren G, Blum G, Liu H, Gheysens O,Miao Z, Gambhir S, **Bogyo M**, and Cheng Z. (2011) Non-invasive imaging of cysteine cathepsin activity in solid tumors using a $^{64}$Cu-labeled activity-based probe. *PLoS One.* 6(11):e28029.

**140.** Edgington LE, Verdoes M, **Bogyo M**. (2011) Functional imaging of proteases: recent advances in the design and application of substrate and activity-based probes. *Current Opinions in Chemical Biology*. 15, 798-805.

**141.** Deu E, Verdoes M, **Bogyo M**. (2012) New tools for dissecting protease function: implications for inhibitor design, drug discovery and probe development. *Nature Structure and Molecular Biology*. 19, 9-16.

**142.** Lee J and **Bogyo M**. (2012) Synthesis and evaluation of aza-peptidyl inhibitors of the lysosomal asparaginyl endopeptidase, legumain. *Bioorg. Med. Chem. Lett.* 22, 1340-3.

**143.** Ferreira KS, Kreutz C, Macnelly S, Neubert K, Haber A, **Bogyo M**, Timmer J, Borner C. (2012) Caspase-3 feeds back on caspase-8, Bid and XIAP in type I Fas signaling in primary mouse hepatocytes. *Apoptosis*. 17,503 -15.

**144.** Withana NP, Blum G, Sameni M, Slaney C, Anbalagan A, Olive MB, Bidwell BN, Edgington L, Wang L, Moin K, Sloane BF, Anderson RL, **Bogyo MS**, Parker BS. (2012) Cathepsin B inhibition limits bone metastasis in breast cancer. *Cancer Res*. 72, 1199-209.

**145.** Fritz HM, Bowyer PW, **Bogyo M**, Conrad PA, Boothroyd JC. Proteomic analysis of fractionated toxoplasma oocysts reveals clues to their environmental resistance. (2012) *PLoS One*. 2012;7(1):e29955.

**146.** Edgington LE, van Raam BJ, Verdoes M, Wierschem C, Salvesen GS, and **Bogyo M** (2012) An optimized activity-based probe for the study of caspase-6 activation. *Chemistry & Biology*. 19, 340-52.

**147.** Richau KH, Kaschani F, Verdoes M, Pansuriya TC, Niessen S, Stüber K, Colby T, Overkleeft HS, **Bogyo M**, Van der Hoorn RA. (2012) Subclassification and biochemical analysis of plant papain-like cysteine proteases displays subfamily-specific characteristics. *Plant Physiol.* 158, 1583-99.

**148.** Cutter JL, Cohen NT, Wang J, Sloan AE, Cohen AR, Panneerselvam A, Schluchter M, Blum G, **Bogyo M**, Basilion JP. (2012) Topical Application of Activity-based Probes for Visualization of Brain Tumor Tissue. *PLoS One*. 7(3):e33060.

**149.** Verdoes M, Edgington LE, Scheeren F, Leyva M, Blum G, Bachman MH, Ellman JA, and **Bogyo M** (2012) A non-peptidic cathepsin S activity-based probe for non-invasive optical imaging of tumor associated macrophages. *Chemistry and Biology*. 9, 619-28.

**150.** Puri AW, Broz P, Shen, A, Monack DM, **Bogyo M**. (2012) An activity-based probe reveals caspase-1 activity is required to bypass apoptosis upon bacterial infection. *Nature Chemical Biology* 8, 745-7.

**151.** Goussetis DJ, Gounaris E, Wu EJ, Vakana E, Sharma B, **Bogyo M**, Altman JK, Platanias LC. (2012) Autophagic degradation of the BCR-ABL oncoprotein and generation of antileukemic responses by arsenic trioxide. *Blood*. 120, 3555-62.

**152.** Lyo V, Cattaruzza F, Kim TN, Walker AW, Paulick M, Cox D, Cloyd J, Buxbaum J, Ostroff J, **Bogyo M**, Grady EF, Bunnett NW, Kirkwood KS. (2012) Active Cathepsins B, L and S in Murine and Human Pancreatitis. *Am J Physiol Gastrointest Liver Physiol*. 303, G894-903.

**153.** Salvesen GS, **Bogyo M**. (2012) Highlight: The universe of proteolytic networks and mechanisms. *Biol Chem*. 393, 841.

**154.** Sztukowska M, Veillard F, Potempa B, **Bogyo M**, Enghild JJ, Thogersen IB, Nguyen KA, Potempa J. (2012) Disruption of gingipain oligomerization into non-covalent cell-surface attached complexes. *Biol Chem.* 393, 971-7.

**155.** Misas-Villamil JC, Toenges G, Kolodziejek I, Sadaghiani AM, Kaschani F, Colby T, **Bogyo M**, van der Hoorn RA. (2012) Activity profiling of vacuolar processing enzymes reveals a role for VPE during oomycete infection. *Plant J.* 73, 689-700.

**156.** Stolze SC, Deu E, Kaschani F, Li N, Florea BI, Richau KH, Colby T, van der Hoorn RA, Overkleeft HS, **Bogyo M**, Kaiser M. (2012) The antimalarial natural product symplostatin 4 is a nanomolar inhibitor of the food vacuole falcipains. *Chemistry and Biology*.19, 1546-55.

**157.** Li H, Ponder EL, Verdoes M, Asbjornsdottir KH, Deu E, Edgington LE, Lee JT, Kirk CJ, Demo SD, Williamson KC, **Bogyo M**. (2012) Validation of the proteasome as a therapeutic target in Plasmodium using an epoxyketone inhibitor with parasite-specific toxicity. *Chemistry and Biology*. 19, 1535-45.

**158.** Edgington LE, Verdoes M, Ortega A, Withana NP, Lee J, Syed S, Bachmann MH, Blum G, **Bogyo M**. (2013) Functional Imaging of Legumain in Cancer Using a New Quenched Activity-Based Probe. *J Am Chem Soc.* 135, 174-82

**159.** Mullins SR, Sameni M, Blum G, **Bogyo M**, Sloane B, Moin K. (2013) Three-dimensional cultures modeling premalignant progression of human breast epithelial cells: role of cysteine cathepsins. *Biol Chem*. 393, 1405-16.

**160.** Edgington, LE and **Bogyo, M**. (2013) In Vivo Imaging and Biochemical Characterization of Protease Function Using Fluorescent Activity-Based Probes *Current Protocols in Chemical Biology* 5, 1-20.

**161.** Lu H, Wang Z, Shabab M, Oeljeklaus J, Verhelst SH, Kaschani F, Kaiser M, **Bogyo M**, van der Hoorn RA. (2013) A substrate-inspired probe monitors translocation, activation, and subcellular targeting of bacterial type III effector protease AvrPphB. *Chem Biol*. 20, 168-76.

**162.** Lee J, **Bogyo M**. (2013) Target deconvolution techniques in modern phenotypic profiling. *Curr Opin Chem Biol.* 17, 118-26.

**163.** Xiao J, Broz P, Puri AW, Deu E, Morell M, Monack DM, **Bogyo M**. (2013) A coupled protein and probe engineering approach for selective inhibition and activity-based probe labeling of the caspases. *J Am Chem Soc* 135, 9130-8.

**164.** Morell M, Nguyen Duc T, Willis AL, Syed S, Lee J, Deu E, Deng Y, Xiao J, Turk BE, Jessen JR, Weiss SJ, **Bogyo M.** (2013) Coupling protein engineering with probe design to inhibit and image matrix metalloproteinases with controlled specificity. *J Am Chem Soc*.135, 9139-48.

**165.** Godinat A, Park HM, Miller SC, Cheng K, Hanahan D, Sanman LE, **Bogyo M**, Yu A, Nikitin GF, Stahl A, Dubikovskaya EA. (2013) A biocompatible *in vivo* ligation reaction and its application for noninvasive bioluminescent imaging of protease activity in living mice. *ACS Chem Biol*. 8, 987-99.

**166.** Tanaka TQ, Deu E, Molina-Cruz A, Ashburne MF, Ali O, Suri A, Kortagere S, **Bogyo M**, Williamson KC. (2013) Plasmodium dipeptidyl aminopeptidases as malaria transmission blocking drug targets. *Antimicrob Agents Chemother.* 57, 4645-52.

**167.** Gloeckl S, Ong VA, Patel P, Tyndall JD, Timms P, Beagley KW, Allan JA, Armitage CW, Turnbull L, Whitchurch CB, Merdanovic M, Ehrmann M, Powers JC, Oleksyszyn J, Verdoes M, **Bogyo M**, Huston WM. (2013) Identification of a serine protease inhibitor which causes inclusion vacuole reduction and is lethal to Chlamydia trachomatis. *Mol Microbiol.* 89, 676-89.

**168.** Child, MA, Hall, CI, Beck, JR, Ofori, LO, Albrow, VE, Garland, M, Bowyer, PW, Bradley, PJ, Powers, JC, Boothroyd, JC, Weerapana, E, **Bogyo, M.** (2013) Small-molecule inhibition of a depalmitoylase enhances Toxoplasma host cell invasion. *Nat. Chem. Bio*. 9, 651-6.

**169.** Verdoes M, Oresic Bender K, Segal E, van der Linden WA, Syed S, Withana NP, Sanman LE, **Bogyo M**. (2013) An improved quenched fluorescent probe for imaging of cysteine cathepsin activity. *J Am Chem Soc*. 135, 14726-30.

**170.** Ruffell B, Affara NI, Cottone L, Junankar S, Johansson M, Denardo DG, Korets L, Reinheckel T, Sloane BF, **Bogyo M**, Coussens LM. (2013) Cathepsin C is a tissue-specific regulator of squamous carcinogenesis. *Genes Dev*. 27, 2086-98.

**171.** Deu E, Chen IT, Lauterwasser EM, Valderramos J, Li H, Edgington LE, Renslo AR, **Bogyo M**. (2013) Ferrous iron-dependent drug delivery enables controlled and selective release of therapeutic agents in vivo. *Proc Natl Acad Sci U S A*. 110, 18244-9.

**172.** Rothberg JM, Bailey KM, Wojtkowiak JW, Ben-Nun Y, **Bogyo M**, Weber E, Moin K, Blum G, Mattingly RR, Gillies RJ, Sloane BF (2013) Acid-mediated tumor proteolysis: contribution of cysteine cathepsins. *Neoplasia*. 15, 1125-37.

**173.** Puri AW, **Bogyo M**. (2013) Applications of Small Molecule Probes in Dissecting Mechanisms of Bacterial Virulence and Host Responses. *Biochemistry*. 52, 5985-96.

**174.** Rothberg JM, Bailey KM, Wojtkowiak JW, Ben-Nun Y, **Bogyo M**, Weber E, Moin K, Blum G, Mattingly RR, Gillies RJ, Sloane BF. (2013) Acid-mediated tumor proteolysis: contribution of cysteine cathepsins. *Neoplasia*. 15, 1125-37.

**175.** Razorenova OV, Castellini L, Colavitti R, Edgington LE, Nicolau M, Huang X, Bedogni B, Mills EM, **Bogyo M**, Giaccia AJ. (2014). The apoptosis repressor with a CARD domain (ARC) gene is a direct hypoxia-inducible factor 1 target gene and promotes survival and proliferation of VHL-deficient renal cancer cells. *Mol Cell Biol.* 34, 739-51.

**176.** Walker E, Gopalakrishnan R, **Bogyo M**, Basilion JP. (2014) Microscopic detection of quenched activity-based optical imaging probes using an antibody detection system: localizing protease activity. *Mol Imaging Biol*. 16, 608-18.

**177.** Cattaruzza F, Amadesi S, Carlsson JF, Murphy JE, Lyo V, Kirkwood K, Cottrell GS, Bogyo M, Knecht W, Bunnett NW. (2014). Serine proteases and protease-activated receptor 2 mediate the proinflammatory and algesic actions of diverse stimulants. *Br J Pharmacol*.171, 3814-26.

**178.** Haedke UR, Frommel SC, Hansen F, Hahne H, Kuster B, Bogyo M, Verhelst SH. (2014). Phosphoramidates as novel activity-based probes for serine proteases. *Chembiochem*. 15, 1106-10.

**179.** Sanman LE, Bogyo M. Activity-based profiling of proteases. (2014) *Annu Rev Biochem*. 83, 249-73.

**180.** Li H, van der Linden WA, Verdoes M, Florea BI, McAllister FE, Govindaswamy K, Elias JE, Bhanot P, Overkleeft HS, Bogyo M. (2014). Assessing subunit dependency of the Plasmodium proteasome using small molecule inhibitors and active site probes. *ACS Chem Biol.* 9, 1869-76.

**181.** Gangoda L, Doerflinger M, Srivastava R, Narayan N, Edgington LE, Orian J, Hawkins C, O'Reilly LA, Gu H, Bogyo M, Ekert P, Strasser A, Puthalakath H. (2014). Loss of Prkar1a leads to Bcl-2 family protein induction and cachexia in mice. *Cell Death Differ*. 21, 1815-24.

**182.** Godinat A, Budin G, Morales AR, Park HM, Sanman LE, Bogyo M, Yu A, Stahl A, Dubikovskaya EA. (2014). A biocompatible "split luciferin" reaction and its application for non-invasive bioluminescent imaging of protease activity in living animals. *Curr Protoc Chem Biol.* 6, 169-89.

**183.** Li H, Tsu C, Blackburn C, Li G, Hales P, Dick L, **Bogyo M.** (2014) Identification of Potent and Selective Non-covalent Inhibitors of the Plasmodium falciparum Proteasome. *J Am Chem Soc.* 136, 13562-5.

**184.** Segal E, Prestwood TR, van der Linden WA, Carmi Y, Bhattacharya N, Withana N, Verdoes M, Habtezion A, Engleman EG, **Bogyo M**. (2015) Detection of intestinal cancer by local, topical application of a quenched fluorescence probe for cysteine cathepsins. *Chem Biol.* 22, 148-58.

**185.** Hachmann J, Edgington-Mitchell LE, Poreba M, Sanman LE, Drag M, **Bogyo M**, Salvesen GS. (2015) Probes to monitor activity of the paracaspase MALT1. *Chem Biol*. 22, 139-47.

**186.** Oresic Bender K, Ofori L, van der Linden WA, Mock ED, Datta GK, Chowdhury S, Li H, Segal E, Sanchez Lopez M, Ellman JA, Figdor CG, **Bogyo M**, Verdoes M. (2015) Design of a Highly Selective Quenched Activity-Based Probe and Its Application in Dual Color Imaging Studies of Cathepsin S Activity Localization. J Am Chem Soc. 137, 4771-7.

**187.** Gangoda L, Keerthikumar S, Fonseka P, Edgington LE, Ang CS, Ozcitti C, **Bogyo M**, Parker BS, Mathivanan S. (2105). Inhibition of cathepsin proteases attenuates migration and sensitizes aggressive N-Myc amplified human neuroblastoma cells to doxorubicin. *Oncotarget.* 6, 11175-90.

**188.** Ofori LO, Withana NP, Prestwood TR, Verdoes M, Brady JJ, Winslow MM, Sorger J, **Bogyo M**. (2015) Design of Protease Activated Optical Contrast Agents That Exploit a Latent Lysosomotropic Effect for Use in Fluorescence-Guided Surgery. *ACS Chem Biol*. 10,1977-88.

**189.** Lu H, Chandrasekar B, Oeljeklaus J, Misas-Villamil JC, Wang Z, Shindo T, **Bogyo M**, Kaiser M, van der Hoorn RA. (2015) Subfamily-specific Fluorescent Probes for Cys proteases Display Dynamic Protease Activities During Seed Germination. *Plant Physiol*. 168, 1462-75.

**190.** Orlowski GM, Colbert JD, Sharma S, **Bogyo M**, Robertson SA, Rock KL. (2015) Multiple Cathepsins Promote Pro-IL-1β Synthesis and NLRP3-Mediated IL-1β Activation. *J Immunol*. 195, 1685-97.

**191.** van der Linden WA, Segal E, Child MA, Byzia A, Drąg M, **Bogyo M**. (2015) Design and Synthesis of Activity-Based Probes and Inhibitors for Bleomycin Hydrolase. *Chem Biol.* 22, 995-1001.

**192.** Edgington-Mitchell LE, Rautela J, Duivenvoorden HM, Jayatilleke KM, van der Linden WA, Verdoes M, **Bogyo M**, Parker BS. (2015) Cysteine cathepsin activity suppresses osteoclastogenesis of myeloid-derived suppressor cells in breast cancer. *Oncotarget.* 6, 27008-22.

**193.** Hou L, Cooley J, Swanson R, Ong PC, Pike RN, **Bogyo M**, Olson ST, Remold-O'Donnell E. (2015) The protease cathepsin L regulates Th17 cell differentiation. *J Autoimmun*, 65, 56-63.

**194.** Staniec D, Ksiazek M, Thøgersen IB, Enghild JJ, Sroka A, Bryzek D, **Bogyo M**, Abrahamson M, Potempa J. (2015) Calcium Regulates the Activity and Structural Stability of Tpr, a Bacterial Calpain-like Peptidase. *J Biol Chem.* 290, 27248-60.

**195.** Bender KO, Garland M, Ferreyra JA, Hryckowian AJ, Child MA, Puri AW, Solow-Cordero DE, Higginbottom SK, Segal E, Banaei N, Shen A, Sonnenburg JL, **Bogyo M**.(2015) A small-molecule antivirulence agent for treating Clostridium difficile infection. *Sci Transl Med*. 7, 306ra148.

**196.** Rosenthal EL, Warram JM, de Boer E, Basilion JP, Biel MA, **Bogyo M**, Bouvet M, Brigman BE, Colson YL, DeMeester SR, Gurtner GC, Ishizawa T, Jacobs PM, Keereweer S, Liao JC, Nguyen QT, Olson JM, Paulsen KD, Rieves D, Sumer BD, Tweedle MF, Vahrmeijer AL, Weichert JP, Wilson BC, Zenn MR, Zinn KR, van Dam GM. (2015) Successful Translation of Fluorescence Navigation During Oncologic Surgery: A Consensus Report. *J Nucl Med.* 57, 144-50.

**197.** Foe IT, Child MA, Majmudar JD, Krishnamurthy S, van der Linden WA, Ward GE, Martin BR, **Bogyo M**. (2015) Global Analysis of Palmitoylated Proteins in Toxoplasma gondii. *Cell Host Microbe*.18, 501-11.

**198.** Lauterwasser EM, Fontaine SD, Li H, Gut J, Katneni K, Charman SA, Rosenthal PJ, **Bogyo M**, Renslo AR. (2015) Trioxolane-Mediated Delivery of Mefloquine Limits Brain Exposure in a Mouse Model of Malaria. *ACS Med Chem Lett.* 6, 1145-9.

**199.** Withana NP, Garland M, Verdoes M, Ofori LO, Segal E, **Bogyo M**.(2016) Labeling of active proteases in fresh-frozen tissues by topical application of quenched activity-based probes. *Nature Protoc.*1, 184-91.

**200.** Withana NP, Ma X, McGuire HM, Verdoes M, van der Linden WA, Ofori LO, Zhang R, Li H, Sanman LE, Wei K, Yao S, Wu P, Li F, Huang H, Xu Z, Wolters PJ, Rosen GD, Collard HR, Zhu Z, Cheng Z, **Bogyo M**. (2016) Non-invasive Imaging of Idiopathic Pulmonary Fibrosis Using Cathepsin Protease Probes. *Sci Rep.* 6, 19755.

**201.** Li, H., O'Donoghue, A.J., van der Linden, W.A., Xie, S.C., Yoo, E., Too, E., Foe, I.T., Tilley, L., Craik, C.S., da Fonseca, P.C.A, **Bogyo, M**. (2016) Structure and function-based design of Plasmodium-selective proteasome inhibitors. *Nature*. 530, 233-6.

**202.** Garland M, Yim JJ, **Bogyo M**. (2016) A Bright Future for Precision Medicine: Advances in Fluorescent Chemical Probe Design and Their Clinical Application. *Cell Chem Biol*. 23, 122-36.

**203.** Sanman LE, Qian Y, Eisele NA, Ng TM, van der Linden WA, Monack DM, Weerapana E, **Bogyo M.** (2016) Disruption of glycolytic flux is a signal for inflammasome signaling and pyroptotic cell death. *Elife*. 5, e13663.

**204.** Edgington-Mitchell LE, **Bogyo M**. (2016) Detection of Active Caspases During Apoptosis Using Fluorescent Activity-Based Probes. *Methods Mol Biol.* 1419, 27-39.

**205.** Sensarn S, Zavaleta CL, Segal E, Rogalla S, Lee W, Gambhir SS, **Bogyo M**, Contag CH. (2016) A Clinical Wide-Field Fluorescence Endoscopic Device for Molecular Imaging Demonstrating Cathepsin Protease Activity in Colon Cancer. *Mol Imaging Biol.* 18, 820-829.

**206.** Withana NP, Saito T, Ma X, Garland M, Liu C, Kosuge H, Amsallem M, Verdoes M, Ofori LO, Fischbein M, Arakawa M, Cheng Z, McConnell MV, **Bogyo M.** (2016) Dual Modality Activity Based Probes as Molecular Imaging Agents for Vascular Inflammation. *J Nucl Med* 57, 1583-1590.

**207.** Li H, **Bogyo M**, da Fonseca PC.(2016) The cryo-EM structure of the Plasmodium falciparum 20S proteasome and its use in the fight against malaria. *FEBS J.* Jun 11. doi: 10.1111/febs.13780.

**208.** van der Linden WA, Schulze CJ, Herbert AS, Krause TB, Wirchnianski AA, Dye JM, Chandran K, **Bogyo M**. (2016) Cysteine Cathepsin Inhibitors as Anti-Ebola Agents. *ACS Infect Dis.* 2, 173-179.

**209.** Sanman LE, van der Linden WA, Verdoes M, **Bogyo M.** (2016) Bifunctional Probes of Cathepsin Protease Activity and pH Reveal Alterations in Endolysosomal pH during Bacterial Infection. *Cell Chem Biol.* 23, 793-804.

**210.** Edgington-Mitchell LE, Wartmann T, Fleming AK, Gocheva V, van der Linden WA, Withana NP, Verdoes M, Aurelio L, Edgington-Mitchell D, Lieu T, Parker BS, Graham B, Reinheckel T, Furness JB, Joyce JA, Storz P, Halangk W, **Bogyo M**, Bunnett NW. (2016) Legumain is Activated in Macrophages during Pancreatitis. *Am J Physiol Gastrointest Liver Physiol.* 311, G548-60.

**211.** Abd-Elrahman I, Kosuge H, Wises Sadan T, Ben-Nun Y, Meir K, Rubinstein C, **Bogyo M**, McConnell MV, Blum G. (2016) Cathepsin Activity-Based Probes and Inhibitor for Preclinical Atherosclerosis Imaging and Macrophage Depletion. *PLoS One*. 11, e0160522.

**212.** Grüner BM, Schulze CJ, Yang D, Ogasawara D, Dix MM, Rogers ZN, Chuang CH, McFarland CD, Chiou SH, Brown JM, Cravatt BF, **Bogyo M***, Winslow MM*. (2016) An in vivo multiplexed small-molecule screening platform. *Nat Methods*. 13, 883-9.

**213.** Lentz CS, Ordonez AA, Kasperkiewicz P, La Greca F, O'Donoghue AJ, Schulze CJ, Powers JC, Craik CS, Drag M, Jain SK, **Bogyo M.** (2016) Design of Selective Substrates and Activity-Based Probes for Hydrolase Important for Pathogenesis 1 (HIP1) from Mycobacterium tuberculosis. *ACS Infect Dis*. 2, 807-81.

**214.** Edgington-Mitchell LE, **Bogyo M**, Verdoes M. (2016). Live Cell Imaging and Profiling of Cysteine Cathepsin Activity Using a Quenched Activity-Based Probe. *Methods Mol Biol.* 1491, 145-159.

**215.** Sensarn S, Zavaleta CL, Segal E, Rogalla S, Lee W, Gambhir SS, **Bogyo M**, Contag CH. (2016) A Clinical Wide-Field Fluorescence Endoscopic Device for Molecular Imaging Demonstrating Cathepsin Protease Activity in Colon Cancer. *Mol Imaging Biol.* 18, 820-829.

**216.** Dubey R, Staker BL, Foe IT, **Bogyo M**, Myler PJ, Ngô HM, Gubbels MJ. (2017) Membrane skeletal association and post-translational allosteric regulation of Toxoplasma gondii GAPDH1 **Mol Microbiol.**. 103, 618-634.

**217.** Child MA, Garland M, Foe I, Madzelan P, Treeck M, van der Linden WA, Oresic Bender K, Weerapana E, Wilson MA, Boothroyd JC, Reese ML, **Bogyo M**. (2017) Toxoplasma DJ-1 Regulates Organelle Secretion by a Direct Interaction with Calcium-Dependent Protein Kinase 1. *MBio.* 8(1). pii: e02189-16.

**218.** Walker E, Mann M, Honda K, Vidimos A, Schluchter MD, Straight B, **Bogyo M**, Popkin D, Basilion JP. (2017) Rapid visualization of nonmelanoma skin cancer. J Am Acad Dermatol. 76, 209-216.

**219.** Bender KO, Garland M, **Bogyo M**. (2017) Response to Comment on "A small-molecule antivirulence agent for treating Clostridium difficile infection". *Sci Transl Med*. 8, 370tr2.

**220.** Orlowski GM, Sharma S, Colbert JD, **Bogyo M**, Robertson SA, Kataoka H, Chan FK, Rock KL. (2017) Frontline Science: Multiple cathepsins promote inflammasome-independent, particle-induced cell death during NLRP3-dependent IL-1β activation. J Leukoc Biol. 102, 7-17.

**221.** Hewings DS, Flygare JA, Wertz IE, **Bogyo M**. (2017) Activity-based probes for the multicatalytic proteasome. *FEBS J*. 284, 1540-1554.

**222.** Tipirneni KE, Rosenthal EL, Moore LS, Haskins AD, Udayakumar N, Jani AH, Carroll WR, Morlandt AB, **Bogyo M**, Rao J, Warram JM. (2017) Fluorescence Imaging for Cancer Screening and Surveillance. *Mol Imaging Biol.* 19, 645-655.

**223.** Hewings DS, Flygare JA, **Bogyo M**, Wertz IE. (2017) Activity-based probes for the ubiquitin conjugation-deconjugation machinery: new chemistries, new tools, and new insights. *FEBS J.* 284(10):1555-1576.

**224.** Garland M, Loscher S, **Bogyo M**. (2017) Chemical Strategies To Target Bacterial Virulence. *Chem Rev.* 117, 4422-4461.

**225.** Ward ME, Chen R, Huang HY, Ludwig C, Telpoukhovskaia M, Taubes A, Boudin H, Minami SS, Reichert M, Albrecht P, Gelfand JM, Cruz-Herranz A, Cordano C, Alavi MV, Leslie S, Seeley WW, Miller BL, Bigio E, Mesulam MM, **Bogyo M**, Mackenzie IR, Staropoli JF, Cotman SL, Huang EJ, Gan L, Green AJ. (2017) Individuals with progranulin haploinsufficiency exhibit features of neuronal ceroid lipofuscinosis. *Sci Transl Med.* 12, 9(385).

**226.** Di Cristina M, Dou Z, Lunghi M, Kannan G, Huynh MH, McGovern OL, Schultz TL, Schultz AJ, Miller AJ, Hayes BM, van der Linden W, Emiliani C, **Bogyo M**, Besteiro S, Coppens I, Carruthers VB. (2017) Toxoplasma depends on lysosomal consumption of autophagosomes for persistent infection. *Nat Microbiol.* 2,17096.

**227.** Ng CL, Fidock DA, **Bogyo M**. Protein Degradation Systems as Antimalarial Therapeutic Targets. (2017) *Trends Parasitol.* 33, 731-743.

**228.** Lee CW, Stankowski JN, Chew J, Cook CN, Lam YW, Almeida S, Carlomagno Y, Lau KF, Prudencio M, Gao FB, **Bogyo M**, Dickson DW, Petrucelli L. (2017) The lysosomal protein cathepsin L is a progranulin protease. *Mol Neurodegener.* 12, 55.

**229.** Hopp CS, Bennett BL, Mishra S, Lehmann C, Hanson KK, Lin JW, Rousseau K, Carvalho FA, van der Linden WA, Santos NC, **Bogyo M**, Khan SM, Heussler V, Sinnis P. (2017) Deletion of the rodent malaria ortholog for falcipain-1 highlights differences between hepatic and blood stage merozoites. *PLoS Pathog*. 13, e1006586.

**230.** Duivenvoorden HM, Rautela J, Edgington-Mitchell LE, Spurling A, Greening DW, Nowell CJ, Molloy TJ, Robbins E, Brockwell NK, Lee CS, Chen M, Holliday A, Selinger CI, Hu M, Britt KL, Stroud DA, **Bogyo M**, Möller A, Polyak K, Sloane BF, O'Toole SA, Parker BS. (2017) Myoepithelial cell-specific expression of stefin A as a suppressor of early breast cancer invasion. *J Pathol*. 243, 496-509.

**231.** Aillaud C, Bosc C, Peris L, Bosson A, Heemeryck P, Van Dijk J, Le Friec J, Boulan B, Vossier F, Sanman LE, Syed S, Amara N, Couté Y, Lafanechère L, Denarier E, Delphin C, Pelletier L, Humbert S, **Bogyo M**, Andrieux A, Rogowski K, Moutin MJ. (2017) Vasohibins/SVBP are tubulin carboxypeptidases (TCPs) that regulate neuron differentiation. *Science*. 358, 1448-1453.

**232.** Yim JJ, Tholen M, Klaassen A, Sorger J, **Bogyo M**. (2018) Optimization of a Protease Activated Probe for Optical Surgical Navigation. *Mol Pharm*. 15, 750-758.

**233.** Tomlin FM, Gerling-Driessen UIM, Liu YC, Flynn RA, Vangala JR, Lentz CS, Clauder-Muenster S, Jakob P, Mueller WF, Ordoñez-Rueda D, Paulsen M, Matsui N, Foley D, Rafalko A, Suzuki T, **Bogyo M**, Steinmetz LM, Radhakrishnan SK, Bertozzi CR. (2018) Inhibition of NGLY1 Inactivates the Transcription Factor Nrf1 and Potentiates Proteasome Inhibitor Cytotoxicity. *ACS Cent Sci.* 3, 1143-1155.

**234.** Garland M, Schulze CJ, Foe IT, van der Linden WA, Child MA, **Bogyo M**. (2018) Development of an activity-based probe for acyl-protein thioesterases. *PLoS One.* 13(1), e0190255.

**235.** **Bogyo M**, Yim JJ, Rosenthal EL. (2018) New Blood Test SEEKs To Detect and Localize Cancer before It's Too Late. *Biochemistry*. 57, 1561-1562.

**236.** Flanagan-Steet H, Christian C, Lu PN, Aarnio-Peterson M, Sanman L, Archer-Hartmann S, Azadi P, **Bogyo M**, Steet RA. (2018) TGF-ß Regulates Cathepsin Activation during Normal and Pathogenic Development. *Cell Rep.* 22, 2964-2977.

**237.** Hewings DS, Heideker J, Ma TP, AhYoung AP, El Oualid F, Amore A, Costakes GT, Kirchhofer D, Brasher B, Pillow T, Popovych N, Maurer T, Schwerdtfeger C, Forrest WF, Yu K, Flygare J, **Bogyo M**, Wertz IE. (2018) Reactive-site-centric chemoproteomics identifies a distinct class of deubiquitinase enzymes. *Nat Commun.* 9, 1162.

**238.** Lentz CS, Sheldon JR, Crawford LA, Cooper R, Garland M, Amieva MR, Weerapana E, Skaar EP, **Bogyo M**. Identification of a *S. aureus* virulence factor by activity-based protein profiling (ABPP). (2018) *Nat Chem Biol.*14, 609.

**239.** Stathopoulou C, Gangaplara A, Mallett G, Flomerfelt FA, Liniany LP, Knight D, Samsel LA, Berlinguer-Palmini R, Yim JJ, Felizardo TC, Eckhaus MA, Edgington-Mitchell L, Martinez-Fabregas J, Zhu J, Fowler DH, van Kasteren SI, Laurence A, **Bogyo M**, Watts C, Shevach EM, Amarnath S. PD-1 Inhibitory Receptor Downregulates Asparaginyl Endopeptidase and Maintains Foxp3 Transcription Factor Stability in Induced Regulatory T Cells. *Immunity*. (2018) 49, 247-263.

**240.** Yoo E, Stokes BH, de Jong H, Vanaerschot M, Kumar T, Lawrence N, Njoroge M, Garcia A, Van der Westhuyzen R, Momper JD, Ng CL, Fidock DA, **Bogyo M**. Defining the Determinants of Specificity of Plasmodium Proteasome Inhibitors. *J Am Chem Soc.* (2018) 140, 11424-11437.

**241.** Amara N, Tholen M, **Bogyo M**. Chemical Tools for Selective Activity Profiling of Endogenously Expressed MMP-14 in Multicellular Models. *ACS Chem Biol.* (2018) 13, 2645-2654.

**242.** Foe IT, Onguka O, Amberg-Johnson K, Garner RM, Amara N, Beatty W, Yeh E, **Bogyo M**. The Toxoplasma gondii Active Serine Hydrolase 4 Regulates Parasite Division and Intravacuolar Parasite Architecture. *mSphere*. (2018) 3(5). pii: e00393-18.

**243.** Seth-Pasricha M, Senn S, Sanman LE, **Bogyo M**, Nanda V, Bidle KA, Bidle KD. Catalytic linkage between caspase activity and proteostasis in Archaea. Environ Microbiol. 2018 Oct 28. doi: 10.1111/1462-2920.14456.

**244.** Shrivastav M, Gounaris E, Khan MW, Ko J, Ryu SH, **Bogyo M**, Larson A, Barret TA, Bentrem DJ. Validation of near infrared fluorescence (NIRF) probes in vivo with dual laser NIRF endoscope. PLoS One. 2018 Nov 2;13(11):e0206568.

**245.** Amara N, Foe, IT, Onguka, O, Garland M, **Bogyo M**. Synthetic fluorogenic peptides reveal dynamic substrate specificity of depalmitoylases. *Cell Chem Bio* 2018 Oct 22. pii: S2451-9456(18)30338-6.

**246.** Garland M, Babin BM, Miyashita SI, Loscher S, Shen Y, Dong M, **Bogyo M**. Covalent modifiers of Botulinum neurotoxin counteract toxin persistence. ACS Chem Biol. 2019 14(1):76-87.

**247.** Chen L, Keller LJ, Cordasco E, **Bogyo M**, Lentz CS. Fluorescent Triazole Urea Activity-Based Probes for the Single-Cell Phenotypic Characterization of Staphylococcus aureus. Angew Chem Int Ed Engl. 2019 58:5643-5647.

**248.** Liu Y, Walker E, Iyer SR, Biro M, Kim I, Zhou B, Straight B, **Bogyo M**, Basilion JP, Popkin DL, Wilson DL. Molecular imaging and validation of margins in surgically excised nonmelanoma skin cancer specimens. J Med Imaging (Bellingham). 2019 6:016001.

**249.** Stokes BH, Yoo E, Murithi JM, Luth MR, Afanasyev P, da Fonseca PCA, Winzeler EA, Ng CL, Bogyo M, Fidock DA. Covalent Plasmodium falciparum-selective proteasome inhibitors exhibit a low propensity for

generating resistance in vitro and synergize with multiple antimalarial agents. PLoS Pathog. 2019 Jun 6;15(6):e1007722.

**250.** de Vries LE, Sanchez MI, Groborz K, Kuppens L, Poreba M, Lehmann C, Nevins N, Withers-Martinez C, Hirst DJ, Yuan F, Arastu-Kapur S, Horn M, Mares M, **Bogyo M**, Drag M, Deu E. Characterization of P. falciparum dipeptidyl aminopeptidase 3 specificity identifies differences in amino acid preferences between peptide-based substrates and covalent inhibitors. FEBS J. 2019 286:3998-4023.

**251.** Veillard F, Sztukowska M, Nowakowska Z, Mizgalska D, Thøgersen IB, Enghild JJ, **Bogyo M**, Potempa B, Nguyen KA, Potempa J. Proteolytic processing and activation of gingipain zymogens secreted by T9SS of Porphyromonas gingivalis. Biochimie. 2019 166:161-172.

**252.** Szumska J, Batool Z, Al-Hashimi A, Venugopalan V, Skripnik V, Schaschke N, **Bogyo M**, Brix K. Treatment of rat thyrocytes in vitro with cathepsin B and L inhibitors results in disruption of primary cilia leading to redistribution of the trace amine associated receptor 1 to the endoplasmic reticulum. Biochimie. 2019 166:270-285.

**253.** Babin BM, Kasperkiewicz P, Janiszewski T, Yoo E, Drag M, **Bogyo M**. Leveraging peptide substrate libraries to design inhibitors of bacterial Lon protease. ACS Chem Biol. 2019 14, 2453-2462.

**254.** Chen S, Yim JJ, **Bogyo M**. Synthetic and biological approaches to map substrate specificities of proteases. Biol Chem. 2019 401(1):165-182.

**255.** Keller LJ, Babin BM, Lakemeyer M, **Bogyo M**. Activity-based protein profiling in bacteria: Applications for identification of therapeutic targets and characterization of microbial communities. Curr Opin Chem Biol. 2020 54:45-53.

**256.** Sanchez MI, de Vries LE, Lehmann C, Lee JT, Ang KK, Wilson C, Chen S, Arkin MR, **Bogyo M**, Deu E. Identification of Plasmodium dipeptidyl aminopeptidase allosteric inhibitors by high throughput screening. PLoS One. 2019 Dec 18;14(12):e0226270.

**257.** Yoo E, Schulze CJ, Stokes BH, Onguka O, Yeo T, Mok S, Gnädig NF, Zhou Y, Kurita K, Foe IT, Terrell SM, Boucher MJ, Cieplak P, Kumpornsin K, Lee MCS, Linington RG, Long JZ, Uhlemann AC, Weerapana E, Fidock DA, **Bogyo M**. The Antimalarial Natural Product Salinipostin A Identifies Essential α/β Serine Hydrolases Involved in Lipid Metabolism in P. falciparum Parasites. Cell Chem Biol. 2020 Feb 20;27(2):143-157

**258.** Walker E, Liu Y, Kim I, Biro M, Iyer SR, Ezaldein H, Scott J, Merati M, Mistur R, Zhou B, Straight B, Yim JJ, **Bogyo M**, Mann M, Wilson DL, Basilion JP, Popkin DL. A Protease-Activated Fluorescent Probe Allows Rapid Visualization of Keratinocyte Carcinoma During Excision. Cancer Res. 2020 pii: canres.3067.2019.

**259.** Keller LJ, Lentz CS, Chen YE, Metivier RJ, Weerapana E, Fischbach MA, **Bogyo M.** Characterization of Serine Hydrolases Across Clinical Isolates of Commensal Skin Bacteria Staphylococcus epidermidis Using Activity-Based Protein Profiling. ACS Infect Dis. 2020 May 8;6(5):930-938.

**260.** Widen JC, Tholen M, Yim JJ, **Bogyo M.** Methods for analysis of near-infrared (NIR) quenched-fluorescent contrast agents in mouse models of cancer. Methods Enzymol. 2020;639:141-166.

**261.** Garland M, Hryckowian AJ, Tholen M, Bender KO, Van Treuren WW, Loscher S, Sonnenburg JL, **Bogyo M.** The Clinical Drug Ebselen Attenuates Inflammation and Promotes Microbiome Recovery in Mice after Antibiotic Treatment for CDI. Cell Rep Med. 2020 Apr 21;1(1):100005.

**262.** Tholen M, Yim JJ, Groborz K, Yoo E, Martin BA, van den Berg NS, Drag M, **Bogyo M.** Design of optical imaging probes by screening of diverse substrate libraries directly in disease tissue extracts. Angew Chem Int Ed Engl. 2020 59(43):19143-19152.

**263.** Faucher F, Bennett JM, **Bogyo M**, Lovell S. Strategies for Tuning the Selectivity of Chemical Probes that Target Serine Hydrolases. *Cell Chem Biol.* 2020 27(8):937-952.

**264.** Telpoukhovskaia MA, Liu K, Sayed FA, Etchegaray JI, Xie M, Zhan L, Li Y, Zhou Y, Le D, Bahr BA, **Bogyo M**, Ding S, Gan L. Discovery of small molecules that normalize the transcriptome and enhance cysteine cathepsin activity in progranulin-deficient microglia. *Sci Rep.* 2020 10(1):13688.

**265.** Fellner M, Lentz CS, Jamieson SA, Brewster JL, Chen L, **Bogyo M**, Mace PD. Structural Basis for the Inhibitor and Substrate Specificity of the Unique Fph Serine Hydrolases of Staphylococcus aureus. *ACS Infect Dis.* 2020 6(10):2771-2782.

**266.** Bilverstone TW, Garland M, Cave RJ, Kelly ML, Tholen M, Bouley DM, Kaye P, Minton NP, **Bogyo M**, Kuehne SA, Melnyk RA. The glucosyltransferase activity of C. difficile Toxin B is required for disease pathogenesis. PLoS Pathog 2020 Sep 22;16(9):e1008852.

**267.** Widen JC, Tholen M, Yim JJ, Antaris A, Casey KM, Rogalla S, Klaassen A, Sorger J, **Bogyo M**. AND-gate contrast agents for enhanced fluorescence-guided surgery. Nat Biomed Eng. 2020 5(3):264-277.

**268.** Suurs FV, Qiu SQ, Yim JJ, Schröder CP, Timmer-Bosscha H, Bensen ES, Santini JT Jr, de Vries EGE, **Bogyo M**, van Dam GM. Fluorescent image-guided surgery in breast cancer by intravenous application of a quenched fluorescence activity-based probe for cysteine cathepsins in a syngeneic mouse model. *EJNMMI Res.* 2020 Sep 29;10(1):111.

**269.** Simwela NV, Stokes BH, Aghabi D, **Bogyo M**, Fidock DA, Waters AP. Plasmodium berghei K13 Mutations Mediate In Vivo Artemisinin Resistance That Is Reversed by Proteasome Inhibition. *mBio*. 2020 Nov 10;11(6):e02312-20.

**270.** Yim JJ, Singh SP, Xia A, Kashfi-Sadabad R, Tholen M, Huland DM, Zarabanda D, Cao Z, Solis-Pazmino P, **Bogyo M**, Valdez TA. Short-Wave Infrared Fluorescence Chemical Sensor for Detection of Otitis Media. *ACS Sens*. 2020 Nov 25;5(11):3411-3419.

**271.** Chen S, Lovell S, Lee S, Fellner M, Mace PD, **Bogyo M**. Identification of highly selective covalent inhibitors by phage display. *Nat Biotechnol.* 2020 Apr;39(4):490-498.

**272.** Brodzicki A, Jaworek-Korjakowska J, Kleczek P, Garland M, **Bogyo M**. Pre-Trained Deep Convolutional Neural Network for Clostridioides Difficile Bacteria Cytotoxicity Classification Based on Fluorescence Images. *Sensors* (Basel). 2020 20(23):6713.

**273.** Al-Hashimi A, Venugopalan V, Rehders M, Sereesongsaeng N, Hein Z, Springer S, Weber E, Führer D, **Bogyo MS**, Scott CJ, Burden RE, Brix K. Procathepsin V Is Secreted in a TSH Regulated Manner from Human Thyroid Epithelial Cells and Is Accessible to an Activity-Based Probe. *Int J Mol Sci.* 2020 Nov 30;21(23):9140.

**274.** Yim JJ, Harmsen S, Flisikowski K, Flisikowska T, Namkoong H, Garland M, van den Berg NS, Vilches-Moure JG, Schnieke A, Saur D, Glasl S, Gorpas D, Habtezion A, Ntziachristos V, Contag CH, Gambhir SS, **Bogyo M**, Rogalla S. A protease-activated, near-infrared fluorescent probe for early endoscopic detection of premalignant gastrointestinal lesions. *Proc Natl Acad Sci U S A*. 2021 Jan 5;118(1):e2008072118.

**275.** Venugopalan V, Al-Hashimi A, Rehders M, Golchert J, Reinecke V, Homuth G, Völker U, Manirajah M, Touzani A, Weber J, **Bogyo MS**, Verrey F, Wirth EK, Schweizer U, Heuer H, Kirstein J, Brix K. The Thyroid Hormone Transporter Mct8 Restricts Cathepsin-Mediated Thyroglobulin Processing in Male Mice through Thyroid Auto-Regulatory Mechanisms That Encompass Autophagy. *Int J Mol Sci.* 2021 Jan 5;22(1):462.

**276.** Steuten K, Kim H, Widen JC, Babin BM, Onguka O, Lovell S, Bolgi O, Cerikan B, Neufeldt CJ, Cortese M, Muir RK, Bennett JM, Geiss-Friedlander R, Peters C, Bartenschlager R, **Bogyo M.** Challenges

for Targeting SARS-CoV-2 Proteases as a Therapeutic Strategy for COVID-19. *ACS Infect Dis.* 2021 7:1457-1468.

**277.** Babin BM, Fernandez-Cuervo G, Sheng J, Green O, Ordonez AA, Turner ML, Keller LJ, Jain SK, Shabat D, Bogyo M. (2020) A chemiluminescent protease probe for rapid, sensitive, and inexpensive detection of live Mycobacterium tuberculosis. *ACS Cent Sci.* 2021 7:803-814.

**278.** Rompikuntal PK, Kent RS, Foe IT, Deng B, **Bogyo M**, Ward GE. Blocking Palmitoylation of Toxoplasma gondii Myosin Light Chain 1 Disrupts Glideosome Composition but Has Little Impact on Parasite Motility. mSphere. 2021 May 19;6(3):e00823-20.

**279.** Onguka O, Babin BM, Lakemeyer M, Foe IT, Amara N, Terrell SM, Lum KM, Cieplak P, Niphakis MJ, Long JZ, **Bogyo M.** Toxoplasma gondii serine hydrolases regulate parasite lipid mobilization during growth and replication within the host. *Cell Chem Biol.* 2021 May 25:S2451-9456(21)00218-X.

**280.** Amara N, Cooper MP, Voronkova MA, Webb BA, Lynch EM, Kollman JM, Ma T, Yu K, Lai Z, Sangaraju D, Kayagaki N, Newton K, **Bogyo M**, Staben ST, Dixit VM. Selective activation of PFKL suppresses the phagocytic oxidative burst. *Cell.* 2021 Aug 19;184(17):4480-4494.e15.

**281.** Bogyo M. A 'Swiss army knife' probe for metastatic cancers. *Nat Mater.* 2021 Oct;20(10):1312-1314.

**282.** Babin BM, Keller LJ, Pinto Y, Li VL, Eneim AS, Vance SE, Terrell SM, Bhatt AS, Long JZ, Bogyo M. Identification of covalent inhibitors that disrupt M. tuberculosis growth by targeting multiple serine hydrolases involved in lipid metabolism. *Cell Chem Biol.* 2021 Sep 20:S2451-9456(21)00402-5.

**283.** Muir RK, Guerra M, **Bogyo M**. Activity-Based Diagnostics: Recent Advances in the Development of Probes for Use with Diverse Detection Modalities. *ACS Chem Biol.* 2022 Jan 13. doi: 10.1021/acschembio.1c00753.

**284.** Lakemeyer M, **Bogyo M.** Uncovering an overlooked consequence of phosphorylation: change in cysteine reactivity. Nat Methods. 2022 Mar;19(3):281-283. doi: 10.1038/s41592-022-01414-5.

**285.** Keller LJ, Lakemeyer M, **Bogyo M.** Integration of bioinformatic and chemoproteomic tools for the study of enzyme conservation in closely related bacterial species. Methods Enzymol. 2022;664:1-22. doi: 10.1016/bs.mie.2021.11.017. Epub 2021 Dec 23.

**286.** Walker E, Linders DGJ, Abenojar E, Wang X, Hazelbag HM, Straver ME, Bijlstra OD, March TL, Vahrmeijer AL, Exner A, **Bogyo M**, Basilion JP, Straight B. Formulation of a Thermosensitive Imaging Hydrogel for Topical Application and Rapid Visualization of Tumor Margins in the Surgical Cavity. Cancers (Basel). 2022 Jul 16;14(14):3459. doi: 10.3390/cancers14143459.

**287.** Richards CM, Jabs S, Qiao W, Varanese LD, Schweizer M, Mosen PR, Riley NM, Klüssendorf M, Zengel JR, Flynn RA, Rustagi A, Widen JC, Peters CE, Ooi YS, Xie X, Shi PY, Bartenschlager R, Puschnik AS, **Bogyo M**, Bertozzi CR, Blish CA, Winter D, Nagamine CM, Braulke T, Carette JE. The human disease gene LYSET is essential for lysosomal enzyme transport and viral infection. Science. 2022 Oct 7;378(6615):eabn5648. doi: 10.1126/science.abn5648. Epub 2022 Oct 7.

**288.** Brown RWB, Sharma AI, Villanueva MR, Li X, Onguka O, Zilbermintz L, Nguyen H, Falk BA, Olson CL, Taylor JM, Epting CL, Kathayat RS, Amara N, Dickinson BC, **Bogyo M**, Engman DM. Trypanosoma brucei Acyl-Protein Thioesterase-like (TbAPT-L) Is a Lipase with Esterase Activity for Short and Medium-Chain Fatty Acids but Has No Depalmitoylation Activity. Pathogens. 2022 Oct 27;11(11):1245. doi: 10.3390/pathogens11111245.

**289.** **Bogyo M.** Finding optimal drug target sites in parasite pathogens. Trends Parasitol. 2023 Feb;39(2):83-85. doi: 10.1016/j.pt.2022.12.003. Epub 2022 Dec 21.

290. Faucher FF, Abegg D, Ipock P, Adibekian A, Lovell S, **Bogyo M.** Solid Phase Synthesis of Fluorosulfate Containing Macrocycles for Chemoproteomic Workflows. Isr. J. Chem. **2023**, 63, e202300020.

291. Deni I, Stokes BH, Ward KE, Fairhurst KJ, Pasaje CFA, Yeo T, Akbar S, Park H, Muir R, Bick DS, Zhan W, Zhang H, Liu YJ, Ng CL, Kirkman LA, Almaliti J, Gould AE, Duffey M, O'Donoghue AJ, Uhlemann AC, Niles JC, da Fonseca PCA, Gerwick WH, Lin G, **Bogyo M**, Fidock DA. Mitigating the risk of antimalarial resistance via covalent dual-subunit inhibition of the Plasmodium proteasome. Cell Chem Biol. 2023 May 18;30(5):470-485.e6. doi: 10.1016/j.chembiol.2023.03.002.

292. Faucher FF, Liu KJ, Cosco ED, Widen JC, Sorger J, Guerra M, **Bogyo M.** Protease Activated Probes for Real-Time Ratiometric Imaging of Solid Tumors. ACS Cent Sci. 2023 May 4;9(5):1059-1069. doi: 10.1021/acscentsci.3c00261.

293. Keller LJ, Nguyen TH, Liu LJ, Hurysz BM, Lakemeyer M, Guerra M, Gelsinger DJ, Chanin R, Ngo N, Lum KM, Faucher F, Ipock P, Niphakis MJ, Bhatt AS, O'Donoghue AJ, Huang KC, **Bogyo M.** Chemoproteomic identification of a DPP4 homolog in Bacteroides thetaiotaomicron. Nat Chem Biol. 2023 Dec 19(12):1469-1479.

294. Bennett JM, Ward KE, Muir RK, Kabeche S, Yoo E, Yeo T, Lam G, Zhang H, Almaliti J, Berger G, Faucher FF, Lin G, Gerwick WH, Yeh E, Fidock DA, **Bogyo M.** Covalent Macrocyclic Proteasome Inhibitors Mitigate Resistance in Plasmodium falciparum. ACS Infect Dis. 2023 Oct 13;9(10):2036-2047.

295. Jo J, Upadhyay T, Woods EC, Park KW, Pedowitz NJ, Jaworek-Korjakowska J, Wang S, Valdez TA, Fellner M, **Bogyo M.** Development of Oxadiazolone Activity-Based Probes Targeting FphE for Specific Detection of S. aureus Infections. J Am Chem Soc. 2024 Mar 13;146(10):6880-6892.

296. Cosco ED, **Bogyo M.** Recent advances in ratiometric fluorescence imaging of enzyme activity in vivo. Curr Opin Chem Biol. 2024 Jun:80:102441.

297. Konečná D, Výmola P, Ternerová N, Výmolová B, Garcia-Borja E, Mateu R, Šroubek F, Pankrác J, Widen JC, Bogyo M, Netuka D, Bušek P, Šedo A. Molecularly targeted protease-activated probes for visualization of glioblastoma: a comparison with 5-ALA. J Neurosurg. 2024 Mar 29:1-12.

298. Hadzima M, Faucher FF, Blažková K, Yim JJ, Guerra M, Chen S, Woods EC, Park KW, Šácha P, Šubr V, Kostka L, Etrych T, Majer P, Konvalinka J, **Bogyo M.** Polymer-Tethered Quenched Fluorescent Probes for Enhanced Imaging of Tumor-Associated Proteases. ACS Sens. 2024 Jul 26;9(7):3720-3729.

299. Xing Y, Zhang H, Wang Y, Zong Z, **Bogyo M**, Chen S. DNA encoded peptide library for SARS-CoV-2 3CL protease covalent inhibitor discovery and profiling. RSC Chem Biol. 2024 Jun 11;5(7):691-702.

300. Lan T, Peng C, Yao X, Chan RST, Wei T, Rupanya A, Radakovic A, Wang S, Chen S, Lovell S, Snyder SA, **Bogyo M**, Dickinson BC.Discovery of Thioether-Cyclized Macrocyclic Covalent Inhibitors by mRNA Display. *J Am Chem Soc.* 2024 Aug 28;146(34):24053-24060.

301. Bennett JM, Narwal SK, Kabeche S, Abegg D, Hackett F, Yeo T, Li VL, Muir RK, Faucher FF, Lovell S, Blackman MJ, Adibekian A, Yeh E, Fidock DA, **Bogyo M.** Mixed Alkyl/Aryl Phosphonates Identify Metabolic Serine Hydrolases as Antimalarial Targets. *Cell Chem Biol.* 2024 Sep 19;31(9):1714-1728.e10.

302. Zhang H, Xing Y, Yang Y, Tang B, Zong Z, Li J, Zang Y, **Bogyo M**, Lu X, Chen S. DNA-Encoded Noncanonical Substrate Library for Protease Profiling. *Chembiochem.* 2024 Dec 2;25(23):e202400559.

303. Linders DGJ, Bijlstra OD, Fallert LC, Dekker-Ensink NG, March TL, Pool M, Walker E, Straight B, Basilion JP, **Bogyo M**, Burggraaf J, Hilling DE, Vahrmeijer AL, Kuppen PJK, Crobach

ASLP. Immunohistochemical Evaluation of Cathepsin B, L, and S Expression in Breast Cancer Patients. *Mol Imaging Biol.* 2024 Dec;26(6):1057-1067.

**304.** Linders DGJ, Bijlstra OD, Walker E, March TL, Pool M, Valentijn ARPM, Dijkhuis TH, Woltering JN, Pijl FR, Noordam G, van den Burg D, van der Sijp JRM, Guicherit OR, Marinelli AWKS, Burggraaf J, Rissmann R, **Bogyo M**, Hilling DE, Kuppen PJK, Straight B, Straver ME, Hazelbag HM, Basilion JP, Vahrmeijer AL. *Ex vivo* fluorescence-guided resection margin assessment in breast cancer surgery using a topically applied, cathepsin-activatable imaging agent. *Pharmacol Res.* 2024 Nov;209:107464.

**305.** Makhaik S, Rut W, Choudhary S, Upadhyay T, Hao C, Westberg M, Bobst C, Yoo E, Fejzo J, Lin MZ, **Bogyo M**, Thompson P, Drag M, Hardy JA. A robust fluorogenic substrate for chikungunya virus protease (nsP2) activity. *Protein Sci.* 2025 Mar;34(3):e70069.

**306.** Wang S, Faucher FF, Bertolini M, Kim H, Yu B, Cao L, Roeltgen K, Lovell S, Shanker V, Boyd SD, Wang L, Bartenschlager R, **Bogyo M.** Identification of Covalent Cyclic Peptide Inhibitors Targeting Protein-Protein Interactions Using Phage Display. *J Am Chem Soc.* 2025 Mar 5;147(9):7461-7475.

**307.** Wang S, Woods EC, Jo J, Zhu J, Hansel-Harris A, Holcomb M, Llanos M, Pedowitz NJ, Upadhyay T, Bennett J, Fellner M, Park KW, Zhang A, Valdez TA, Forli S, Chan AI, Cunningham CN, **Bogyo M.** An mRNA Display Approach for Covalent Targeting of a *Staphylococcus aureus* Virulence Factor**.** *J Am Chem Soc.* 2025 Mar 12;147(10):8312-8325.

**308.** Carter AM, Woods EC, **Bogyo M.** Chemical strategies for targeting lipid pathways in bacterial pathogens. *Curr Opin Chem Biol.* 2025 Jun;86:102596.

**309.** Upadhyay T, Woods EC, Dela Ahator S, Julin K, Faucher FF, Uddin MJ, Hollander MJ, Pedowitz NJ, Abegg D, Hammond I, Eke IE, Wang S, Chen S, Bennett JM, Jo J, Lentz CS, Adibekian A, Fellner M, **Bogyo M.** Identification of covalent inhibitors of Staphylococcus aureus serine hydrolases important for virulence and biofilm formation. *Nat Commun.* 2025 May 30;16(1):5046.

**310.** Faucher FF, Blažková K, Lovell S, Bertolini M, Herrero-Bourdieu J, Cosco ED, **Bogyo M**, Barniol-Xicota M. Macrocyclic Phage Display for Identification of Selective Protease Substrates. *J Am Chem Soc.* 2025 Jul 18. doi: 10.1021/jacs.5c04424.

**Book Chapters**

1. **Bogyo M**. and Wang E. (2002) Proteasome Inhibitors: Complex Tools for a Complex Enzyme. *The Proteasome-Ubiquitin Proteoin Degradation Pathway*. Springer Publishing. Eds. Zwickl P and Baumeister W. p. 185- 208.

2. Dive V, Paulick MG, McIntyre JO, Matrisian LM and **Bogyo M** (2008). Activity-Based Imaging and Biochemical Profiling Tools for Analysis of the Cancer Degradome. *The Cancer Degradome- Proteases and Cancer Biology.* Springer Publishing. Eds. Edwards DR, Hoer-Hansen G, Blasi F, Sloane BF. p. 101-135.

3. Edgington LE and **Bogyo M**. (2011) Applications for Activity-based Probes in Drug Discovery. Royal Society of Chemistry. Ed. Bunage M. P. 33-63.

4. Ward G and **Bogyo M**. (2014) Toxoplasma gondii Chemical Biology. Toxoplasma gondii, The model Apicomplexan: Perspectives and Methods. Elisver. Eds. Weiss LM and Kim K. p 707-730.

**Signed:**



**APPENDIX D: PRIOR TESTIMONY IN THE LAST FOUR YEARS**

Expert Witness, Testimony by Deposition (taken April 2024)
*Enanta Pharms., Inc. v. Pfizer Inc.*, No. 22-cv-10967-DJC, 2024 WL 5203036 (D. Mass. Dec. 23, 2024)