**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT 13

# **EXPERT REPORT OF DR. ERNAN HARUVY**

Eric Hayde, Megan Wheeler, individually and on behalf of all others similarly situated,

Plaintiffs

v.

Arcadia Consumer Healthcare Inc.,

Defendant.

Case No. 8:24-cv-02657-JDE

United States District Court, Central District of California

CONTAINS CONFIDENTIAL INFORMATION

# TABLE OF CONTENTS


I. CREDENTIALS ........ 1

II. SCOPE OF ASSIGNMENT ........ 2

III. SUMMARY OF OPINIONS ........ 3

IV. SURVEY METHODOLOGY ........ 3

V. DIAMOND'S (2011) SURVEY CRITERIA ARE MET ........ 6

VI. SURVEY RESULTS ........ 11

VII. ESTIMATING THE GENERALIZED ESTIMATING EQUATIONS (GEE) MODEL TO ASSESS STATISTICAL SIGNIFICANCE AND 95% CONFIDENCE INTERVALS FOR THE IMPORTANCE PROBABILITIES ........ 16

VIII. CONCLUSION ........ 21

APPENDIX A. CURRICULUM VITAE ........ 22

APPENDIX B. THE MATERIALITY SURVEY ........ 33

APPENDIX C. MATERIALS RELIED UPON ........ 39

APPENDIX D. DATA CLEANING, DEMOGRAPHICS, AND SUMMARIES ........ 41

APPENDIX E. REGRESSION REPORT FOR SOMEWHAT + VERY IMPORTANT ........ 47

## I. CREDENTIALS

1. I am a Professor of Marketing at McGill University, at the rank of Full Professor. I earned a Ph.D. in economics from the University of Texas at Austin in 1999 and completed a postdoctoral fellowship at Harvard Business School in 2001. I teach marketing and analytics courses. As a marketing professor, I have substantial expertise in quantitative and experimental marketing methods. Specifically, my expertise lies in survey methodology, experimental methodology, regression analysis, and marketing analytics. I regularly analyze marketing data, and I conduct and supervise surveys and experimental studies.

2. I am an Associate Editor at *Management Science*, the top-ranked business journal, and the Senior Editor for *Production and Operations Management*. In addition, I serve on several editorial boards for marketing and economics journals. I regularly serve as a reviewer for the most influential marketing and economics journals. I have published more than 100 peer-reviewed publications in marketing and economics journals.

3. Over 25 years of academic work, I have conducted numerous marketing studies, including consumer surveys and laboratory experiments. I have taught and successfully placed in industry hundreds of data scientists with specialties in data analytics, marketing analytics and consumer analytics, and specialization in arriving at consumer valuations for various attributes.

4. The majority of my cited publications on my CV pertain directly to the elicitation of consumer valuations. I have written extensively on this topic and have helped set the industry standard.

5. A more complete description of my professional activities and experience, including my testifying history, may be found in my CV, which is attached as **Appendix A**. My time is billed at a rate of $440 per hour for professional services in this matter.

## II. SCOPE OF ASSIGNMENT

6. The Named Plaintiffs ("Plaintiffs") allege claims against Defendant Arcadia Consumer Healthcare Inc. ("Arcadia"). Specifically, Plaintiffs allege that Arcadia systematically misled consumers through product labeling and marketing claims.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[1] *Hinojos v. Kohl's Corp.*, 718 F.3d 1098 (9th Cir. 2013), *as amended on denial of reh'g and reh'g en banc* (July 8, 2013).

## III. SUMMARY OF OPINIONS

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

## IV. SURVEY METHODOLOGY

15. The Materiality Survey was run with a CloudResearchConnect Panel. The CloudResearchConnect Panel has been recognized as a high-quality panel that is superior to existing panels for academic research.[2]

16. The survey was pretested by providing it to a small group of participants (5) with the question: "Do you find anything unclear, confusing or ambiguous in the question?" Participants all indicated that there were no issues with clarity, confusion or ambiguity.

17. The survey begins with screening for California residence, category membership, and confirmation that respondents were at least 18 years old.

[2] Hartman R, Moss AJ, Jaffe SN, Rosenzweig C, Litman L, Robinson J. 2023. Introducing connect by CloudResearch: advancing online participant recruitment in the digital age.

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

22. ***Second,*** the survey design ensures an accurate representation of the population of interest. The purpose of studies based on sampling is to project the findings to the intended population. The population definition set forth above (OTC topical medicine purchases) is directly relevant to the claims alleged in this case, and the random sample was therefore restricted to that population.

23. ***Third***, the sampling plan is consistent with the principles and teachings of consumer behavior theory and marketing research best practices. The surveys are double-blind in that no communication took place between any party with a stake in the outcome of the survey and the

panel. I had no communication with anyone at CloudResearchabout the purpose of the survey or its connection to litigation. In other words, neither the administrators of the surveys nor the survey respondents had any knowledge of the hypotheses, claims or interests of the sponsor of the surveys.

24. ***Fourth*,** the utmost care was taken to ensure that the random sample was balanced in terms of gender, that respondents were representative in terms of demographics, and that individuals who did not meet the survey criteria were screened out.

25. ***Fifth***, care was taken to choose pre-screened and established panels commonly used in academic and industry studies. Respondents are established Connect panel participants who met the prequalifying demographics. Panel participants are not recruited individually for each study. Instead, participation in a study is offered to all qualified panel participants. Panel participants are not required to complete every survey they are given. When subjects select surveys to participate in, they are told only the length of time and the expected reward.

## V. DIAMOND'S (2011) SURVEY CRITERIA ARE MET

26. In her 2011 chapter in the Reference Manual on Scientific Evidence,[4] published by the Federal Judicial Center and National Research Council of the National Academies, Dr. Shari Diamond listed several questions that should be asked about any survey evidence that is submitted for a court's consideration. In this section of my report, I address those questions, listed as headers in italics, with regard to the survey data collected for this case.

27. *Was the Survey Designed to Address Relevant Questions?* The only non-demographic non-screening question pertains directly to the objective of the study.

28. *Was Participation in the Design, Administration, and Interpretation of the Survey*

[4] Diamond, Shari Seidman (3d. Ed. 2011). Reference Guide on Survey Research, Reference Manual on Scientific Evidence, *Federal Judicial Center and National Research Council of the National Academies*.

*Appropriately Controlled to Ensure the Objectivity of the Survey?* The surveys are double-blind in that no communication took place between any party with a stake in the outcome of the survey and respondents. In other words, neither the administrators of the surveys nor the survey respondents had any knowledge of the hypotheses, claims or interests of the sponsor of the surveys.

29. *Are the Experts Who Designed, Conducted, or Analyzed the Survey Appropriately Skilled and Experienced?* I have the requisite expertise, as discussed in Section I, *supra*.

30. *Was an Appropriate Universe or Population Identified?* The relevant population was determined to be consumers, who are residents of California over 18 years of age, who have purchased or considered purchasing a topical OTC medicine.

31. *Does the Sample Approximate the Relevant Characteristics of the Population?* The utmost care was taken to ensure that the sample was balanced in terms of gender, that respondents were representative in terms of age and gender, and that individuals who did not meet the survey criteria were screened out.

32. *What Is the Evidence That Nonresponse Did Not Bias the Results of the Survey?* Non-response bias can occur when subjects who refuse to take part in a study, or who drop out before the study can be completed, are systematically different from those who participate. Respondents in this case were not given a description of the study, other than the time it would likely take to complete it, making nonresponse bias unlikely. To be clear, non-response bias is a form of selection bias, and I have applied best practices in avoiding selection bias.[5]

---

[5] Lim, B., Xie, Y., & Haruvy, E. (2022). *The impact of mobile app adoption on physical and online channels. Journal of Retailing*, **98**(3), 453–470. https://doi.org/10.1016/j.jretai.2021.10.001; Zhang, Z., Haruvy, E., & Popkowski Leszczyc, P. T. L. (2022). *On the Reference Point Effect of Reserve and Buy It Now Prices. Journal of Retailing*, **98**(2), 356–372. https://doi.org/10.1016/j.jretai.2021.01.006; Haruvy, E., Lim, B., & Popkowski Leszczyc, P. T. L. (2021). *The effect of surcharge on price in online auctions. Electronic Commerce Research*.

33. *What Procedures Were Used to Reduce the Likelihood of a Biased Sample?* Respondents are established panel participants who met the prequalifying demographics. CloudResearchConnect panel participants are not recruited individually for each study. Instead, participation in a study is offered to all qualified panel participants. Panel participants are not required to complete every survey they are given. When subjects select surveys to participate in, they are told only the length of time and the reward. The CloudResearchpanels are designed to maximize the survey's response rate and thereby minimize non-response bias.

34. *What Precautions Were Taken to Ensure That Only Qualified Respondents Were Included in the Survey?* All respondents are prescreened panel members. However, as an additional precaution, I also asked demographic questions of interest and enforced multiple screenings.

35. *What Approach Was Used to Avoid or Measure Potential Order or Context Effects?* I randomized the order of the different elements (rows) in the key materiality question.

36. I elected to not randomize the order of questions. Smith (1991) conducted a large-scale analysis of many experiments and found that, "[o]verall the number of context effects created by the rotation design employed by the GSS prior to 1988 are minuscule; 11-12 probable order effects out of over 500 variables."[6] Similarly, Schuman and Presser (1981) conducted a similar analysis with data from 113 different experiments and found 8 statistically significant effects, just two more than would be expected by chance alone.[7] Therefore, the threat of question order effects

https://doi.org/10.1007/s10660-021-09508-6; Haruvy, E., & Popkowski Leszczyc, P. T. L. (2018). *A Study of Bidding Behavior in Voluntary-Pay Philanthropic Auctions. Journal of Marketing*, **82**(3), 124–141.

[6] Smith, T.W. Context Effects in the General Social Survey, *Measurement Errors in Surveys* (1991).

[7] Schuman, H., & Presser, S. (1981). Questions and answers in attitude surveys: *Experiments on question form*, wording and context. New York: Academic Press.

is quite minimal.

37. Diamond (2011) also suggested randomizing the order of questions to minimize the potential for question order effects. I did not do this because there is a single behavior question and the rest of the questions are screening or demographics.

38. *What Limitations Are Associated with the Mode of Data Collection Used in the Survey?* There are two potential biases commonly cited as applying to internet surveys. The first is "under-coverage," which means that respondents without internet access are not represented. Articles addressing this bias have acknowledged that this problem is quickly disappearing because Internet access has become nearly universal in the United States due to: (1) free Wi-Fi access at numerous locations; (2) the proliferation of smart phones and tablets; and (3) the trend of bundling internet access with other services like phone service and cable television. The second problem is "self-selection," which means that the respondent selects the study, rather than the study selecting the respondent. Before selecting the study on the panel platform, respondents were not told the sponsor, litigation purpose, challenged product, or survey hypothesis. The consent screen described the study generally as concerning consumer reactions to advertising for an over-the-counter product.

39. *Were the Interviewers Appropriately Selected and Trained?* Applying this question to surveys, CloudResearch personnel are trained on the technical side but have no direct interaction with respondents.

40. *What Did the Interviewers Know About the Survey and Its Sponsorship?* The CloudResearchteam knew nothing about the surveys and their sponsorship. These teams were not informed of the survey sponsor or the purpose for which the surveys were conducted.

41. *What Procedures Were Used to Ensure and Determine That the Survey Was Administered to Minimize Error and Bias?* Diamond (2011) listed three potential methods for ensuring the survey was administered to minimize error and bias: monitoring, reviewing the work done, and validation of interviews. I continually monitored survey responses throughout the data collection process.

42. *What Was Done to Ensure That the Data Were Recorded Accurately?* There was no human interference in data recording.

43. *When Was Information About the Survey Methodology and Results Disclosed?* Information about survey methodology and results are fully disclosed in this report.

44. *Does the Survey Report Include Complete and Detailed Information on All Relevant Characteristics?* Diamond (2011) listed several specific areas that should be discussed in any survey report. All of these areas listed are described in this report or in attachments to the report. These areas include:

a. "The purpose of the survey." (Diamond, at p. 415)

b. "A definition of the target population and a description of the sampling frame." (*Id.*)

c. "A description of the sample design, including the method of selecting respondents, the method of interview, the number of callbacks, respondent eligibility or screening criteria and method, and other pertinent information." (*Id.*)

d. "The exact wording of the questions used, including a copy of each version of the actual questionnaire, interviewer instructions, and visual exhibits." (*Id.*)

e. "A description of any special scoring (e.g., grouping of verbatim responses into broader categories)." (Diamond, at p. 416)

f. "Statistical tables clearly labeled and identified regarding the source of the data,

including the number of raw cases forming the base for each table, row, or column." (*Id.*)

45. *In Surveys of Individuals, What Measures Were Taken to Protect the Identities of Individual Respondents?* None of the researchers were provided any information about survey participants' identities, except for GeoID, which was requested to ensure authenticity, but does not reveal subject identity.

46. Diamond (2011) has said that "[c]opies of all questionnaires should be made available upon request so that the opposing party has an opportunity to evaluate the raw data. All identifying information, such as the respondent's name, address, and telephone number, should be removed to ensure respondent confidentiality" (Diamond, at p. 418). In keeping with this advice, beyond a unique ID, latitude and longitude, and IP address, the identities of respondents were not collected.

## VI. SURVEY RESULTS

47. The survey was restricted to California residents who in the past 24 months purchased or seriously considered purchasing any over-the-counter topical product, such as a cream, ointment, spray, powder, or lotion, to treat a health condition. Responses with duplicate IPs were removed out of an abundance of caution. Respondents who represented themselves to be California residents but answered the survey from a location outside of California were excluded out of an abundance of caution. Appendix D shows the number of observations for each variation at each step of the filtering process, with the final count of each at the bottom of the table.

48. The objective of the category-involvement question was to reach consumers who purchase topical OTC medicines and to obtain a demographically representative sample.[8]

[8] Eyal Peer, David Rothschild, Andrew Gordon, Zak Evernden, Ekaterina Damer (2021). Data quality of platforms and panels for online behavioral research. *Behavior Research Methods*, 1-20.

49. Target California adult proportions were computed from the "Population by Age Group" counts for State[9]: California, using the 18+ count as denominator. The source lists the following relevant California counts: 18–20 = 1,628,036; 21–24 = 2,072,236; 25–34 = 5,476,161; 35–44 = 5,470,158; 45–54 = 4,850,608; 55–64 = 4,646,903; 65+ = 6,547,641; 18+ = 30,691,743.

50. Formally, for each age group $g$, the reweighting factor was defined as:

$$w_g = \frac{\text{Population proportion}_g}{\text{Sample proportion}_g}$$

51. Under-represented age groups (those with $w_g > 1$) were up-weighted by this factor, while over-represented age groups (those with $w_g < 1$) were down-weighted by the same formula.

52. Because I have six age groups in the survey, as opposed to the four census groups above, categories with two survey age groups proportionally split the weight among the two groups.

**Table 1. Age Distribution in the samples, next to California Benchmarks**

| *Age Range* | *California Proportions* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|
| ***18–24*** | 12.06% | 7.52% (1.60) | 12.28% (0.98) | 7.14% (1.69) | 7.81% (1.54) | 11.43% (1.06) |
| ***25–44*** | 35.66% | 63.91% (0.56) | 61.41% (0.58) | 51.95% (0.69) | 51.56% (0.69) | 51.42% (0.69) |
| ***45–64*** | 30.95% | 26.32% (1.18) | 22.81% (1.36) | 35.07% (0.88) | 34.38% (0.90) | 28.57% (1.08) |
| ***65+*** | 21.33% | 2.26% (9.44) | 3.51% (6.08) | 5.84% (3.65) | 6.25% (3.41) | 8.57% (2.49) |

**Note.** The California Adult Proportion column reports the benchmark population shares for California adults (18+) used for post-stratification. Each treatment cell reports the observed survey percentage for that age group, followed in parentheses by the implied post-stratification weight computed as Weight = California proportion ÷ Sample proportion. Weights greater than 1 indicate that the age group is underrepresented in the sample and is up-weighted; weights less than 1 indicate that the age group is overrepresented and is down-weighted.

[9] Source URL: https://www.behealthysacramento.org/demographicdata?id=7&sectionId=935

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 9, 2026

Professor Ernan Haruvy, Ph.D.

## Appendix A. Curriculum Vitae

### Ernan E. Haruvy

Contact: ernan.haruvy@mcgill.ca; www.ErnanHaruvy.com; www.linkedin.com/in/ernan-haruvy/

| | |
|---|---|
| Education | Ph.D., Economics, Univ of Texas at Austin, May 22, 1999. Dissertation: *Initial Conditions and Adaptive Dynamics—An Approach to Equilibrium Selection.*<br>M.Sc., Economics, University of Texas at Austin, August 1996.<br>B.B.A., Business Administration, University of Texas at Austin, August 1993 |
| **Expertise Areas** | Business analytics and consumer analytics, econometric and statistical analysis, big data, forecasting, economic modeling, financial modeling, game theory, market research, survey design, experimental design, supply chain models, machine learning, behavioral economics, behavioral finance, consumer behavior, market design, auctions, procurement. |
| **Courses taught** | Intro to Economics, Intro to Macroeconomics, Intro to Microeconomics; Intermediate Microeconomics, Pricing Analytics (Master's), Advanced Marketing Analytics (Master's) New Product Marketing, Marketing Analytics; Marketing Strategy; Predictive Analytics; Web Analytics; Marketing Digital Applications; Interactive and Digital Marketing; Marketing Management; Market Design; International Marketing; Consumer Behavior. |
| **Permanent Academic Positions** | Full Professor. McGill Univ., Desautels Faculty of Management, Jan '20-now.<br>Full Professor. U. of Texas-Dallas, Jindal School of Management, Aug '14-Dec '19.<br>Assoc. Professor. U. of Texas-Dallas, Jindal School of Management, Aug '08-Aug '14.<br>Assist. Prof, U. of Texas-Dallas, School of Management, Aug '01 – Aug '08.<br>Research Fellow, Harvard Business School, Sep 2000 – Aug 2001.<br>Lecturer, Univ. of Texas at Austin, Economics, Jul-Aug 2000<br>Lecturer, Technion, Industrial Eng. & Management, Sep '99- Jul '00.<br>Lecturer, University of Texas at Austin, Economics, Jun '99 – Jul '99.<br>Instructor, University of Texas at Austin, Economics, Aug '98 – May '99 |
| **Visiting Academic Positions** | Visiting Scholar, Tilburg University, Economics, Oct '09-Jun '10.<br>Visiting Lecturer, Shanghai University of Finance and Economics, Jun '14<br>Visiting Lecturer, Shanghai Jiao Tong, Dec 2016 |
| **Administrative Positions** | Director, McGill Masters of Management in Analytics, August 2022-December 2022. McGill University, Desautels Faculty of Management<br>Director of the McGill Institute of Marketing, August 2020-July 2022. McGill University, Desautels Faculty of Management<br>Area Head, Marketing Area, University of Texas at Dallas, June 2013- August 2015. University of Texas at Dallas, School of Management.<br>Vice Chair, Institutional Review Board, U. of Texas at Dallas, 2008-2009 |
| **Industry Positions** | **Amazon Scholar**, Fulfillment by Amazon, Dallas, TX. May 2, 2022- May 31, 2024,<br>**Job Description:** LLMs, Seller Experience, Forecasting Tools, Forecasting Arrivals, Inventory and Merchant-Customer Friction Points and doing attribution to predict revenues and churn. |
| **Editorial Positions** | **Associate Editor:** *Management Science (2019-Present)*<br>**Senior Editor:** *Production and Operations Management (2011-Present)*<br>**Editor-in-Chief:** *Review of Marketing Science (2019-2023)*<br>**Associate Editor,** *Journal of Behavioral and Experimental Economics* (2017-2022)<br>**Guest Editor:** Symposium issue on Virtual Worlds in *Southern Economic Journal,* 2011. |

| | | |
|---|---|---|
| **Books** | **A.** | Sascha Füllbrunn and Ernan Haruvy, Eds. (2022), Handbook of Experimental Finance, Edward Elgar Publishing, 2022, ISBN 978-1-80037-232-0 |
| **Seminar Presentations** | **B.** | Presented in numerous prestigious academic departments and companies including Harvard, Wharton, U. of Chicago, Columbia, Cornell, Carnegie Mellon, UBC, INSEAD and Amazon. Complete list of seminar presentations at: https://www.ernanharuvy.com/seminars |
| **Conference Presentations** | **C.** | Conference Organizer, Session Organizer, Award Recipient, Keynote Speaker, Plenary Speaker, Invited Speaker, Featured Speaker, at prestigious international conferences. Complete list of conference presentations at: https://www.ernanharuvy.com/conferences |
| **Honors, Awards, Recognitions** | **D.** | Recipient of awards, fellowships, and recognitions. https://www.ernanharuvy.com/awards |
| **Coding proficiency** | SAS, SPSS, Stata, R, Python, Fortran, Java, Matlab, Mathematica, Visual Basic, C, C++, Sawtooth, zTree | |
| **Professional Societies** | American Economic Association; Economic Science Association; Econometric Society; American Marketing Association; Informs | |
| **Former Doctoral students under supervision** | Professor Cesar Zamudio, 2013, Virginia Commonwealth University<br>Professor Bo Ram Lim, 2019, (First placement: University of Kansas). Dissertation: Consumer Store Choice in Online and Mobile Retail Environment. https://utd-ir.tdl.org/server/api/core/bitstreams/45237058-6d69-48c4-a9fc-eab0866c7ee4/content<br>Dr. Zhongwen (Owen) Ma, Verizon, 2019<br>Professor John Han, 2024, Lycoming College, Williamsport, PA | |

**Grants:**

**Co-Investigator (Ashesh Mookherjee as PI).** Leveraging Sustainability in the Food Delivery Market. PI: A. Mukherjee, June 2025-May 2027. Insight Development Grant #430-2025-00549. Year 1: $37,520; Year 2: $36,925; Total Awarded: $74,445.

**Principal Investigator.** Uncovering the relationship between investment in socially responsible funds and donation activity in Canada, Principal Investigator: Ernan Haruvy, June 2023-May 2028 (year 1: $11,152; Year 2: $11,152, Year 3: $22,303, Year 4: $20,444, Year 5: $20,444, Year 6: $6,505. Total Awarded: $92,000. Social Sciences and Humanities Research Council of Canada, Insight Grant, grant # 435-2023-0590

**Principal Investigator.** Price Discrimination and Bargaining in B2B: Empirical Evidence from Tech Manufacturing, Principal Investigator: Ernan Haruvy, June 2020-May 2022, $55,337 (year 1: $26,101; year 2: $29,236). Social Sciences and Humanities Research Council of Canada, Insight Development Grant, grant #430-2020-0035.

**Co-applicant.** Implementing Smart Cities Interventions to Build Healthy Cities (SMART) Training Platform, PI: David Ma, Miyoung Suh and Laurette Dube. Grant amount: $4.95M. Year 1: $825,000 ,Year 2: $825 000, Year 3: $825,000, Year4: $825,000, Year 5: $825,000. Year 6: $825,000. Training Grant: CIHR-NSERC-SSHRC Healthy Cities Research Training Platform (HCRI) 2021-02-18.

**Co-Investigator.** Online versus Offline Price Dispersion: Do Store Familiarity and Consumer Search Cost Matter?, PI: Hejun J. Zhuang, Brandon University, April 1, 2021 to March 31, 2024, $59,951 (year 1: $11,317, years 2 & 3: $24,317. Social Sciences and Humanities Research Council of Canada, Insight Grant, grant #435-2021-1224

**Award Recipient.** Cleghorn Faculty Scholar Award, McGill University internal award, Jan 1, 2020- Dec 31, 2022, $20,000

**Co-Investigator:** Sustainable Investing: Understanding the Mechanism of Investment Decision Making on Micro-Investing Platforms, Collaborator, 2019-2020, University of Queensland BEL Connect Grant. CI: P. Popkowski Leszczyc, G. Gonzales & C. Meath. $18,939, 2019-2020

**Co-Investigator**: The Influence of Incentives and Social media on charitable fundraising, 2016 (5 years), Social Sciences and Humanities Research Council of Canada, grant 435-2016-0250. PI: P. Popkowski Leszczyc, $123,000

**Co-Investigator**: "Competition between Auctions: Implications for Auction Design and Bidder and Seller Strategies," Collaborator, 2011 (3 years), Social Sciences and Humanities Research Council of Canada Research Grant # 410-2011-0058, PI: P. Popkowski Leszczyc, $100,350.

**Award Recipient.** MSI research award #4-1644. 2010."Seller Strategy in B2B Multichannels: Auctions, Buy-Now Pricing, and Price Discovery." $3000.

**Collaborator.** The Fostering of Charitable Giving in Canadian Society, Community University Research Alliances program, 2008 Social Sciences and Humanities Research Council of Canada Research Grant, $20,000.

**Referenced Publications:**


1. Soogand Alavi, Ernan Haruvy, Ying Xie (2025), On the Role of Provenance in NFT Trades, *International Journal of Research in Marketing*, Volume 42, Issue 3, Part A, September 2025, Pages 610-625, https://doi.org/10.1016/j.ijresmar.2024.10.008
2. Fisher, R., Katie Lafreniere, and Ernan Haruvy (2024), Effects of Moral Claims on Charitable Support for the Stigmatized, *Journal of Nonprofit & Public Sector Marketing* (2024): 1-27.https://www.tandfonline.com/doi/full/10.1080/10495142.2024.2408569?casa_token=_OO7gp-hCwkAAAAA%3AKXeeqOuq0o3PpVDS8G0Flok7j5u9sEXQlvXpqTxSCMpPzvMfZyZd_XmqWFgHD3ggXJ1Tf8kR6DkyH28
3. Haruvy, E. E., & Popkowski Leszczyc, P. T. (2024). Social media and nonprofit fundraising: the influence of Facebook likes. *European Journal of Marketing*, *58*(1), 33-65. https://doi.org/10.1108/EJM-05-2022-0364
4. Briesch, R., Haruvy, E., Voss, G. B., & Giraud Voss, Z. (2024). The countervailing effects of spatial competition in the performing arts: examining local versus traded market performance. *Journal of Cultural Economics*, 48, 527–574 (shareable link: https://rdcu.be/dICSg). https://doi.org/10.1007/s10824-024-09510-4
5. Gonzalez-Arcos, C., Meath, C., Leszczyc, P.P., Haruvy, E., and An, J. (2023). Fostering sustainable investments through micro-investing platforms. *Nature: Scientific Reports* 13, 21194. https://www.nature.com/articles/s41598-023-48452-3
6. Haruvy, E., Nia, M. H., Özer, Ö., & Şimşek, A. S. (2023). The Winner's Curse in Dynamic Forecasting of Auction Data: Empirical Evidence from eBay. *Manufacturing & Service Operations Management*, *25*(3), 1155-1175. https://doi.org/10.1287/msom.2022.1165
7. Haruvy, E., Heinrich, T., & Walker, M. J. (2022). Separating probability weighting and risk aversion in first-price auctions. *Economics Letters*, *221*, 110891. https://doi.org/10.1016/j.econlet.2022.110891
8. Lim, B., Xie, Y., & Haruvy, E. (2022). The impact of mobile app adoption on physical and online channels. *Journal of Retailing*, *98*(3), 453-470. https://doi.org/10.1016/j.jretai.2021.10.001
9. Haruvy, E. and Y. Roth (2022), On the Impact of an Intermediary Agent in the Ultimatum Game, *Games*, *13*(3), 43. https://doi.org/10.3390/g13030043
10. Haruvy, E. and P.T.L. Popkowski Leszczyc (2022). A Study of Incentives in Charitable Fundraising, *European Journal of Marketing*, Vol. 56 (1), 283-317. https://doi.org/10.1108/EJM-05-2020-0371
11. Zhang, Z., Haruvy, E., & Leszczyc, P. T. P. (2022). On The Reference Point Effect of Reserve and Buy It Now Prices. *Journal of Retailing*, *98*(2), 356-372. https://doi.org/10.1016/j.jretai.2021.01.006
12. Haruvy, E., Lim, B. & Leszczyc, P.T.L.P. (2021) The effect of surcharge on price in online auctions. *Electronic Commerce Research,* https://doi.org/10.1007/s10660-021-09508-6
13. Haruvy, E., Katok, E., V. Pavlov (2020). Bargaining Process and Channel Efficiency, *Management Science* 66(7), 2845-2860, https://doi.org/10.1287/mnsc.2019.3360
14. Haruvy, Ernan, Peter Popkowski Leszczyc, Greg Allenby, Russell Belk, Catherine Eckel, Robert Fisher, Sherry Xin Li, John A. List, Yu Ma, and Yu Wang. (2020). "Fundraising design: key issues, unifying framework, and open puzzles." *Marketing Letters* 31, no. 4, 371-380. (shareable link: https://rdcu.be/dKH5c) https://doi.org/10.1007/s11002-020-09534-8
15. Haruvy, E. (2019) On the importance of relative payoffs in two-sided matching, *Journal of Institutional and Theoretical Economics, 175(1), 58-85. https://doi.org/10.1628/jite-2019-0026*

16. Haruvy, E., Katok, E., Ma, Z., & Sethi, S. (2019). Relationship-specific investment and hold-up problems in supply chains: theory and experiments. *Business Research*, 12 (1), 45-74. (shareable link: https://rdcu.be/dKH5c) https://doi.org/10.1007/s11002-020-09534-8
17. Ariely, D., Gneezy, U., & Haruvy, E. (2018). Social norms and the price of zero. *Journal of Consumer Psychology*, *28*(2), 180-191. https://doi.org/10.1002/jcpy.1018
18. Haruvy, Ernan and Peter T.L. Popkowski Leszczyc (*2018*) A Study of Bidding Behavior in Voluntary-Pay Philanthropic Auctions. Journal of Marketing: May 2018, Vol. 82, No. 3, pp. 124-141. https://doi.org/10.1509/jm.16.0476
19. Spann, M., Zeithammer, R., Bertini, M., Haruvy, E., Jap, S. D., Koenigsberg, O., V. Mak, P. Popkowski Leszczyc, B. Skiera, & Thomas, M. (2018). Beyond Posted Prices: the Past, Present, and Future of Participative Pricing Mechanisms. *Customer Needs and Solutions*, *5*(1-2), 121-136. https://doi.org/10.1007/s40547-017-0082-y
20. Haruvy, E. E., Ioannou, C. A., & Golshirazi, F. (2018). The Religious Observance of Ramadan and Prosocial Behavior. *Economic Inquiry*, *56*(1), 226-237. https://doi.org/10.1111/ecin.12480.
21. Haruvy, E., Li, S. X., McCabe, K., & Twieg, P. (2017). Communication and visibility in public goods provision. *Games and Economic Behavior*, *105*, 276-296. https://doi.org/10.1016/j.geb.2017.08.002
22. Ert, E. and Haruvy, E. (*2017),* Revisiting risk aversion: Can risk preferences change with experience? *Economics Letters* 151, C, 91-95. https://doi.org/10.1016/j.econlet.2016.12.008
23. Fiedler, M. and E. Haruvy (2017). Third Party Intervention in the Trust Game*. Journal of Behavioral and Experimental Economics* 67 65–74. https://doi.org/10.1016/j.socec.2016.10.003
24. Luria, A., I. Erev and E. Haruvy (2017), The reinforcing value of lottery tickets, and the synergetic effect of distinct reinforcements, *Journal of Behavioral Decision Making*, *30: 533–540.* https://doi.org/10.1002/bdm.1972
25. Haruvy, E. (2016), "Experimental Economics in Marketing", Foundations and Trends® in Marketing 9(4), 267-336. http://dx.doi.org/10.1561/1700000045
26. Haruvy, E, P.T.L. Popkowski Leszczyc (2016), Measuring the Impact of Price Guarantees on Bidding in Consumer Online Auctions, *Journal of Retailing*, 92(1), 96-108. https://doi.org/10.1016/j.jretai.2015.07.003
27. Haruvy, E, P.T.L. Popkowski Leszczyc (2015), The Loser's Bliss in Auctions with Price Externality, *Games 6*(3), 191-213. https://doi.org/10.3390/g6030191
28. Brandts, J., Fatas, E., Haruvy, E., & Lagos, F. (2015). The impact of relative position and returns on sacrifice and reciprocity: an experimental study using individual decisions. *Social Choice and Welfare*, *45*, 489-511. https://doi.org/10.1007/s00355-014-0818-7
29. Haruvy, E, P.T.L. Popkowski Leszczyc and Y. Ma (2014) Does higher transparency lead to more search in Online Auctions? *Production and Operations Management* 23(2), 197-209. https://doi.org/10.1111/j.1937-5956.2012.01357.x
30. Haruvy, E., C. N. Noussair, and O. Powell (2014), The impact of asset repurchases and issues in an experimental market, *Review of Finance 18(2), 681-713*. https://doi.org/10.1093/rof/rft007
31. Füllbrunn, S. and E. Haruvy (2014), The Takeover Game, *Journal of Behavioral and Experimental Finance*, 1, 85–98
32. Fatas, E., E. Haruvy and A. J. Morales (2014). A psychological re-examination of the Bertrand paradox, *Southern Economic Journal*. 80(4), 948-967. https://doi.org/10.4284/0038-4038-2012.264
33. Wang, Y., C. Zamudio, and E. Haruvy (2013), Human Brands and Mutual Choices: An Investigation of the Marketing Assistant Professor Job Market, *J. of the Academy of Marketing Science* 41, 722-736. https://doi.org/10.1007/s11747-013-0341-x
34. Haruvy, E., & Jap, S. D. (2013). Differentiated bidders and bidding behavior in procurement auctions. *Journal of Marketing Research*, *50*(2), 241-258. https://doi.org/10.1509/jmr.10.0036
35. Wang, Y. and E. Haruvy (2013) Tiers in One-sided Matching Markets: Theory and Experimental Investigation, *Management Science* 59(6), 1458–1477. https://doi.org/10.1287/mnsc.1120.1646

36. Haruvy, E., D. Miao, and K. E. Stecke (2013), Various Strategies to Handle Cannibalization in a Competitive Duopolistic Market, *International Transactions in Operational Research 20(2), 155-188. https://doi.org/10.1111/j.1475-3995.2012.00858.x*
37. Haruvy, E. and E. Katok (2013), Increasing Revenue by Decreasing Information in Procurement Auctions, *Production and Operations Management 22(1),* 19–35. https://doi.org/10.1111/j.1937-5956.2012.01356.x
38. Haruvy, E., T. Li, S. Sethi (2012), Two-Stage Pricing for Custom-Made Products, *European Journal of Operational Research 219(2)*, 405–414. https://doi.org/10.1016/j.ejor.2011.12.027
39. Schoenberg, Eric, and Ernan Haruvy (2012). "Relative Performance Information in Asset Markets: An Experimental Approach." *Journal of Economic Psychology* 33, 1143-1155. https://doi.org/10.1016/j.joep.2012.08.008
40. Haruvy, E. and D. Stahl (2012), Between-Game Rule Learning in Dissimilar Symmetric Normal-Form Games, *Games & Economic Behavior 74, 208-221.* https://doi.org/10.1016/j.geb.2011.06.001
41. Haruvy, E. (2011), Challenges and Opportunities in Economics Experiments in Virtual Worlds, *Southern Economic Journal 78(1), 1-5. https://doi.org/10.4284/0038-4038-78.1.1*
42. Harrison, G., Haruvy, E., and E. Rutstrom (2011), Remarks on Virtual World and Virtual Reality Experiments, *Southern Economic Journal* 78(1), 87-94. https://doi.org/10.4284/0038-4038-78.1.87
43. Fiedler, M., E. Haruvy and S. Li (2011), Social distance in a virtual world experiment, *Games and Economic Behavior* 72(2), 400-426. https://doi.org/10.1016/j.geb.2010.09.004
44. Chakravarty, S., G. Harrison, E. Haruvy, E. Rutstrom (2011), Are You Risk Averse over Other People's Money? *Southern Econ Journal 77(4), 901-913*. https://doi.org/10.4284/0038-4038-77.4.901
45. Li, S., K. Dogan, E. Haruvy (2011), Group Identity in Markets, *International Journal of Industrial Organization* 29(1), 104-115. https://doi.org/10.1016/j.ijindorg.2010.04.001
46. Ben Zion, U., I. Erev, E. Haruvy and T. Shavit (2010), Adaptive Behavior Leads to Under-diversification, *J. of Economic Psychology* 31, 985-995. https://doi.org/10.1016/j.joep.2010.08.007
47. Haruvy, E. and P. T. L. Popkowski Leszczyc (2010), Search and Choice in Online Consumer Auctions, *Marketing Science* 29(6) 1152-1164. https://doi.org/10.1287/mksc.1100.0601
48. Erev, I. and E. Haruvy (2010), "Two-stage Prize Promotions and the Value of Unresolved Uncertainty." *Marketing Letters* 21, 149–162. https://doi.org/10.1007/s11002-009-9089-y
49. Haruvy, E. and Peter T.L. Popkowski Leszczyc (2009), "Bidder Motives in Cause Related Auctions," *Int. J. of Research in Marketing*, 26(4), 324–331. https://doi.org/10.1016/j.ijresmar.2009.07.001
50. Haruvy, E. and P. T. L. Popkowski Leszczyc, (2009), Internet Auctions, *Foundations and Trends in Marketing 4(1), 1-75.* http://dx.doi.org/10.1561/1700000017
51. Dogan, K., E. Haruvy, and R. Rao (2010), "Who should practice price discrimination using rebates in an asymmetric duopoly?" *Quantitative Marketing and Economics* 8(1), 61-90. https://doi.org/10.1007/s11129-009-9078-8
52. Haruvy, E. and Peter Popkowski Leszczyc (2010), "The impact of online auction duration," *Decision Analysis* 7(1), 99-106. https://doi.org/10.1287/deca.1090.0149
53. Fiedler, M. and E. Haruvy (2009), The Lab versus the Virtual Lab and Virtual Field – An Experimental Investigation of Trust Games with Communication, *J. of Economic Behavior & Organization* 72(2), 716-724
54. Erev, Ido, Eyal Ert, Alvin E. Roth, Ernan Haruvy, Stefan Herzog, Robin Hau, Ralph Hertwig, Terrence Stewart, Robert West, and Christian Lebiere (2009), "A choice prediction competition, for choices from experience and from description," *J. of Behavioral Decision Making* 23(1), 15 - 47
55. Stahl, D. and E. Haruvy (2009), "Testing Theories of Behavior for Extensive-Form Two-Player

Two-Stage Games," *Experimental Economics 12(2), 242-251.*

56. Jap, S. and E. Haruvy (2008), "Inter-organizational Relationships and Bidding Behavior in Industrial Online Reverse Auctions." *Journal of Marketing Research* 45(5), 550-61.
57. Haruvy, E., P. T. L. Popkowski Leszczyc, O. Carare, J. Cox, E. A. Greenleaf, W. Jank, S. Jap, Y.-H. Park, M. H. Rothkopf (2008), Competition between Auctions, *Marketing Letters* 19, 431-448.
58. Ariely, D., U. Gneezy, and E. Haruvy (2008) ,"On the Discontinuity of Demand Curves Around Zero: Charging More and Selling More", Advances in Consumer Research 35, 36-38.
59. Haruvy, E., A. Prasad, S. Sethi, and R. Zhang (2008), Competition with Open Source as a Public Good, *J. of Industrial and Management Optimization* 4, 199-211.
60. Stahl, D. O. and E. Haruvy (2008), "Level-n Bounded Rationality in Two-person Two-stage Games," *Journal of Economic Behavior and Organization,* 65 (1), 41-61.
61. Stahl, D. O. and E. Haruvy (2008), **"Level-*n* Bounded Rationality and Dominated Strategies in Normal-Form Games,"** *Journal of Economic Behavior and Organization*, 66(2), 226-232
62. Stahl, D. and E. Haruvy (2008), Subgame Perfection in Ultimatum Bargaining Trees, *Games and Economic Behavior* 63, 292-307.
63. Haruvy, E., S. Sethi and J. Zhou (2008), "Open Source Development with a Commercial Complementary Product or Service," *Production and Operations Management,* 17(1), (January-February 2008), 29-43.
64. Engelbrecht-Wiggans, R., E. Haruvy, and E. Katok (2007), "A Comparison of Buyer-Determined and Price-Based Multi-Attribute Mechanisms," Marketing Science 26: 629-641.
65. Carare, O., Haruvy, E., and A. Prasad (2007), *"*Hierarchical Thinking and Learning in Rank Order Contests," *Experimental Economics* 10(3), 305-316.
66. Shavit, T., U. Benzion and **E. Haruvy (2007),** "Risk Aversion and Under-hedging," *Journal of Economics and Business 59 (3), 181-198*.
67. Murthi, B. P. S., E. Haruvy, and H. Zhang (2007) "The Effect of Variability in Price on Consumer Brand Choice," *Review of Marketing Science*: Vol. 5, Article 4.
68. Haruvy, E., Y. Lahav and C. Noussair (2007), *"*Traders' Expectations in Asset Markets: Experimental Evidence", *American Economic Review*, 97(5), 1901-1920.
69. Chakravarty, S., E. Haruvy and F. Wu (2007), The Link Between Incentives and Product Performance in Open Source Development: An Empirical Investigation, *Global Business and Economics Review* 9, 151-169.
70. Ofek, E., M. Yildiz and E. Haruvy (2007), "The Impact of Prior Choices on Subsequent Valuations," *Management Science* 53(8), 1217-1233.
71. Charness, G., E. Haruvy, and D. Sonsino (2007), "Social Distance and Reciprocity: An Internet Experiment," *Journal of Economic Behavior and Organization 63(1)*, *88-103*.
72. **Haruvy, E.** and D. O. Stahl (2007), "**Equilibrium Selection and Bounded Rationality in Symmetric Normal-Form Games**," *Journal of Economic Behavior & Organization* 62, *98-119*
73. Haruvy, E. and U. Unver (2007), "Equilibrium Selection and the Role of Information in Repeated Matching Markets," *Economic Letters* 94, 284-289.
74. Stahl, D. O. and E. **Haruvy (2006)**, **Other-regarding preferences: Egalitarian warm glow, empathy, and group size,** *Journal of Economic Behavior & Organization* 61, *20-41*
75. Bass, F., E. Haruvy and A. Prasad (2006), Variable Pricing in Oligopoly Markets, *Journal of Business* 79, 2789-2810. https://doi.org/10.1086/507999
76. Haruvy, E., A. Roth, and U. Unver (2006), "The Dynamics and Unique Characteristics of the Law Clerk Matching: An Experimental Investigation," *J. of Economic Dynamics and Control* 30, 457-486. https://doi.org/10.1016/j.jedc.2005.02.002
77. Haruvy, E. and C. Noussair (2006), The Effect of Short Selling on Bubbles and Crashes in Experimental Spot Asset Markets, *Journal of Finance* 61, 1119-1157.
78. Haruvy, E. and A. Prasad (2005), "Freeware as a Competitive Deterrent," *Information Economics and Policy 17 (4), 513-534*.
79. Erev, I. and E. Haruvy (2005), Generality, Repetition and the Role of Descriptive Learning

Models, *Journal of Mathematical Psychology*, *49(5)*, *357-371*

80. Gneezy, Uri, E. Haruvy, and H. Yafe (2004), "The inefficiency of splitting the bill," *Economic Journal 114, 265-280*.
81. Haruvy, E. and D. Stahl (2004), "Deductive versus Inductive Equilibrium Selection: Experimental Results," *Journal of Economic Behavior and Organization*, 53, 319-331.
82. Bruce, N., E. Haruvy and R. Rao (2004) "Seller Rating, Price, and Default in Online Auctions." *J. of Interactive Marketing,*18(4), 37-50.
83. Haruvy, E., V. Mahajan, and A. Prasad, (2004), "Software Piracy: Market penetration in the Presence of Network Externalities," *Journal of Business* 77(2), 81-107.
84. Benzion, U., E. Haruvy, and T. Shavit (2004) "Adaptive Portfolio Allocation with Options." *Journal of Behavioral Finance*, 5(1), 43-56.
85. Haruvy, E., A. Prasad, and S. Sethi (2003), Harvesting Altruism in Open Source Software Development, *Journal of Optimization Theory and Applications,* 118 (2), 381-416.
86. Gneezy, U., E. Haruvy, and A. Roth (2003), "Deadline in bargaining: Evidence from the reverse ultimatum game," *Games and Economic Behavior*, 45, 347-368.
87. Yehiam, E., E. Haruvy, I. Erev (2002), "Reinforcement Learning and the Prevention of Data Catastrophes" *J. of Managerial Psych*, 17(7), 599-611.
88. Perry, O., I. Erev and E. Haruvy (2002), "Frequent Probabilistic Punishment in Law Enforcement," *Economics of Governance*, 3(1), 71-86.
89. Charness, G. and E. Haruvy (2002), "Altruism, Equity and Reciprocity in a Gift-Exchange Experiment: An Encompassing Approach," *Games and Economic Behavior* 40, 203-231.
90. Haruvy, E. (2002), "Identification and Testing of Modes in Beliefs," *Journal of Mathematical Psychology*, 46(1), 88-109.
91. Stahl, D. and E. Haruvy (2002), "Aspiration-based and Reciprocity-based Rules in Learning Dynamics for Symmetric Normal-Form Games," *Journal of Mathematical Psychology*, 46(5), 531-553.
92. Haruvy, E. and A. Prasad (2001), "Optimal freeware quality in the presence of network externalities: An Evolutionary Game Theoretical Approach," *Journal of Evolutionary Economics* 11 (2), 231-48.
93. Haruvy, E., D. Stahl, and P. Wilson (2001), "Modeling and Testing for Heterogeneity in Observed Strategic Behavior," *Review of Economics & Statistics* 83, 146-57.
94. Haruvy E., I. Erev, and D. Sonsino (2001), "The Medium Prizes Paradox: Evidence from a Simulated Casino," *J. of Risk and Uncertainty* 22, 251-261.
95. Charness, G. and E. Haruvy (2000), "Self-serving Biases in a Simulated Labor Relationship," *Journal of Managerial Psychology* 15, 655-667.
96. Haruvy, E., D. Stahl, and P. Wilson (1999), "Evidence for Optimistic and Pessimistic Behavior in Normal-Form Games," *Econ. Letters* 63, 255-259.
97. Haruvy, E. and A. Prasad (1998), "Optimal Product Strategies in the Presence of Network Externalities," *Information Economics and Policy* 10, 489-499.

**Edited Volumes:**

1. Haruvy, E. (2022), Corporate Governance Experiments, In E. Haruvy and S. Füllbrunn, Eds., Handbook of Experimental Finance, Edward Elgar.
2. Haruvy, E. and S. Füllbrunn (2022), Introduction to the Handbook of Experimental Finance, In E. Haruvy and S. Füllbrunn, Eds., Handbook of Experimental Finance, Edward Elgar.
3. Haruvy. E. and J. Han (2024). Participative Pricing in B2B Markets. In Laurette Dube, Maxime Cohen, Nathan Yang and Bassem Monla (Eds.). *Precision Retailing: Driving*

*Results with Behavioral Insights and Data Analytics. Rotman-UTP Publishing, Ch. 15, pp 338–358* https://utppublishing.com/doi/abs/10.3138/9781487542719

4. Haruvy, E. and S. Jap (2022), Auctions and the Design of B2B Markets, Handbook of Business-to-business Marketing, Second Edition, Gary Lilien and Rajdeep Grewal (Eds.), Edward Elgar Publishing.
5. Erev, I. and E. Haruvy (2016). Learning and the economics of small decisions. In Kagel, J.H. and Roth, A.E. (Eds.). *The Handbook of Experimental Economics*. Princeton University Press, 638-716.
6. Haruvy, E.; Popkowski Leszczyc, P. (2016). The Loser's Bliss in Auctions with Price Externality. In Ananish Chaudhuri (Ed.) Recent Advances in Experimental Studies of Social Dilemma Games, MDPI, Basel, 165-190.
7. Füllbrunn, S. & Haruvy, E. (2013). The Dividend Puzzle: A Laboratory Investigation, in R. M. Isaak, D. A. Norton (ed.) Experiments in Financial Economics (Research in Experimental Economics, Vol 16), Ch. 5, pp. 87-110, Emerald Group Publishing Limited
8. Haruvy, E. and S. Jap (2012), Designing B2B Markets, Handbook of Business-to-business Marketing, Gary Lilien and Rajdeep Grewal (Eds.), Edward Elgar Publishing, Northampton, 639-658.
9. Gneezy, U. and E. Haruvy (2010) The Inefficiency of Splitting the Bill: A Lesson in Institution Design, In Zvika Neeman, Muriel Niederle and Nir Vulkan (Eds.) *The Handbook of Market Design*, Oxford University Press. https://doi.org/10.1093/acprof:oso/9780199570515.001.0001
10. Haruvy, E., A. Prasad, S. Sethi, and R. Zhang (2005). Optimal Firm Contributions to Open Source Software: Effects of Competition, Compatibility and User Contributions. In Optimal Control and Dynamic Games: Applications in Finance, Management Science, and Economics, Eds: C. Deissenberg and R. Hartl, Springer, New York, 197-214.
11. Haruvy, E. and I. Erev (2002). On the Application and Interpretation of Learning Models, Experimental Business Research, Editors: Rami Zwick and Amnon Rapoport, Kluwer Academic Publishers, Boston, 285-300

**Depositions (U.S.) and Cross-examinations (Canada)**

1. Disher v. TAMKO., U.S. District Court for the Southern District of Illinois, Case 3:14-cv-00740-NJR-SCW, 2015-2016, Skadden, Arps, Slate, Meagher & Flom. https://casetext.com/case/disher-v-tamko-bldg-prods-inc-1
2. Grasso et al. vs Electrolux Home Products, U.S. District Court Middle District of Florida Tampa Division, Case 8:16-cv-00911-CEH-TGW, 2016-2017, Skadden, Arps, Slate, Meagher & Flom. https://topclassactions.com/lawsuit-settlements/closed-settlements/electrolux-frigidaire-kenmore-moldy-washer-class-action-settlement/
3. Hummel v. TAMKO Building Products, S. District Court Middle District of Florida Orlando Division, Case 6:15-cv-00910-PGB-GJK, 2016-2017, Skadden, Arps, Slate, Meagher & Flom. https://casetext.com/case/hummel-v-tamko-bldg-prods-inc
4. Flynn v. FCA, U.S. District Court for the Southern District of Illinois, 3:15-cv-855-MJR-DGW, 2018-2019, Thompson Coburn. https://casetext.com/case/flynn-v-fca-us-llc-14
5. Jimmy Banh et al. v. American Honda Motors, Case 2:19-cv-05984 RGK (ASx), United States District Court Central District of California Western Division, 2020, King and Spalding. https://casetext.com/case/banh-v-am-honda-motor-co-1
6. Mildred Clemmons et al. vs. Samsung Electronics America, Civil Action No. 15-3713, United States District Court District of New Jersey, 2020, Skadden, Arp, Slate, Meagher & Flom. https://www.pacermonitor.com/public/case/44684539/Clemens_v_Samsung_Electronics_America_Inc.
7. Gaby's Bags, LLC v. Mercari, Inc. Case No. 20-cv-00734-WHA (TSH), United States District Court, Northern District of California, San Francisco Division, 2021, Shapiro, PA. https://casetext.com/case/gabys-bags-llc-v-mercari-inc-6
8. Gentec v. Nuheara, Federal Court (Canada) File No. T-379-18, 2021, Fasken Martineau DuMoulin. https://www.ippractice.ca/blog/wp-content/uploads/2023/01/2022-FC-1715.pdf
9. Walter Peters v. Apple, Inc., Case 19STCV21787, California Superior Court, 2022, Wilshire Law. https://petersfamilysharingplan.com/
10. Melnick v. TAMKO, Case 2:19-CV-02630-JAR-KGG, U.S. District Court- District of Kansas, 2022, Skadden, Arps, Slate, Meagher & Flom. https://casetext.com/case/melnick-v-tamko-bldg-prods-7
11. Woodhams v. Pfizer, Case 1:18-cv-03990-JPO, S. District Court- Southern District of New York, 2022, Skadden, Arps, Slate, Meagher & Flom. https://casetext.com/case/woodhams-v-pfizer-inc-2
12. Narvais v. Nu-Way Energy Corporation, L&F Distributors, and Anheuser Busch Inbev Worldwide, Inc. Cause DC-20-63, 299th District Court, Duval County, Texas, 2023, Desouza Injury Lawyers.
13. Robert Trahan et al. vs. Pandjiris, Inc., Case No. 1:20-cv-00480 United States District Court for the Eastern District of Texas, Beaumont Division, Weller, Green, Toups & Terrell, LLP, 2024.
14. Gabriella Miguel et al. vs. Apple, Inc., Case No. 21STCV08348, Superior Court for the State of California, Los Angeles County, Wilshire Law Firm, 2024.
15. Perfect Sports Inc v. Fitness Performance Inc, Canada Federal Court, Docket # T-1797-24, T-3047-24, Fasken Martineau DuMoulin, 2025
16. Roblox Corporation vs. PlayerAuctions, Inc., U.S. District Court, Northern District of California Case No. 3:25-cv-1139, Rorie Law, 2026.

- Testimony in Court
    - Paid Search Engine Tools v. Google Canada Corporation, Court File No. T-40-18, Aitken Klee, Canada Federal Court, https://gowlingwlg.com/getattachment/Insights-Resources/Client-Work/2022/Google-wins-patent-infringement-for-Google-ads/T-40-18_Public_Judgment_-2021-FC-1435-_Jan-12_2022.pdf.xml/?lang=en-GB

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[Category involvement] In the past 24 months, have you purchased or seriously considered purchasing any over-the-counter topical product, such as a cream, ointment, spray, powder, or lotion, to treat a health condition?

Yes (1) No (2) Don't remember / not sure (3)

*Skip To: End of Survey If In the past 24 months, have you purchased or seriously considered purchasing any over-the-counter... != Yes*

End of Block: Demographics

Start of Block: Treatment

Consider the product shown below.

[Here one of the five variations above is inserted]

[Importance] When deciding whether to buy this product, how important is it that it...

| | Very unimportant (1) | Somewhat unimportant (2) | Neutral (3) | Somewhat important (4) | Very important (5) |
|---|---|---|---|---|---|
| Improves appearance of your nail (1) | ○ | ○ | ○ | ○ | ○ |
| Kills/eliminates nail fungus (2) | ○ | ○ | ○ | ○ | ○ |
| Kills/eliminates ringworm (3) | ○ | ○ | ○ | ○ | ○ |
| Kills/eliminates athlete's foot (4) | ○ | ○ | ○ | ○ | ○ |

[Age] What is your age?

(1) 18-24 (2) 25-34 (3) 35-44 (4) 45-54 (5) 55-64 (6) 65+

[Gender] What is your gender?

Male (1) Female (2) Other / prefer not to say (3)

End of Block: Treatment

[redacted]


Materials provided by counsel for the plaintiffs

Second Amended Complaint: Hayde, Wheeler et al. vs. Arcadia Consumer Healthcare Inc.

Legal Authority

*Hinojos v. Kohl's Corp.*, 718 F.3d 1098 (9th Cir. 2013), as amended on denial of reh'g and reh'g en banc (July 8, 2013).

---

Survey Methodology, Research Design, and Panel Quality

Diamond, S. S. (2011). *Reference guide on survey research*. In Federal Judicial Center & National Research Council of the National Academies, *Reference manual on scientific evidence* (3rd ed.). National Academies Press. https://www.nationalacademies.org/read/13163/chapter/9

Hartman, R., Moss, A. J., Jaffe, S. N., Rosenzweig, C., Litman, L., & Robinson, J. (2023). Introducing Connect by CloudResearch: Advancing online participant recruitment in the digital age. *Behavior Research Methods*. https://doi.org/10.3758/s13428-023-02145-1

Peer, E., Rothschild, D., Gordon, A., Evernden, Z., & Damer, E. (2021). Data quality of platforms and panels for online behavioral research. *Behavior Research Methods*, 53, 1643–1662. https://doi.org/10.3758/s13428-021-01694-3

Smith, T. W. (1991). Context effects in the General Social Survey. In *Measurement errors in surveys*. Wiley.

Schuman, H., & Presser, S. (1981). *Questions and answers in attitude surveys: Experiments on question form, wording, and context*. Academic Press.

---

Social Media, Engagement, and Algorithmic Effects

Milli, S., Carroll, M., Wang, Y., Pandey, S., Zhao, S., & Dragan, A. D. (2025). Engagement, user satisfaction, and the amplification of divisive content on social media. *PNAS Nexus, 4*(3), pgaf062. https://doi.org/10.1093/pnasnexus/pgaf062

---

Demographics and Population Statistics

U.S. Census Bureau. (2023). *National population by age: 2020–2023*. https://www.census.gov/data/tables/time-series/demo/popest/2020s-national-detail.html

Statistical and Survey Practice References (Web-Based)

Qualtrics. (n.d.). *Margin of error*. https://www.qualtrics.com/articles/strategy-research/margin-of-error/

# Appendix D. Data Cleaning, Demographics, and Summaries

## A. Fungi-Nail Five-Dataset Side-by-Side Report

Cleaning, demographics, and importance-question percentages are shown side by side. Demographic and importance percentages are computed on the final cleaned California sample for each dataset.

### I. Cleaning

Cleaning rules applied to all datasets:

1. Remove respondents missing importance_1-importance_4 (importance_1-importance_3 for Ointment Front).
2. Remove duplicate IP addresses while retaining the first occurrence.
3. Remove respondents whose IP geolocation is outside California.
4. Remaining observations constitute the final analysis sample.

| Cleaning measure | Liquid F&B&S | Ointment F&B | Ointment Front | Pen F&B | Spray F&B |
|---|---|---|---|---|---|
| Raw rows in CSV | 192 | 87 | 595 | 84 | 85 |
| Qualtrics metadata rows removed | 2 | 2 | 2 | 2 | 2 |
| Initial participant observations before cleaning | 190 | 85 | 593 | 82 | 83 |
| Incomplete responses excluded | 34 | 12 | 105 | 11 | 10 |
| Observations after incomplete-response exclusion | 156 | 73 | 488 | 71 | 73 |
| Duplicate IP addresses among complete responses | 5 | 9 | 102 | 0 | 0 |
| Participants/rows in duplicate-IP groups | 10 | 18 | 234 | 0 | 0 |
| Duplicate-IP observations excluded beyond first row | 5 | 9 | 132 | 0 | 0 |
| Observations after duplicate-IP exclusion | 151 | 64 | 356 | 71 | 73 |
| Participants/observations excluded as not from California | 18 | 7 | 48 | 7 | 3 |
| Final observations after all exclusions | 133 | 57 | 308 | 64 | 70 |

### II. Age

| Age distribution (% of final N) | Liquid F&B&S | Ointment F&B | Ointment Front | Pen F&B | Spray F&B |
|---|---|---|---|---|---|
| 18-24 | 7.52 | 12.28 | 7.14 | 7.81 | 11.43 |
| 25-34 | 34.59 | 26.32 | 26.30 | 25.00 | 25.71 |
| 35-44 | 29.32 | 35.09 | 25.65 | 26.56 | 25.71 |
| 45-54 | 18.80 | 15.79 | 19.81 | 23.44 | 20.00 |
| 55-64 | 7.52 | 7.02 | 15.26 | 10.94 | 8.57 |
| 65+ | 2.26 | 3.51 | 5.84 | 6.25 | 8.57 |

### III. Gender

| Gender distribution (% of final N) | Liquid F&B&S | Ointment F&B | Ointment Front | Pen F&B | Spray F&B |
|---|---|---|---|---|---|
| Male | 46.62 | 42.11 | 49.35 | 37.50 | 40.00 |
| Female | 51.88 | 57.89 | 49.35 | 62.50 | 58.57 |
| Other / prefer not to say | 1.50 | 0.00 | 1.30 | 0.00 | 1.43 |

### IV. Category involvement

| Category involvement (% of final N) | Liquid F&B&S | Ointment F&B | Ointment Front | Pen F&B | Spray F&B |
|---|---|---|---|---|---|
| Yes | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| No | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Don't remember / not sure | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### V. The raw and reweighted percentages indicating "Very Important" to an attribute

| Attribute | Statistic | Liquid F&B&S | Ointment F&B | Ointment Front | Pen F&B | Spray F&B |
|---|---|---|---|---|---|---|
| Improves appearance of your nail | Raw % Very important | 50.38 | 63.16 | 48.70 | 53.12 | 62.86 |
| Improves appearance of your nail | CA age-reweighted % Very important | 53.93 | 62.76 | 54.11 | 58.67 | 65.75 |
| **Kills/eliminates nail fungus** | **Raw % Very important** | **87.97** | **89.47** | **87.99** | **89.06** | **94.29** |
| **Kills/eliminates nail fungus** | **CA age-reweighted % Very important** | **89.86** | **92.48** | **89.62** | **92.11** | **95.52** |
| Kills/eliminates ringworm | Raw % Very important | 41.35 | 43.86 | 45.13 | 34.38 | 34.29 |
| Kills/eliminates ringworm | CA age-reweighted % Very important | 44.86 | 35.05 | 46.85 | 35.89 | 33.83 |
| Kills/eliminates athlete's foot | Raw % Very important | 54.14 | 50.88 | N/A | 46.88 | 55.71 |
| Kills/eliminates athlete's foot | CA age-reweighted % Very important | 55.42 | 41.19 | N/A | 48.50 | 57.16 |

## VI. The raw and reweighted percentages indicating "Somewhat Important" or "Very Important" to an attribute

| Attribute | Statistic | Liquid F&B&S | Ointment F&B | Ointment Front | Pen F&B | Spray F&B |
|---|---|---|---|---|---|---|
| Improves appearance of your nail | Raw % Somewhat or Very important | 86.47 | 89.47 | 80.84 | 79.69 | 90.00 |
| Improves appearance of your nail | CA age-reweighted % Somewhat or Very important | 87.77 | 92.52 | 82.15 | 82.64 | 91.99 |
| **Kills/eliminates nail fungus** | **Raw % Somewhat or Very important** | **97.74** | **92.98** | **96.43** | **93.75** | **95.71** |
| **Kills/eliminates nail fungus** | **CA age-reweighted % Somewhat or Very important** | **98.28** | **95.22** | **96.38** | **95.68** | **97.03** |
| Kills/eliminates ringworm | Raw % Somewhat or Very important | 65.41 | 61.40 | 60.06 | 48.44 | 60.00 |
| Kills/eliminates ringworm | CA age-reweighted % Somewhat or Very important | 64.68 | 49.37 | 60.18 | 46.92 | 56.00 |
| Kills/eliminates athlete's foot | Raw % Somewhat or Very important | 81.95 | 71.93 | N/A | 71.88 | 77.14 |
| Kills/eliminates athlete's foot | CA age-reweighted % Somewhat or Very important | 85.11 | 57.55 | N/A | 69.08 | 75.28 |

## VII. GEE Coefficients

**Reference categories:** Liquid package treatment and "Improves appearance of your nail". Interaction terms indicate whether the effect of a product attribute differs from the Liquid package.

| Model term | Estimate (log-odds) | Std. Error | z | p-value | 95% CI Lower | 95% CI Upper | Odds Ratio |
|---|---|---|---|---|---|---|---|
| Intercept (Liquid package; Improves appearance) | 0.16 | 0.29 | 0.55 | 0.58 | -0.40 | 0.72 | 1.17 |
| Ointment Front & Back vs. Liquid | 0.36 | 0.49 | 0.74 | 0.46 | -0.61 | 1.33 | 1.44 |
| Ointment Front vs. Liquid | 0.01 | 0.32 | 0.02 | 0.98 | -0.61 | 0.63 | 1.01 |
| Pen vs. Liquid | 0.19 | 0.41 | 0.47 | 0.64 | -0.60 | 0.99 | 1.21 |
| Spray vs. Liquid | 0.49 | 0.39 | 1.26 | 0.21 | -0.28 | 1.27 | 1.64 |
| Nail fungus vs. Improves appearance | 2.02 | 0.36 | 5.62 | 0.00 | 1.32 | 2.73 | 7.57 |
| Ringworm vs. Improves appearance | -0.36 | 0.44 | -0.82 | 0.41 | -1.23 | 0.50 | 0.69 |
| Athlete's foot vs. Improves appearance | 0.06 | 0.44 | 0.14 | 0.89 | -0.81 | 0.93 | 1.06 |
| Interaction: Ointment F&B × Nail fungus | -0.04 | 0.71 | -0.05 | 0.96 | -1.43 | 1.35 | 0.96 |
| Interaction: Ointment Front × Nail fungus | -0.03 | 0.41 | -0.08 | 0.94 | -0.84 | 0.78 | 0.97 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Interaction: Pen × Nail fungus | 0.08 | 0.57 | 0.15 | 0.88 | -1.03 | 1.20 | 1.09 |
| Interaction: Spray × Nail fungus | 0.38 | 0.65 | 0.59 | 0.56 | -0.89 | 1.66 | 1.47 |
| Interaction: Ointment F&B × Ringworm | -0.77 | 0.63 | -1.22 | 0.22 | -2.02 | 0.47 | 0.46 |
| Interaction: Ointment Front × Ringworm | 0.07 | 0.48 | 0.15 | 0.88 | -0.87 | 1.01 | 1.08 |
| Interaction: Pen × Ringworm | -0.57 | 0.58 | -0.97 | 0.33 | -1.71 | 0.58 | 0.57 |
| Interaction: Spray × Ringworm | -0.96 | 0.56 | -1.71 | 0.09 | -2.06 | 0.14 | 0.38 |
| Interaction: Ointment F&B × Athlete's foot | -0.94 | 0.66 | -1.43 | 0.15 | -2.23 | 0.35 | 0.39 |
| Interaction: Pen × Athlete's foot | -0.47 | 0.60 | -0.79 | 0.43 | -1.64 | 0.70 | 0.62 |
| Interaction: Spray × Athlete's foot | -0.42 | 0.58 | -0.73 | 0.47 | -1.56 | 0.71 | 0.65 |

## VIII. Nail Fungus Within-Treatment Comparisons

| Treatment | Comparison | Difference in log-odds | Std. Error | z | p-value | 95% CI lower | 95% CI upper | Odds ratio for Nail fungus vs comparison |
|---|---|---|---|---|---|---|---|---|
| Liquid | Nail fungus vs Improves appearance of your nail | 2.02 | 0.36 | 5.62 | <0.001 | 1.32 | 2.73 | 7.57 |
| Liquid | Nail fungus vs Kills/eliminates ringworm | 2.39 | 0.37 | 6.51 | <0.001 | 1.67 | 3.11 | 10.89 |
| Liquid | Nail fungus vs Kills/eliminates athlete's foot | 1.96 | 0.37 | 5.36 | <0.001 | 1.25 | 2.68 | 7.13 |
| Ointment F&B | Nail fungus vs Improves appearance of your nail | 1.99 | 0.61 | 3.26 | <0.001 | 0.79 | 3.18 | 7.30 |
| Ointment F&B | Nail fungus vs Kills/eliminates ringworm | 3.13 | 0.60 | 5.23 | <0.001 | 1.95 | 4.30 | 22.79 |
| Ointment F&B | Nail fungus vs Kills/eliminates athlete's foot | 2.87 | 0.60 | 4.75 | <0.001 | 1.68 | 4.05 | 17.56 |
| Ointment Front | Nail fungus vs Improves appearance of your nail | 1.99 | 0.20 | 9.81 | <0.001 | 1.59 | 2.39 | 7.33 |
| Ointment Front | Nail fungus vs Kills/eliminates ringworm | 2.28 | 0.22 | 10.61 | <0.001 | 1.86 | 2.70 | 9.80 |
| Pen | Nail fungus vs Improves appearance of your nail | 2.11 | 0.44 | 4.80 | <0.001 | 1.25 | 2.97 | 8.22 |
| Pen | Nail fungus vs Kills/eliminates ringworm | 3.04 | 0.47 | 6.40 | <0.001 | 2.11 | 3.97 | 20.85 |
| Pen | Nail fungus vs Kills/eliminates athlete's foot | 2.52 | 0.47 | 5.34 | <0.001 | 1.59 | 3.44 | 12.39 |
| Spray | Nail fungus vs Improves appearance of your nail | 2.41 | 0.54 | 4.44 | <0.001 | 1.35 | 3.47 | 11.11 |
| Spray | Nail fungus vs Kills/eliminates ringworm | 3.73 | 0.57 | 6.58 | <0.001 | 2.62 | 4.84 | 41.70 |
| Spray | Nail fungus vs Kills/eliminates athlete's foot | 2.77 | 0.56 | 4.99 | <0.001 | 1.68 | 3.86 | 15.98 |

## Appendix E. Regression Report for Somewhat + Very Important

Outcome: 1 if respondent selected Somewhat Important or Very Important; 0 otherwise. The logistic/GEE model uses treatment indicators, attribute indicators, and treatment-by-attribute interactions, with California age post-stratification weights and standard errors clustered by respondent.

### I. Importance table where importance = somewhat important + very important

| Treatment | Attribute | Raw % Important | CA age-reweighted % Important |
|---|---|---|---|
| Liquid | Improves appearance of your nail | 86.47 | 87.77 |
| Liquid | Kills/eliminates nail fungus | 97.74 | 98.28 |
| Liquid | Kills/eliminates ringworm | 65.41 | 64.68 |
| Liquid | Kills/eliminates athlete's foot | 81.95 | 85.11 |
| Ointment F&B | Improves appearance of your nail | 89.47 | 92.52 |
| Ointment F&B | Kills/eliminates nail fungus | 92.98 | 95.22 |
| Ointment F&B | Kills/eliminates ringworm | 61.4 | 49.37 |
| Ointment F&B | Kills/eliminates athlete's foot | 71.93 | 57.55 |
| Ointment Front | Improves appearance of your nail | 80.84 | 82.15 |
| Ointment Front | Kills/eliminates nail fungus | 96.43 | 96.38 |
| Ointment Front | Kills/eliminates ringworm | 60.06 | 60.18 |
| Pen | Improves appearance of your nail | 79.69 | 82.64 |
| Pen | Kills/eliminates nail fungus | 93.75 | 95.68 |
| Pen | Kills/eliminates ringworm | 48.44 | 46.92 |
| Pen | Kills/eliminates athlete's foot | 71.88 | 69.08 |
| Spray | Improves appearance of your nail | 90.0 | 91.99 |
| Spray | Kills/eliminates nail fungus | 95.71 | 97.03 |
| Spray | Kills/eliminates ringworm | 60.0 | 56.0 |
| Spray | Kills/eliminates athlete's foot | 77.14 | 75.28 |

## II. Predicted probabilities

| Treatment | Attribute | N nonmissing | Raw % Important | CA age-reweighted % Important | Model predicted % Important | 95% CI Lower | 95% CI Upper |
|---|---|---|---|---|---|---|---|
| Liquid | Improves appearance of your nail | 133 | 86.47 | 87.77 | 87.77 | 79.79 | 92.87 |
| Liquid | Kills/eliminates nail fungus | 133 | 97.74 | 98.28 | 98.28 | 94.26 | 99.5 |
| Liquid | Kills/eliminates ringworm | 133 | 65.41 | 64.68 | 64.68 | 50.42 | 76.73 |
| Liquid | Kills/eliminates athlete's foot | 133 | 81.95 | 85.11 | 85.11 | 76.84 | 90.78 |
| Ointment F&B | Improves appearance of your nail | 57 | 89.47 | 92.52 | 92.52 | 82.72 | 96.97 |
| Ointment F&B | Kills/eliminates nail fungus | 57 | 92.98 | 95.22 | 95.22 | 87.09 | 98.33 |
| Ointment F&B | Kills/eliminates ringworm | 57 | 61.4 | 49.37 | 49.37 | 31.82 | 67.08 |
| Ointment F&B | Kills/eliminates athlete's foot | 57 | 71.93 | 57.55 | 57.55 | 37.38 | 75.48 |
| Ointment Front | Improves appearance of your nail | 308 | 80.84 | 82.15 | 82.15 | 76.63 | 86.59 |
| Ointment Front | Kills/eliminates nail fungus | 308 | 96.43 | 96.38 | 96.38 | 93.26 | 98.09 |
| Ointment Front | Kills/eliminates ringworm | 308 | 60.06 | 60.18 | 60.18 | 53.38 | 66.6 |
| Pen | Improves appearance of your nail | 64 | 79.69 | 82.64 | 82.64 | 70.96 | 90.26 |
| Pen | Kills/eliminates nail fungus | 64 | 93.75 | 95.68 | 95.68 | 88.81 | 98.41 |
| Pen | Kills/eliminates ringworm | 64 | 48.44 | 46.92 | 46.92 | 32.92 | 61.43 |
| Pen | Kills/eliminates athlete's foot | 64 | 71.88 | 69.08 | 69.08 | 53.29 | 81.4 |
| Spray | Improves appearance of your nail | 70 | 90.0 | 91.99 | 91.99 | 83.69 | 96.26 |
| Spray | Kills/eliminates nail fungus | 70 | 95.71 | 97.03 | 97.03 | 91.08 | 99.05 |
| Spray | Kills/eliminates ringworm | 70 | 60.0 | 56.0 | 56.0 | 42.74 | 68.46 |
| Spray | Kills/eliminates athlete's foot | 70 | 77.14 | 75.28 | 75.28 | 61.96 | 85.07 |

## III. Logistic coefficients

| Parameter | Estimate | Std. Error | z | p-value | Odds Ratio |
|---|---|---|---|---|---|
| Intercept | 1.97 | 0.3 | 6.47 | 0.0 | 7.17 |
| Treatment: Ointment F&B | 0.55 | 0.57 | 0.95 | 0.3406 | 1.73 |
| Treatment: Ointment Front | -0.44 | 0.35 | -1.27 | 0.2047 | 0.64 |
| Treatment: Pen | -0.41 | 0.46 | -0.9 | 0.3689 | 0.66 |
| Treatment: Spray | 0.47 | 0.51 | 0.92 | 0.3575 | 1.6 |
| Attribute: Kills/eliminates nail fungus | 2.07 | 0.61 | 3.38 | 0.0007 | 7.95 |
| Attribute: Kills/eliminates ringworm | -1.37 | 0.43 | -3.21 | 0.0013 | 0.26 |
| Attribute: Kills/eliminates athlete's foot | -0.23 | 0.37 | -0.61 | 0.5417 | 0.8 |
| Interaction: Ointment F&B × Kills/eliminates nail fungus | -1.6 | 0.91 | -1.75 | 0.0798 | 0.2 |
| Interaction: Ointment F&B × Kills/eliminates ringworm | -1.18 | 0.78 | -1.5 | 0.1336 | 0.31 |
| Interaction: Ointment F&B × Kills/eliminates athlete's foot | -1.98 | 0.78 | -2.54 | 0.0112 | 0.14 |
| Interaction: Ointment Front × Kills/eliminates nail fungus | -0.32 | 0.7 | -0.46 | 0.6483 | 0.73 |
| Interaction: Ointment Front × Kills/eliminates ringworm | 0.25 | 0.47 | 0.53 | 0.5945 | 1.29 |
| Interaction: Pen × Kills/eliminates nail fungus | -0.54 | 0.79 | -0.68 | 0.4951 | 0.59 |
| Interaction: Pen × Kills/eliminates ringworm | -0.32 | 0.61 | -0.52 | 0.6042 | 0.73 |
| Interaction: Pen × Kills/eliminates athlete's foot | -0.53 | 0.59 | -0.89 | 0.3734 | 0.59 |
| Interaction: Spray × Kills/eliminates nail fungus | -1.03 | 0.9 | -1.14 | 0.2544 | 0.36 |
| Interaction: Spray × Kills/eliminates ringworm | -0.83 | 0.64 | -1.31 | 0.1911 | 0.43 |
| Interaction: Spray × Kills/eliminates athlete's foot | -1.1 | 0.59 | -1.85 | 0.0642 | 0.33 |