**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT 14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ERIC HAYDE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

VIDEOTAPED DEPOSITION OF MEGAN P. WHEELER, taken at 350 South Grand Avenue, Los Angeles, California, on Friday, January 30, 2026, at 9:01 a.m., before Cheryl Haab Scott, RDR, CRR, CCRR, Certified Shorthand Reporter No. 13600 in and for the State of California, Certified Court Reporter No. 3499 in and for the State of Washington, and Certified Court Reporter No. 1003 in and for the State of Nevada.

A P P E A R A N C E S
--oOo--

For Plaintiffs:

WILSHIRE LAW FIRM, PLC
BY: THIAGO M. COELHO, ESQ.
9701 Wilshire Boulevard, 12th Floor
Los Angeles, California 90212
213.381.9988
thiago.coelho@wilshirelawfirm.com

For Defendants:

DAVIS WRIGHT TREMAINE LLP
BY: JACOB M. HARPER, ESQ.
PETER K. BAE, ESQ.
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
213.633.6800
jacobharper@dwt.com
peterbae@dwt.com

Also Present:

ISAAC CORREA, VIDEOGRAPHER

seeing the nail discoloration?
MR. COELHO: Objection. Vague.
You can answer.
**THE WITNESS: I went to look up nail fungus medication on Amazon.**
BY MR. HARPER:
Q When did you do that?
**A July.**
Q Other than -- and when you say you went and looked at Amazon, what does that mean, you searched for nail fungus products?
**A Uh-huh. Yes.**
Q What were the search terms you used for your Amazon search?
**A "Nail fungus medicine."**
Q And this was July 2023?
**A Yes.**
Q Do you have the search chart, like, the search history from Amazon?
**A I don't know.**
Q Have you looked for it?
**A I don't know how to look for the search history. I have the receipt.**
Q Other than shopping on Amazon in July of 2023, did you do any other research about your --

the nail discoloration on your feet?
MR. COELHO: Objection. Vague.
You can answer.
**THE WITNESS: I looked at some pictures of what nail fungus looked like.**
BY MR. HARPER:
Q Where did you get those pictures?
**A From a web search.**
Q What were the search terms you used to find photos?
**A "Nail fungus."**
Q Did you look up "nail discoloration"?
**A I don't recall.**
Q Did you look up something other than "nail fungus"?
**A I don't remember.**
Q What made you assume that it was nail fungus?
**A I've seen it in other people.**
Q Were those the people that had -- that you say had nail fungus, were those doctors?
**A I'm talking about people who were affected with nail fungus.**
Q How did they know that they had nail fungus?
**A They said they did.**

Q Do you know if they had seen doctors about it?

**A I don't know.**

Q Other than the Amazon shopping search and looking at pictures of nail fungus through a web search, did you do any other research to determine whether you had nail fungus?

**A No.**

Q Okay. So how long -- for how many -- yeah -- how long did you research whether you had nail fungus in July of 2023?

**A 10, 15 minutes.**

Q And at that point, you concluded that you had nail fungus?

**A Yes.**

Q And then what did you do after you concluded you had nail fungus after ten minutes of research?

**A Looked for a product on Amazon.**

Q And what products did you look for?

MR. COELHO: Objection. Asked and answered.

You can answer.

**THE WITNESS: I scrolled through what came up first. One of the first ones was Fungi-Nail.**

BY MR. HARPER:

Q Okay. And then, after you saw Fungi-Nail,

then what did you do?
**A Clicked on it.**
Q And then what?
MR. COELHO: Objection. Vague.
You can answer.
**THE WITNESS: Looked at the front page. The description. I'm sorry. The box of it on Amazon.**
BY MR. HARPER:
Q Did you read the label on the image on Amazon?
**A I read the box.**
Q Did you read the label?
**A I don't know what you're referring to by "label."**
Q Did you read the writing that's on the label on the box?
**A On the front of the box, yes.**
Q Did you read anything other than the front of the box?
**A No.**
Q Did you read any information surrounding the box on the Amazon ad?
**A No.**
MR. COELHO: Objection. Vague.
You can answer.

**THE WITNESS: No.**
BY MR. HARPER:
Q Why not?
**A Because it said it killed fungus. It's Fungi-Nail. I had nail fungus.**
Q Okay. And then, did you search for any other products before --
(Simultaneous colloquy.)
MR. COELHO: Objection.
Go ahead.
BY MR. HARPER:
Q Let me say that again.
Did you search for any other products before deciding to purchase Fungi-Nail?
MR. COELHO: Objection. Asked and answered. Vague.
You can answer.
**THE WITNESS: I don't remember. I knew Fungi-Nail was a name brand product. That's why I stuck with that one.**
BY MR. HARPER:
Q Did you click on any other ads or any other products on your Amazon search?
**A I may have swiped through the list, but I -- I think I only clicked on Fungi-Nail.**

Q Did you do this all on your phone?
**A Yes.**
Q Okay. And then, did you immediately decide to purchase Fungi-Nail at that point?
**A Yes.**
Q And you purchased it on Amazon?
**A Yes.**
Q What happened next?
MR. COELHO: Objection. Vague.
You can answer.
**THE WITNESS: I clicked "buy the product."**
BY MR. HARPER:
Q Okay. And then what happened?
**A Waited for it to come.**
[redacted]

[redacted]

I'm going to mark as Exhibit 11 the document I'm handing to the reporter and you.

(Defendants' Exhibit 11 was marked.)

BY MR. HARPER:

Q Ms. Wheeler, do you recognize this document?

**A It's the receipt from Amazon for Fungi-Nail.**

Q This is the one that you provided?

# Order Summary

Order placed July 12, 2023    Order # 113-5636283-0363468

**Ship to**
Megan Wheeler
[redacted]
United States

**Payment method**
[redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.94 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.94 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$10.96** |



Fungi-Nail Anti-Fungal Liquid Solution, Kills Fungus That Can Lead to Nail & Athlete's Foot with Tolnaftate & Clinically Proven to Cure and Prevent Fungal Infections 1 Fl Oz (Pack of 1)
Sold by: Amazon.com
Supplied by: Other
$9.94

EXHIBIT 11
MEGAN WHEELER
01/30/2026
C. SCOTT, CSR No. 13600

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter and Deposition Notary Public of the States of California, Washington and Nevada does hereby certify:

That the foregoing deposition was taken before me at the time and place therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness and all objections made at the time of the deposition were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of the proceedings thereof.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript was requested/offered on the record.

In witness whereof, I have subscribed my name, this date: February 4, 2026



Cheryl Haab Scott, RDR, CRR, CCRR
CSR No. 13600/WA CSR No. 3499/NV CCR No. 1003