**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT 15

# **EXPERT REPORT OF DR. DAVID BELL**

*Hayde, et al. v. Arcadia Consumer Healthcare, Inc.*

United States District Court for the Central District of California

Case No. 8:24-cv-02657-JDE

July 10, 2026

***CONFIDENTIAL***

## TABLE OF CONTENTS


I. EXPERIENCE AND QUALIFICATIONS .................................................. 1

II. ASSIGNMENT AND SCOPE OF WORK .................................................. 4

III. SUMMARY OF OPINIONS .................................................. 5

IV. METHODOLOGY .................................................. 7

V. SURVEY DESIGN AND ADMINISTRATION .................................................. 10

VI. ESTIMATION OF PART-WORTHS .................................................. 13

VII. ASSESSING THE ECONOMIC EFFECT OF FALSE CLAIMS .................................................. 14

VIII. SUMMARY .................................................. 16

APPENDIX A .................................................. 18

APPENDIX B .................................................. 19

## I. Experience and Qualifications

1. I am President and Co-founder of Idea Farm Ventures, LLC (IFV), a venture capital company based in New York specializing in early-stage investments in digital-first, consumer-facing brands and retail platforms. IFV invests up to $4 million in initial financing of new businesses, and its current portfolio has 18 companies.

2. I have held tenure-track academic positions in Marketing at The Anderson School (UCLA) and The Wharton School (University of Pennsylvania) and visiting appointments at MIT Sloan School of Management and Columbia Business School. At Wharton, I was Xinmei Zhang and Yongge Dai Chaired Professor for 8 years and on faculty for 20 years. While there, I designed and taught the first courses on digital marketing and e-commerce for MBAs, undergraduates, and executives.

3. Prior to founding IFV and while working full-time in academia, I was active in the business community through investment and advisory roles with numerous digital-first consumer-facing companies; in the popular press I have been referred to as "The Man Who Kick Started the Direct Brand Economy,"[1] and the "guru" of the direct-to-consumer movement.[2]

4. Within the field of academic marketing, I am known for research on consumer choice and segmentation, expectation formation and decision-making,

---

[1] *David Bell*, HIRSHBERG ENTREPRENEURSHIP INSTITUTE, https://hirshberginstitute.com/david-bell/ (last visited Apr. 1, 2026); *see also* Craig Coleman, *The Man Who Kick Started the Direct Brand Economy*, IAB (Oct. 19, 2018), https://www.iab.com/blog/the-man-who-kick-started-the-direct-brand-economy/.

[2] *David Bell*, HIRSHBERG ENTREPRENEURSHIP INSTITUTE, https://hirshberginstitute.com/david-bell/ (last visited Apr. 1, 2026); *see also* Tom Foster, *Over 400 Startups Are Trying to Become the Next Warby Parker. Inside the Wild Race to Overthrow Every Consumer Category* (Apr. 19, 2018), https://www.inc.com/magazine/201805/tom-foster/direct-consumer-brands-middleman-warby-parker.html.

customer acquisition, communication strategies of firms, and online-offline integration, among related topics. Some of my research on consumer choice behaviors in digital and offline environments is summarized in my book, *Location is (Still) Everything: The Surprising Effect of the Real World on How We Search, Shop, and Sell in the Virtual One* (2014). I have published in all major peer-reviewed journals in marketing, specifically, *Journal of Consumer Research*, *Journal of Marketing*, *Journal of Marketing Research*, *Management Science*, *Marketing Science*, and *Quantitative Marketing and Economics*, as well as in *Journal of Econometrics* and *Annals of Applied Statistics*. In addition, I have published articles for practitioner audiences in *California Management Review* and *MIT Sloan Management Review*.

5. As an early-stage start-up investor, I use my research-based knowledge of segmentation, targeting, positioning and consumer choice behavior to help CEOs make decisions in business strategy, customer acquisition, and marketing. These startups include prominent digital-first brands that are now billion-dollar public and private companies, such as Warby Parker (WRBY; eyewear), Harry's (grooming), and FIGS (medical apparel), or that exited via acquisition (Bonobos, acquired by Walmart for $310 million; Diapers.com, acquired by Amazon for $545 million; and Jet.com, acquired by Walmart for $3.3 billion).

6. For my research on choice and segmentation, I received several awards including The Frank M. Bass Outstanding Dissertation Award, three John D.C. Little Best Paper Finalist Awards, and two Long Term Impact Finalist Awards from the Institute for Operations Research and the Management Sciences (INFORMS). For my work on offline and digital markets, I received the First Place Award in the Production and Operations Management Society Applied Research Challenge, two Best Management Science Paper in Operations Management Awards, and Best

Article of the Year from the Innovation, Technology, and Interactivity Chapter of the American Marketing Association.

7. As a full-time investment professional, I examine consumer and firm behavior in a variety of business contexts and with regard to segmentation, targeting, and positioning and assessment of communication strategies, including those used to drive consumer adoption of new products, as well as how consumers form expectations about, choose, and derive satisfaction from, the products they adopt and use. My expertise in those areas is key to initial and on-going capital raises for IFV and to helping portfolio companies make appropriate decisions on brand, product positioning relative to competition, pricing, and related substantive areas.

8. I have served as an expert in consumer choice behavior, market segmentation, and firm competition in traditional and digital market contexts, and on behalf of both defendants and plaintiffs, in a range of matters pertaining to the impact of the presence (or absence) of specific product features on choice, brand positioning and trademark confusion, and behavior of end consumers and business customers in adoption of new products and services. Products and services involved in these matters include, among others, digital coupons and incentives, education, entertainment, insurance, retail, SaaS, social networks, streaming, and Internet-connected devices (e.g., laptops and mobile phones).

9. I have testified in depositions (e.g., *Peters v. Apple Inc.*, No. 19STCV21787 (Los Angeles Cnty. Sup. Ct.); *Two-Way Media LLC v. America Online, Inc.*, No. 2:04-cv-00089 (S.D. Tex.); *Sky Technologies, LLC v. SAP AG, et al.*, No. 2:06-CV-440 (E.D. Tex.); *AVM Technologies, LLC v. Intel Corp.*, No. 10-610-RGA (D. Del.); *Jaipuria, et al. v. LinkedIn Corp.*, No. 6:11-cv-66 (E.D. Tex.); *Alaburda, et al. v. Thomas Jefferson School of Law*, No. 37-2011-00091898-CU-FR-CTL (San Diego Cnty. Sup. Ct.)), arbitration (*Catalina Marketing Corp. v. Coupons Inc.*, JAMS Reference No. 1100064507), and at a jury trial (*SC Johnson & Son, Inc.*

*v. Dowbrands, Inc.*, No. 00-444-JJF (D. Del.)).

10. In these abovementioned and other litigation matters I was retained for my expertise in consumer behavior and frameworks for market segmentation and product positioning, as well as marketing research methods such as conjoint analysis, and the application of research-based principles to understand real world behavior of consumers (e.g., how they react to various stimuli orchestrated by firms) and businesses (e.g., what to communicate and how to position offerings relative to competition), and the role specific tactics play in driving acquisition and retention of customers.

11. I hold a bachelor's degree and a master's degree (1st class honors) in Commerce from the University of Auckland, and a master's degree in Mathematical Statistics and a Ph.D. in Business from Stanford University.

12. My CV is in Appendix A and lists all testimony in the past 4 years and all publications in the past 10 years.

## II. Assignment and Scope of Work

13. I have been retained by Wilshire Law Firm, PLC, counsel for Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs") in the matter of *Hayde, et al. v. Arcadia Consumer Healthcare, Inc.* (C.D. Cal.).

[redacted]

15. My assignment is to propose a viable damages model applicable to Plaintiffs' putative Classes regarding the economic value, if any, attributable to the

[redacted]

challenged express and implied efficacy representations on the Fungi-Nail Products' packaging and advertising.

16. For this assignment, I rely on my expertise in developing, testing, and analyzing surveys, including choice-based conjoint analysis, to measure consumer preferences, attitudes, and behaviors and the resulting impact on price, demand, and revenues.

17. Analysis of this type allows one to isolate the impact of specific product features, including but not limited to individual product attributes, brand name, messaging claims, packaging and so forth.

[redacted]

19. My compensation is $1,050 per hour and is not contingent on the opinions expressed herein or on the outcome of this litigation.

20. I reserve the right to update or modify my opinion, should I be provided with or otherwise obtain additional data or information.

## III. Summary of Opinions

21. It is my opinion that survey-based research methods can be used to determine the economic harm, if any, associated with an OTC anti-fungal treatment package conveying the challenged nail-fungus efficacy message, provided the survey is properly designed and executed. Indeed, applications of this type are pervasive in peer-reviewed academic literature.

22. I propose to calculate an Economic Price Premium, i.e., the amount of overpayment attributable to a challenged misrepresentation. In other words, class members paid more for the Fungi Nail Products than they would have absent a

misleading claim, the amount of that overpayment, the price premium, is damage that I will calculate.

23. The analysis I intend to conduct involves a choice-based conjoint analysis to determine consumer preferences for OTC anti-fungal treatments, using final label stimuli, product forms, competitor alternatives, and price levels tied to the actual marketplace and the proposed class period.

24. Conjoint analysis was introduced to the field of marketing in the early 1970s and is generally recognized to be one of the most widely used forms of quantitative consumer preference measurement. Among the pioneers and early proponents was my former colleague Paul E. Green of the University of Pennsylvania's Wharton School. Indeed, a recent survey by Sawtooth Software indicates that approximately 20,000 conjoint analysis projects are conducted each year by its customers alone.

25. Conjoint analysis has successfully been applied to both products and services. Choice-based models estimated with a variety of statistical estimation methods have been shown to provide reliable estimates of consumer preferences and choices under alternative scenarios related to the brands and features that are measured, and, when properly designed and executed, conjoint methods have been shown to predict consumer behavior well.

26. Conjoint analysis provides demand-side information about consumer preferences and can be combined with a model of supply-side price setting to determine market prices through a literature-based method sometimes referred to as recovering the "Economic Price Premium."

## IV. Methodology

27. Conjoint analysis assumes that preferences for specific products are formed on the basis of value attached to product attributes or features of products. The underlying theory of consumer behavior has a long history; namely, that a product or service selected by a reasonable consumer is a composite of its constituent attribute parts.

28. This allows researchers, whether in the context of peer-reviewed research, product development, consulting, or litigation, to decide as to the value attributable to both individual attributes.

**A short primer and illustration**

29. Consumer preferences for OTC anti-fungal treatments can be determined from the brand name, product form, applicator, label and package message, relevant efficacy claims, added ingredients, and price, among other attributes. Conjoint analysis is used to estimate the value respondents ascribe to particular attributes or product features, including the challenged nail-fungus efficacy message alleged in this case.

30. In choice-based conjoint analysis, consumers are asked to make selections from among a set of choice alternatives described by different levels of these attributes. The choice data are used to infer, or estimate, the value respondents then ascribe to these features.

31. To illustrate the principles at work, consider consumers making decisions between two OTC anti-fungal products. These competing alternatives are described in terms of their brand name, applicator, efficacy claim, additional ingredients, and price. The attributes in turn (and their levels) can be uncovered via pretesting.

32. Assume that via a survey or some other elicitation method, a consumer is asked to select which of the following two products they prefer:

| | **Product 1** | **Product 2** |
|---|---|---|
| **Brand Name** | Arcadia Fungi-Nail (example) | Competing brand (example such as FungiCure, Proclearz, Tinactin, or Lotrimin) |
| **Applicator** | Brush applicator | Standard tube |
| **Efficacy claim** | Kills nail fungus | Treats nail fungus / relieves symptoms |
| **Additional ingredients** | Plus aloe & tea tree oil | No added botanicals |
| **Price** | $20.00 | $15.00 |

33. Conjoint analysis considers that the overall value ascribed to a product is determined from the value placed on the attributes that are described in terms of their levels (e.g., brush applicator versus standard tube). The part-worth of an attribute level is defined as the value attributed to a specific feature of a good, which can be combined to produce the overall value, or worth, of a product.

34. A key purpose of conjoint analysis is to determine the part-worths associated with the attribute levels, and to use them to predict consumers' behavior in different choice settings, often including new products, which are new configurations of attributes and levels which do not currently exist in the market.

35. Conjoint analysis measures the relative worth of one level of an attribute to another level of an attribute. It provides information on the amount that consumers prefer (for example) a brush applicator relative to a standard tube, an efficacy claim of "kills nail fungus" relative to a less strong efficacy claim, and the

presence of added ingredients relative to their absence. This allows us to assess whether a consumer would prefer one product priced at $20.00 versus another priced at $15.00, assuming other attributes are held constant.

36. Survey respondents are asked to express their preferences across multiple choice tasks in a conjoint study. Statistical experimental design principles, as I will employ, are used to make sure that attribute levels are rotated across the choice options so that the part-worths can be estimated from the data. Some of the choice tasks must involve different (non-equivalent) levels of the focal attribute to be able to estimate its effect on product choice. Statistical experimental design principles are used to design the choice tasks so that the data are informative about the part-worths.

37. I will estimate a main-effects conjoint model and, where the final design supports doing so, test economically significant interactions, including interactions between brand and efficacy message and between product form/applicator and efficacy message. I will explain whether any excluded interactions are unnecessary or statistically unsupported.

38. Further, in my analysis, I will use Hierarchical Bayes (HB) statistical estimation algorithms which use the choices and the attributes describing the alternatives to estimate part-worths that statistically explain observed choices. HB estimators have been found to be accurate and robust for obtaining estimates of part-worths in conjoint analysis. The part-worths allow one to predict consumer response for alternative product configurations and choice sets.

39. HB models have become the standard model for choice-based conjoint analysis. The HB analysis of the choices results in estimates of the distribution of part-worths across respondents.

## V. Survey Design and Administration

40. As set forth above, the operative Second Amended Complaint asserts that Arcadia's Fungi-Nail packaging and other marketing materials convey to consumers, expressly or by net impression, that the products kill, treat, or cure nail fungus and provide related benefits. The goal of my analysis is to measure the economic value associated with that challenged nail-fungus efficacy message as compared to an otherwise comparable but-for product presentation that does not convey that message.

[redacted] [redacted]

[redacted]

[redacted]

42. Choice-based conjoint analysis asks respondents to indicate their preferences by selecting the best alternative from among a set of competing offers. In the survey I propose, respondents will be asked to imagine they are purchasing an OTC anti-fungal treatment and that the products shown are the only ones available. Each choice task will present a set of product options described by a common set of attributes (e.g., applicator type, efficacy claim, added ingredients, and price) plus an outside "none of these or keep shopping" option.

43. Each respondent will complete 16 choice tasks that will be used to estimate respondent preferences and sensitivity to changes in price. Respondents will be asked to indicate the product they would most likely buy and then indicate whether they would really buy it. The advantage of this two-part response is that it slows down the respondents so that they think through the purchase task. Research has shown that this two-part response leads to more realistic predictions of market shares.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

47. The representativeness of the sample will be assessed using demographic and behavioral correlates. Demographic variables such as age, gender and ethnicity are traditionally used to assess whether a sample is representative. Additional behavioral correlates, such as prior use of OTC anti-fungal products and familiarity with common brands in the category, will also be obtained to provide evidence that the sample is representative of buyers in the relevant market.

## VI. Estimation of Part-Worths

48. I will estimate part-worths of the product features using a Hierarchical Bayes (HB) choice model. As mentioned earlier, Bayesian methods have been shown to provide accurate and reliable estimates of part-worths in choice-based conjoint analysis.

49. The part-worth estimates provide a measure of the value of product features in moving from the lower level of an attribute (e.g., a product that is not represented as killing nail fungus) to a higher level of the attribute (e.g., a product that is represented as "kills nail fungus").

50. Confidence intervals or other appropriate uncertainty measures will be provided on part-worth estimates and downstream price-premium calculations to assess the influence of the challenged features on consumer demand.

## VII. Assessing the Economic Effect of False Claims

51. The economic valuation of the alleged misrepresentation of the Fungi-Nail Products' efficacy will be measured in three ways. The first measure is known as willingness-to-pay (WTP). This measure is a monetary valuation of the change of utility to the consumer afforded by the enhanced level of the feature relative to the baseline level of the feature. In contrast to some WTP measures, the measure that I will calculate incorporates supply-side (i.e., competitive) effects by considering alternative choices available in the market. Incorporating these effects has been shown to provide a more reasonable monetized estimate of utility enhancement.[4]

52. The second measure I will calculate is willingness-to-buy (WTB). WTB is defined as the change in market share that results from improving a product feature (e.g., adding "Fungi Nail" that implies the kills nail fungus claim) to an existing product while holding prices constant.

53. The third measure I will calculate is the Equilibrium Price Premium (EPP). EPP is a measure of marketplace value for a feature that allows for competitive price reactions to changes to the features of a product. The calculation of an equilibrium price premium requires additional assumptions beyond those employed in a traditional conjoint study. More specifically, one must assume:

- The demand specification is a standard heterogeneous logit model that is linear in the attributes, including price.
- Marginal costs are constant over the range of output implied by the

[4] Ofek, E., and V. Srinivasan (2002) "How Much Does the Market Value an Improvement in a Product Attribute," *Marketing Science*, 21, no. 4 (Fall 2022): 398-411.

scenarios analyzed.

- Firms cannot enter or exit the market over the time horizon relevant to the equilibrium calculation.
- Firms engage in static Nash price competition.

54. These assumptions are reasonable for analyzing price competition in an OTC consumer packaged goods category, particularly where the feature change is evaluated within a range that is not expected to cause dramatic changes in market structure. Further, assuming constant marginal costs is appropriate in that the cost of operation is not affected by small changes in the share associated with the inclusion of the product's feature (i.e., misleading claim). Also, the lack of entry or exit is reasonable for the same rationale used for marginal costs – the changes in share that I examine are within a narrow range that are not expected to lead to bankruptcy or the manufacturer exiting the market altogether. Finally, the assumption of a Nash price equilibrium is reasonable in that the market is competitive and dealers can easily change their prices.

[redacted]

56. Each manufacturer determines the optimal prices of their offerings given the prices of other offerings and the cost assumptions. This optimization is repeated for each manufacturer until an equilibrium is reached where it is not in anyone's interest to change prices any further. The equilibrium is referred to as a Nash equilibrium because none of the brands have an incentive to move away from

their profit maximizing price, given the prices of the other brands. Equilibrium prices are computed for the market offerings in the baseline scenario (e.g., without the challenged claims for the Product). The assumption of a Nash equilibrium is often made in the analysis of market prices. Further, since equilibrium prices are determined by the interaction of market supply and demand, the EPP applies uniformly to all people in the market.

[redacted]

58. The differences in value measured by the WTP, WTB, and EPP measures can be understood in terms of their assumptions about competition and supply-side assumptions. Once the analysis is complete, I will identify the primary measure used for damages, explain why that measure matches Plaintiffs' theory of recovery, and present the other measures, if used, as sensitivity or corroborating analyses.

## VIII. Summary

59. The analysis I intend to run is designed to assess the economic loss, if any, to consumers in the class who purchased Fungi-Nail Products bearing the challenged representations. The reduction in equilibrium price reflects the amount by which class members allegedly overpaid for the challenged efficacy messages, holding other aspects of the marketplace constant.

60. Based on the foregoing, and assuming the final protocol, stimuli, data inputs, and econometric specifications are completed as described above, the methodology I intend to use is a sound, reliable, and valid methodology for determining price-premium damages on a class-wide basis. As such, it is my opinion

that I will be able to easily calculate price premium damages for all class members in this case.

I make this declaration under penalty of perjury under the laws of the United States and the State of California. Executed on July 10, 2026 in New York, New York.

David Bell

# **APPENDIX A**

IdeaFarm VENTURES

**DAVID RICHARD BELL**
(310) 926-4982
david@ideafarmventures.com

## EDUCATION

| | |
|---|---|
| 2003 | **M.A.** (Honorary), University of Pennsylvania |
| 1996 | **Ph.D.** (Business), Stanford University, Graduate School of Business<br>Dissertation Title: "Consumer Response to Retailer Pricing Strategies."<br>Committee: James M. Lattin (Principal Advisor), Rajiv Lal, and V. Padmanabhan |
| 1996 | **M.S.** (Statistics), Stanford University, Department of Statistics |
| 1989 | **M. Com., First Class Honors** (Marketing and International Business), University of Auckland, New Zealand |
| 1986 | **B. Com.** University of Auckland, New Zealand |

## COMMERCIAL POSITIONS

| | |
|---|---|
| 2025-Present | **Senior Advisor**<br>BRG |
| 2017-Present | **President and Co-Founder**<br>Idea Farm Ventures, New York |
| 2016-2017 | **Venture Partner**<br>Brand Foundry Ventures, New York |

## ACADEMIC POSITIONS

| | |
|---|---|
| 2010-18 | **Xinmei Zhang and Yongge Dai Professor, Professor of Marketing**<br>Wharton School, University of Pennsylvania |
| 2008 | **Jerome A. Chazen Visiting Scholar**<br>Columbia Business School, Columbia University |
| 2007 | **Visiting Professor**<br>Rady School, University of California San Diego |
| 2003-10 | **Associate Professor (with tenure)**<br>Wharton School, University of Pennsylvania |
| 2002-03 | **Visiting Associate Professor**<br>Sloan School, Massachusetts Institute of Technology |
| 1998-02 | **Associate Professor** |

Wharton School, University of Pennsylvania

1995-98 **Assistant Professor**
Anderson School, University of California Los Angeles

## ACADEMIC AWARDS AND HONORS

2021, 2020 **Finalist Award**, **Best OM Paper in Management Science** (For: Bell, Gallino, and Moreno "Offline Showrooms in Omni-Channel Retail: Demand and Operational Benefits," Management Science.)

2017 **Haring-Sheth Distinguished Scholar, 47th Haring Symposium**

2016 **Wharton Undergraduate Class of 2015 Graduation Speaker**

2015 **Undergraduate Division Excellence in Teaching Award**
**Elected Faculty Graduation Marshal**

2014 **Overall Best Paper Award 2014**, Workshop on Information Systems and Economics (WISE) (For: Bell, Gallino, and Moreno "Inventory Showrooms and Customer Migration in Omni-Channel Retail: The Effect of Product Information.")

**First Place Award 2014**, Production and Operations Management Society (POMS) Applied Research Challenge (For Bell, Gallino, and Moreno "Inventory Showrooms and Customer Migration in Omni-Channel Retail: The Effect of Product Information.")

**Academic Trustee**, Marketing Science Institute

2013 **Elected Faculty Graduation Marshal**

2011 **Miller-Sherrerd MBA Core Teaching Award**

**Best Article of the Year 2010**, AMA Innovation, Technology and Interactivity SIG (For: Choi, Hui, and Bell 2010, "Spatiotemporal Analysis of Imitation Behavior across New Buyers at an Online Grocery Retailer," Journal of Marketing Research.)

2010 **Finalist Award, 2010 INFORMS Society for Marketing Science Long Term Impact Award** for marketing paper published in Marketing Science, Management Science, or other INFORMS journal (For: Bell and Lattin

| | |
|---|---|
| | 2000, "Looking for Loss Aversion in Scanner Panel Data: The Confounding Effect of Price-Response Heterogeneity," Marketing Science.) |
| 2009 | **Finalist Award, 2009 INFORMS Society for Marketing Science Long Term Impact Award** (For: Bell, Chiang, and Padmanabhan 1999, "The Decomposition of Promotional Response: An Empirical Generalization," Marketing Science.) |
| | **Best Empirical Paper 2009 UTD-FORMS Conference** (For: Choi and Bell 2009, "Preference Minorities and the Internet.") |
| | **Miller-Sherrerd MBA Core Teaching Award**<br>**Wharton MBA Core Curriculum Award** |
| 2007 | **Miller-Sherrerd MBA Core Teaching Award** |
| | **WEMBA West Excellence in Teaching Award** (Elective) |
| 2006 | **Miller-Sherrerd MBA Core Teaching Award**<br>**WEMBA West Excellence in Teaching Award** (Elective)<br>**Wharton MBA Core Curriculum Award** |
| | **Elected Faculty Graduation Marshal** |
| 2005 | **Outstanding Reviewer Award**, Journal of Retailing |
| | **WEMBA East Excellence in Teaching Award** (Elective)<br>**WEMBA West Excellence in Teaching Award** (Elective)<br>**Wharton MBA Core Curriculum Award** |
| 2004 | **Finalist, 2003 John D.C. Little Best Paper Award**. Awarded annually by INFORMS for the best marketing paper in Marketing Science or Management Science (For: Dreze and Bell 2003, "Creating Win-Win Trade Promotions: Theory and Empirical Analysis of Scan-Back Trade Deals," Marketing Science.) |
| 2004 | **WEMBA East Excellence in Teaching Award** (Elective)<br>**Elected Faculty Graduation Marshal** |
| 2001 | **Finalist, 2000 John D.C. Little Best Paper Award** (For: Bell and Lattin 2000, "Looking for Loss Aversion in Scanner Panel Data: The Confounding Effect of Price-Response Heterogeneity," Marketing Science.)<br>**Marketing Science Institute Young Scholar** |
| 2000 | **Winner, 1999 Frank M. Bass Outstanding Dissertation Award**. Awarded |

by INFORMS for the best marketing paper based on a dissertation in Marketing Science or Management Science (Bell and Lattin 1998, Shopping Behavior and Consumer Preference for Retail Price Format: Why `Large Basket' Shoppers Prefer EDLP," Marketing Science.)

1999 **Finalist, 1998 John D.C. Little Best Paper Award** (Bell and Lattin 1998)

1994 **Winner, Alden G. Clayton Doctoral Dissertation Proposal Award**, Marketing Science Institute, Cambridge, MA
**AMA Doctoral Consortium Representative** (for Stanford University)

1991 **Fulbright Travel Grant**

1987 **Westpac Banking Corporation Prize for Best Student,** Master of Commerce in Management, University of Auckland

**BOOKS**

1. Bell, David R., *Location is (Still) Everything: The Surprising Influence of the Real World on How We Search, Shop, and Sell in the Virtual One* (Boston, New York: New Harvest, Houghton Mifflin Harcourt, 2014; published in Portuguese (Brazil) 2016, and in Mandarin (China) 2017)

2. Bell, David R., Brian Fox, and Ryan Olohan *Rewriting the Script for Pharma Marketing in the Digital Age* (Google / McKinsey, 2016, free download)

**REFEREED PUBLICATIONS**

1. Bell, David R., Olivier Ledoit, and Michael Wolf (2024) "A Novel Estimator of Earth's Curvature (Allowing for Inference as Well)," The Annals of Applied Statistics, 18 (1) 585-599.

2. Bell, David R., Santiago Gallino, and Antonio Moreno (2023), "Are Everywhere Stores the New Face of Retail?" MIT Sloan Management Review, reprint #65307.

3. Bell, David R., Santiago Gallino, and Antonio Moreno (2020), "Customer Supercharging in Experience-Centric Channels," Management Science, 66 (9), 4096-4107. (Finalist, Best OM Paper in Management Science, 2021)

4. Bell, David R., Santiago Gallino, and Antonio Moreno (2018), "The Store is Dead—Long Live the Store," MIT Sloan Management Review, Spring, 1-8.

IdeaFarm VENTURES

5. Bell, David R., Santiago Gallino, and Toni Moreno (2017), "Offline Showrooms in Omni-Channel Retail: Demand and Operational Benefits," Management Science, 64 (4), 1629-1651. (Finalist, Best OM Paper in Management Science, 2020, 2021, Overall Best Paper, Workshop in Information Systems and Economics (WISE), 2014, First Place Award Production and Operations Society (POMS) Applied Research Challenge, 2014.)

6. Li, Kathleen and David R. Bell, (2017), "Estimation of Average Treatment Effects with Panel Data: Theory and Implementation" Journal of Econometrics, 197, 65-75.

7. Yusong Wang and David Bell (2015), "Consumer Store Choice in Asian Markets," Marketing Letters, 26 (3), 393-304.

8. Bell, David R., Santiago Gallino, and Antonio Moreno (2015) "Showrooms and Information Provision in Omnichannel Retail," Productions and Operations Management, 24 (3), 360-362.

9. Bell, David R., Olivier Ledoit, and Michael Wolf (2014), "A New Portfolio Formation Approach to Mispricing of Marketing Performance Indicators: An Application to Customer Satisfaction, Customer Needs and Solutions, 1 (4), 263-276.

10. Bell, David R., Santiago Gallino, and Antonio Moreno (2014), "How to Win in an Omni-channel World," MIT Sloan Management Review, 56 (1), 45-53.

11. Lee, Jae Young and David R. Bell (2013), "Neighborhood Social Capital and Social Learning for Experience Attributes of Products," Marketing Science, 32 (6), 960-976.

12. Bell, David R., Jeonghye Choi, and Leonard M. Lodish (2012), "What Matters Most in Internet Retailing," MIT Sloan Management Review, 54 (1), 27-33. [Cover Article.]

13. Choi, JeongHye, David R. Bell and Leonard M. Lodish (2012), "Marketing and IS-enabled Customer Acquisition on the Internet," Management Science, 58 (4), 754-769.

14. Desai, Preyas, David R. Bell, Gary Lilien and David Soberman (2012), "Editorial: The Science-to-Practice Initiative: Getting New Marketing Science Thinking into the Real World," Marketing Science, 31 (1), 1-3.

15. Choi, JeongHye, and David R. Bell (2011) "Preference Minorities and the Internet," Journal of Marketing Research, 48 (August), 670-682. (Best Empirical Paper 2009 UTD-FORMS Conference.)

16. Bell, David R., Daniel Corsten, and George Knox (2011) "From Point-of-Purchase to Path-to-Purchase: How PreShopping Factors Drive Unplanned Buying", Journal of Marketing, 75 (January), 31-45.

17. Choi, JeongHye, Sam K. Hui and David R. Bell (2010) "Spatiotemporal Analysis of Imitation Behavior across New Buyers at an Online Grocery Retailer," Journal of Marketing Research, 47 (February) 75-89. (AMA Innovation, Technology and Interactivity SIG Best Article of the Year.)

18. Neidrich, Ronald W., Danny Weathers, Carter Hill, and David R. Bell (2009) "Specifying Price Judgments with Range-Frequency Theory in Models of Brand Choice," Journal of Marketing Research, 46 (October), 673-702.

19. Wang, Yusong, David R. Bell, and V. Padmanabhan (2009) "Manufacturer-Owned Retail Stores," Marketing Letters, 20 (2), 107-124. [Lead Article].

20. Bell, David R. and Sangyoung Song (2007) "Neighborhood Effects and Trial on the Internet: Evidence from Online Grocery Retailing," Quantitative Marketing and Economics, 5 (4) 361-400.

21. Bell, David R. and Yasemin Boztug (2007) "The Positive and Negative Effects of Inventory on Category Purchase Incidence: An Empirical Analysis," Marketing Letters, 18 (1), 1-14. [Lead Article].

22. Bell, David R. and Christian A. L. Hilber (2006) "An Empirical Test of the Theory of Sales: Do Household Storage Constraints Influence Consumer and Store Behavior?" Quantitative Marketing and Economics, 4 (2), 87-117. [Lead Article].

23. Bradlow, Eric T., Bart J. Bronnenberg, Gary J. Russell et al. (2005) "Spatial Models in Marketing," Marketing Letters, 16 (3-4), 267-278.

24. Bell, David R. Andre Bonfrer and Pradeep K. Chintagunta (2005) "Recovering SKU-Level Preferences and Response Sensitivities from Market Share Models Estimated on Item Aggregates," Journal of Marketing Research, 42 (2), 169-182.

25. Dreze, Xavier and David R. Bell (2003) "Creating Win-Win Trade Promotions: Theory and Empirical Analysis of Scanback Trade Deals," Marketing Science, 22 (1), 16-39. [Lead Article]. (Finalist, John D.C. Little Best Paper Award.)

26. Rhee, Honjai and David R. Bell (2002) "The Inter-Store Mobility of Supermarket Shoppers," Journal of Retailing, 78 (4), 225-237. [Lead Article].

27. Bell, David R., John Deighton, Werner J. Reinartz, Roland Rust and Gordon Schwartz (2002) "Seven Barriers to Customer Equity Management" Journal of Service Research, 5, 1 (August), 77-85.

28. Bucklin, Randolph E., James M. Lattin, Asim Ansari, David Bell, Eloise Coupey, Sunil Gupta, John D.C. Little, Carl Mela, Alan Montgomery and Joel Steckel (2002) "Choice and the Internet: From Clickstream to Research Stream," Marketing Letters, 13 (3), 245-58.

29. Bell, David R., Ganesh Iyer and V. Padmanabhan (2002) "Price Competition Under Stockpiling and Flexible Consumption" Journal of Marketing Research, 39, 3 (August), 292-301.

30. Bell, David R., and Xavier Dreze (2002) "Changing the Channel: A Better Way to Do Trade Promotions," MIT Sloan Management Review, 43, 2 (Winter), 42-49.

31. Tang, Christopher S., David R. Bell and Teck-Hua Ho (2001) "Store Choice and Shopping Behavior: How Price Format Works," California Management Review, 43, 2 (Winter) 57-74.

32. Bell, David R. and James M. Lattin (2000) "Looking for Loss Aversion in Scanner Panel Data: The Confounding Effect of Price Response Heterogeneity," Marketing Science, 19, 2 (Spring), 185-200. (Finalist, 2000 John D.C. Little Best Paper Award; Finalist, 2010 Marketing Science Long Term Impact Award)

33. Bell, David R., Jeongwen Chiang and V. Padmanabhan (1999) "The Decomposition of Promotional Response: An Empirical Generalization," Marketing Science, 18, 4 (Fall), 504-26. (Finalist, 2009 Marketing Science Long Term Impact Award)

34. Bell, David R., and Randolph E. Bucklin (1999) "The Role of Internal Reference Points in the Category Purchase Decision," Journal of Consumer Research, 26, 2 (September), 128-43.

35. Russell, Gary J., S. Ratneshwar, Allan D. Shocker, David R. Bell, Anand Bodapati, Alex Degeratu, Lutz Hildebrandt, Namwoon Kim, S. Ramaswami and Venkatesh Shankar (1999) "Multiple-Category Decision-Making: Review and Synthesis," Marketing Letters, 10, (3) 319-332.

IdeaFarm VENTURES

36. Ho, Teck-Hua, Christopher S. Tang and David R. Bell (1998) "Rational Shopping Behavior and the Option Value of Variable Pricing," Management Science, 44, 12:2 (December), S145-60. [Lead Article].

37. Bell, David R., Teck-Hua Ho and Christopher S. Tang (1998) "Determining Where to Shop: Fixed and Variable Costs of Shopping," Journal of Marketing Research, 35, 3 (August) 352-69.

38. Bell, David R. and James M. Lattin (1998) "Shopping Behavior and Consumer Preference for Retail Price Format: Why `Large Basket' Shoppers Prefer EDLP," Marketing Science, 17, 1 (Winter), 66-88. (Finalist, 1998 John D.C. Little Best Paper Award; Winner, 1999 Frank M. Bass Outstanding Dissertation Award.)

39. Bell, David, Eyal Biyalogorsky, and Ziv Carmon (1997), "New Directions in Reference Price Research," Advances in Consumer Research, (24), 328-329.

40. Russell, Gary J., David R. Bell, Anand Bodapati, Christina Brown, Jeongwen Chiang and Puneet Manchanda (1997) "Perspectives on Multiple Category Choice," Marketing Letters, 8 (3), 297-304.

**MANUSCRIPTS**

1. Bell, David R. Santiago Gallino, and Antonio Moreno (2023), "The Everywhere Stor(ag)e," Working Paper.

2. Bell, David R. Santiago Gallino, and Antonio Moreno (2023), "Achieving Omnichannel Excellence," revising.

3. Knox, George, David R. Bell and Daniel Corsten (2022) "Cross-National Analysis of Unplanned Buying by Supermarket Shoppers," Working Paper.

4. Lee, Ka Lok and David R. Bell (2009) "A Spatial Negative Binomial Regression of Individual-level Count Data with Regional and Person-Specific Covariates," Working Paper.

5. David R. Bell, Skander Essegaier, and Yinghui (Catherine) Yang (2011) "Consumer Response to the Fixed Costs of Shopping," Working Paper.

6. Bell, David R., Jeongwen Chiang and George Knox (2011) "Subsidy, Expansion and Transfer Effects of Coupons: Evidence from the Market Basket," Working Paper.

7. Bell, David R. and Gavan J. Fitzsimons (2000) "An Experimental and Empirical Analysis of Consumer Response to Stock-Outs," Working Paper.

8. Bell, David R., Randolph E. Bucklin and Catarina Sismeiro (2000) "Consumer Shopping Behaviors and In-Store Expenditure Decisions," Working Paper.

**BOOK CHAPTERS AND OTHER PUBLICATIONS**

9. Bell, David R. and James M. Lattin (1998), "Shopping Behavior and Consumer Preference for Store Price Format: Why Large Basket Shoppers Prefer EDLP," Marketing Science Institute Working Paper, 98-114.

10. Wind, Yoram (Jerry) and David R. Bell (2007) "Market Segmentation" in Companion Encyclopedia of Marketing Michael J. Baker (ed).

11. Choi, JeongHye, David R. Bell and Leonard M. Lodish (2008), "Search and Word-of-Mouth: How Local Environments Affect New Buyer Acquisition Online," Marketing Science Institute Working Paper Series.

12. Bell, David R., Daniel Corsten, and George Knox (2008), "The Power of Planned Uncertainty," International Commerce Review, 8 (1), 56-64.

13. Choi, JeongHye, and David R. Bell (2008), "Local Preference Minorities and the Internet: Why e-Retailer Demand is Greater in Areas Where Target Customers Are in the Minority," Marketing Science Institute Special Report, 08-212.

14. Bell, David R., Daniel Corsten, and George Knox (2008), "Unplanned Buying on Shopping Trips," Marketing Science Institute Working Paper, 4-1670.

15. Meyer, Robert, et al (2010), "Behavioral Research and Empirical Modeling of Marketing Channels," Marketing Letters, Special Issue.

16. Knox, George, David R. Bell, and Daniel Corsten (2011), "Situational Determinants of Unplanned Buying in Emerging and Developed Markets," Marketing Science Institute Working Paper, 11-114.

**REPRESENTATIVE LEGAL CASES**

- *Dow Brands v. SC Johnson*, Case No. 00-44-JJ, US District Court, Delware, on behalf of the defendant (deposed, testified)
- *The Graham Company v. Thomas P. Haughey and USI Midadtlantic Inc.*, Case

No. 05-CV-612, US District Court, Pennsylvania, on behalf of the plaintiff (deposed)

- *Two-Way Media LLC v. America Online, Inc.*, Case No. C-04-089, US District Court, Southern District of Texas, Corpus Christi Division, on behalf of the plaintiff (deposed)
- *Individual Network, LLC v. Apple Inc.*, Case No. C-2-07CV-158, US District Court, Eastern District of Texas, Marshall Division, on behalf of the plaintiff (report only)
- *Rhonda Dupler (class action) v. Costco Wholesale Corporation*, Case No. 06-CV-3141, US District Court, Eastern District of New York, on behalf of the defendant (report only)
- *Sky Technologies, LLC v. SAP AG, SAP America Inc., and Oracle Corporation,* Case No. 2:-06-cv440, US District Court, Eastern District of Texas, Marshall Division, on behalf of the plaintiff (deposed)
- *Catalina Marketing Corp v. Coupons Inc.,* JAMS Reference 1100064507, Judicial Arbitration and Mediation Services, on behalf of the Respondent and Counterclaimant (testified at arbitration)
- *Margaret Martinez et al. v. Nash Finch Company, d/b/a AVANZA Supermarket*, Civil Action No. 11-ev-02092-MSK-KLM in the District Court of Colorado, on behalf of the defendant (deposed)
- *AVM Technologies, LLC v. Intel Corporation*, US District Court, District of Delaware, on behalf of the defendant (deposed)
- *Amit Jaipuria, Pradeep Jaipuria v. LinkedIn Corporation, WhoDoYouKnowAtLLC, and Hoover's Inc.,* on behalf of the plaintiffs (deposed)
- *Red Online Marketing Group, LP, d/b/a 50ONRED v. Revizer Ltd and Revizer Technologies Ltd*, Civil Action No. 14-1353 on behalf of the plaintiff (videotaped testimony)
- *Alaburda et al v. Thomas Jefferson School of Law* on behalf of the defendants (deposed)
- *Power Management Solutions LLC v. Freescale Semiconductor, Intel Corporation, Marvell Semiconductor and Texas Instruments*, on behalf of the defendants; *American Radio LLC v. Intel Corporation*, on behalf of the defendants; *Williamson/At Home Bondholders' Liquidating Trust v. Verizon Communications Inc., et al* Case No. 11-cv-4948 (LTS)(HBP) on behalf of the defendant; WARF v. APPLE INC., Case No. 14-cv-0062, on behalf of the defendant.
- *Crossborders, LLC d/b/a Rain and Mediarain Holdings, LLC v. Respond2 Communications, Inc., et. al.*, Case No. 1:20-cv-01198 (S.D.N.Y.) on behalf of the defendant.

- *Walter Peters, individually and behalf of all others similarly situated, v. APPLE Inc., and Does 1 to 100*, inclusive, Case No. 19STCV21787 (County of Los Angeles), on behalf of the plaintiff. (deposed)
- *Gabriela Miguel, Emilio Pensado Jr., and Robert Herrera, individually and behalf of all others similarly situated, v. APPLE Inc., and Does 1 to 100*, inclusive, Case No. 21STCV08348 (County of Los Angeles), on behalf of the plaintiff. (deposed)
- *Empower Annuity Insurance Company of America v. Empower Finance Inc.*, Civil Action No. 1:23-CV-00062-CNS-SKC (District of Colorado), on behalf of the defendant and counter-claimant.
- *Nobody Studios Inc. v. Nobody Media, LLC,* Case No. 8:23-CV-02105-PA-KESx (Central District of California), on behalf of the plaintiff.
- *Populus Financial Group, Inc. v. Netspend Corporation*, Cause No. DC-23-12153 (Dallas County, Texas 191st Judicial District), on behalf of the plaintiff.

## DOCTORAL STUDENTS (FIRST PLACEMENT)

Kathy Li, Advisor (UT Austin)
Jae Young Lee, Committee Member (Yonsei University)
JeongHye Choi, Advisor (Yonsei University)
Yanliu Huang, Committee Member (City University of Hong Kong)
Sangyoung Song, Advisor (Baruch College)
Yusong Wang, Co-Advisor (Singapore Management University)
Tony Cai, Committee Member (University of Minnesota)
Ye Hu, Committee Member (Purdue University)
George Knox, Committee Member (Tilburg University)
Gurhan Kok, Committee Member (Duke University)
Juin Chong Kuan, Committee Member (National University of Singapore)
Andres Musalem, Committee Member (Duke University)
Tirthankar Roy, Committee Member (University of Michigan)
David Schweidel, Committee Member (Wisconsin-Madison)
Yi Xu, Committee Member (Duke University)
Catherine Yang, Committee Member (University of California, Davis)

## TEACHING AND SERVICE

**Undergraduate, MBA and PhD Courses**
Digital Marketing and Electronic Commerce (Wharton)
Marketing Management (ISB, INSEAD, MIT, Wharton, UCLA MBA Programs, Wharton MBA for Executives Program); Course Head Wharton MBA Program, Fall 2007-2009

Marketing Research (Wharton School MBA Program, MBA for Executives Program, and Undergraduate Programs, UCLA MBA and Fully Employed MBA Programs)
Marketing Strategy (Wharton School MBA and MBA for Executives Programs)
Choice Modeling (UCLA Doctoral Seminar)
Mathematical Models in Marketing (Wharton School Doctoral Seminar)

**Online Classes**
Marketing Management, www.coursera.org
Digital Marketing, Social media, and E-commerce for your Business, www.edx.org

**Executive Education**
Faculty Director, Digital Marketing Strategy for the Digital Economy
Wharton School Custom Executive Programs: AICPCU Insurance Executive Development Program, AVIVA Worldwide Development Program, AXA Executive Leadership, Cendant CEO Series, CLDW Executive Program, KMA CEO Series, LIMRA International Competitive Marketing Strategy, Roche, Rohm & Haas / Wharton Marketing Strategy Program, Shell / Wharton Group Business Leadership Program, Roche Marketing Excellence, Siam Cement Management Development Program, Toyota Executive Development Program.

Wharton School MBA Executive Committee (2005-06); Wharton School Committee on Academic Freedom and Responsibility (2006-); Master of Urban and Spatial Analytics (MUSA) Committee (2007-)
Course Head for Marketing Management (Wharton MBA Program, 2007-2008)
PhD Coordinator for Marketing Department, 2010-2014

## PAST REVIEW SERVICE

Editorial Board

*Manufacturing & Service Operations Management* Senior Editor (Jan 2003--) Editorial Board, (Dec 1999--), *Journal of Retailing* (Apr 2003--), *Journal of Marketing Research* (July 2004 – Guest AE Jan 2007 --), *Marketing Science* (May 2005 --, Guest AE March 2006 --), *Foundations and Trends in Marketing* (Sept 2005 --), *Manufacturing & Service Operations Management* Special Issue on Behavioral Issues in OM Senior Editor (Oct 2005--), *Management Science*, Special Issue Associate Editor (Jan 2001-03), *International Journal of Research in Marketing* (Dec 2006--), *Management Science*, Associate Editor (Marketing, Oct 2008--), *Journal of Marketing* (July 2011--), *California Management Review*, Special Issue on Omni-Channel Retailing (2019--)

Ad Hoc Reviewer

Alden G. Clayon Doctoral Dissertation Proposal Competition
AMA Doctoral Dissertation Competition
American Economic Review
Association for Consumer Research
International Journal of Research in Marketing
Journal of Business
Journal of Consumer Research
Journal of Economics and Management Strategy
Journal of Marketing
Management Science
Managerial and Decision Economics
Marketing Letters
Marketing Science Institute
Quantitative Marketing and Economics
Sloan Management Review

**SELECT INVITED ACADEMIC TALKS**

"Having Fun and Getting Things Done"
April 2017, Indiana University, 47th Haring Symposium

"Ten Years in the Digital Economy"
April 2017, University of Houston, 35th Annual Doctoral Consortium

"Offline Showrooms in Omni-Channel Retail"
February 2017, University of Illinois, Urbana-Champaign
March 2017, Washington University, St. Louis

"Customer Migration in Omni-Channel Retail"
April 2016, Wilfried Laudier University
November 2015, University of Delaware
April 2015, University of Connecticut
April 2015, Boston College
April 2015, Boston University
March 2015, University of Rochester
February 2015, Indian School of Business
May 2014, Bocconi University
October 2014, Wharton School
November 2014, London Business School
December 2013, UNC, Kenan-Flager School

"Neighborhood Social Capital and Social Learning"
May 2013, HEC Paris
May 2013, Erasmus University, RSM

May 2013, Stanford University, Graduate School of Business
March 2013, University of Houston
June 2012, CKGSB Beijing
June 2012, Yonsei University
April 2012, Utah State University
March 2012, IE Business School
March 2012, University of Maryland
February 2012, University of Washington

"Location is (Still) Everything"
September 2012, Blumberg Capital CEO Summit (Half Moon Bay)
September 2012, Google (New York)

"Most Important Variables in Internet Retailing" / "Explaining Spatial Variation in Internet Retail Demand"
May 2011, Yonsei University
March 2011, Google (Mountain View)

"Marketing and IS-enabled Customer Acquisition"
November 2010, University of Minnesota, Carlson School of Management
October 2010, Emory University, Goizueta School of Management
May 2010, Northwestern University, Kellogg School of Management
May 2010, Google (Mountain View)
April 2010, Harvard University, Harvard Business School
April 2010, University of Toronto, Rotman School of Management

"Preference Minorities and the Internet"
December 2009, Tel Aviv University
December 2009, University of Iowa, Department of Geography
November 2009, Korea University
April 2009, University of California, Berkeley, Haas School
March 2009, University of Connecticut, Storrs
February 2009, UT Dallas
October 2008, Wharton School, Erin Anderson Conference

"Unplanned Buying"
December 2010, Yonsei University
December 2008, Monash University
May 2008, ECR Europe (Berlin)

"Spatio-Temporal Analysis of Internet Sales"
October 2007, University of Arizona
March 2007, Koc University
December 2006, Hong Kong University of Science and Technology

"Free Shipping and Repeat Buying on the Internet"
August 2006, Singapore Management University
May 2006, University of Cambridge, Judge Business School
April 2006, Erasmus University, RSM
December 2005, Columbia University, Graduate School of Business

"Neighborhood Effects and Trial on the Internet"
May 2007, Federal Trade Commission
October 2005, University of California, San Diego
April 2005, Tilburg University
April 2005, Yale University, School of Management
January 2005, University of Southern California Marketing Camp
October 2004, Stanford University, Graduate School of Business
October 2004, University of Houston
September 2004, University of Michigan (OMS Department)
July 2004, Singapore Management University
June 2004, Humboldt University

"Issues on the Economics of Pricing"
June 2004, Invited Speaker, Utrecht University, The Tjalling C. Koopmans Workshop Series

"An Empirical Test of the Theory of Sales"
November 2004, INSEAD, Fontainebleau
November 2004, Singapore Management University
October 2004, Department of Justice

"Invitational Choice Symposium" (2010, also 2004, 2001, 1998, 1996)

"Social Contagion and Private Decision Making: Trial and Repeat"
May 2003, Massachusetts Institute of Technology, Sloan School
April 2003, Carnegie Mellon University
April 2003, University of Texas at Dallas
January 2003, Dartmouth College

"Consumer Search and Price Dispersion"
November 2001, University of Pennsylvania, Wharton Applied Economics

"Win-Win Trade Promotions"
March 2002, Washington University, Olin School
March 2002, University of Toronto
October 2001, INSEAD, Singapore
September 2001, University of Iowa

"Coupons and the Channel"
March 2002, Harvard University, Harvard Business School
September 1999, Northwestern University, Kellogg School Marketing Camp
New York University, Columbia / NYU / Wharton / Yale Marketing Camp

"Rational Shopping Behavior"
April 1999, Duke University, Fuqua School
April 1999, Columbia University, Graduate School of Business
February 1999, University of Chicago, Graduate School of Business

"Determining Where to Shop: Fixed and Variable Costs of Shopping"
June 1998, UCLA (Economics)
December 1997, University of Pennsylvania, Wharton School
October 1997, Hong Kong University of Science and Technology
May 1997, INSEAD, Fontainebleau

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]