Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Megan Wheeler and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ARCADIA CONSUMER HEALTHCARE, INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

**DECLARATION OF MEGAN WHEELER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Date: October 8, 2026
Time: 10:00 a.m.
Judge: Hon. John D. Early
Courtroom: 6A

# DECLARATION OF MEGAN WHEELER

I, Megan Wheeler, declare as follows:

1. I am a Plaintiff in this action and the proposed representative of the California Class. I make this declaration from my personal knowledge in support of my Motion for Class Certification. If called as a witness, I could and would testify competently to the facts stated here.

2. I use the terms defined in the accompanying Motion for Class Certification.

## MY PURCHASE AND THE FRONT-LABEL MESSAGE

3. I reside in California. In July 2023, I believed I had nail fungus and used Amazon to search for "nail fungus medicine." Fungi-Nail appeared among the first products in the search results, and I opened its product listing.

4. Before buying, I looked at the front of the Fungi-Nail box shown on Amazon. I saw the name "Fungi-Nail," the toenail presentation, and the statement "Kills Fungus." I did not read a side or back panel before buying, and I did not see a statement on the front telling me that the product was not effective on nails.

5. The front made the product's purpose seem obvious to me. It was called Fungi-Nail, showed a toenail, and said it killed fungus. I understood those things together to mean that the product would treat fungus in the nail. That was why I selected it.

6. On July 12, 2023, I used my own Amazon account and my own money to purchase a one-ounce Fungi-Nail liquid. The total charge, including tax, was $10.96.

7. The Fungi-Nail name and the "Kills Fungus" statement mattered to my decision. If I had known before paying that the product was not effective on nails and could not treat fungus within the nail, I would not have bought it or would have paid less.

8. I did not receive a full refund for this purchase. I understand that people who received a full refund are excluded from the proposed Class.

**WHY THE LABELING STILL MATTERS TO ME**

9. I continue to want an effective nail-fungus product. I would consider buying Fungi-Nail again if Arcadia accurately labeled it or reformulated it to treat nail fungus.

10. At present, I cannot rely on the Fungi-Nail package to tell me whether the product can treat nail fungus. The front communicates one thing, while less prominent language elsewhere says the product is not effective on nails.

11. Accurate front labeling would let me decide whether the product fits my intended use without searching elsewhere on the package for a contradiction.

**MY COMMITMENT TO THE CLASS**

12. I understand that this case asks whether Arcadia's common Fungi-Nail packaging sold products as nail-fungus treatments even though they cannot treat fungus within the nail, and whether that message increased the price.

13. I produced records, responded to discovery, communicated with counsel, and sat for a full-day deposition on January 30, 2026. I will continue to participate and testify if needed.

14. I understand my fiduciary duties. I will stay informed, work with Class Counsel, put the Class's interests first, and make decisions for the Class. I know of no conflict.

15. No one offered me a special benefit. I am willing to serve because the same contradiction affected others and a $10.96 purchase is too small to litigate alone.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 8/14/2026, at 08/14/2026, California.

Signed by:

09184DB2412D4EA...

Megan Wheeler