DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax:· (206) 757-7700

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:24-cv-02657-JDE<br><br>**DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Assigned to the Hon. John D. Early<br><br>Dept.: Courtroom 6A<br>Date: 10:00 a.m.<br>Time: October 8, 2026<br><br>Trial Date: June 2, 2027 |



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1, Defendant Arcadia Consumer Healthcare Inc. submits the following Statement of Uncontroverted Facts in support of its Motion for Partial Summary Judgment.

## STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| ***The Product*** | |
| 1. Arcadia sells Fungi-Nail antifungal products, including products in liquid, pen, and ointment forms. | • Second Amended Complaint ("SAC") ¶ 2. |
| 2. The front of the Fungi-Nail package states the product is "CLINICALLY PROVEN TO CURE AND PREVENT FUNGAL INFECTIONS." The back of the Fungi-Nail contains Drug Facts which describe the product's uses and limitations. The package explicitly states Fungi-Nail "is not effective on the scalp or nails." | • Wheeler Dep. Tr. Ex. 17.[1] |
| ***Express Warranty Claim*** | |
| 3. Plaintiff Eric Hayde acknowledged there is no statement on the Fungi-Nail package or bottle expressly stating that the product treats fungal infections within the nail plate or cures toenail fungus. | • Hayde Dep. Tr. 91:4–20, 91:23, 95:15–96:3.[2] |

[1] Wheeler Dep. Tr. Ex. 17 is attached as Exhibit A to the Declaration of Jacob M. Harper in Support of Arcadia's Motion for Partial Summary Judgment ("Harper Decl.").

[2] All citations to the "Hayde Dep. Tr." and "Wheeler Dep. Tr." refer to transcripts of the depositions of Plaintiff Eric Hayde and Plaintiff Megan Wheeler, respectively. Relevant excerpts of those deposition transcripts are attached as Exhibits B (Hayde Dep. Tr.) and C (Wheeler Dep. Tr.) to the Harper Declaration.



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 4. Plaintiff Megan Wheeler acknowledged there is no statement on the Fungi-Nail package or bottle expressly stating that the product treats fungal infections within the nail plate or cures toenail fungus. | • Wheeler Dep. Tr. 58:15–59:5, 196:7–16. |
| 5. The Fungi-Nail packaging does not contain an express warranty. | • Wheeler Dep. Tr. Ex. 17 |
| ***Injunctive Relief*** | |
| 6. Hayde used the product every night for three months and stopped because he believed “[i]t did nothing.” | • Hayde Dep. Tr. 93:18–25. |
| 7. After discontinuing Fungi-Nail, Hayde sought treatment from a physician and received prescription medication. | • Hayde Dep. Tr. 82:13–83:9. |
| 8. Hayde testified that the prescription medication “might have killed all the fungus.” | • Hayde Dep. Tr. 82:13–83:9. |
| 9. When asked whether he purchased another bottle of Fungi-Nail, Hayde testified: “I wouldn’t waste my money. It didn’t do anything.” | • Hayde Dep. Tr. 94:1–3. |
| 10. Wheeler used Fungi-Nail twice a day for approximately six weeks before stopping because she believed it was not working. | • Wheeler Dep. Tr. 101:5–102:22. |
| 11. After stopping Fungi-Nail, Wheeler applied bleach and hand sanitizer to her toenails on her own initiative. | • Wheeler Dep. Tr. 102:19–107:17. |
| 12. Wheeler testified that her toes “look fine now” and that it had been more than two years since she experienced a nail condition. | • Wheeler Dep. Tr. 106:5–11. |



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 13. Wheeler identified no circumstance under which she would purchase Fungi-Nail in the future. | • Wheeler Dep. Tr. 165:7–11. |

DATED: September 4, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Jacob M. Harper*
Jacob M. Harper

*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*



**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899