DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax:· (206) 757-7700

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:24-cv-02657-JDE<br><br>**DECLARATION OF JACOB M. HARPER IN SUPPORT OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Assigned to the Hon. John D. Early<br><br>Dept.: Courtroom 6A<br>Date: 10:00 a.m.<br>Time: October 8, 2026<br><br>Trial Date: June 2, 2027 |

# DECLARATION OF JACOB M. HARPER

I, Jacob M. Harper, declare and state as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for Defendant Arcadia Consumer Healthcare Inc. (Arcadia) in this matter. I make this declaration in support of Arcadia's Motion for Partial Summary Judgment (Motion). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit A** is a true and correct copy of an image of the Fungi-Nail product box, marked as Exhibit 17 in the January 30, 2026 deposition of Plaintiff Megan P. Wheeler.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of Plaintiff Eric Hayde, taken in this case on January 27, 2026.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the deposition transcript of Megan P. Wheeler, taken in this case on January 30, 2026.

5. On August 25, 2026, counsel for Arcadia and Plaintiffs attended a Local Rule 7-3 conference of counsel regarding Arcadia's Motion. Counsel for Arcadia explained Arcadia's position as to the Motion. Plaintiffs' counsel disagreed, and the parties were unable to reach an agreement as to Arcadia's Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of September, 2026, at Wilmington, Vermont.

*__/s/ Jacob M. Harper__*
Jacob M. Harper



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899