# EXHIBIT C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ERIC HAYDE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

VIDEOTAPED DEPOSITION OF

MEGAN P. WHEELER

FRIDAY, JANUARY 30, 2026, 9:01 A.M.

LOS ANGELES, CALIFORNIA

JOB NO. 123988

STENOGRAPHICALLY REPORTED BY:
CHERYL HAAB SCOTT, RDR, CRR, CCRR
CA CSR No. 13600
WA CCR No. 3499
NV CCR No. 1003

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:24-cv-02657-JDE |

VIDEOTAPED DEPOSITION OF MEGAN P. WHEELER, taken at 350 South Grand Avenue, Los Angeles, California, on Friday, January 30, 2026, at 9:01 a.m., before Cheryl Haab Scott, RDR, CRR, CCRR, Certified Shorthand Reporter No. 13600 in and for the State of California, Certified Court Reporter No. 3499 in and for the State of Washington, and Certified Court Reporter No. 1003 in and for the State of Nevada.

A P P E A R A N C E S
--oOo--

For Plaintiffs:

WILSHIRE LAW FIRM, PLC
BY: THIAGO M. COELHO, ESQ.
9701 Wilshire Boulevard, 12th Floor
Los Angeles, California 90212
213.381.9988
thiago.coelho@wilshirelawfirm.com

For Defendants:

DAVIS WRIGHT TREMAINE LLP
BY: JACOB M. HARPER, ESQ.
PETER K. BAE, ESQ.
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
213.633.6800
jacobharper@dwt.com
peterbae@dwt.com

Also Present:

ISAAC CORREA, VIDEOGRAPHER

I N D E X
--oOo--

WITNESS: Megan P. Wheeler

| | PAGE |
|---|---|
| Examination By Mr. Harper | 9 |
| Examination By Mr. Coelho | 209 |

Barbecue, and deodorant case, what other cases did you receive -- what other class actions did you receive a benefit for?
**A I can't think of any.**
Q Do you have toenail fungus?
MR. COELHO: Objection. Vague as to time.
**THE WITNESS: Not anymore.**
BY MR. HARPER:
Q Did you ever have toenail fungus?
**A I did.**
Q What dates did you have toenail fungus?
**A Around spring 2023.**
Q As in you first got toenail fungus in spring 2023?
**A Yes.**
Q And how do you know it was toenail fungus?
**A Because it looks like toenail fungus.**
Q Did you have a doctor diagnose it as toenail fungus?
**A No.**
Q Did you have a doctor look at it at all?
**A No.**
Q Did anyone else consider it toenail fungus?
**A No.**
Q What made you think you had toenail fungus?

seeing the nail discoloration?
MR. COELHO: Objection. Vague.
You can answer.
**THE WITNESS: I went to look up nail fungus medication on Amazon.**
BY MR. HARPER:
Q When did you do that?
**A July.**
Q Other than -- and when you say you went and looked at Amazon, what does that mean, you searched for nail fungus products?
**A Uh-huh. Yes.**
Q What were the search terms you used for your Amazon search?
**A "Nail fungus medicine."**
Q And this was July 2023?
**A Yes.**
Q Do you have the search chart, like, the search history from Amazon?
**A I don't know.**
Q Have you looked for it?
**A I don't know how to look for the search history. I have the receipt.**
Q Other than shopping on Amazon in July of 2023, did you do any other research about your --

Q Do you know if they had seen doctors about it?
**A I don't know.**
Q Other than the Amazon shopping search and looking at pictures of nail fungus through a web search, did you do any other research to determine whether you had nail fungus?
**A No.**
Q Okay. So how long -- for how many -- yeah -- how long did you research whether you had nail fungus in July of 2023?
**A 10, 15 minutes.**
Q And at that point, you concluded that you had nail fungus?
**A Yes.**
Q And then what did you do after you concluded you had nail fungus after ten minutes of research?
**A Looked for a product on Amazon.**
Q And what products did you look for?
MR. COELHO: Objection. Asked and answered.
You can answer.
**THE WITNESS: I scrolled through what came up first. One of the first ones was Fungi-Nail.**
BY MR. HARPER:
Q Okay. And then, after you saw Fungi-Nail,

then what did you do?

**A Clicked on it.**

Q And then what?

MR. COELHO: Objection. Vague.

You can answer.

**THE WITNESS: Looked at the front page. The description. I'm sorry. The box of it on Amazon.**

BY MR. HARPER:

Q Did you read the label on the image on Amazon?

**A I read the box.**

Q Did you read the label?

**A I don't know what you're referring to by "label."**

Q Did you read the writing that's on the label on the box?

**A On the front of the box, yes.**

Q Did you read anything other than the front of the box?

**A No.**

Q Did you read any information surrounding the box on the Amazon ad?

**A No.**

MR. COELHO: Objection. Vague.

You can answer.

**THE WITNESS: No.**
BY MR. HARPER:
Q Why not?
**A Because it said it killed fungus. It's Fungi-Nail. I had nail fungus.**
Q Okay. And then, did you search for any other products before --
(Simultaneous colloquy.)
MR. COELHO: Objection.
Go ahead.
BY MR. HARPER:
Q Let me say that again.
Did you search for any other products before deciding to purchase Fungi-Nail?
MR. COELHO: Objection. Asked and answered. Vague.
You can answer.
**THE WITNESS: I don't remember. I knew Fungi-Nail was a name brand product. That's why I stuck with that one.**
BY MR. HARPER:
Q Did you click on any other ads or any other products on your Amazon search?
**A I may have swiped through the list, but I -- I think I only clicked on Fungi-Nail.**

**A Best estimate, one to two days.**
Q What address did it arrive at?
**A 2928 East Vista Street.**
Q That's the rehab center?
**A No.**
Q That's your --
**A My residence, yes.**
Q Why did you send it to your residence when you previously said that you use the rehab facility as your mailing address?
**A That's mailing address. The Amazon packages come delivered to my house.**
Q Okay. When -- so I assume the package of Fungi-Nail arrived at your house or at your residence at Vista?
**A Yes.**
Q What was the packaging in which it arrived?
**A Probably li- --**
MR. COELHO: Objection. Vague.
You can answer.
**THE WITNESS: One of those Bubble Wrap Amazon envelopes.**
BY MR. HARPER:
Q Okay. Did you -- well -- did you open the Amazon envelope?

**A Yes.**
Q And then did you pull out the product?
**A Yes.**
Q And did you read the box that you pulled out?
**A No.**
Q Okay. And then, did -- and then did you pull out the bottle from the box?
**A Yes.**
Q Did you read the instructions on the bottle?
**A No.**
Q What did you do to apply the product to your nail?
**A I washed my feet and painted it on and let it dry. Painted it on the toenails.**
Q Did you read the instructions from either the box or the bottle before applying it?
**A No.**
Q Why?
**A It seemed pretty straightforward.**
Q You take six medications right now; correct?
**A Yeah.**
Q Do you read the instructions before taking those?
**A Not always.**

**change the questionnaires for depression and anxiety and expand them. And so they were testing it out on people, and I participated.**

Q I see.

Ms. Wheeler, when you were applying Fungi-Nail to your toes, did you follow any instructions from anyone whatsoever in doing so?

MR. COELHO: Objection. Vague as to time. Asked and answered.

You can answer.

**THE WITNESS: I didn't follow any instructions -- excuse me. I didn't read any -- I didn't read the instruction packaging.**

BY MR. HARPER:

Q How often -- describe how you -- I'm sorry. Strike all that.

Describe how you applied Fungi-Nail to your body --

MR. COELHO: Objection.

BY MR. HARPER.

Q -- when you first used it.

MR. COELHO: Objection. Asked and answered.

You can answer.

**THE WITNESS: Washed my feet and I would do it in the morning, in the evening -- sorry. Wash my**

**feet. Open up the paintbrush and paint my nails with medication. Let it dry and put -- go about my day.**

BY MR. HARPER:

Q Did you apply it to the toes?

**A I applied it to my nails.**

Q Only the nails?

**A Only the nails.**

Q How often per day?

**A Twice a day.**

Q When -- when during the day did you apply it?

**A Oh, in the morning when I took my medication, and bed when I take my medication.**

Q And for how long did you follow a regimen of applying Fungi-Nail to your toenails once in the morning and once in the evening?

**A About six weeks.**

Q And did you stop after six weeks?

**A Yeah.**

Q Why?

**A It wasn't working.**

Q What did you do after -- sorry. Strike that.

When it stopped working, what did you do

with the Fungi-Nail product?
**A Threw it in my drawer.**
Q Why'd you throw it in your drawer?
**A I keep everything in -- medication, I've got a whole drawer full of it.**
Q And what did you do about your nail issue?
**A I started using bleach in the shower.**
Q You started bleaching your toenails in the shower?
**A And hand sanitizer when I wasn't taking a shower.**
Q Who prescribed bleach on your toenails in the shower?
MR. COELHO: Objection. Misstates testimony.
You can answer.
**THE WITNESS: I was trying -- nobody did. Nobody prescribed it. I did it.**
BY MR. HARPER:
Q Where did you get the idea to use bleach on your toenails for discoloration?
MR. COELHO: Objection.
(Reporter clarification and admonition.)
MR. COELHO: Objection. Misstates prior testimony as to discoloration instead of fungus.

You can answer.

**THE WITNESS: I remember in college we didn't have any money. Some people would use bleach on their feet for athlete's foot. I thought I'd try it.**

BY MR. HARPER:

Q How do you know that your toenail issue was not discoloration as opposed to fungus?

**A It was pretty obvious it was fungus.**

Q Based on whose expert opinion?

**A It was growing. It was moving. It changed colors.**

Q It was moving?

**A Like, the circles would get a little bit bigger, the clouds.**

Q I don't really understand that. Can you, like, explain that?

**A So they start out as little spots, and then it grows bigger.**

Q How often did you use bleach on your toenails?

**A Two weeks.**

Q Why did you stop using bleach on your toenails?

**A Because it worked.**

Q Why didn't you use bleach instead of Fungi-Nail before -- well, sorry. Forget that.
Why didn't you use bleach before instead of using Fungi-Nail?
MR. COELHO: Objection. Vague. Argumentative.
You can answer.
**THE WITNESS: Because it gets on the carpet. I just didn't want to, like, sit and wait for it to -- like, it's harsh. It's a harsh chemical. I wanted a name brand product. Being an adult and actually buy appropriate medication for my feet instead of using a home remedy.**
BY MR. HARPER:
Q But you didn't go to the doctor?
MR. COELHO: Objection. Asked and answered.
You can answer. Again.
**THE WITNESS: It's a problem that could be solved. You don't go to the doctor if you got a little cut. You don't go to the doctor, necessarily, if you have hemorrhoids. You don't go to the doctor if you have a headache. There's over-the-counter medication for it. So I used the over-the-counter medication. It seemed like an over-the-counter solution.**

BY MR. HARPER:
Q Did you talk to a doctor to confirm that the bleach had cured fungus?
**A No.**
Q How do you know that the bleach had cured fungus?
**A Well, it's not there anymore. It's been two years.**
Q Do you have any other information to lead you to the conclusion that bleach had cured fungus?
**A Just my toes look fine now.**
Q You mentioned hand sanitizer?
**A Uh-huh.**
Q What did you -- with respect to the toenails, what did you use -- sorry.
How did you use hand sanitizer on your toenails?
**A Well, the bleach -- I would only do it in the shower because I didn't want it to get on the carpet. And then when I wasn't in the shower because I do it twice a day, I put hand sanitizer on it.**
Q How often would you put hand sanitizer on your toenails?
**A Once a day.**

Q So was it bleach or hand sanitizer that cured your toenail ailment?
MR. COELHO: Objection. Objection. Calls for speculation.
You can answer.
**THE WITNESS: I don't know.**
BY MR. HARPER:
Q Why don't you know?
**A Because I used both of them.**
Q And you haven't asked anybody with a professional degree to determine whether it was bleach or hand sanitizer that cured your toenail ailment; correct?
**A No.**
MR. COELHO: Objection. Asked and answered.
You can answer.
**THE WITNESS: No.**
BY MR. HARPER:
Q At any point since you started using Fungi-Nail, have you seen a doctor about your toenails?
**A I've had an ingrown toenail.**
Q Okay. But my question is a little bit different. I'm just asking if you've seen a doctor about your toenails since -- since using Fungi-Nail

think you mentioned the correct one, Jacob.
BY MR. HARPER:
Q Oh. Was it -- are you referring to where it says "This product is not effective on the scalp or nails"?
**A Yeah, it's way buried, huh?**
Q Is that what you're referring to?
**A That was your question? I was trying to answer your question.**
Q My question is, where in the directions does it instruct you to use Fungi-Nail for toenail fungus? And you pointed to box No. 8 in the directions where it says, quote, "This product is not effective on the scalp or nails."
**A It's on the front of the package, it says "Fungi-Nail. Kills fungus."**
Q Okay. I'm asking about this directions area.
**A I didn't read the directions before --**
Q Okay.
**A -- I bought it. So I can't, like...**
Q Okay. Do you have athlete's foot?
**A No.**
Q Did you have athlete's foot at the time you purchased Fungi-Nail?

**A No.**

Q Did you have ringworm at the time you purchased Fungi-Nail?

**A No.**

Q Did you consult a doctor after you used it for four or more weeks without seeing the results you were hoping for?

MR. COELHO: Objection. Vague as to four weeks of -- I don't know. And confusing.

To the extent you understand the question, you can answer.

**THE WITNESS: I moved on to the remedy of bleach.**

BY MR. HARPER:

Q My question is, did you see a doctor as a result of it?

**A No.**

MR. COELHO: Objection. Asked and answered.

Just give it a second so I can object.

**THE WITNESS: Gotcha.**

BY MR. HARPER:

Q Then how do you know you did not have athlete's foot at the time of purchase?

**A I had athlete's foot before. It didn't look like athlete's foot.**

BY MR. HARPER:
Q Did you review that when you purchased the Fungi-Nail product in 2023?
**A I don't recall seeing that.**
Q Did you look at it when you pulled the box out of the Amazon shipping material when you received the package?
**A I don't recall seeing that.**
Q Did you ever attempt to return, for a refund, the Fungi-Nail product after you determined you weren't satisfied with it?
**A No.**
Q Why?
**A Amazon doesn't take products like that back.**
Q Okay. Did you ever visit FungiNail.com?
**A That didn't occur to me.**
Q Why didn't it occur to you?
**A It just didn't.**
Q Because you didn't look at the label on the box or why not?
**A The box was long gone.**
MR. HARPER: Mark as Exhibit 18 the next document.
(Defendants' Exhibit 18 was marked.)
///

**A I thought the lot number would be what they wanted.**
Q What who wanted?
MR. COELHO: Okay. I'm going to object to the extent it calls for attorney-client privilege.
Don't disclose attorney-client privilege, but you can answer the question strictly as it's phrased right now.
**THE WITNESS: Okay.**
MR. COELHO: If you can without disclosing attorney-client privilege.
**THE WITNESS: These were the two photographs I sent in.**
BY MR. HARPER:
Q Was there a reason that you selected only these two photos of the label and not other pertinent parts of the label?
**A No. These were the two that I sent in.**
Q Did you take additional photos of the bottle?
**A No.**
Q Why not?
**A I didn't.**
Q Ms. Wheeler, you purchased only the 1-ounce bottle version of the product, not the pen

applicator; correct?
A Correct.
Q Have you ever visited FungiNail.com? I may have asked you that already, but I don't remember the answer.
A I don't think so, no.
Q Do you want your money back for the product?
A I want my money back. I want everybody in California's money back. I want everybody in the United States to get their money back. I want the product to be changed.
Q Why did you never see a doctor about your toenail condition?
MR. COELHO: Objection. Asked and answered several times.
You can answer again.
THE WITNESS: I resolved it.
BY MR. HARPER:
Q With the bleach?
MR. COELHO: Objection. Asked and answered 300 times.
You answer again.
THE WITNESS: I've already answered that question, sir.
///

And we are back on the record.
BY MR. HARPER:
Q Ms. Wheeler, what is the basis of your claim in this case?
**A The Fungi-Nail?**
Q Yes.
**A Fraudulently misled me to believe it would treat nail fungus, and it doesn't work on nail fungus.**
Q What was it that fraudulently misled you to think it would treat nail fungus?
**A The name "Fungi-Nail." And it says it kills nail fungus -- I'm sorry, it says "kills fungus." So when I put those words together, fungus -- "Fungi-Nail," and fungus -- "kills fungus," I assumed it killed nail fungus.**
Q Is there any other basis for those claims?
**A I guess it's been proven that it doesn't.**
Q Well, in terms of the claim that fraudulently misled you to believe it would treat nail fungus, what, other than the statement "Fungi-Nail" and "kills fungus," if anything, led you to reach that conclusion to treat nail fungus?
MR. COELHO: Objection. Vague. Poor questioning. Compound.

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter and Deposition Notary Public of the States of California, Washington and Nevada does hereby certify:

That the foregoing deposition was taken before me at the time and place therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness and all objections made at the time of the deposition were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of the proceedings thereof.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript was requested/offered on the record.

In witness whereof, I have subscribed my name, this date: February 4, 2026

Cheryl Haab Scott, RDR, CRR, CCRR
CSR No. 13600/WA CSR No. 3499/NV CCR No. 1003