DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

**[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL] DECLARATION OF HEATHER F. CANNER IN SUPPORT OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S OPPOSITION TO PLAINTIFF MEGAN WHEELER'S MOTION FOR CLASS CERTIFICATION**

***[Opposition and Declaration of Evan Bashoff filed concurrently]***

Assigned to the Hon. John D. Early

Dept.: Courtroom 6A
Date: October 8, 2026
Time: 10:00 a.m.

# DECLARATION OF HEATHER F. CANNER

I, Heather F. Canner, declare and state as follows:

1. I am an attorney with the law firm of Davis Wright Tremaine LLP, counsel for defendant Arcadia Consumer Healthcare (Arcadia) in this matter. I make this declaration in support of Arcadia's Opposition to Plaintiff Megan Wheeler's Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them. For some exhibits, yellow highlighting has been applied to the relevant portions for the Court's ease of reference.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Rebuttal Report of Dr. Eva R. Parker, MD, DTMH, FAAD, dated July 20, 2026.

3. Attached as **Exhibit B** is a true and correct copy of the Expert Rebuttal Report of Dr. Keith A. Botner, MBA, Ph.D., dated July 20, 2026.

4. Attached as **Exhibit C** is a true and correct copy of the Expert Rebuttal Report of Dr. Chen Song, Ph.D., CFA, dated July 20, 2026.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the deposition transcript of plaintiff Megan P. Wheeler, taken in this case on January 30, 2026. Ms. Wheeler's irrelevant personal identifying information has been redacted.

6. Attached as **Exhibit E** is a true and correct copy of excerpts of the deposition transcript of plaintiff Eric R. Hayde, taken in this case on January 27, 2026.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of the deposition transcript of Rhonda J. Harper, taken in this case on August 10, 2026.

8. Attached as **Exhibit G** is a true and correct copy of excerpts of the deposition transcript of Dr. David Bell, taken in this case on August 12, 2026.

9. Attached as **Exhibit H** is a true and correct copy of pages Bates-stamped MW00003 and MW00005–6 from a document that Ms. Wheeler produced



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

in this case on January 23, 2026. Ms. Wheeler's irrelevant personal identifying information has been redacted.

10. Attached as **Exhibit I** is a true and correct copy of the operative complaint in *Brian Minkler v. Kramer Labs., Inc. et al.*, C.D. Cal. Case No. 2:12-cv-09421-JFW-FFM, which was filed as Exhibit B to defendants Kramer Laboratories Inc. and Kramer Consumer Healthcare's Notice of Removal on November 2, 2012.

11. Attached as **Exhibit J** is a true and correct copy of a compilation of product listings for the Fungi-Nail product on third-party retailer websites www.safeway.com, www.walgreens.com, www.cvs.com, www.ralphs.com, www.shoprite.com, www.shopmyexchange.com, and www.walmart.com, as well as mobile app product listings for the Fungi-Nail product on the Albertsons mobile app, Safeway mobile app, Target mobile app, Vons mobile app, Walgreens mobile app, and Walmart mobile app on September 3, 2026, and September 4, 2026, which were procured at my direction and supervision.

12. Attached as **Exhibit K** is a true and correct copy of the Amazon mobile app product listing for the Fungi-Nail Liquid product as of January 30, 2026 obtained with my supervision in the course of this action.

13. Attached as **Exhibit L** is a true and correct copy of excerpts of a product listing for the Fungi-Nail Liquid product on third-party retailer website www.target.com on September 3, 2026, which was procured at my direction and supervision.

14. Attached as **Exhibit M** is a true and correct copy of a compilation of customer reviews about Fungi-Nail products on third-party retailer websites www.amazon.com and www.cvs.com on September 3, 2026, which were procured at my direction and supervision.



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

15. Attached as **Exhibit N** is a printout of customer feedback information pulled from Arcadia's electronic database of customer feedback, as described in the Declaration of Evan Bashoff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of September, 2026, at Los Angeles, California.

*<u>/s/ Heather F. Canner</u>*
Heather F. Canner



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899