# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ERIC HAYDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:24-cv-02657-JDE |

VIDEOTAPED DEPOSITION OF

MEGAN P. WHEELER

FRIDAY, JANUARY 30, 2026, 9:01 A.M.

LOS ANGELES, CALIFORNIA

JOB NO. 123988

STENOGRAPHICALLY REPORTED BY:
CHERYL HAAB SCOTT, RDR, CRR, CCRR
CA CSR No. 13600
WA CCR No. 3499
NV CCR No. 1003

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ERIC HAYDE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

VIDEOTAPED DEPOSITION OF MEGAN P. WHEELER, taken at 350 South Grand Avenue, Los Angeles, California, on Friday, January 30, 2026, at 9:01 a.m., before Cheryl Haab Scott, RDR, CRR, CCRR, Certified Shorthand Reporter No. 13600 in and for the State of California, Certified Court Reporter No. 3499 in and for the State of Washington, and Certified Court Reporter No. 1003 in and for the State of Nevada.

A P P E A R A N C E S
--oOo--

For Plaintiffs:

WILSHIRE LAW FIRM, PLC
BY: THIAGO M. COELHO, ESQ.
9701 Wilshire Boulevard, 12th Floor
Los Angeles, California 90212
213.381.9988
thiago.coelho@wilshirelawfirm.com

For Defendants:

DAVIS WRIGHT TREMAINE LLP
BY: JACOB M. HARPER, ESQ.
PETER K. BAE, ESQ.
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
213.633.6800
jacobharper@dwt.com
peterbae@dwt.com

Also Present:

ISAAC CORREA, VIDEOGRAPHER

FRIDAY, JANUARY 30, 2026, 9:01 A.M.
LOS ANGELES, CALIFORNIA
--oOo--

THE VIDEOGRAPHER: We're now on the record.

Today's date is January 30, 2026, and the time is 9:01 a.m. This is the deposition of Megan Wheeler in the matter of Eric Hayde versus Arcadia Consumer Healthcare, Inc. Case number is 8:24-cv-02657-JDE.

This deposition is taking place at 350 South Grand Avenue, Los Angeles, 90071.

My name is Isaac Correa, and I'm the videographer today.

Our court reporter is Cheryl Scott.

Will counsel present please identify yourselves and state who you represent.

MR. HARPER: Good morning. Jacob Harper representing Defendant.

MR. BAE: Peter Bae on behalf of the Defendant.

MR. COELHO: Thiago Coelho on behalf of the Plaintiff.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness.

THE COURT REPORTER: Good morning. My name

is Cheryl Scott. I am a California Certified Shorthand Reporter and the deposition officer for today's proceeding. My CSR license number is 13600.

--oOo--

Whereupon,

MEGAN P. WHEELER,

having been called as a witness,

was duly sworn by the court reporter

and testified as follows:

--oOo--

EXAMINATION

BY MR. HARPER:

Q Good morning, Ms. Wheeler.

**A Good morning.**

Q Please state and spell your full name.

**A Megan Wheeler, M-e-g-a-n W-h-e-e-l-e-r.**

Q Do you have a middle name?

**A Yes, Pauline. P-a-u-l-i-n-e.**

Q What's your date of birth?

**A** [redacted]

Q What's your current address?

**A** [redacted]

Q What's your primary telephone number?

**A** [redacted]

Q Is that a mobile?

Barbecue, and deodorant case, what other cases did you receive -- what other class actions did you receive a benefit for?

A I can't think of any.

Q Do you have toenail fungus?

MR. COELHO: Objection. Vague as to time.

THE WITNESS: Not anymore.

BY MR. HARPER:

Q Did you ever have toenail fungus?

A I did.

Q What dates did you have toenail fungus?

A Around spring 2023.

Q As in you first got toenail fungus in spring 2023?

A Yes.

Q And how do you know it was toenail fungus?

A Because it looks like toenail fungus.

Q Did you have a doctor diagnose it as toenail fungus?

A No.

Q Did you have a doctor look at it at all?

A No.

Q Did anyone else consider it toenail fungus?

A No.

Q What made you think you had toenail fungus?

A It was yellow, cloudy, gray, slight burn.
Q And what caused the toenail fungus -- what you believed was toenail fungus?
A I got a pedicure.
Q You got a pedicure and then what?
A When I took the nail polish off, I noticed that my nails were discolored and were getting worse.
Q How often do you get -- at the -- was that your first pedicure in the spring of 2023?
A Not my first.
Q Was it your second?
A I rarely get pedicures.
Q Did you get nail polish the first time you -- on a ped- -- that was mangled. Sorry.
Did you get your nails -- your toenails painted or polished during the pedicure of spring of 2023?
A Yes.
Q Before you got the pedicure with toenail polish in the spring of 2023, were your nails polished?
A No.
Q Not painted?
A Correct.

seeing the nail discoloration?
MR. COELHO: Objection. Vague.
You can answer.
**THE WITNESS: I went to look up nail fungus medication on Amazon.**
BY MR. HARPER:
Q When did you do that?
**A July.**
Q Other than -- and when you say you went and looked at Amazon, what does that mean, you searched for nail fungus products?
**A Uh-huh. Yes.**
Q What were the search terms you used for your Amazon search?
**A "Nail fungus medicine."**
Q And this was July 2023?
**A Yes.**
Q Do you have the search chart, like, the search history from Amazon?
**A I don't know.**
Q Have you looked for it?
**A I don't know how to look for the search history. I have the receipt.**
Q Other than shopping on Amazon in July of 2023, did you do any other research about your --

then what did you do?
A **Clicked on it.**
Q And then what?
MR. COELHO: Objection. Vague.
You can answer.
**THE WITNESS: Looked at the front page. The description. I'm sorry. The box of it on Amazon.**
BY MR. HARPER:
Q Did you read the label on the image on Amazon?
A **I read the box.**
Q Did you read the label?
A **I don't know what you're referring to by "label."**
Q Did you read the writing that's on the label on the box?
A **On the front of the box, yes.**
Q Did you read anything other than the front of the box?
A **No.**
Q Did you read any information surrounding the box on the Amazon ad?
A **No.**
MR. COELHO: Objection. Vague.
You can answer.

A Yes.
Q And then did you pull out the product?
A Yes.
Q And did you read the box that you pulled out?
A No.
Q Okay. And then, did -- and then did you pull out the bottle from the box?
A Yes.
Q Did you read the instructions on the bottle?
A No.
Q What did you do to apply the product to your nail?
A I washed my feet and painted it on and let it dry. Painted it on the toenails.
Q Did you read the instructions from either the box or the bottle before applying it?
A No.
Q Why?
A It seemed pretty straightforward.
Q You take six medications right now; correct?
A Yeah.
Q Do you read the instructions before taking those?
A Not always.

BY MR. HARPER:

Q For the medication that you take for your physical ailments and your psychiatric ailments, why don't you just swallow the medication based on what you assume is the right way of taking it rather than following some form of instruction before doing so?

**A I've discussed it with the doctor, and the pharmacist gives me instructions on new medications I haven't taken before.**

MR. COELHO: Jacob, can we take two minutes real quick.

MR. HARPER: Can I finish up real quick.

MR. COELHO: Yeah.

BY MR. HARPER:

Q So when did you speak to a pharmacist about taking the Fungi-Nail medication?

**A I didn't.**

Q When did you speak to a doctor about taking the Fungi-Nail medication?

**A I didn't.**

Q When did you speak to anybody at all about taking the Fungi-Nail medication?

MR. COELHO: Objection. Misleading as to it being a medication.

You can answer.

**change the questionnaires for depression and anxiety and expand them. And so they were testing it out on people, and I participated.**

Q I see.

Ms. Wheeler, when you were applying Fungi-Nail to your toes, did you follow any instructions from anyone whatsoever in doing so?

MR. COELHO: Objection. Vague as to time. Asked and answered.

You can answer.

**THE WITNESS: I didn't follow any instructions -- excuse me. I didn't read any -- I didn't read the instruction packaging.**

BY MR. HARPER:

Q How often -- describe how you -- I'm sorry. Strike all that.

Describe how you applied Fungi-Nail to your body --

MR. COELHO: Objection.

BY MR. HARPER.

Q -- when you first used it.

MR. COELHO: Objection. Asked and answered.

You can answer.

**THE WITNESS: Washed my feet and I would do it in the morning, in the evening -- sorry. Wash my**

**feet. Open up the paintbrush and paint my nails with medication. Let it dry and put -- go about my day.**

BY MR. HARPER:

Q Did you apply it to the toes?

**A I applied it to my nails.**

Q Only the nails?

**A Only the nails.**

Q How often per day?

**A Twice a day.**

Q When -- when during the day did you apply it?

**A Oh, in the morning when I took my medication, and bed when I take my medication.**

Q And for how long did you follow a regimen of applying Fungi-Nail to your toenails once in the morning and once in the evening?

**A About six weeks.**

Q And did you stop after six weeks?

**A Yeah.**

Q Why?

**A It wasn't working.**

Q What did you do after -- sorry. Strike that.

When it stopped working, what did you do

with the Fungi-Nail product?
**A Threw it in my drawer.**
Q Why'd you throw it in your drawer?
**A I keep everything in -- medication, I've got a whole drawer full of it.**
Q And what did you do about your nail issue?
**A I started using bleach in the shower.**
Q You started bleaching your toenails in the shower?
**A And hand sanitizer when I wasn't taking a shower.**
Q Who prescribed bleach on your toenails in the shower?
MR. COELHO: Objection. Misstates testimony.
You can answer.
**THE WITNESS: I was trying -- nobody did. Nobody prescribed it. I did it.**
BY MR. HARPER:
Q Where did you get the idea to use bleach on your toenails for discoloration?
MR. COELHO: Objection.
(Reporter clarification and admonition.)
MR. COELHO: Objection. Misstates prior testimony as to discoloration instead of fungus.

You can answer.
**THE WITNESS: I remember in college we didn't have any money. Some people would use bleach on their feet for athlete's foot. I thought I'd try it.**
BY MR. HARPER:
Q How do you know that your toenail issue was not discoloration as opposed to fungus?
**A It was pretty obvious it was fungus.**
Q Based on whose expert opinion?
**A It was growing. It was moving. It changed colors.**
Q It was moving?
**A Like, the circles would get a little bit bigger, the clouds.**
Q I don't really understand that. Can you, like, explain that?
**A So they start out as little spots, and then it grows bigger.**
Q How often did you use bleach on your toenails?
**A Two weeks.**
Q Why did you stop using bleach on your toenails?
**A Because it worked.**

BY MR. HARPER:
Q Did you talk to a doctor to confirm that the bleach had cured fungus?
**A No.**
Q How do you know that the bleach had cured fungus?
**A Well, it's not there anymore. It's been two years.**
Q Do you have any other information to lead you to the conclusion that bleach had cured fungus?
**A Just my toes look fine now.**
Q You mentioned hand sanitizer?
**A Uh-huh.**
Q What did you -- with respect to the toenails, what did you use -- sorry.
How did you use hand sanitizer on your toenails?
**A Well, the bleach -- I would only do it in the shower because I didn't want it to get on the carpet. And then when I wasn't in the shower because I do it twice a day, I put hand sanitizer on it.**
Q How often would you put hand sanitizer on your toenails?
**A Once a day.**

MR. COELHO: Sorry. 74 and 80?
BY MR. HARPER:
Q The 74 items in MW4 through 6 and the 80 items in the MW7?
**A I have no idea. I don't know what date this happened on.**
Q Did you take these screenshots or did your lawyers?
**A No, I did.**
Q How many times did you buy Fungi-Nail from Amazon?
**A I recall buying it once.**
Q Did you buy it any other times?
**A I don't remember.**
Q Is it more likely that you bought it one time than more than one time?
**A I would say that.**
Q Do you have any screenshots of the -- I'm sorry.
When you bought the Fungi-Nail product in 2023, did you buy it using your iPhone or a desktop or laptop computer?
**A My iPhone.**
Q Did you save any screenshots of the purchase page or produce any images of a purchase page as of

BY MR. HARPER:
Q Did you review that when you purchased the Fungi-Nail product in 2023?
**A I don't recall seeing that.**
Q Did you look at it when you pulled the box out of the Amazon shipping material when you received the package?
**A I don't recall seeing that.**
Q Did you ever attempt to return, for a refund, the Fungi-Nail product after you determined you weren't satisfied with it?
**A No.**
Q Why?
**A Amazon doesn't take products like that back.**
Q Okay. Did you ever visit FungiNail.com?
**A That didn't occur to me.**
Q Why didn't it occur to you?
**A It just didn't.**
Q Because you didn't look at the label on the box or why not?
**A The box was long gone.**
MR. HARPER: Mark as Exhibit 18 the next document.
(Defendants' Exhibit 18 was marked.)
///

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter and Deposition Notary Public of the States of California, Washington and Nevada does hereby certify:

That the foregoing deposition was taken before me at the time and place therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness and all objections made at the time of the deposition were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of the proceedings thereof.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript was requested/offered on the record.

In witness whereof, I have subscribed my name, this date: February 4, 2026



Cheryl Haab Scott, RDR, CRR, CCRR
CSR No. 13600/WA CSR No. 3499/NV CCR No. 1003