# EXHIBIT E

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

```
ERIC HAYDE, individually and )
on behalf of all others      )
similarly situated,          )
                             )
                  Plaintiff, )
                             ) Case No. 8:24-cv-02657-JDE
      vs.                    )
                             )
ARCADIA CONSUMER HEALTHCARE  )
INC., a Delaware corporation,)
                             )
                  Defendant. )
_____________________________)
```

VIDEOTAPED DEPOSITION OF

ERIC HAYDE

TUESDAY, JANUARY 27, 2026, 9:06 A.M.

LOS ANGELES, CALIFORNIA

STENOGRAPHICALLY REPORTED BY:

CHERYL HAAB SCOTT, RDR, CRR, CCRR
CA CSR No. 13600
WA CCR No. 3499
NV CCR No. 1003

JOB NO.: 123987

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ERIC HAYDE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

VIDEOTAPED DEPOSITION OF ERIC HAYDE, taken at 350 South Grand Avenue, Los Angeles, California, on Tuesday, January 27, 2026, at 9:06 a.m., before Cheryl Haab Scott, RDR, CRR, CCRR, Certified Shorthand Reporter No. 13600 in and for the State of California, Certified Court Reporter No. 3499 in and for the State of Washington, and Certified Court Reporter No. 1003 in and for the State of Nevada.

A P P E A R A N C E S
--oOo--

For Plaintiffs:

WILSHIRE LAW FIRM, PLC
BY: THIAGO M. COELHO, ESQ.
9701 Wilshire Boulevard, 12th Floor
Los Angeles, California 90212
213.381.9988
thiago.coelho@wilshirelawfirm.com

For Defendants:

DAVIS WRIGHT TREMAINE LLP
BY: JACOB M. HARPER, ESQ.
PETER K. BAE, ESQ.
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
213.633.6800
jacobharper@dwt.com
peterbae@dwt.com

Also Present:

MARCUS CAMPBELL, VIDEOGRAPHER

TUESDAY, JANUARY 27, 2026, 9:06 A.M.
LOS ANGELES, CALIFORNIA
--oOo--

THE VIDEOGRAPHER: Good morning, everyone. We're now on the record. This begins -- I'm sorry. This is the beginning of media No. 1 in the deposition of Eric Hayde in the matter of Eric Hayde versus Arcadia Consumer Healthcare, Inc.

Case number is 8:24-cv-02657-JDE, being held at 350 South Grand Avenue, Los Angeles, California 90071. This deposition is being taken on behalf of the defendant on January 27, 2026, at 9:06 a.m.

The court reporter today is Cheryl Scott.

My name is Marcus Campbell, the videographer, on behalf of First Legal Depositions, located in Los Angeles, California.

This deposition is being videotaped at all times unless specified to go off the video record.

Will all present please identify themselves, beginning with the noticing attorney.

MR. HARPER: Good morning. Jacob Harper for the defendant.

MR. BAE: Peter Bae, on behalf of the defendant.

MR. COELHO: Thiago Coelho, on behalf of the

plaintiff.

THE VIDEOGRAPHER: All right. Thank you, everyone.

Will the court reporter please swear in the witness.

THE COURT REPORTER: Good morning. My name is Cheryl Scott. I am a California Certified Shorthand Reporter and the deposition officer for today's proceeding. My CSR license number is 13600.

--oOo--

Whereupon,

ERIC HAYDE,

having been called as a witness,

was duly sworn by the court reporter

and testified as follows:

--oOo--

EXAMINATION

BY MR. HARPER:

Q All right. Good morning, Mr. Hayde.

**A Good morning.**

Q Could you please spell your name for the record, starting with your first name.

**A Yeah. E-r-i-c. Capital H, last name, capital H-a-y-d-e. Hayde.**

Q And what is your date of birth?

Okay?
A **Okay.**
MR. HARPER: It looks like you already went into plenty of attorney-client communications.
MR. COELHO: No, he didn't. He did not.
BY MR. COELHO:
Q Mr. Hayde, it wasn't clear because counsel asked, maybe like 20 different ways, whether you had read the back label or not, prior to purchasing the product. I just want to get a clear, clean answer from you; you're under oath.
Prior to purchasing the product, did you read the back label or did you not read the back label?
A **I did not read the back label at all.**
MR. COELHO: Thank you, Mr. Hayde. I have no further questions.
BY MR. COELHO:
Q Actually, I have one more question.
You mentioned earlier that you were trying to get $10 and something change as a remedy or a result out of this case, but you also mentioned that you wanted unnamed class members to get paid the same. I just want a clear, clean answer from you.
What are you hoping to achieve in terms of

damages, money for this case?

MR. HARPER: Objection. Asked and answered. Misstates prior testimony.

Go ahead.

**THE WITNESS: I'm hoping to achieve that we all get refunded, myself and the class members, what they paid into the product as well as having the label changed, for having it remove Fungi-Nail and remove anything that's misleading off the packaging so that it's not there anymore so there's other people that are deceived into buying the product. That's what I hope to achieve.**

MR. COELHO: Okay. I have no further questions.

Counsel, do you have any redirect or recross?

MR. HARPER: No, I don't.

MR. COELHO: Okay. So I do want to request a copy of the transcript, synced with the video, if possible. And obviously the errata as I mentioned earlier.

THE COURT REPORTER: Okay. Do you need a rough draft?

MR. COELHO: I don't.

THE VIDEOGRAPHER: This concludes the

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter and Deposition Notary Public of the States of California, Washington and Nevada does hereby certify:

That the foregoing deposition was taken before me at the time and place therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness and all objections made at the time of the deposition were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of the proceedings thereof.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript was requested/offered on the record.

In witness whereof, I have subscribed my name, this date: January 30, 2026

Cheryl Haab Scott, RDR, CRR, CCRR
CSR No. 13600/WA CSR No. 3499/NV CCR No. 1003