DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

| | |
|---|---|
| ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:24-cv-02657-JDE<br><br>**[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL] DECLARATION OF PETER K. BAE IN SUPPORT OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S MOTION TO STRIKE OR EXCLUDE EXPERT REPORTS**<br><br>***[Motion to Strike; [Proposed] Order filed concurrently]***<br><br>Assigned to the Hon. John D. Early<br><br>Dept.: Courtroom 6A<br>Date: October 8, 2026<br>Time: 10:00 a.m. |

# DECLARATION OF PETER BAE

I, Peter K. Bae, declare and state as follows:

1. I am an attorney with the law firm of Davis Wright Tremaine LLP, counsel for defendant Arcadia Consumer Healthcare (Arcadia) in this matter. I make this declaration in support of Arcadia's Motion to Strike or Exclude Expert Reports of Dr. David Bell; Dr. Ernan Haruvy; Rhonda Harper; and Dr. Matthew Bogyo (Motion). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Dr. David Bell, dated July 10, 2026.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of Dr. David Bell, taken in this case on August 12, 2026.

4. Attached as **Exhibit C** is a true and correct copy of the Expert Report of Dr. Ernan Haruvy, dated July 9, 2026.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the deposition transcript of Dr. Ernan Haruvy, taken in this case on August 12, 2026.

6. Attached as **Exhibit E** is a true and correct copy of the Expert Report of Rhonda J. Harper, dated July 10, 2026.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of the deposition transcript of Rhonda J. Harper, taken in this case on August 10, 2026.

8. Attached as **Exhibit G** is a true and correct copy of the Expert Report of Dr. Matthew Bogyo, dated July 10, 2026.



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

9. Attached as **Exhibit H** is a true and correct copy of excerpts of the deposition transcript of Dr. Matthew Bogyo, taken in this case on August 13, 2026.

10. Attached as **Exhibit I** is a true and correct copy of the Expert Rebuttal Report of Dr. Keith A. Botner, MBA, Ph.D., dated July 20, 2026.

11. Attached as **Exhibit J** is a true and correct copy of the Expert Rebuttal Report of Dr. Chen Song, Ph.D., CFA, dated July 20, 2026.

12. Attached as **Exhibit K** is a true and correct copy of the Expert Rebuttal Report of Dr. Eva Rawlings Parker, MD, DTMH, FAAD, dated July 20, 2026.

13. On August 25, 2026, I attended a Local Rule 7-3 videoconference, along with my colleague, Jacob M. Harper, on behalf of Arcadia regarding Arcadia's Motion. We explained Arcadia's grounds for challenging Plaintiffs' experts to Plaintiffs' counsel, Thiago Coelho and Jennifer Leinbach. Plaintiffs' counsel disagreed, and the parties were unable to reach an agreement as to Arcadia's Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of September, 2026, at Los Angeles, California.

*/s/ Peter K. Bae*
Peter K. Bae



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899