Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
*and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE, INC., a Delaware corporation,

Defendant.

Case No.: 8:24-cv-02657-JDE

**PLAINTIFFS' OPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME**

| | |
|---|---|
| Date: | None Set |
| Time: | None Set |
| Judge: | Hon. John D. Early |
| Courtroom: | 6A |

| | |
|---|---|
| Complaint Filed: | 12/06/2024 |
| Class Discovery Cutoff: | 05/12/2026 |
| Fact Discovery Cutoff: | 12/28/2026 |
| Pretrial Conf.: | 05/21/2027 |
| Trial Date: | 06/02/2027 |

Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs") respectfully apply under Local Rules 6-1, 7-19, and 7-20 for an order shortening time to hear Plaintiffs' concurrently filed Motion to Enforce the Scheduling Order and Strike or Disregard Defendant Arcadia Consumer Healthcare Inc.'s Motion to Strike or Exclude Expert Reports, Dkt. 107 (the "Motion to Enforce"), and temporarily staying briefing and hearing on Dkt. 107 (the "Expert Motion") until that threshold motion is resolved.

Plaintiffs request an order providing as follows:

1. Briefing and hearing on the Expert Motion, including the September 17, 2026 opposition deadline, the September 24, 2026 reply deadline, and the October 8, 2026 hearing, are stayed pending resolution of the Motion to Enforce;

2. Arcadia shall file any opposition to the Motion to Enforce by September 11, 2026; Plaintiffs shall file any reply by September 14, 2026; and the Motion to Enforce shall be heard on September 17, 2026 at 10:00 a.m., or on the earliest date convenient to the Court;

3. The Court may take the Motion to Enforce under submission and decide it without oral argument before the requested hearing date; and

4. If the Court denies the Motion to Enforce, no deadline concerning the Expert Motion will run until the Court enters a further order resetting the opposition, reply, and hearing dates.

This application does not seek an *ex parte* ruling on the admissibility of any expert opinion. It asks only to preserve the Court-ordered briefing structure long enough for the Court to interpret and enforce its Scheduling Order before the separate expert briefing is completed.

**Basis for Relief**

The July 10, 2025 Scheduling Order provides: "Any challenges to experts relied upon [in] any motion for class certification shall be raised with opposition/reply papers, subject to the cut-off dates for such filings." Dkt. 41. The July 27, 2026 order moved

the class-certification opposition deadline to September 4 and the reply deadline to September 18, while expressly leaving every other provision unchanged. Dkt. 87.

On August 25, 2026, counsel met and conferred by videoconference about Arcadia's announced plan to file a separate *Daubert* motion against Plaintiffs' class-certification experts. Plaintiffs cited the Scheduling Order and stated that the challenges had to be raised in Arcadia's class-certification opposition and addressed in Wheeler's reply. Arcadia stated that it did not read the Scheduling Order to require its *Daubert* arguments to be included in the opposition. The parties disagreed.

On September 4, 2026, the Court-ordered opposition deadline, Arcadia filed the Expert Motion. The notice expressly seeks exclusion of reports "submitted in support of Plaintiffs' motion for class certification." *Id.* The memorandum begins by arguing that Plaintiffs "seek class certification through four expert reports," repeatedly contends that the reports cannot establish classwide proof, and asks the Court to strike all four reports. *Id.* Arcadia certified that this separate memorandum contains 6,986 words. *Id.*

Arcadia noticed the Expert Motion for October 8, 2026, the same date as Wheeler's class-certification motion. That does not eliminate the separate briefing track. Under Local Rules 7-9 and 7-10, Plaintiffs' opposition to the Expert Motion is due September 17 and Arcadia's reply is due September 24. Wheeler's class-certification reply is due September 18. Thus, without immediate relief, Plaintiffs must prepare a separate opposition one day before Wheeler's reply, and Arcadia receives a new reply six days after Wheeler's Court-ordered final brief.

The ordinary motion calendar cannot resolve this threshold issue before the separate opposition is due. A motion filed on September 8 could not be heard on regular notice before October 8, after both sides had completed the very briefing Plaintiffs contend the Scheduling Order prohibits. Plaintiffs raised the issue before filing, could not move against a motion that did not yet exist, and brought this application promptly after the Expert Motion was filed.

**Opposing Counsel Information**

Counsel for Arcadia are Jacob M. Harper (jacobharper@dwt.com), Nicole S. Phillis (nicolephillis@dwt.com), Heather F. Canner (heathercanner@dwt.com), and Peter K. Bae (peterbae@dwt.com), Davis Wright Tremaine LLP, 350 South Grand Avenue, 27th Floor, Los Angeles, California 90071, telephone (213) 633-6800; and Rachel H. Herd (rachelherd@dwt.com), Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, Washington 98104-1610, telephone (206) 622-3150.

**Notice and Conference of Counsel**

The parties completed the Local Rule 7-3 conference on August 25, 2026. Arcadia's supporting declaration confirms that Jacob M. Harper and Peter K. Bae appeared for Arcadia and Thiago M. Coelho and Jennifer M. Leinbach appeared for Plaintiffs, and that the parties did not reach agreement. Dkt. 107-2.

On September 8, 2026, at 5:50 p.m., Jennifer M. Leinbach orally advised Peter Bae, Arcadia's Counsel, of the date and substance of this application and the requested shortened schedule. On September 8, 2026, at 5:50 p.m., Jennifer Leinbach also sent Arcadia's Counsel a detailed email explaining the basis of the Application. On September 9, 2026, at 9:50 a.m., Arcadia's Counsel responded to the email and stated that Arcadia opposes the Application.

This application is based on this Application, the accompanying Memorandum of Points and Authorities, the Declaration of Jennifer M. Leinbach, the concurrently filed Motion to Enforce and supporting memorandum, Dkts. 41, 87, 107, and 107-2, the record in this action, and any argument the Court permits.

//

//

Plaintiffs respectfully request that the Court grant the application and enter the concurrently lodged proposed order.

Respectfully submitted,

Dated: September 9, 2026

**WILSHIRE LAW FIRM, PLC**

By: */s/ Jennifer M. Leinbach*

Thiago Coelho
Lauren M. Lendzion
Chumahan B. Bowen
Jennifer M. Leinbach

*Attorneys for Plaintiffs and the Putative Classes*