Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
*and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,

Defendant.

Case No.: 8:24-cv-02657-JDE

**DECLARATION OF JENNIFER M. LEINBACH IN SUPPORT OF OPPOSED *EX PARTE* APPLICATION AND MOTION**

Date: None Set
Time: None Set
Judge: Hon. John D. Early
Courtroom: 6A

Complaint Filed: 12/06/2024
Class Discovery Cutoff: 05/12/2026
Fact Discovery Cutoff: 12/28/2026
Pretrial Conf.: 05/21/2027
Trial Date: 06/02/2027

# DECLARATION OF JENNIFER M. LEINBACH

I, Jennifer M. Leinbach, declare as follows:

1. I am an attorney duly licensed to practice before this Court and a Senior Attorney with Wilshire Law Firm, PLC, counsel of record for Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs"). I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. On July 10, 2025, the Court entered its Scheduling Order at Dkt. 41. The Scheduling Order states: "Any challenges to experts relied upon [in] any motion for class certification shall be raised with opposition/reply papers, subject to the cut-off dates for such filings."

3. On July 27, 2026, the Court entered the revised class certification scheduling order at Dkt. 87. The order moved the class-certification expert-discovery cutoff to August 14, the motion filing cutoff to August 17, the opposition filing cutoff to September 4, and the reply filing cutoff to September 18. It further states that "[a]ll other dates and provisions in the Scheduling Order, as modified, shall remain unchanged."

4. On August 17, 2026, Plaintiff Megan Wheeler timely filed her Motion for Class Certification at Dkt. 92. The motion is noticed for October 8, 2026 at 10:00 a.m.

5. On August 25, 2026, counsel met and conferred by videoconference. Thiago M. Coelho and I appeared for Plaintiffs. Jacob M. Harper and Peter K. Bae appeared for Arcadia.

6. During that conference, Arcadia stated that it intended to file, no later than September 4, 2026, a separate motion to strike or exclude Plaintiffs' class-certification experts under Federal Rule of Evidence 702 and *Daubert*, in addition to its opposition to Wheeler's Motion for Class Certification.

7. Plaintiffs raised the Scheduling Order (Dkt. 41) and stated that any

challenges to Plaintiffs' class-certification experts had to be raised in Arcadia's class-certification opposition and addressed in Wheeler's reply. Plaintiffs asked Arcadia not to file a separate expert motion.

8. Arcadia's counsel stated that Arcadia did not read the Scheduling Order (Dkt. 41) as requiring its *Daubert* arguments to be included in the class-certification opposition. Plaintiffs stated that they disagreed. The parties did not resolve the dispute.

9. On September 4, 2026, Arcadia filed Dkt. 107, titled "Defendant's Notice of Motion and Motion to Strike or Exclude Expert Reports of Dr. David Bell; Dr. Ernan Haruvy; Rhonda Harper; and Dr. Matthew Bogyo; Memorandum of Points and Authorities" (the "Expert Motion").

10. The Expert Motion expressly seeks exclusion of the four reports "submitted in support of Plaintiffs' motion for class certification." Dkt. 107. It is noticed for October 8, 2026, at 10:00 a.m.

11. The Expert Motion challenges Dr. Bell's damages methodology and fit, Dr. Haruvy's materiality survey, Ms. Harper's methodology and opinions, and Dr. Bogyo's qualifications and opinions. It asks the Court to strike all four reports. Dkt. 107.

12. Arcadia's memorandum states that Plaintiffs "seek class certification through four expert reports" and repeatedly argues that Plaintiffs cannot establish classwide proof or satisfy Rule 23 through those reports. Dkt. 107.

13. Arcadia certified that the separate memorandum contains 6,986 words. Dkt. 107. Arcadia also filed the declaration of Peter K. Bae, which attaches the four reports, four deposition excerpts, and three rebuttal reports. Dkt. 107-2.

14. Mr. Bae's declaration confirms that Mr. Harper and Mr. Bae met with Mr. Coelho and me on August 25 regarding the Expert Motion and that the parties did not reach agreement. Dkt. 107-2.

15. Under the October 8 hearing date and the ordinary Local Rule schedule, Plaintiffs' opposition to the Expert Motion is due September 17 and Arcadia's reply is due September 24. Wheeler's class-certification reply is due September 18 under Dkt. 87.

16. Unless the Court temporarily stays briefing and resolves Plaintiffs' Motion to Enforce on shortened time, Plaintiffs must prepare the separate opposition while preparing Wheeler's class-certification reply, and Arcadia will be permitted to file a separate expert reply six days after Wheeler's reply. Plaintiffs seek no ex parte determination of the merits of Arcadia's Rule 702 arguments.

17. Plaintiffs filed the Motion to Enforce and this application on September 9, 2026, shortly after Arcadia filed the Expert Motion on September 4.

18. On September 8, 2026, at 5:50 p.m., I orally advised Peter Bae, Arcadia's Counsel, of the date and substance of this application and the requested shortened schedule. On September 8, 2026, at 5:50 p.m., I also sent Arcadia's Counsel a detailed email explaining the basis of the Application. On September 9, 2026, at 9:50 a.m., Arcadia's Counsel responded to the email and stated that Arcadia opposes the Application.

19. Counsel for Arcadia identified in Expert Motion are Jacob M. Harper, Nicole S. Phillis, Heather F. Canner, Peter K. Bae, and Rachel H. Herd of Davis Wright Tremaine LLP. Their business and contact information is set out in the accompanying memorandum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2026, at Carlsbad, California.

*/s/ Jennifer M. Leinbach*
Jennifer M. Leinbach