Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
*and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,

Defendant.

Case No.: 8:24-cv-02657-JDE

**DECLARATION OF THIAGO M. COELHO IN SUPPORT OF PLAINTIFF MEGAN WHEELER'S OPPOSITION TO DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S MOTION TO STRIKE OR EXCLUDE EXPERT REPORTS OF DR. DAVID BELL; DR. ERNAN HARUVY; RHONDA HARPER; AND DR. MATTHEW BOGYO.**

Date: October 8, 2026
Time: 10:00 a.m.
Judge: Hon. John D. Early
Courtroom: 6A

# DECLARATION OF THIAGO M. COELHO

I, Thiago M. Coelho, declare as follows:

1. I am an attorney admitted to practice before this Court and a Partner with Wilshire Law Firm, PLC, counsel of record for Plaintiffs Eric Hayde and Megan Wheeler and counsel for Plaintiff Megan Wheeler on the class-certification motion. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the referenced excerpts of the deposition transcript of Defendant's Expert Dr. Chen Song.

3. Attached hereto as Exhibit 2 is a true and correct copy of the referenced excerpts of the deposition transcript of Defendant's Expert Eva Rawlings Parker, M.D.

4. Attached hereto as Exhibit 3 is a true and correct copy of the referenced excerpts of the deposition transcript of Plaintiff's Expert Dr. David Bell.

5. Attached hereto as Exhibit 4 is a true and correct copy of the referenced excerpts of the deposition transcript of Plaintiff's Expert Dr. Ernan Haruvy.

6. Attached hereto as Exhibit 5 is a true and correct copy of the referenced excerpts of the deposition transcript of Defendant's Expert Keith A. Botner, Ph. D.

7. Attached hereto as Exhibit 6 is a true and correct copy of the referenced excerpts of the deposition transcript of Plaintiff's Expert Rhonda Harper.

8. Attached hereto as Exhibit 7 is a true and correct copy of the referenced excerpts of the deposition transcript of Plaintiff's Expert Dr. Matthew Bogyo, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026, at Los Angeles, California.

*/s/ Thiago M. Coelho*
Thiago M. Coelho