Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
*and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,

Defendant.

Case No.: 8:24-cv-02657-JDE

**PLAINTIFFS' RESPONSE TO DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S STATEMENT OF UNCONTROVERTED FACTS; AND PLAINTIFFS' STATEMENT OF ADDITIONAL MATERIAL FACTS**

Date: October 8, 2026
Time: 10:00 a.m.
USDC Judge: John D. Early
Courtroom: 6A

Complaint Filed: 12/06/2024
Class Discovery Cutoff: 05/12/2026
Fact Discovery Cutoff: 12/28/2026
Pretrial Conf.: 05/21/2027
Trial Date: 06/02/2027

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-2, Plaintiffs Eric Hayde and Megan Wheeler ("Plaintiffs") respond below to each of Defendant Arcadia Consumer Healthcare, Inc.'s ("Arcadia") Statement of Uncontroverted Facts and set forth their list of additional material facts.

## I. PLAINTIFFS' RESPONSE TO DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS

| ARCADIA'S PROPOSED FACT AND SUPPORTING EVIDENCE | PLAINTIFFS' RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 1. Arcadia sells Fungi-Nail antifungal products, including products in liquid, pen, and ointment forms.<br><br>**Arcadia's evidence:**<br>Second Amended Complaint ("SAC") ¶ 2 | Undisputed. |
| 2. The front of the Fungi-Nail package states the product is "CLINICALLY PROVEN TO CURE AND PREVENT FUNGAL INFECTIONS." The back of the Fungi-Nail contains Drug Facts which describe the product's uses and limitations. The package explicitly states Fungi-Nail "is not effective on the scalp or nails."<br><br>**Arcadia's evidence:**<br>Wheeler Dep. Tr. Ex. 17. | Undisputed that the packaging contains the quoted language and Drug Facts. Disputed insofar as the statement implies that this is a complete description of the package or determines the legal effect of its limitations. The carton also states "FUNGI-NAIL," "Kills Fungus," "Clinically Proven to Cure and Prevent Fungal Infections," and contains a prominent image of human toenails. |

| ARCADIA'S PROPOSED FACT AND SUPPORTING EVIDENCE | PLAINTIFFS' RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| | **Plaintiffs' evidence:**<br>ECF 101-4 at 2. |
| 3. Plaintiff Eric Hayde acknowledged there is no statement on the Fungi-Nail package or bottle expressly stating that the product treats fungal infections within the nail plate or cures toenail fungus.<br><br>**Arcadia's evidence:**<br>Hayde Dep. Tr. 91:4–20, 91:23, 95:15–96:3. | Disputed. Mischaracterizes Plaintiff Hayde's Testimony.<br><br>Hayde made no such acknowledgment. He testified that the Fungi-Nail name, the statements "kills fungus," "antifungal," and "clinically proven to cure and prevent fungal infections," and the label's toenail imagery conveyed to a reasonable consumer that the product would kill toenail fungus.<br><br>**Plaintiffs' evidence:**<br>Declaration of Thiago M. Coelho in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment ("Coelho Decl."), Ex. 1 (Deposition of Eric Hayde ["Hayde Tr."]) at 95:15-97:12 ("Q: "Does it say it 'kills toenail fungus'? A: *Yes it does*.") (emphasis added). |

| **ARCADIA'S PROPOSED FACT AND SUPPORTING EVIDENCE** | **PLAINTIFFS' RESPONSE AND SUPPORTING EVIDENCE** |
|---|---|
| 4. Plaintiff Megan Wheeler acknowledged there is no statement on the Fungi-Nail package or bottle expressly stating that the product treats fungal infections within the nail plate or cures toenail fungus.<br><br>**Arcadia's evidence:**<br>Wheeler Dep. Tr. 58:15–59:5, 196:7–16. | Disputed. Mischaracterizes Plaintiff Wheeler's testimony.<br><br>Like Hayde, Wheeler testified that the product's "Fungi-Nail" name, its broad efficacy representations, and its toenail imagery mislead reasonable consumers into believing that it is promising to kill nail fungus.<br><br>**Plaintiffs' evidence:**<br>Coelho Decl., Ex. 2 (Deposition of Megan Wheeler ["Wheeler Tr."]) at 59:4–5, 196:7–16. *See also* ECF 94 at ¶¶3-7. |
| 5. The Fungi-Nail packaging does not contain an express warranty.<br><br>**Arcadia's evidence:**<br>Wheeler Dep. Tr. Ex. 17. | Disputed. Further, this is a legal conclusion, not an independent factual matter.<br><br>The Fungi-Nail packaging contains affirmations of fact, promises and descriptions—including "FUNGI-NAIL," "ANTI-FUNGAL LIQUID," "Kills Fungus," "Clinically Proven to Cure and Prevent Fungal Infections" |

| ARCADIA'S PROPOSED FACT AND SUPPORTING EVIDENCE | PLAINTIFFS' RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| | paired with prominent toenail imagery—which together convey to a reasonable consumer that it can effectively kill toenail fungus. These affirmations formed part of the basis of the bargain between Plaintiffs and Arcadia as Plaintiffs testified that they relied on the name and efficacy statements in purchasing the Product.<br><br>**Plaintiffs' evidence:**<br>ECF 101-4 at 2; Hayde Tr. 91:4–23, 94:11–20; Wheeler Tr. 58:6–59:5, 196:7–16; ECF 97-10 ("Harper Rpt.") ¶¶ 37–38. *See also* Cal. Com. Code §§ 2313, 2316(1). |
| 6. Hayde used the product every night for three months and stopped because he believed "[i]t did nothing."<br><br>**Arcadia's evidence:**<br>Hayde Dep. Tr. 93:18–25. | Undisputed. |
| 7. After discontinuing Fungi-Nail, Hayde sought treatment from a | Undisputed. |

| **ARCADIA'S PROPOSED FACT AND SUPPORTING EVIDENCE** | **PLAINTIFFS' RESPONSE AND SUPPORTING EVIDENCE** |
|---|---|
| physician and received prescription medication.<br><br>**Arcadia's evidence:**<br>Hayde Dep. Tr. 82:13–83:9. | However, Hayde had to stop taking this medication due to its side effects.<br><br>**Plaintiff's evidence:**<br>Hayde Tr. 82:13-83:9. |
| 8. Hayde testified that the prescription medication "might have killed all the fungus."<br><br>**Arcadia's evidence:**<br>Hayde Dep. Tr. 82:13–83:9. | Disputed in part.<br><br>Hayde further testified that he has "residual [fungus] at the tips" of his toenail" and that "[n]othing would kill it" other than the medication that he can no longer safely take. Hayde still has fungus on his toenails.<br><br>**Plaintiffs' evidence:**<br>Hayde Tr. 82:13-83:14. |
| 9. When asked whether he purchased another bottle of Fungi-Nail, Hayde testified: "I wouldn't waste my money. It didn't do anything."<br><br>**Arcadia's evidence:**<br>Hayde Dep. Tr. 94:1–3. | Undisputed as evidence that Plaintiff Hayde did not purchase another bottle of Fungi-Nail.<br><br>Disputed as evidence that Hayde would not consider purchasing Fungi-Nail products in the future. Hayde testified that he would do so should their |

| **ARCADIA'S PROPOSED FACT AND SUPPORTING EVIDENCE** | **PLAINTIFFS' RESPONSE AND SUPPORTING EVIDENCE** |
|---|---|
| | formulation change or their labeling become accurate.<br><br>**Plaintiffs' evidence:**<br>Hayde Tr. at 147:19-149:11 ("What I mean is if it actually kills toenail fungus and it's labeled – if it's not so misleading, if I had toenail fungus, I would buy it again.") |
| 10. Wheeler used Fungi-Nail twice a day for approximately six weeks before stopping because she believed it was not working.<br><br>**Arcadia's evidence:**<br>Wheeler Dep. Tr. 101:5–102:22. | Undisputed. |
| 11. After stopping Fungi-Nail, Wheeler applied bleach and hand sanitizer to her toenails on her own initiative.<br><br>**Arcadia's evidence:**<br>Wheeler Dep. Tr. 102:19–107:17. | Undisputed. |

| ARCADIA'S PROPOSED FACT AND SUPPORTING EVIDENCE | PLAINTIFFS' RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 12. Wheeler testified that her toes "look fine now" and that it had been more than two years since she experienced a nail condition.<br><br>**Arcadia's evidence:**<br>Wheeler Dep. Tr. 106:5–11. | Undisputed that Wheeler testified that her toes "look fine now" and that "it's not there anymore. It's been two years." |
| 13. Wheeler identified no circumstance under which she would purchase Fungi-Nail in the future.<br><br>**Arcadia's evidence:**<br>Wheeler Dep. Tr. 165:7–11. | Disputed. Mischaracterizes Plaintiff Wheeler's testimony. Arcadia did not ask whether Wheeler would purchase Fungi-Nail products in the future. Instead, Arcadia's evidence for this proposition is Plaintiff Wheeler's response to "Do you want your money back for the product?" to which she responded affirmatively and additionally stated that "I want the product to be changed."<br><br>Further, Plaintiff Wheeler expressed a strong preference for using name branded topical treatments like Fungi-Nail rather than using home remedies and has stated that she would purchase it |

| ARCADIA'S PROPOSED FACT AND SUPPORTING EVIDENCE | PLAINTIFFS' RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| | again should it be accurately labeled or reformulated.<br><br>**Plaintiffs' evidence:**<br>Wheeler Tr. at 59:18-20; 105:3-13; 165:10-11; ECF 94 at ¶¶9-11. |

## II. PLAINTIFFS' ADDITIONAL MATERIAL FACTS

| ADDITIONAL MATERIAL FACT | SUPPORTING EVIDENCE |
|---|---|
| 14. The Fungi-Nail products Plaintiffs purchased displays "FUNGI-NAIL," "ANTI-FUNGAL LIQUID," "Kills Fungus," and "CLINICALLY PROVEN TO CURE AND PREVENT FUNGAL INFECTIONS," together with prominent toenail imagery. | ECF 101-4 at 2. |
| 15. Plaintiff Hayde testified that the claims and imagery described above mislead reasonable consumers such as himself into believing the product kills fungus generally, including nail fungus. | Hayde Tr. 94:11–20, 95:15–96:25. |
| 16. Plaintiff Wheeler testified that the Fungi-Nail name, as well as its broad antifungal efficacy claims on its front label would mislead reasonable consumers into believing that the product kills nail fungus. | Wheeler Tr. 196:7–16. |
| 17. Plaintiff Hayde testified that he would purchase Fungi-Nail again if its labeling was changed to be more accurate or if it was reformulated it to effectively kill nail fungus. | Hayde Tr. at 147:19-149:11. |

| ADDITIONAL MATERIAL FACT | SUPPORTING EVIDENCE |
| --- | --- |
| 18. Plaintiff Wheeler expressed a strong preference for using name branded topical treatments like Fungi-Nail rather than using home remedies and would purchase it again should it be accurately labeled or reformulated. | Wheeler Tr. at 59:18-20; 105:3-13; ECF 94 at ¶¶9-11. |
| 19. Plaintiff Hayde's toenail fungus has not been fully cured because he still has residual fungus at the tips of his toenails. | Hayde Tr. at 83:6-9. |
| 20. Plaintiff Hayde can no longer safely take the medication that killed most of his toenail fungus and thus requires an effective antifungal remedy for his toenails to treat the lingering fungus that remains at the tip of his toenails. | Hayde Tr. at 82:20-83:14. |

Dated: September 17, 2026

Respectfully submitted,

**WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*

Thiago M. Coelho
Lauren Lendzion
Chumahan B. Bowen
Jennifer M. Leinbach
*Attorneys for Plaintiffs and the Putative Classes*