Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
*and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,

Defendant.

Case No.: 8:24-cv-02657-JDE

**DECLARATION OF THIAGO M. COELHO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: October 8, 2026
Time: 10:00 a.m.
USDC Judge: John D. Early
Courtroom: 6A

Complaint Filed: 12/06/2024
Class Discovery Cutoff: 05/12/2026
Fact Discovery Cutoff: 12/28/2026
Pretrial Conf.: 05/21/2027
Trial Date: 06/02/2027

I, Thiago M. Coelho, hereby declare:

1. I am admitted, in good standing, to practice as an attorney in the State of California, United States Court of Appeals for the Second and Ninth Circuits, and the United States District Courts for the Central, Southern, Eastern, and Northern Districts of California. I am a partner at Wilshire Law Firm, PLC, counsel of record for Plaintiffs Eric Hayde and Megan Wheeler. I submit this declaration in support of Plaintiffs' Opposition to Defendant Arcadia Consumer Healthcare Inc.'s Motion for Partial Summary Judgment [ECF No. 101]. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. Plaintiff Eric Hayde's deposition testimony was taken in this matter on January 27, 2026. Attached hereto as **Exhibit 1** are true and correct copies of the referenced excerpts from the transcript of Hayde's deposition.

3. Plaintiff Megan Wheeler's deposition testimony was taken in this matter on January 30, 2026. Attached hereto as **Exhibit 2** are true and correct copies of the referenced excerpts from the transcript of Wheeler's deposition, including deposition exhibit 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2026 in Los Angeles, California.

*/s/ Thiago M. Coelho*
Thiago M. Coelho