DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (SBN 292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

**DECLARATION OF EVAN BASHOFF IN SUPPORT OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S REQUEST TO KEEP MATERIALS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE OR EXCLUDE EXPERT REPORTS UNDER SEAL**

Assigned to the Hon. John D. Early

Date: October 8, 2026
Time: 10:00 a.m.
Dept.: Courtroom 6A

**DECLARATION OF EVAN BASHOFF**

I, Evan Bashoff, declare and state as follows:

1. I am the Chief Marketing Officer at Arcadia Consumer Healthcare (Arcadia). I have held this role since August 2018. As the Chief Marketing Officer, I am familiar with Arcadia's marketing strategy, including the packaging and labeling for Fungi-Nail products and complaints about the same. I make this declaration based on my personal knowledge and experience, discussions with appropriate personnel, and Arcadia's records kept in the ordinary course of business.

2. In my role as Chief Marketing Officer, I regularly review and work with Arcadia's non-public business information concerning its products, including information regarding marketing and advertising strategy, product positioning, packaging and labeling decisions, consumer research and feedback, sales and market performance, and Arcadia's responses to consumer complaints. I am familiar with the confidential and commercially sensitive nature of this information, the manner in which Arcadia maintains it, and its value to Arcadia and its competitors.

3. Arcadia takes significant steps to protect its confidential and competitively sensitive business information from public disclosure, including by limiting access to such information to employees and other persons who have a business need for it and by not making such information publicly available. Based on my responsibilities and experience, I am familiar with the competitive harm that could result from public disclosure of this information, including by providing competitors with information regarding Arcadia's internal strategies, decision-making, consumer research, product performance, and assessment of its products and the marketplace that they otherwise would not possess.

4. Arcadia also protects personally identifiable information concerning its customers from public disclosure and limits access to such information because it is



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

private customer information that Arcadia does not make publicly available. Disclosure of such information could invade customers' privacy, including by publicly associating identifiable individuals with sensitive information concerning their health conditions, symptoms, or use of Arcadia's products. Public disclosure of customer PII could also undermine customers' trust that information they provide to Arcadia will remain confidential and thereby harm Arcadia's customer relationships and goodwill.

5. Arcadia requests the following redaction and/or sealing of documents filed in support of Plaintiff's Opposition to Arcadia's Motion to Strike or Exclude Expert Reports:

| Filing | Description | Arcadia's Requested Treatment |
| --- | --- | --- |
| Declaration of Thiago M. Coelho in Support of Plaintiff's Application to File Under Seal (ECF No. 117 (Coelho Decl.)), Ex. 3 | Deposition Transcript of Dr. David Bell | Limited redaction: Pages 70:13–17, 74:17–20, 145:2–8 |
| Coelho Decl., Ex. 6 | Deposition Transcript of Rhonda Harper | Limited redaction: Page 73:8–9 |

**<u>Internal Marketing Research – Coelho Decl., Exs. 3 and 6</u>**

6. The deposition transcripts of Dr. David Bell and Rhonda Harper contains or discusses the results of internal marketing research conducted by Arcadia, including references to market studies on packaging, non-public market studies and research concerning Fungi-Nail's packaging, including Arcadia's evaluation of packaging alternatives and consumer responses to particular packaging and labeling approaches. This information reflects research that Arcadia developed through the expenditure of substantial time and resources and uses to inform its marketing and packaging strategies. Public disclosure would allow Arcadia's competitors to obtain the benefit of that research without incurring the time and expense necessary to develop comparable information themselves and could provide them insight into Arcadia's marketing strategy and the considerations



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

that inform its packaging and labeling decisions.

**Commercially Sensitive Business Strategies, Financial Data – Coelho Decl., Ex. 3**

7. The deposition transcript of Dr. David Bell contains or discusses commercially sensitive business information including references to Arcadia's non-public packaging research and decisions, evaluation of packaging claims, cross-brand competitive data, sales and product-performance data, non-public unit-sales information, and other non-public financial information. This information provides insight into how Arcadia evaluates its products and competitors, assesses potential packaging and marketing strategies, and measures product performance. Public disclosure will also provide competitors with information they could use to evaluate Arcadia's strengths and weaknesses, benchmark their own products and strategies against Arcadia's performance, and make marketing, packaging, pricing, or other competitive decisions without undertaking the research and analysis Arcadia performed to develop this information. Public disclosure will provide competitors with information regarding pricing, margins, demand, and production costs that they can use to compete against Arcadia without undertaking the effort and expense to develop this information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of September, 2026, at Bridgewater, New Jersey.

DocuSigned by:
Evan Bashoff
E1344B7405284E9...

Evan Bashoff



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899