DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (SBN 292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

**DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S OBJECTION TO PLAINTIFFS' APPLICATION TO FILE UNDER SEAL FOR FAILURE TO CONFER PURSUANT TO LOCAL RULE 79-5.2.2(B)**

Assigned to the Hon. John D. Early

Date: October 22, 2026
Time: 10:00 a.m.
Dept.: Courtroom 6A

**ARCADIA'S OBJECTION TO PLAINTIFFS' APPLICATION TO FILE UNDER SEAL**

Defendant Arcadia Consumer Healthcare Inc. (Arcadia) respectfully objects to Plaintiffs' Application to File Under Seal (L.R. 79-5.2.2(b)) Re: Plaintiffs' Motion to Strike or Exclude Rebuttal Expert Reports (Dkt. 126) on the grounds that Plaintiffs (again) failed to comply with the mandatory meet-and-confer requirement of Local Rule 79-5.2.2(b) as to the materials Plaintiffs proposed to file under seal.

Plaintiffs filed a redacted version of the Motion and accompanying materials under seal (Appl. Exs. A–H) without providing Arcadia advance notice of the materials they intended to redact or file under seal. Local Rule 79-5.2.2(b) requires the filing party to confer with the party that designated the material confidential before seeking to file it under seal so that the parties may attempt to eliminate or minimize the need for sealing through redaction. The Court has previously criticized the over-designation of materials as a result of Plaintiffs' failure to properly confer with Arcadia under Local Rule 79-5.2.2(b), Dkt. 100 at 2, and Arcadia again cannot determine if the materials redacted in Plaintiffs' Motion are properly designated without the appropriate identification of such materials in advance – which Plaintiffs failed to provide.

Despite Plaintiffs' lack of compliance with the Local Rules, Arcadia has been and continues to endeavor to meet its obligations, despite the weekend and Yom Kippur Jewish holiday occurring today, September 21, 2026. Arcadia expects to be able to complete its review and timely provide the requisite declaration regarding confidential materials by tomorrow, September 22, 2026.

DATED: September 21, 2026

DAVIS WRIGHT TREMAINE LLP

By: *<u>/s/ Jacob M. Harper</u>*
Jacob M. Harper
*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc*



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for defendant Arcadia Consumer Healthcare, Inc., certifies that this brief contains 252 words, which complies with the word limit of 11-6.1.

DATED: September 21, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Jacob M. Harper*
Jacob M. Harper

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*



**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899