DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (SBN 292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

**DECLARATION OF EVAN BASHOFF IN SUPPORT OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S REQUEST TO KEEP MATERIALS UNDER SEAL FILED IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND PLAINTIFF'S MOTION TO STRIKE OR EXCLUDE EXPERTS**

Assigned to the Hon. John D. Early

| | |
|---|---|
| Date: | October 8, 2026 (Mot. for Class Cert.); October 22, 2026 (Mot. to Strike) |
| Time: | 10:00 a.m. |
| Dept.: | Courtroom 6A |

# DECLARATION OF EVAN BASHOFF

I, Evan Bashoff, declare and state as follows:

1. I am the Chief Marketing Officer at Arcadia Consumer Healthcare (Arcadia). I have held this role since August 2018. As the Chief Marketing Officer, I am familiar with Arcadia's marketing strategy, including the packaging and labeling for Fungi-Nail products and complaints about the same. I make this declaration based on my personal knowledge and experience, discussions with appropriate personnel, and Arcadia's records kept in the ordinary course of business.

2. In my role as Chief Marketing Officer, I regularly review and work with Arcadia's non-public business information concerning its products, including information regarding marketing and advertising strategy, product positioning, packaging and labeling decisions, consumer research and feedback, sales and market performance, and Arcadia's responses to consumer complaints. I am familiar with the confidential and commercially sensitive nature of this information, the manner in which Arcadia maintains it, and its value to Arcadia and its competitors.

3. Arcadia takes significant steps to protect its confidential and competitively sensitive business information from public disclosure, including by limiting access to such information to employees and other persons who have a business need for it and by not making such information publicly available. Based on my responsibilities and experience, I am familiar with the competitive harm that could result from public disclosure of this information, including by providing competitors with information regarding Arcadia's internal strategies, decision-making, consumer research, product performance, and assessment of its products and the marketplace that they otherwise would not possess.

4. Arcadia also protects personally identifiable information concerning its customers from public disclosure and limits access to such information because it is



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

private customer information that Arcadia does not make publicly available. Disclosure of such information could invade customers' privacy, including by publicly associating identifiable individuals with sensitive information concerning their health conditions, symptoms, or use of Arcadia's products. Public disclosure of customer PII could also undermine customers' trust that information they provide to Arcadia will remain confidential and thereby harm Arcadia's customer relationships and goodwill.

5. Arcadia requests the following redaction and/or sealing of documents filed in support of Plaintiff's Reply in Support of Motion for Class Certification (ECF No. 120) and Plaintiff's Motion to Strike or Exclude Rebuttal Expert Reports (ECF No. 125):

| Filing | Description | Arcadia's Requested Treatment |
|---|---|---|
| Plaintiff's Reply in Support of Motion for Class Certification | Reply (ECF No. 120; ECF No. 122-1) | Limited Redactions: Page 11:1–5 |
| | ARCADIA-00004011 (ECF No. 120-1; ECF No. 122-2) | Limited Redactions |
| | ARCADIA-00025349 (ECF No. 120-6; ECF No. 122-3) | Entire Tabs: Product Complaint, Alleged Adverse Events, and Total Sales Nizoral & FN<br><br>Limited Redactions of:<br>• Kramer Labs tab: Columns H, J, O, P, Q, T, and U<br>• Kramer Labs 2Q 2019 & 2020 tab: Columns I, M, N, O, P, Q, R, S, U, V, X, AA |
| Plaintiff's Motion to Strike or Exclude Rebuttal Expert Reports | Deposition Transcript of Dr. David Bell (ECF No. 125-7; 127-7) | Limited Redactions: Page 75:6–10 |



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**Internal Marketing Research – Deposition Transcript of Dr. David Bell, Reply**

6. Select portions of the deposition transcript of Dr. David Bell and Plaintiff's Reply contain or discuss the results of internal marketing research conducted by Arcadia, including references to market studies on packaging, non-public market studies and research concerning Fungi-Nail's packaging, including Arcadia's evaluation of packaging alternatives and consumer responses to particular packaging and labeling approaches. This information reflects research that Arcadia developed through the expenditure of substantial time and resources and uses to inform its marketing and packaging strategies. Public disclosure would allow Arcadia's competitors to obtain the benefit of that research without incurring the time and expense necessary to develop comparable information themselves and could provide them insight into Arcadia's marketing strategy and the considerations that inform its packaging and labeling decisions.

**Commercially Sensitive Business Strategies, Financial Data, Proprietary Collections of Data and Customer PII – ARCADIA-00004011, ARCADIA-00025349, and Deposition Transcript of Dr. David Bell**

7. Select portions of the deposition transcript of Dr. David Bell and Plaintiff's Reply contain or discuss commercially sensitive business information including references to Arcadia's non-public packaging research and decisions, evaluation of packaging claims, cross-brand competitive data, sales and product-performance data, non-public unit-sales information, and other non-public financial information. This information provides insight into how Arcadia evaluates its products and competitors, assesses potential packaging and marketing strategies, and measures product performance. Public disclosure will also provide competitors with information they could use to evaluate Arcadia's strengths and weaknesses, benchmark their own products and strategies against Arcadia's performance, and make marketing, packaging, pricing, or other competitive decisions without undertaking the research and analysis Arcadia performed to develop this



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

information. Public disclosure will provide competitors with information regarding pricing, margins, demand, and production costs that they can use to compete against Arcadia without undertaking the effort and expense to develop this information. In addition, ARCADIA-00004011 and ARCADIA-00025349 also reference or contain proprietary compilations of data with protected health information and/or personally identifiable customer information (including but not limited to customer phone numbers and addresses) that Arcadia does not make publicly available.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 22nd day of September, 2026, at Bridgewater, New Jersey.

DocuSigned by:
Evan Bashoff
E1344B7405284E9...

Evan Bashoff



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899