DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (SBN 292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE

**DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S NOTICE OF ERRATA RE: OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

**[*Declaration of Peter K. Bae filed concurrently*]**

Assigned to the Hon. John D. Early

| | |
|---|---|
| Dept.: | Courtroom 6A |
| Date: | October 8, 2026 |
| Time: | 10:00 a.m. |

Defendant Arcadia Consumer Healthcare Inc. (Arcadia) respectfully submits this Notice of Errata in connection with Arcadia's Opposition to Motion for Class Certification (ECF No. 105) filed September 4, 2026. This Notice corrects the following errata:

***Bashoff Declaration.*** Plaintiffs' Reply in Support of Class Certification claims the Declaration of Evan Bashoff in Support of Arcadia's Opposition to Motion for Class Certification (Bashoff Declaration) was not filed. The Bashoff Declaration (which was provided primarily for contextual purposes) was, however, in fact executed September 4, 2026, and submitted for filing and service with the remaining other Opposition papers the same day. It does not, however, appear on the docket. In an abundance of caution (if this document was not docketed or properly filed), Arcadia respectfully (a) submits this Notice of Errata and includes the Bashoff Declaration attached to the concurrently-filed Declaration of Peter K. Bae as **Exhibit A** and incorporated by reference, and (b) is concurrently serving the Bashoff Declaration by electronic mail on Plaintiffs' counsel.[1] We apologize to the Court and Plaintiffs for the inconvenience.

DATED: October 2, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Peter K. Bae*
Peter K. Bae

*Attorneys for Defendant*
*Arcadia Consumer Healthcare Inc.*

---

[1] Arcadia will not object to Plaintiffs filing a substantive response to the Bashoff Declaration.



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899