# EXHIBIT A

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (SBN 292837)
*heathercanner@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rachel H. Herd (*pro hac vice*)
*rachelherd@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax:· (206) 757-7700

*Attorneys for Defendant Arcadia Consumer Healthcare Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.

Case No. 8:24-cv-02657-JDE
Assigned to the Hon. John D. Early

**DECLARATION OF EVAN BASHOFF IN SUPPORT OF DEFENDANT ARCADIA CONSUMER HEALTHCARE INC.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

Date: October 8, 2026
Time: 10:00 a.m.
Dept.: Courtroom 6A

# DECLARATION OF EVAN BASHOFF

I, Evan Bashoff, declare and state as follows:

1. I am the Chief Marketing Officer at Arcadia Consumer Healthcare (Arcadia). I have held this role since August 2018. As the Chief Marketing Officer, I am familiar with Arcadia's Fungi-Nail products, including marketing strategy, advertising, packaging and labeling, marketing studies, customer feedback, and Arcadia's money-back guarantee policy. I make this declaration in support of Arcadia's opposition to class certification based on my personal knowledge and experience, discussions with appropriate personnel, and Arcadia's records kept in the ordinary course of business.

2. Arcadia is a consumer health and wellness company that innovates and delivers over-the-counter, personal care, and dietary supplement products to help consumers be proactive about their wellbeing and treat everyday problems.

3. Among its products, Arcadia manufactures antifungals, including Fungi-Nail brand foot care products in liquid, ointment, pen, and spray form. The Fungi-Nail products are over-the-counter antifungals designed to treat fungal infections, including ringworm, athlete's foot, and toe and foot fungus.

4. Customers can purchase Fungi-Nail from around 50 different retailers who operate brick-and-mortar stores and online retail sites (which include websites and mobile applications). Amazon, for example, sells Fungi-Nail online through its website and mobile application. Walmart, Target, and CVS sell Fungi-Nail through brick-and-mortar stores, as well as online through their unique websites and mobile applications. In total, customers can place online orders of Fungi-Nail for delivery in California from at least 20 different online retail platforms and formats, including both websites and mobile apps.

5. Arcadia markets Fungi-Nail products in a variety of ways, including through its website, television advertising, print advertising, and industry



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

periodicals. Customers can also get information about Fungi-Nail products from third-party retailer stores, websites, and mobile device apps.

6. In 2018, Arcadia undertook a marketing study of FN, including its label and aisle location, to determine what certain consumers found important. I understand the study results, and other marketing materials regarding the effect of Fungi-Nail's label updates were included (under seal) as Exhibits 10 and 17 to the Declaration of Thiago M. Coelho. The study addressed previously decreasing store sales and identified several packaging details that sought to and did increase store sales the study, including statements like "Clinically Proven," an attractive silver background, new mylar packaging, formulation updates, and different shelf placement. Coelho Exs. 10, 17 Those conclusions were independent of the "Fungi-Nail" name, and did not rely on a "kills fungus" statement.

7. Arcadia prioritizes and highly values customer satisfaction. Arcadia has a robust customer service program that invites customer feedback and resolves consumer issues quickly. The vast majority of customers purchase the Fungi-Nail for its intended purposes and are satisfied with the product. In the event they are not, however, Arcadia also provides an expansive, no-questions asked Money-Back Guarantee, which is displayed on the Fungi-Nail products' packaging. If a customer is not satisfied with the Fungi-Nail product they purchased, they can seek—and Arcadia provides—a full refund for any reason, at any time, by emailing or calling Arcadia. The guarantee is unrestricted—Arcadia does not require proof of purchase or any particular reason for the refund request.

8. Arcadia maintains records of customer feedback in the ordinary course of business. I have reviewed the compilation records of customer feedback for the Fungi-Nail products during the class period. The feedback is organized and classified by year and based on their content. Customer feedback about Fungi-Nail's lack of efficacy (which includes complaints that Fungi-Nail does not cure nail fungus), as compared to the total sales, are extremely low. Based on my count



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

(which I described in detail in deposition as Arcadia's corporate witness): In 2021, such complaints represented .00425 percent of total unit sales; in 2022, it was .0041 percent; in 2023, it was .0023 percent; and in 2024, it was .004876 percent. The lack of efficacy complaints during the class period represent less than 0.004% of purchases during the class period. These complaints also largely represent customers who received full refunds under Arcadia's money-back guarantee. I understand Plaintiffs' class definition excludes those customers.

9. The low level of complaints reflects customer satisfaction with Fungi-Nail. Most consumers purchase the product for its intended uses, i.e., to prevent athlete's foot or foot fungus; to treat athlete's foot, ringworm, and fungus of the nail area, toes, and feet; or to otherwise stop the itching and burning associated with such fungal infections.

10. Attached as Exhibit N to the Declaration of Heather F. Canner is a true and correct copy of a spreadsheet containing selected customer feedback data from the electronic database where Arcadia maintains customer feedback in the ordinary course of business, recorded at or around the time the feedback is provided. For privacy, customer names and phone numbers, which are not relevant to the Opposition for which I submit this declaration, have been redacted.

11. Attached as Exhibit __ to the Declaration of Heather F. Canner are true and correct copies of packaging for Fungi-Nail spray, liquid, and pen products used during the class period, which I understand were produced in this action.

12. To my knowledge, the FDA has not approved an over-the-counter treatment for fungus of the nail plate.

13. Fungi-Nail sales are primarily through independent, third-party retailers. For this reason and others, Arcadia does maintain records (let alone uniform records) that would identify the individual purchasers of its products, let alone records that would reflect whether such individuals are residents of



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

California, nor whether they made their purpose for personal, family, or household purposes (as opposed to commercial or business purposes), or obtained full refunds.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of September, 2026, at Bridgewater, New Jersey.

DocuSigned by:
Evan Bashoff
E1344B7405284E9...

Evan Bashoff



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899