Thiago M. Coelho (SBN 324715)
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion (SBN 239184)
*lauren.lendzion@wilshirelawfirm.com*
Chumahan B. Bowen (SBN 268136)
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach (SBN 281404)
*jennifer.leinbach@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
*and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

ERIC HAYDE and MEGAN WHEELER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ARCADIA CONSUMER HEALTHCARE, INC. a Delaware corporation,

Defendant.

Case No.: 8:24-cv-02657-JDE

**DECLARATION OF THIAGO M. COELHO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STRIKE OR EXCLUDE REBUTTAL EXPERT REPORTS**

| | |
|---|---|
| Date: | October 8, 2026 |
| Time: | 10:00 a.m. |
| USDC Judge: | John D. Early |
| Courtroom: | 6A |

| | |
|---|---|
| Complaint Filed: | 12/06/2024 |
| Class Discovery Cutoff: | 05/12/2026 |
| Fact Discovery Cutoff: | 12/28/2026 |
| Pretrial Conf.: | 05/21/2027 |
| Trial Date: | 06/02/2027 |

I, Thiago M. Coelho, hereby declare:

1. I am admitted, in good standing, to practice as an attorney in the State of California, United States Court of Appeals for the Second and Ninth Circuits, and the United States District Courts for the Central, Southern, Eastern, and Northern Districts of California. I am a partner at Wilshire Law Firm, PLC, counsel of record for Plaintiffs Eric Hayde and Megan Wheeler. I submit this declaration in support of Plaintiffs' Motion to Strike or Exclude Rebuttal Expert Reports. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. This Court's Scheduling Order directs that challenges to experts relied upon in a class-certification motion "shall be raised with opposition/reply papers, subject to the cut-off dates for such filings." Dkt. 41 at 2. Plaintiffs' counsel initially understood that to be a direction to raise expert challenges in the class certification briefing, rather than through a separately referenced motion, which further contributed to the inadvertent delay in their meet-and-confer attempts. Plaintiffs acknowledge that this does not cure their error, but respectfully request that the Court consider that procedural context in exercising its discretion to reach the merits.

3. On September 24, 2026, the Parties met and conferred regarding Plaintiffs' Motion to Strike Arcadia's rebuttal experts. During that meet and confer, Arcadia stated its intent to oppose the Motion in full and refused to stipulate to any of the relief requested in the Motion.

4. Arcadia's Motion incorrectly states that Plaintiffs' counsel also did not meet and confer previously to identify the confidential materials to be used in their motion for class certification. Opp at 4. To the contrary, Plaintiffs' counsel not only met and conferred with Arcadia's counsel on August 10, 2026 regarding that those materials, but also sent follow-up correspondence by email memorializing that call and specifically identifying the specific materials they would be including. A true

and correct copy of those emails from Plaintiffs' counsel to Arcadia's counsel is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2026, at Santa Ana, California.

*/s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorney for Plaintiffs and the Putative Classes*

# EXHIBIT A

**Rate my services:** How was your overall experience with me?

This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

---

**From:** Lauren Lendzion, Esq. <lauren.lendzion@wilshirelawfirm.com>
**Sent:** Tuesday, August 11, 2026 4:35 PM
**To:** Bae, Peter <PeterBae@dwt.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Herd, Rachel <RachelHerd@dwt.com>; Canner, Heather <HeatherCanner@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Subject:** Re: Request to Meet and Confer Pursuant to LR 79-5.2.2

Hi Peter,

To clarify the record, during our call I identified specific Bates-stamped documents that Plaintiffs anticipate using, including ARCADIA-00037367 and, as another example, documents cited in Dr. Bogyo's expert report. You indicated that you were unable to access those documents during the call and therefore did not provide a document-specific position regarding them. Instead, you stated generally that, if a document contained anything other than a final product label, Arcadia would want it to remain designated Confidential.

Plaintiffs intend to cite or submit documents produced by Arcadia in discovery that Arcadia has designated Confidential, including, without limitation:

1. Arcadia-produced documents ARCADIA-00000001-00089752, including but not limited to the bates identified in the attached;
2. Arcadia-produced documents relied upon, cited, or discussed in the expert reports;
3. Deposition transcripts that Arcadia has designated Confidential, including expert, employee, and corporate-witness deposition testimony;
4. Documents marked as exhibits during depositions; and
5. Documents referenced, discussed, or authenticated during depositions.

Because Arcadia has designated all documents in its production as Confidential, these

categories necessarily encompass a substantial portion of the discovery record.

As I also explained during our call, Plaintiffs cannot provide an exhaustive final document list by the end of today. Expert depositions remain ongoing and will not conclude until Friday. Plaintiffs' class-certification papers, which are due Monday, are likewise still being finalized.

For clarity, during our call you stated more than once that Arcadia would not withdraw its confidentiality designations as to Bates-stamped documents designated Confidential by Arcadia, expert reports or expert deposition testimony, employee deposition testimony, or consumer complaints. The sole potential exception you identified was final product labels, which you agreed to review and address by today. You also stated that drafts, schematics, and proofs should remain confidential because Arcadia considers them trade secrets and contends their disclosure would cause competitive harm.

Please confirm whether Arcadia continues to maintain that the foregoing categories must remain designated Confidential in their entirety. To the extent your most recent email indicates that Arcadia is now willing to reconsider any designations beyond final product labels, please confirm that expressly, as that was not the position stated during our call.

Please identify for each item included in the list above/attached: (1) whether Arcadia will withdraw its designation or authorize public filing; or, if not, (2) the precise portion Arcadia contends should be redacted and the document-specific basis and harm supporting that position and; (3) provide a basis that the documents are confidential, and if supported by caselaw, per each Bates, why those documents meet the confidential standard.

Thank you,

**Lauren Lendzion, Esq.**
**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 1201
Toll Free: (800) 926-9799 | FAX: (213) 381-9989
660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017
www.wilshirelawfirm.com

Scan or click here for my contact

**Rate my services:** How was your overall experience with me?

This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

---

**From:** Bae, Peter <PeterBae@dwt.com>
**Sent:** Tuesday, August 11, 2026 11:04 AM
**To:** Lauren Lendzion, Esq. <lauren.lendzion@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Herd, Rachel <RachelHerd@dwt.com>; Canner, Heather <HeatherCanner@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Subject:** RE: Request to Meet and Confer Pursuant to LR 79-5.2.2

Many thanks, Lauren. As I mentioned on our call, Plaintiffs' anticipated application to file under seal in connection with their Motion for Class Certification will be a "document-specific exercise."

To that end, Arcadia would like to consider the specific documents (inter alia, "presentations, reports, emails, spreadsheets, FAQs, and product labels," including "drafts, schematics, and proofs," as well as "expert reports," "deposition transcripts," and "consumer complaints") that Plaintiffs intend to cite or submit in support of their motion, so that the parties can potentially eliminate or minimize the need for filing under seal by means of redaction. L.R. 79-5.2.2(b). Could you please provide that list of documents by EOD today?

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626 **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
**DWT.COM**

---

**From:** Lauren Lendzion, Esq. <lauren.lendzion@wilshirelawfirm.com>
**Sent:** Monday, August 10, 2026 4:28 PM

**To:** Bae, Peter <PeterBae@dwt.com>; Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Herd, Rachel <RachelHerd@dwt.com>; Canner, Heather <HeatherCanner@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** Re: Request to Meet and Confer Pursuant to LR 79-5.2.2

**[EXTERNAL]**

---

Hi Peter,

Thank you for meeting with me today to confer regarding Plaintiffs' anticipated application to file under seal in connection with their Motion for Class Certification. My understanding of our discussion is as follows:

Plaintiffs advised that, absent withdrawal of Arcadia's confidentiality designations or written authorization for public filing, Plaintiffs intend to redact from the public version of their class-certification papers information designated "CONFIDENTIAL" and seek leave to file the corresponding unredacted material under seal.

Regarding the supporting exhibits, Plaintiffs anticipate citing or submitting Bates-stamped documents designated confidential, including presentations, reports, emails, spreadsheets, FAQs, and product labels. You stated that you would confirm by tomorrow whether Arcadia will de-designate the final product labels. You further stated that drafts, schematics, and proofs must remain confidential because Arcadia considers them trade secrets and contends their disclosure could cause competitive harm. You also indicted that the other documents we intend to seek (presentations, reports, emails) should remain confidential because they likely contain trade secrets or would cause competitive harm to Arcadia.

You further stated that Arcadia will not withdraw its confidentiality designations as to expert reports and deposition transcripts, employee deposition transcripts, or consumer complaints. Plaintiffs therefore anticipate seeking to redact or seal designated sales figures, proprietary material, confidential Bates-stamped documents, and designated excerpts from employee deposition transcripts and expert reports and deposition transcripts.

Apart from the final product labels, as to which you will respond tomorrow, Arcadia is not presently withdrawing any of its confidentiality designations.

Please let me know if the foregoing does not accurately reflect our discussion. We look forward to receiving Arcadia's position regarding the final product labels tomorrow.

Thanks,

| **Lauren Lendzion, Esq.**

**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 1201
Toll Free: (800) 926-9799 | FAX: (213) 381-9989
660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017
www.wilshirelawfirm.com

Scan or click here for my contact

**Rate my services:** How was your overall experience with me?

This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.

---

**From:** Bae, Peter <PeterBae@dwt.com>
**Sent:** Wednesday, August 5, 2026 1:04 PM
**To:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Cc:** Harper, Jacob <JHarper@dwt.com>; Herd, Rachel <RachelHerd@dwt.com>; Canner, Heather <HeatherCanner@dwt.com>; Imakyure, Daniel <DanielImakyure@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** RE: Request to Meet and Confer Pursuant to LR 79-5.2.2

I am currently available between 10AM and 4PM Monday.

**Peter Bae**
**Associate,** Davis Wright Tremaine LLP

**P** 213.633.8626 **E** peterbae@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
**DWT.COM**

**From:** Jennifer Leinbach, Esq. <jennifer.leinbach@wilshirelawfirm.com>
**Sent:** Tuesday, August 4, 2026 5:59 PM
**To:** Bae, Peter <PeterBae@dwt.com>; Harper, Jacob <JHarper@dwt.com>; Herd, Rachel <RachelHerd@dwt.com>
**Cc:** Imakyure, Daniel <DanielImakyure@dwt.com>; Canner, Heather <HeatherCanner@dwt.com>; Consumer Litigation <ConsumerLitigation@wilshirelawfirm.com>
**Subject:** Request to Meet and Confer Pursuant to LR 79-5.2.2

**[EXTERNAL]**

---

Please provide availability to confer under (b) regarding our Application, as Plaintiffs intend to cite to documents that Arcadia has designated as confidential under the protective order in our motion for class certification. We need to meet no later than next Tuesday.

Thanks.

**Jennifer Leinbach, Esq.**
**Senior Attorney**

Wilshire Law Firm, PLC | (213) 381-9988 Ext. 487
Toll Free: (800) 926-9799 | FAX: (213) 381-9989
660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017
www.wilshirelawfirm.com

Scan or click here for my contact

**Rate my services:** How was your overall experience with me?

This email and its attachments are confidential and may be protected by attorney-client privilege, work production doctrine, or other legal rules. They are intended solely for the intended recipient. If you are not that person, any use, distribution, or copying is strictly prohibited. If you received or believe you received this email in error, please notify the sender and then delete it.