UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-02657-JDE Date: October 8, 2026

Title Eric Hayde v. Arcadia Consumer Healthcare Inc.

Present: The Honorable: John D. Early, United States Magistrate Judge

| Amber Rodriguez | CS 10/8/26 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Attorneys Present for Plaintiff(s):**
Thiago M. Coelho
Jennifer M. Leinbach
Chumahan B. Bowen

**Attorneys Present for Defendant(s):**
Jacob M. Harper
Heather F. Canner

**Proceedings**: Defendant's Motion for Partial Summary Judgment (Dkt. 101); Defendant's Motion to Strike or Exclude Expert Reports (Dkt. 107); Plaintiff's Amended Motion to Certify Class (Dkt. 113); Plaintiff's Motion to Strike Defendant's Rebuttal Expert Reports or Exclude (Dkt. 125)

Case called. Counsel make appearances and are heard regarding the Motions (Dkt. 101, 107, 113, and 125), which are taken under submission.

**Time in court:** 2:40
**Initials of Deputy Clerk:** ARO